JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff, Tatiana Bushee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TATIANA BUSHEE

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,

Defendants

CASE NO.: 2:18-cv-00804

**CERTIFICATE OF INTERESTED PARTIES**

The undersigned counsel of record for Plaintiff TATIANA BUSHEE certifies that the following may have an interest in the outcome of this case: Not aware of anyone other than the parties named. This representation is made to enable judges of the court to evaluate possible recusal.

DATED this 4th day of May, 2018.

LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff Tatiana Bushee*