Georlen Spangler, Esq.
Nevada Bar No. 3818
KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883
(702) 382-2720 Fax
E-Mail: jspangler@ajkunglaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATIANA BUSHEE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00804-GMN-VCF<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Defendant Liberty Life Assurance Company of Boston ("Liberty") files this Disclosure Statement and Certificate of Interested Persons pursuant to FRCP 7.1 and Local Rule 7.1-1 and shows the Court as follows:

**DISCLOSURE STATEMENT**

1. **Liberty Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of the Lincoln National Corporation, a publicly held corporation.

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned attorney of record for Defendant certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Liberty Life Assurance Company of Boston
4. Tatiana Bushee

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated this 4th day of June, 2018.

KUNG & BROWN

By: *<u>/s/ Georlen Spangler</u>*

Georlen Spangler
Nevada Bar No. 3818
214 South Maryland Parkway
Las Vegas, Nevada 89101
702) 382-2720 Fax
E-Mail: jspangler@ajkunglaw.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS** by electronic means:

Julie A. Mersch, Esq.
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Email: jam@merschlew.com
*Attorneys for Plaintiff*

Dated this 4th day of June, 2018.

/s/ *Sandy Guerra*
Employee of Kung & Brown