# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TATIANA BUSHEE,<br><br>   Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan,<br><br>   Defendants. | 2:18-cv-00804-GMN-VCF<br>**ORDER** |

Before the Court is the Joint Discovery Plan and Scheduling Order (ECF No. 9).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Discovery Plan and Scheduling Order (ECF No. 9) is scheduled for 2:00 PM, July 5, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that the court approves the deadline of July 9, 2018 for defendants to produce a proposed administrative record Plaintiff's review.

DATED this 28th day of June, 2018.

                _____
                CAM FERENBACH
                UNITED STATES MAGISTRATE JUDGE