Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
Telephone: 702.381.5830
spanglerlaw@outlook.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATIANA BUSHEE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00804-GMN-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

Georlen K. Spangler, Esq. of the Law Firm of Georlen K. Spangler is hereby substituted as attorney for the Defendants in the above-captioned matter.

Dated this 15th day of August, 2018.

LIBERTY LIFE ASSURANCE CO. OF BOSTON

By ______________________
Its Authorized Representative
Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Rd, Suite 50
Dallas, Texas 75254
(214) 579-9319

I hereby consent to the above and foregoing substitution.

DATED this 21st day of August, 2018.

A.J. Kung, Esq.
Nevada Bar. No. 7052
KUNG & BROWN
214 S. Maryland Parkway
Las Vegas, NV 89101

I hereby accept the above and foregoing substitution as attorney for Defendants.

DATED this 21st day of August, 2018.

LAW OFFICE OF GEORLEN K. SPANGLER

Georlen K. Spangler, Esq.
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone: (702) 381-5830

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 8-22-2018

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing by electronic means:

Julie A. Mersch, Esq.
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Email: jam@merschlew.com
*Attorneys for Plaintiff*

Dated this 22nd day of August, 2018.

*/s/ Georlen K. Spangler*