JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com

*Attorney for Plaintiff*

Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TATIANA BUSHEE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendant. | Case No. 2:18-CV-00804-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel that, pursuant to LR 26-4, certain deadlines entered by the Court during the Hearing on July 5, 2018, be amended as follows:

Certain documents were requested by Plaintiff to be added to the Administrative Record. Defendant does not object to the inclusion of these additional documents to the Record and Defendant's counsel is in the process of obtaining these documents and requires additional time to do so. As such, the Parties are unable to file a complete Administrative Record at this time. Additionally, until such time as Plaintiff can review these additional documents being gathered by Defendant, the Parties cannot make an accurate representation to the court in their Joint Statement regarding unresolved issues. Accordingly, the parties request the following revisions to the current schedule:

**PROPOSED SCHEDULE**

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Last day to file Joint Administrative Record | **Aug. 29, 2018** | **Sept. 4, 2018** |
| Last day to file Joint Statement | **Aug. 29, 2018** | **Sept. 4, 2018** |

We, the undersigned, agree to the proposed scheduling as indicated above. We, the undersigned, also represent to the Court that we are working together cooperatively and in good faith to resolve the issues described above. The extension of these deadlines will not affect any other deadlines previously set by the Court.

DATED this 29th day of August 2018.

LAW OFFICE OF JULIE A. MERSCH

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

   /s/ Julie A. Mersch
Julie A. Mersch, Nevada Bar No. 004695
701 S.7th Street
Las Vegas, NV 89101
Email: jam@merschlaw.com

*Attorneys for Plaintiff*

   /s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

- AND -

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant Liberty Life Assurance Company of Boston*

**ORDER**

IT IS SO ORDERED August 30, 2018.

United States Magistrate Judge