Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TATIANA BUSHEE,

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,

Defendants.

Case No. 2:18-CV-00804-GMN-VCF

**DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT STATUS CONFERENCE VIA TELEPHONE**

Defendant Liberty Life Assurance Company of Boston ("Defendant") files this Unopposed Motion to Appear at Scheduling Conference Via Telephone, and states as follows:

A Status Conference is set in this matter for September 5, 2018, 2017, at 10:00 am before U.S. Magistrate Judge Cam Ferenbach.

Defendant's counsel, Iwana Rademaekers, requests to appear at the Status Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Status Conference. In addition to Ms. Rademaekers' telephonic appearance, Defendant's local counsel, Georlen Spangler will appear in person.

WHEREFORE, Defendant requests that its Counsel, Iwana Rademaekers, be allowed to appear at the September 5, 2018, Status Conference via telephone.

RESPECTFULLY SUBMITTED this 4th day of September 2108.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers

Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Road, Suite 550
Dallas, Texas 75254

-AND-

**LAW OFFICE OF GEORLEN K. SPANGLER**

/s/ Georlen Spangler

Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT STATUS CONFERENCE VIA TELEPHONE** by electronic means:

Julie A. Mersch, Esq.
Email: jam@merschlew.com
*Attorneys for Plaintiff*

Dated this 4th day of September 2018.

/s/ Sandy Acker
Employee of the Law Offices of Iwana Rademaekers, P.C.