Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATIANA BUSHEE,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00804-GMN-VCF<br><br>**JOINT ADMINISTRATIVE RECORD AND JOINT STATUS REPORT** |

Plaintiff, Tatiana Bushee (hereinafter "Plaintiff") and Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant") submit this Joint Administrative Record. Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1 -3 that are listed below and attached hereto. The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy (Liberty/Bushee 001-061);

2. January 22, 2018, correspondence containing decision on appeal (Liberty/Bushee 082-088); and

3. The Administrative Record (Liberty/Bushee 062-081, 089-368, and 374-505).[1]

Additional documents were provided to Plaintiff's counsel for her review on the afternoon of September 4, 2018. Consequently, due to the limited time available prior to this filing, counsel has not been able to review and assess whether these supplemental documents should be included in the Administrative Record.

In addition, Plaintiff seeks leave to serve "conflict discovery" based on Liberty Mutual's position that the standard of review is "abuse of discretion", which claim Plaintiff currently disputes. Liberty Mutual reserves the right to object to individual discovery requests. The parties ask the Court to set discovery deadlines for the completion of conflict discovery.

DATED this 4th day of September 2018.

LAW OFFICE OF JULIE A. MERSCH

/s/ Julie A. Mersch
Julie A. Mersch, Nevada Bar No. 004695
701 S. 7th St.
Las Vegas, NV 89101
Email: jam@merschlaw.com

*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
14785 Preston Rd, Suite 550
Dallas, Texas 75254

LAW OFFICE OF GEORLEN K. SPANGLER

/s/ Georlen Spangler
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830

*Attorneys for Defendant*

[1] Documents labeled 368-373 were produced by Defendant to Plaintiff and labeled as part of Defendant's claim file concerning this claim. However, Defendant represents that these documents are not a part of the administrative record concerning this claim.