# EXHIBIT 3

**Administrative Record (Liberty/Bushee 062-081, 089-368, and 374-505)**

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3626132 Claim Last Updated 01/22/2018 Printed On 5/26/2018

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | TATIANA A BUSHEE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2648.40 | Mode | M |
| | | Date of Hire | 11/17/1997 | | |
| | | Last Work Date | 01/28/2015 | | |
| | 0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc FLORAL DEPARTMENT MANAGER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 05/03/2016 |
| Disability Date | 01/29/2015 | Close Date | 07/28/2017 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 12/06/2027 | RTW FT / PT | |
| Ben Begin Date | 07/28/2015 | Apprv Thru Date | 07/27/2017 | Gross Ben $ | |

Diagnosis 1 Code/Desc G56.00 Carpal tunnel syndrome, unspecified upper limb

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - 442930 SAFEWAY INC.

Subsidiary SEL1 SELECT 1

Location 12500000 NO.CALIFORNIA

Symb GF Numeral 02 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2007

Class 1E BASE + BONUS 60% - OPTION E - ALL ELIGIBLE FT & PT SELECT 1 & FT SELECT II E

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK Pre-X

Elimination Period: Days/Type 180 WC - Injury COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 90

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 1E | 01/01/1998 |
| PD | 01 | STD | 1A | 12/17/1997 |

Additional Information:

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3417557 Claim Last Updated 05/05/2016 Printed On 5/26/2018

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | TATIANA A BUSHEE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 0.01 | Mode | W |
| | | Date of Hire | 11/17/1997 | | |
| | | Last Work Date | 01/28/2015 | | |
| | 0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc FLORAL DEPARTMENT MANAGER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Exclusion - Work Related | Received Date | 01/29/2015 |
| Disability Date | 01/29/2015 | Close Date | 01/29/2015 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 08/05/2015 | RTW FT / PT | |
| Ben Begin Date | 02/05/2015 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc 354.0 Carpal tunnel syndrome

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 09 - 442930 SAFEWAY INC.

Subsidiary SEL1 SELECT 1

Location 12500000 NO.CALIFORNIA

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2007

Class 1A ALL FULL TIME AND PART TIME SELECT 1 AND SELECT 2 EMPLOYEES, EXCEPT RA

Waiting Period: New/Mode-Current/Mode 1 Month 1 Month Days in WRKWK 7 Pre-X NC

Elimination Period: Days/Type 7 WC - Sickness COLA: Mode/Duration

Successive Period: Period/Mode 30 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 02 | LTD | 1E | 01/01/1998 |
| PD | 01 | STD | 1A | 12/17/1997 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 3626132 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec ●

**03/28/2018 7:54 AM - CLAIM Note 84**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/28/2018 - JORGENSEN, ERIKA]RECEIVED INVOICE # 320497 DATED 01/08/2018 FROM MES SOLUTIONS FOR PEER REVIEW, (SPECIALTY: PMR & PAIN MEDICINE ). PAID INVOICE IN FULL FOR $ 1260.00 TO TAX ID 38-2193020

**03/26/2018 7:03 AM - CLAIM Note 83**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [03/26/2018 - JOHNSON, CHARLES]REFERRED FOR PROCESSING - LATE RECEIPT ROM VENDOR

**01/22/2018 1:12 PM - CLAIM Note 82**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : OUT
Text: [01/22/2018 - JOHNSON, CHARLES]MAINTAIN DENIAL

**01/22/2018 1:12 PM - CLAIM Note 81**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : STATUS
Text: [01/22/2018 - JOHNSON, CHARLES]COMPLETED APPEAL REVIEW - THE INFORMATION CONTAINED IN THE FILE SUPPORTS SHE HAS THE CAPACITY TO PERFORM THE ALTERNATIVE OCCUPATIONS IDENTIFIED - MAINTAIN DENIAL

**12/21/2017 2:26 PM - CLAIM Note 80**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : COPY JOB
Text: [12/21/2017 - SMITH, TYLER]COPY OF DOC LIST SENT TO MES VIA 4 ZIP FILES VOLTAGE SECURE

**12/21/2017 2:29 AM - CLAIM Note 79**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/20/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**12/19/2017 4:38 PM - CLAIM Note 78**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/19/2017 - JOHNSON, CHARLES]CONFIRMED APPEAL DATES[12/20/2017 - JOHNSON, CHARLES]REVIEWING THE INFORMATION CONTAINED IN THE FILE - REFERRED TO MES FOR PMR-PAIN PEER REVIEW

**12/18/2017 1:11 PM - CLAIM Note 77**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : IN
Text: [12/18/2017 - BRETON, CINDY]ASSIGNED TO CHUCK JOHNSON

**12/16/2017 2:27 AM - CLAIM Note 76**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL

Other Subject : SCORE REFERRAL
Text: 12/14/2017 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/14/2017 4:12 PM - CLAIM Note 75**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject :
Text: [12/14/2017 - TRAN, MARYANN]SCORED TO ARU

**12/14/2017 1:37 PM - CLAIM Note 74**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : MGR REV-ARU
Text: [12/14/2017 - DIGIANDOMENICO, ROBERT]AGREE WITH ARU REFERRAL

**12/14/2017 12:36 PM - CLAIM Note 73**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : REFER TO ARU
Text: [12/14/2017 - TRAN, MARYANN]JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; SS PENDING AT RECON LEVEL, TAG ASSISTED; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP IS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 2/2017, NOV TBD; ORTHO REVIEW COMPLETED 4/20/17, SUPPORTS NO R&LBUT AP SUPPORTS SED CAPACITY ONLY; ORTHO CLARIFICATION COMPLETED 4/27/17, SUPPORTS R&L CONSISTENT WITH SED CAPACITY; TSA COMPLETED 5/4/17 IDENTIFIES OTHER OCCS; THEREFORE CLOSURE FOR NOT TDAO EFF 7/28/17 ****CLOSURE LTR SENT TO EE ON 6/13/17. ATTY SUBMITTED APPEAL ON 12/12/17 WITH ADD'L MEDICAL. DCM RECOMMEND REFERRAL TO ARU FOR REVIEW. CLAIM REFERRED TO M1

**12/14/2017 12:33 PM - CLAIM Note 72**
Claim/Event/Leave: 3626132
NoteSubject : Appeal
Other Subject : FORMAL REQ
Text: [12/14/2017 - TRAN, MARYANN]DCM RCVD APPEAL REQ DATED 12/12/17 FROM ATTY. ATTY INDICATED ADD'L MEDICAL SUPPLIED TO SUPPORT ONGOING CLAIM

**12/05/2017 2:23 PM - CLAIM Note 71**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : SENT CONTRACT
Text: [12/05/2017 - BOWERS, BRENDAN]TO ATTORNEY, WITH LETTER

**12/05/2017 1:02 PM - PHONE Note 25**
Claim/Event/Leave: 3626132
NoteSubject : Called Other
Other Subject : ATTORNEY,
Text: [12/05/2017 - BOWERS, BRENDAN]DCM ADVISED WE NEEDED LETTER OF REPRESENTATON..DCM EXPLAINED WE WOULD SEND ONCE AUTH COMES OVER. SHE ASKED IF IT COULD BE EMAILED TO JAM@MERSCHLAW.COM AND DCM SAID WE WOULD SEND WITH LETTER STATING WE WOULD ALLOW A FEWDAYS TO ACCOUNT FOR POST OFFICE

**12/05/2017 12:35 PM - PHONE Note 24**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : ATTY
Text: [12/05/2017 - BIBER, JENNIFER]JULIE MERSCH CALLED AND SAID SHE IS THE EE'S ATTY AND SHE IS PREPARING TO SEND IN APPEAL. SHE SAID ACCORDING TO ERISA LANG SHE SHOULD HAVE 180 DAYS FORM RECEIPT OF THE LTR TO SUBMIT APPEAL. TOLD HER THAT WAS CORRECT. SHE SAID THE CLOSURE LTR THEY HAVE STATES 180 DAYS FROM DATE OF THE LTR. TOLD HER WE WOULD ALLOW FOR MAILING DAYS. SHE ASKED IF WE PLS SEND HER THAT IN WRITING. SHE SAID SHE DOES NOT THINK THE POLICY SHE RECVD IS COMPLETE B/C IT DOES NOT DISCUSS APPEAL PROCEDURES. SHE SAID HER CONTACT INFO IS JULIE MERSCH, 702307.5868 AND ADDRESS IS 701 S 7TH ST, LAS VEGAS. NV 89101. TOLD HER I WOULD NOTIFY THE MGR AS THE ADCM WAS OUT OF THE OFFICE AND WE WOULD GET SOMETHING TO HER IN WRITING

**09/26/2017 9:08 AM - OVERPMT Note 7**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : PAYMENT UPDATE
Text: [09/26/2017 - MORGAN, TREVOR]NOTIFICATION FROM TAG... GOOD AFTERNOON, PLEASE BE ADVISED THAT WE MAILED CHECK #16867 TO YOUR OFFICE TODAY IN THE AMOUNT OF $10,373.20 FOR THE FULL OVERPAYMENT. PLEASE FEEL FREE TO CONTACT US WITH ANY QUESTIONS OR IF PAYMENT IS NOT RECEIVED. THANK YOU, NICOLE MILLER BENEFITS COORDINATOR THE ADVOCATOR GROUP

**09/14/2017 9:50 AM - OVERPMT Note 6**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : PAYMENT UPDATE
Text: [09/14/2017 - MORGAN, TREVOR]NOTIFICATION FROM TAG... GOOD AFTERNOON, PLEASE BE ADVISED THE ABOVE CLAIMANT PROVIDED AUTHORIZATION TO OUR OFFICE TO CONDUCT THE EFT TODAY FOR FULL REIMBURSEMENT OF

$10,373.20. ONCE THE FUNDS HAVE CLEARED WE WILL FORWARD PAYMENT TO YOUR OFFICE AS SOON AS POSSIBLE. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS. CATHERINE DREYER REIMBURSEMENT FACILITATION SPECIALIST THE ADVOCATOR GROUP 101 EDGEWATER DRIVE, SUITE 260 WAKEFIELD, MA01880 T. 877.261.1947 X2192 F. 877.797.1612

**09/11/2017 6:17 PM - PHONE Note 23**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : EE HUSBAND
Text: [09/11/2017 - BAINTER, PAUL]CONTACTED DCM, ADV ENTERED PASSWORD WRONG ON USB DRIVE WHICH CONTACTED EE CLAIM FILE AND IS NOW LOCKED OUT; REQ DCM SEND AGAIN, THANKED ADV WILL DO

**09/07/2017 3:35 PM - OVERPMT Note 5**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : OP F/U
Text: [09/07/2017 - MORGAN, TREVOR]NOTIFICATION FROM TAG.... GOOD AFTERNOON! PLEASE BE ADVISED THAT AS OF TODAY S DATE, OUR OFFICE HAS BEEN UNABLE TO RECOVER THE PRIMARY OVERPAYMENT FROM MS. BUSHEE WE WILL CONTINUE TO FOLLOW UP ON THIS AND ALL ISSUES AND WILL PROVIDE YOU WITH AN UPDATE ON 09/21/2017 OR SOONER. PLEASE LET US KNOW IF YOU HAVE ANY QUESTIONS. THANK YOU, LAURYN DELUISE BENEFIT COORDINATOR THE ADVOCATOR GROUP 101 EDGEWATER DRIVE, SUITE 260 WAKEFIELD, MA 01880 T.877.261.1947 X2164 F. 877.797.1612

**09/06/2017 2:20 PM - OVERPMT Note 4**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : CALL WITH EE
Text: [09/06/2017 - MORGAN, TREVOR]SPOKE WITH EE. DISCUSSED THE OP BALANCE VS RETRO. HE WANTED TO KNOW IF THE OP COULD BE DECREASED. I ADVISED IT COULDN'T. I EXPLAINED THEY COULD SEND LUMP SUM AND WE CAN DO A REPAYMENT PLAN FOR THE DIFFERENCE. HE SAID HE WOULD WORK WITH TAG ON THE EFT.

**08/24/2017 3:50 PM - OVERPMT Note 3**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : DTLS
Text: [08/24/2017 - MORGAN, TREVOR]DOE 6/1/16 ... SSDB OF 06/01/2016 TO 11/30/2016 $998.00 INITIAL BENEFIT 12/01/2016 $1,001.00 COLA. ATTY FEES OF 3499.00. NO DEPS

**08/16/2017 2:30 AM - CLAIM Note 70**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO TREVOR MORGAN.

**08/15/2017 2:29 AM - CLAIM Note 69**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JACQUELINE JOHNSON.

**08/14/2017 10:24 AM - OVERPMT Note 2**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject :
Text: [08/14/2017 - JOHNSON, JACQUELINE]REFERRAL RECEIVED. FOLLOW UP SET TO REVIEW FOR NOA AND COMPLETE CALCULATION.

**08/12/2017 2:33 AM - CLAIM Note 68**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: PLEASE PROCESS SS OP, AWARD LETTER PENDING

**08/11/2017 2:42 PM - CLAIM Note 67**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : FRS
Text: [08/11/2017 - BAINTER, PAUL]SENT REFERRAL FOR SS OP

**08/11/2017 2:42 PM - CLAIM Note 66**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : SS OP
Text: [08/11/2017 - BAINTER, PAUL]SENT LETTER WITH REQ FOR AWARD

**08/10/2017 3:26 PM - OVERPMT Note 1**

**08/10/2017 3:20 PM - OVERPMT Note 1**
Claim/Event/Leave: 3626132
NoteSubject : OP/SS
Other Subject : VERB FAV DEC RECD
Text: [08/10/2017 - FOWLER, KYLE]VERBAL/FAVORABLE DECISION RECD TODAY FROM TAG IN RECOVERY UNIT 1-888-437-7611, SENT NOTE TO CASE MANAGER TO REFER THE FILE TO FINANCIAL REVIEW SERVICES.

**06/22/2017 2:29 PM - CLAIM Note 65**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : INTENT TO APPEAL
Text: [06/22/2017 - BAINTER, PAUL]SENT LETTER WITH COPY OF CLAIM FILE

**06/14/2017 2:55 PM - PHONE Note 22**
Claim/Event/Leave: 3626132
NoteSubject : Called Other
Other Subject : EE HUSBAND
Text: [06/14/2017 - BAINTER, PAUL]ADV OF CLOSURE, DISAGREED AND REQ APPEALS INFO; DCM PROVIDED, THANKED CALL ENDED

**06/13/2017 7:41 PM - PHONE Note 21**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : CSU
Text: [06/13/2017 - STACY, MARCIA]HUSBAND RETURNING CALL TO DCM. DCM DID NOT ANSWER, TRANSFERRED TO VM.

**06/13/2017 7:38 PM - PHONE Note 20**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject : LFT MSG
Text: [06/13/2017 - BAINTER, PAUL]ADV OF CLOSURE

**06/13/2017 7:34 PM - CLAIM Note 64**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [06/13/2017 - BAINTER, PAUL]SENT LETTER

**06/13/2017 7:04 PM - CLAIM Note 63**
Claim/Event/Leave: 3626132
NoteSubject : Closed
Other Subject : MGR REVIEW
Text: [06/13/2017 - DIGIANDOMENICO, ROBERT]AGREE WITH ACTION PLAN TO CLOSE LTD CLAIM NOT TDAO BASED ON MEDICAL REVIEWS AND TSA PERFORMED-ALT OCCS IDENTIFIED THAT PROVIDE REASONABLE WAGE WITHIN CAPACITY LEVEL IDENTIFIED-FINAL LTR REVIEWED

**06/13/2017 5:27 PM - CLAIM Note 62**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW AO JUL 2017
Text: [06/13/2017 - BAINTER, PAUL]JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; SS PENDING AT RECON LEVEL, TAG ASSISTED; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP IS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 2/2017, NOV TBD; ORTHO REVIEW COMPLETED 4/20/17, SUPPORTS NO R&LBUT AP SUPPORTS SED CAPACITY ONLY; ORTHO CLARIFICATION COMPLETED 4/27/17, SUPPORTS R&L CONSISTENT WITH SED CAPACITY; TSA COMPLETED 5/4/17 IDENTIFIES OTHER OCCS; RECOMMEND CLOSURE FOR NOT TDAO EFF 7/28/17

**05/23/2017 9:04 AM - CLAIM Note 61**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [05/23/2017 - WADE, CATHERINE]REC'D INV# 31817062631 DATED 5/15/17 FROM MES/MEDICAL EVALUATION SPECIALISTS IN THE AMT OF $117.50 FOR ORTHOPEDIC SX PEER REVIEW. PAID IN FULL 5/23/17.

**05/10/2017 2:39 PM - CLAIM Note 60**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VOC TSA
Text: [05/10/2017 - CRUZ, ERIKA]RECD VOC TSA - ALTERNATIVE OCCS IDENTIFIED.

**05/04/2017 12:54 PM - CLAIM Note 59**
Claim/Event/Leave: 3626132
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/04/2017 - REDDINGER, MICHELLE]THE TSA HAS BEEN COMPLETED AND UPLOADED TO THE DOC LIST. NO FURTHER VCM ACTIVITY.

**05/03/2017 2:37 AM - CLAIM Note 58**
Claim/Event/Leave: 3626132
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/2/2017-REFERRAL RECEIVED BY VCM AND ASSIGNED TO REDDINGER, MICHELLE. CLAIM/AS EVENT IS PENDING REVIEW.

**05/03/2017 2:36 AM - CLAIM Note 57**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/1/2017 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/01/2017 9:55 PM - CLAIM Note 56**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : VOC
Text: [05/01/2017 - BAINTER, PAUL]SENT REFERRAL FOR TSA

**05/01/2017 9:47 PM - CLAIM Note 55**
Claim/Event/Leave: 3626132
NoteSubject : Peer Review
Other Subject : ORTHO CLARIFICATION
Text: [05/01/2017 - BAINTER, PAUL]COMPLETED AND RECEIVED

**04/26/2017 2:31 AM - CLAIM Note 54**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/24/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**04/24/2017 4:16 PM - CLAIM Note 53**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW AO JUL 2017
Text: [04/24/2017 - BAINTER, PAUL]JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; SS PENDING AT RECON LEVEL, TAG ASSISTED; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP IS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 2/2017, NOV TBD; ORTHO REVIEW COMPLETED 4/20/17, SUPPORTS NO R&LBUT AP SUPPORTS SED CAPACITY ONLY; REFERRED TO ORTHO LMCP FOR CLARIFICATION, IF IN CONSENSUS WITH PEER WIL CLOSE FOR NOT TDOO, IF IN CONSENSUS WITH AP OR HAS OWN ASSESSMENT WILL REFER FOR TSA TO REVIEW FOR ANY OCC

**04/24/2017 3:57 PM - CLAIM Note 52**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [04/24/2017 - BAINTER, PAUL]SENT REFERRAL FOR LMCP CLARIFICATION REVIEW

**04/24/2017 8:39 AM - CLAIM Note 51**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [04/24/2017 - LANDRY, KATHLEEN]INVOICE RCVD 4/24/17- INVOICE 31817046306 DATED 4/20/17 FROM MES PEER REVIEW SERVICES 100 MORSE STREET NORWOOD, MA 02062 FOR PEER REVIEW BY ORTHOPEDIC SURGERY IN THE AMT OF $705.00. PAID IN FULL TO TAX ID 382193020

**04/21/2017 8:58 PM - CLAIM Note 50**
Claim/Event/Leave: 3626132
NoteSubject : Peer Review
Other Subject : ORTHO
Text: [04/21/2017 - BAINTER, PAUL]COMPLETED AND RECEIVED

**04/17/2017 7:20 PM - CLAIM Note 49**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : CID FORMS
Text: [04/17/2017 - BAINTER, PAUL]AQ, CIF, CSS, TEE, LONG AUTH, PSYCH AUTH

**04/06/2017 2:32 AM - CLAIM Note 48**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/5/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**04/05/2017 2:10 PM - CLAIM Note 47**

Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [04/05/2017 - BAINTER, PAUL]SENT REFERRAL TO MES FOR REVIEW

**04/05/2017 2:07 PM - CLAIM Note 46**
Claim/Event/Leave: 3626132
NoteSubject : Med Records Rcvd
Other Subject : RENO ORTHO
Text: [04/05/2017 - BAINTER, PAUL]TX NOTE DATED 2/9/17

**03/29/2017 5:21 PM - CLAIM Note 45**
Claim/Event/Leave: 3626132
NoteSubject : LTR to AP
Other Subject : RENO ORTHO
Text: [03/29/2017 - BAINTER, PAUL]SENT FU REQ FOR RECS

**03/23/2017 8:22 PM - CLAIM Note 44**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW AO JUL 2017
Text: [03/23/2017 - BAINTER, PAUL]JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; SS PENDING AT RECON LEVEL, TAG ASSISTED; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP IS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 2/2017, NOV TBD; ORTHO REVIEW COMPLETED 10/6/16, SUPPORTS PERM LESS THAN MEDIUM CAPACITY; N&P SEND FOR CID RECS AND FORMS, TASK SET FOR 4/21/17

**03/23/2017 8:19 PM - CLAIM Note 43**
Claim/Event/Leave: 3626132
NoteSubject : Notice/Proof Review
Other Subject :
Text: [03/23/2017 - BAINTER, PAUL]SENT LETTER FOR CID RECS; SEND REQ FOR CID FORMS

**03/23/2017 8:19 PM - PHONE Note 19**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject : 90DAY FU
Text: [03/23/2017 - BAINTER, PAUL]CONNECTED WITH EE HUSBAND, CONFIRMED ORTHO IS STILL ONLY PROV; LOV 2/2017, NOV TBD; DCM THANKED ADV OF N&P FOR RECS AND FORMS

**01/24/2017 3:16 PM - PHONE Note 18**
Claim/Event/Leave: 3626132
NoteSubject : EE Called
Other Subject : PAYCHECK
Text: [01/24/2017 - MCDOUGALL, KRISTYN]EE HUSBAND JOHN CALLING ON BEHALF OF EE. EE HAS QS REGARDING CLAIM. EE HAS NOT RECD CHECK YET. DCM CF CHECK BATCHED ON 1/23/17 AND WILL BE RECD IN A FEW DAYS. DCM CF CHECKS TYPICALLY ISSUE ON THE 21ST OF EACH MONTH. IF 21ST FALLS ON WEEKEND OR HOLIDAY, THAT MAY CAUSE DELAY. DCM THANKED, CC.

**12/21/2016 7:01 PM - PHONE Note 17**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject : 90DAY FU
Text: [12/21/2016 - BAINTER, PAUL]CONNECTED WITH EE HUSBAND WHO ADV NO CHANGE IN TX, ONLY PROV IS STILL ORTHO AND NOV 1/2017; DCM THANKED CALL ENDED

**11/04/2016 6:35 PM - CLAIM Note 42**
Claim/Event/Leave: 3626132
NoteSubject : Social Security
Other Subject : STATUS
Text: [11/04/2016 - MCDOUGALL, KRISTYN]INITIAL APP DENIED 10/11/16. RECONSIDERATION APP FILED 11/1/16.

**10/10/2016 12:23 PM - CLAIM Note 41**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW AO JULY 2017
Text: [10/10/2016 - SPROUS, TRACEY]55YOF; JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP WASORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 11/3/15; ALSO HAD PT AT SAME LOCATION BUT HAS BEEN D/C; ALSO SAW PAIN MGT DR. STEVEN BERMAN AT NEVADA PAIN, LOV 11/4/15; ORTHO REVIEW COMPLETED 10/6/2016, DUE TO RESIDUAL SYMPTOM TO BILATERAL UPPER EXTREMITIES, PARESTHESIA, PERMANENT RESTRICTIONS WOULD BE INDICATED AND WOULD INCLUDE: MAY LIFT, PUSH, PULL 10 POUNDS FREQUENTLY, UP TO 30 POUNDS OCCASIONALLY, OCCASIONAL REACHING ABOVE SHOULDER , NO RESTRICTIONS ON REACHING AT WAIST LEVEL OR BELOW WAIST LEVEL, NO RESTRICTIONS ON SITTING, STANDING OR WALKING, NO CLIMBING OF LADDERS, NO RESTRICTIONS ON CLIMBING OF STAIRS, NO CRAWLING, NO RESTRICTIONS ON SQUATTING,

KNEELING, STOOPING OR CROUCHING, NO FIRM GRIPPING OR GRASPING, GREATER THAN 10 POUNDS, LIMIT GRIPPING, GRASPING, FINGERING, KEYING AND FINE MANIPULATION TO 30 MINUTES PER HOUR, MAXIMUM FOUR HOURS PER SHIFT. MAY WORK 8 HOUR SHIFTS, 40 HOURS PER WEEK. THE PROGNOSIS IS GUARDED. IT APPEARS THAT THE CLAIMANT HAS PLATEAUED AND WOULD BE CONSIDERED AT MMI AT THE 06/30/2016 OFFICE VISIT. THE CLAIMANT WAS RELEASED FROM CARE AT THAT TIME. PLACED AT MMI. SUPPORTS LESS THAN MEDIUM CAPACITY THRU 7/27/2017** OWN OCCUPATION**ACTION: CONTINUE 90- DAY MEDICAL UPDATES, REQUEST UPDATED MEDICAL PRIOR TO CID AND REFER FOR ORTHO PR ADDENDUM FOR REVIEW OF AO.

**10/10/2016 12:07 PM - CLAIM Note 40**
Claim/Event/Leave: 3626132
NoteSubject : Peer Review
Other Subject : ORTHO PR
Text: [10/10/2016 - SPROUS, TRACEY]ORTHO PR COMPLETED 10/6/2016

**10/07/2016 7:19 PM - CLAIM Note 39**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VENDOR PYMT
Text: [10/07/2016 - COBB, KISNI]INV # BUSHEE DTD 10/06/16 FOR $587.50 TO MLS, PR, ORTHO, BALINT

**09/27/2016 9:43 AM - CLAIM Note 38**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/26/2016 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**09/26/2016 3:09 PM - CLAIM Note 37**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [09/26/2016 - BAINTER, PAUL]SENT REFERRAL TO MLS FOR REVIEW

**09/26/2016 3:05 PM - CLAIM Note 36**
Claim/Event/Leave: 3626132
NoteSubject : Med Records Rcvd
Other Subject : RENO ORTHO
Text: [09/26/2016 - BAINTER, PAUL]TX NOTE DATED 6/30/16

**09/21/2016 5:48 PM - CLAIM Note 35**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2016
Text: [09/21/2016 - BAINTER, PAUL]JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; SS PENDING AT INITIAL APP, TAG ASSISTED; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP IS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, HAD PT AT SAME LOCATION BUT HAS BEEN D/C; ORTHO REVIEW COMPLETED 6/20/16, SUPPORTS LESS THAN MEDIUM CAPACITY THRU 9/17/16; N&P SENT FOR UPDATED RECS, TASK SET FOR 10/20/16

**09/21/2016 5:35 PM - CLAIM Note 34**
Claim/Event/Leave: 3626132
NoteSubject : Notice/Proof Review
Other Subject :
Text: [09/21/2016 - BAINTER, PAUL]SENT LETTER; SENT REQ FOR RECS FROM RENO ORTHO

**09/21/2016 5:34 PM - PHONE Note 16**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject : 90DAY FU
Text: [09/21/2016 - BAINTER, PAUL]CONNECTED WITH EE HUSBAND, REQ UPDATE ON TX AND PROVS; ADV ONLY PROVS IS ORTHO, DCM THANKED ADV WILL N&P

**08/03/2016 10:58 AM - CLAIM Note 33**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : ADD DD
Text: [08/03/2016 - WRIGHT, PATRICIA]ADDED ACCT ROUTING#

**07/26/2016 4:04 PM - PHONE Note 15**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : EE HUSBAND
Text: [07/26/2016 - BAINTER, PAUL]ADV IS RECEIVING CALLS FROM TAG AND UNSURE WHO THEY ARE, DCM ADV THEY WILL BE ASSISTING WITH SS APP AND TO FOLLOW THRU WITH THEM; THANKED CALL ENDED

**07/15/2016 2:31 AM - CLAIM Note 32**
Claim/Event/Leave: 3626132

NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 7/13/2016 - REFERRED TO THE ADVOCATOR GROUP AS SS ADVOCATE.

**07/13/2016 9:57 PM - CLAIM Note 31**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [07/13/2016 - BAINTER, PAUL]SENT LETTER WITH REQ FOR FORMS

**07/13/2016 8:56 PM - CLAIM Note 30**
Claim/Event/Leave: 3626132
NoteSubject : Approved
Other Subject : MGR REVIEW
Text: [07/13/2016 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO APPROVE LTD CLAIM BASED ON PEER MD REVIEW AND OA COMPARISON-R/L IDENFIED SUPPORT IMPAIRMENT OO DUTIES-LIFT ONLY 30 LBS BILATERAL UPPER EXTREMITY VS 50 LB OCC REQUIREMENT

**07/13/2016 8:37 PM - CLAIM Note 29**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW OO SEP 2016
Text: [07/13/2016 - BAINTER, PAUL]55YOF; JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; DOH 11/17/97, EDOC 1/1/98, LTD CLASS 1E CONFIRMED VIA CUSTOMER FOLDER; $2648.40 MONTHLY PRE DIS WAGE; NO OTHER JOBS; WC APPROVED SINCE 2013 AND EXHAUSTED 6/2016, NO OFFSET; REFERRED TO TAG FOR SS ASSISTANCE; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP WASORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 11/3/15; ALSO HAD PT AT SAME LOCATION BUT HAS BEEN D/C; ALSO SAW PAIN MGT DR. STEVEN BERMAN AT NEVADA PAIN, LOV 11/4/15; ORTHO REVIEW COMPLETED 6/20/16, SUPPORTS LESS THAN MEDIUM CAPACITY THRU 9/17/16; BBD IS 7/28/16, MAX BEN DATE 12/6/27; RECOMMEND APPROVAL, TASK SET FOR 9/12/2016 TO SEND ONGOING N&P AS TAG FU

**07/13/2016 8:36 PM - CLAIM Note 28**
Claim/Event/Leave: 3626132
NoteSubject : Ref to SS Vendor
Other Subject : TAG
Text: [07/13/2016 - BAINTER, PAUL]SENT REFERRAL

**07/13/2016 8:36 PM - PHONE Note 14**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject :
Text: [07/13/2016 - BAINTER, PAUL]PC AND SPOKE TO EE HUSBAND, ADV GETTING READY FOR APPROVAL; ADV OF SSDU AND TAG, AGREED CALL ENDED

**07/13/2016 8:30 PM - PHONE Note 13**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : WC EMAILED
Text: [07/13/2016 - BAINTER, PAUL]CONFIRMED WC BENS BEGIN DATE IS 5/16/13 AND THE END DATE WAS 6/14/2016

**07/12/2016 6:34 PM - PHONE Note 12**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : EE HUSBAND
Text: [07/12/2016 - BAINTER, PAUL]REQ STATUS, ADV WC CONFIRMED RATE BUT DID NOT CONFIRM BBD OR EXHAUSTION ;ONCE CONFIRMED WILL BE ABLE TO ENTER OFFSET SO FIRST CHECK CAN BE RELEASED AND CLAIM APPROVED

**07/07/2016 9:12 PM - PHONE Note 11**
Claim/Event/Leave: 3626132
NoteSubject : Called Other
Other Subject : EMAILED WC
Text: [07/07/2016 - BAINTER, PAUL]SENT REQ FOR START AND END DATE OF BENEFIT

**07/07/2016 9:12 PM - PHONE Note 10**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : WC EMAILED
Text: [07/07/2016 - BAINTER, PAUL]CONFIRMED EE WAS PAID $705.60 BIWEEKLY

**07/06/2016 3:57 PM - PHONE Note 9**
Claim/Event/Leave: 3626132
NoteSubject : Called Other
Other Subject : WC
Text: [07/06/2016 - BAINTER, PAUL]WC LFT MSG, CONFIRMED WC PAYMENTS HAVE ENDED.............DCM LFT MSG, REQ RC TO PROVIDE DCM WITH WC ADJUSTER EMAIL AS WILL NEED TO CONFIRM A FEW BITS OF WC INFO FOR OUR FILE SO THAT

TO PROVIDE DCM WITH WC ADJUSTER EMAIL AS WILL NEED TO CONFIRM A FEW BITS OF WC INFO FOR OUR FILE SO THAT WE MAY MAKE THE APPROVAL

**07/01/2016 4:57 PM - PHONE Note 8**
Claim/Event/Leave: 3626132
NoteSubject : Called Other
Other Subject : WC
Text: [07/01/2016 - BAINTER, PAUL]LFT MSG WITH DIANE, REQ RC FOR EMAIL SO DCM ADV SEND REQ FOR INFO

**07/01/2016 4:57 PM - PHONE Note 7**
Claim/Event/Leave: 3626132
NoteSubject : Other Called
Other Subject : EE HUSBAND
Text: [07/01/2016 - BAINTER, PAUL]LFT MSG, ADV WC CONTACT AT SEDGWICK IS DIANE, 702-568-3823; REQ DCM CONTACT FOR WC INFO

**06/27/2016 3:25 PM - CLAIM Note 27**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : VENDOR PYMT
Text: [06/27/2016 - MCHUGH, SUSAN]INV # 31816075266 DTD 6/20/16 FOR $590.00 TO MES, PEER REVIEW, ORTHOPED SURG

**06/24/2016 5:31 PM - CLAIM Note 26**
Claim/Event/Leave: 3626132
NoteSubject : Action Plan
Other Subject : RTW OO SEPT 2016
Text: [06/24/2016 - BAINTER, PAUL]55YOF; JD IS FLORAL MGR, MEDIUM OCC PER OA REPORT DATED 6/23/16; DOH 11/17/97, EDOC 1/1/98, LTD CLASS 1E CONFIRMED VIA CUSTOMER FOLDER; $2648.40 MONTHLY PRE DIS WAGE; NO OTHER JOBS; WC APPROVED, BUT EXHAUSTED 3/2016; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP WAS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 11/3/15; ALSO HAD PT AT SAME LOCATION BUT HAS BEEN D/C; ALSO SAW PAIN MGT DR. STEVEN BERMAN AT NEVADA PAIN, LOV 11/4/15; ORTHO REVIEW COMPLETED 6/20/16, SUPPORTS LESS THAN MEDIUM CAPACITY THRU 9/17/16; BBD IS 7/28/16, MAX BEN DATE 12/6/27; RECOMMEND APPROVAL UPON RECEIPT OF WC INFO, NEED TO CONFIRM RATE AND EXHAUSTION

**06/24/2016 5:31 PM - PHONE Note 6**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject :
Text: [06/24/2016 - BAINTER, PAUL]ADV FILE READY FOR APPROVAL HOWEVER WILL NEED WC DOCS TO CALC BENS; EE ADV IS RECEIVING ABT $700 BIWEEKLY AND WAS SUPPOSED TO END EFF 6/21/16; DCM THANKED ADV TO SEND WC DOCS CONFIRMING RATE AND END DATE AND WILL APPROVE AT THAT TIME

**06/24/2016 2:31 AM - CLAIM Note 25**
Claim/Event/Leave: 3626132
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 6/23/2016-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MICHUDA, MELLISSA. CLAIM/AS EVENT IS PENDING REVIEW.

**06/24/2016 2:30 AM - CLAIM Note 24**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 6/22/2016 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**06/23/2016 3:07 PM - CLAIM Note 23**
Claim/Event/Leave: 3626132
NoteSubject : Voc Rehab
Other Subject : OA
Text: [06/23/2016 - MICHUDA, MELISSA]OA COMPLETED, DROPPED IN DOC LIST WITH NOTIFICATION SENT TO DCM.

**06/23/2016 2:20 PM - CLAIM Note 22**
Claim/Event/Leave: 3626132
NoteSubject : LTR to AP
Other Subject : DR. CHRISTIANSON
Text: [06/23/2016 - BAINTER, PAUL]SENT FAX ASSESSMENT REPORT

**06/22/2016 9:52 PM - CLAIM Note 21**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : VOC
Text: [06/22/2016 - BAINTER, PAUL]SENT REFERRAL FOR OA REPORT

**06/22/2016 9:45 PM - CLAIM Note 20**
Claim/Event/Leave: 3626132
NoteSubject : Peer Review

Other Subject : ORTHO
Text: [06/22/2016 - BAINTER, PAUL]COMPLETED 6/20/16, RECEIVED 6/21/16

**06/20/2016 2:52 PM - CLAIM Note 19**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : STATUS
Text: [06/20/2016 - BAINTER, PAUL]SENT LETTER

**06/07/2016 2:31 AM - CLAIM Note 18**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/5/2016 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**06/06/2016 12:38 PM - PHONE Note 5**
Claim/Event/Leave: 3626132
NoteSubject : EE Called
Other Subject :
Text: [06/06/2016 - MOTOWSKI, SAMANTHA]EE CALLED FOR STATUS AND DCM EXPLAINED MEDICAL RECVD AND REVIEW ONGOING. EE UNDERSTOOD, THANKED, CC.

**06/05/2016 3:09 PM - CLAIM Note 17**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : ORTHO
Text: [06/05/2016 - BAINTER, PAUL]SENT REFERRAL TO MES FOR ORTHO REVIEW

**06/05/2016 3:03 PM - CLAIM Note 16**
Claim/Event/Leave: 3626132
NoteSubject : Med Records Rcvd
Other Subject : NEVADA PAIN
Text: [06/05/2016 - BAINTER, PAUL]TX NOTES DATED 8/5/15 - 11/4/15

**05/26/2016 6:22 PM - CLAIM Note 15**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : N&P WARNING
Text: [05/26/2016 - BAINTER, PAUL]SENT LETTER

**05/25/2016 9:25 AM - CLAIM Note 14**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [05/25/2016 - LAVIGNE, BRENDA]SET UP SCHEDULED PAYMENT BASED ON DOC LIST/EARNINGS REPORT: $7334.04 / 12 WEEKS = $611.17 AVE WKLY X 52 = $31780.84 / 12 = $2648.40. THE BENEFIT IS 60% OR $1589.04. NO OFFSETS TO REPORT AT THIS TIME. PER PHONE NOTE 4, WCOF APPROVED, BUT EXHAUSTED MARCH 2016 - DCM HAS REQUESTED DOCUMENTATION. PER THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**05/25/2016 8:47 AM - CLAIM Note 13**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [05/25/2016 - LAVIGNE, BRENDA]ER PROVIDED EARNINGS REPORT - SAVED TO DOC LIST.

**05/24/2016 5:36 PM - CLAIM Note 12**
Claim/Event/Leave: 3626132
NoteSubject : Med Records Rcvd
Other Subject : RENO ORTHO
Text: [05/24/2016 - BAINTER, PAUL]TX NOTES DATED 1/27/15 - 11/3/15

**05/18/2016 9:47 PM - CLAIM Note 11**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : BOTH PROVS
Text: [05/18/2016 - BAINTER, PAUL]SENT REQS VIA FAX TO BOTH PROVS FOR ALL RECS FROM 1/1/15

**05/17/2016 12:00 PM - CLAIM Note 10**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : SALARY REQUEST
Text: [05/17/2016 - LAVIGNE, BRENDA]EMAILED ER TO REQUEST SALARY INFO. EMAIL SAVED TO DOC LIST.

**05/12/2016 7:56 PM - CLAIM Note 9**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : LTD FORMS

Other Subject : LTD FORMS
Text: [05/12/2016 - BAINTER, PAUL]AQ, CIF, CSS, FIQ, WC INFO, W-4S, DL, LONG AUTH, PSYCH AUTH

**05/10/2016 2:30 AM - CLAIM Note 8**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO BRENDA LAVIGNE.

**05/10/2016 2:29 AM - CLAIM Note 7**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO ERIN SULLIVAN.

**05/07/2016 2:29 AM - CLAIM Note 6**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO SAUL PACH.

**05/07/2016 2:28 AM - CLAIM Note 5**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**05/06/2016 4:50 PM - PHONE Note 4**
Claim/Event/Leave: 3626132
NoteSubject : Initial EE Interview
Other Subject :
Text: [05/06/2016 - BAINTER, PAUL]CONFIRMED CONTACT INFO IN THE SYSTEM IS CORRECT; EE IS MARRIED WITH NO DEPENDENTS UNDER 19, SPOUSE DOB 11/3/69; DOH 11/17/97; JD IS FLORAL MGR; NO OTHER JOBS; WC APPROVED, BUT EXHAUSTED 3/2016; LDW 1/28/15, DOD 1/29/15, ERTW UNKNOWN AS EE TERMED; DX WITH BILATERAL CARPAL TUNNEL; HAD CARPAL TUNNEL RELEASE ON BOTH HANDS IN 5/2013 BUT FAILED, HAD LEFT DONE AGAIN 4/2015 BUT ALSO FAILED; AP WAS ORTHO DR. JAMES CHRISTIANSON AT RENO ORTHO CLINIC, LOV 6 MONTHS AGO; ALSO HAD PT AT SAME LOCATION BUT HAS BEEN D/C; EE ADV ALSO SAW PAIN MGT FOR A BIT BUT WAS D/C AS WELL, WILL INCLUDE CONTACT INFO ON CID; DCM THANKED ADV OF N&P FOR RECS AND FORMS, ADV TO SEND WC LETTER OF EXHAUSTION AND ENCOURAGED EE TO RE-ESTABLISH CARE WITHA PHYSICIAN AS WILL NEED TO TO DO TO RECEIVE ONGOING BENS

**05/06/2016 2:21 PM - CLAIM Note 4**
Claim/Event/Leave: 3626132
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [05/06/2016 - PACH, SAUL]INITIAL REFERRAL RECEIVED HOWEVER INFORMED DCM PS DOES NOT HANDLE ASO LTD FOR THIS CUSTOMER. DCM WILL HANDLE ON THEIR END. REFERRAL HAS BEEN REJECTED.

**05/05/2016 7:17 PM - PHONE Note 3**
Claim/Event/Leave: 3626132
NoteSubject : ER Called
Other Subject : EMAILED
Text: [05/05/2016 - BAINTER, PAUL]CONFIRMED EE HAD LDT COVERAGE AT DOD, 60% PLUS BONUS

**05/05/2016 6:51 PM - CLAIM Note 3**
Claim/Event/Leave: 3626132
NoteSubject : LTR to EE
Other Subject : N&P
Text: [05/05/2016 - BAINTER, PAUL]SENT LETTER WITH REQ FOR FORMS

**05/05/2016 6:46 PM - PHONE Note 2**
Claim/Event/Leave: 3626132
NoteSubject : Called EE
Other Subject : LFT MSG
Text: [05/05/2016 - BAINTER, PAUL]REQ RC FOR INITIAL INTERVIEW

**05/05/2016 6:30 PM - CLAIM Note 2**
Claim/Event/Leave: 3626132
NoteSubject : Ref to Other
Other Subject : PS
Text: [05/05/2016 - BAINTER, PAUL]SENT REFERRAL FOR LTD CALCS

**05/05/2016 6:28 PM - PHONE Note 1**
Claim/Event/Leave: 3626132
NoteSubject : Called ER

Other Subject : EMAILED
Text: [05/05/2016 - BAINTER, PAUL]SENT REQ FOR CONFIRMATION OF LTD COVERAGE

**05/04/2016 1:44 PM - POSSINV Note 1**
Claim/Event/Leave: 3626132
NoteSubject : Prior Claim
Other Subject :
Text: [05/04/2016 - COUTURE, LISA]PLEASE INVESTIGATE, CLAIM LEFT IN PROCESS NO BENEFIT LISTED IN BENEFIT DETAIL
[05/04/2016 - COUTURE, LISA]ASO FUNDING

**05/04/2016 1:28 PM - CLAIM Note 1**
Claim/Event/Leave: 3626132
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: LINDSEY HILL ERTW UNKNOWN

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 3417557 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**05/03/2016 11:49 AM - PHONE Note 3**
Claim/Event/Leave: 3417557
NoteSubject : Other Called
Other Subject : EE/SPOUSE
Text: [05/03/2016 - JOHNSON, CHRISTINE]EE SPOUSE, JOHN CALLED AND EE GOT ON PHONE TO CLARIFY THAT IT WAS OK TO SPEAK WITH HIM ON HER BEHALF. JOHN ADV THAT EE WAS APPROVED WC AND STD DENIED BUT EE REMAINS OOW AND WC IS ABT TO END THEREFORE IN NEED OF LTD CLM. DCM ADV WILL EMAIL STD DCM TO ESCALATE CLM TO LTD AND EE WILL BE ASSIGNED NEW DCM FOR LTD SHORTLY. HE ACK, THANKED, CALL ENDED.

**02/09/2015 1:04 PM - CLAIM Note 4**
Claim/Event/Leave: 3417557
NoteSubject : LTR to EE
Other Subject : DENIAL LETTER
Text: [02/09/2015 - PHILLIPS, MARLIN]DENIAL LETTER SENT.

**02/06/2015 11:40 AM - CLAIM Note 3**
Claim/Event/Leave: 3417557
NoteSubject : Denied
Other Subject : MANAGER REVIEW
Text: [02/06/2015 - WATSON, TREVOR]MGR REVIEW COMPLETED; RECOMMENDATION FOR W/C EXCLUSION DENIAL IS APPROPRIATE AS EE INDICATED CONDITION IS RESULT OF WORK ENVIRONMENT.

**02/06/2015 10:53 AM - CLAIM Note 2**
Claim/Event/Leave: 3417557
NoteSubject : Action Plan
Other Subject : DENIAL
Text: [02/06/2015 - PHILLIPS, MARLIN]EE IS A 54 YOF WORKING FOR SAFEWAY AS A FLORAL MGR. LDW 01/28/15. DOD IS 01/29/15 AS THIS IS THE DATE THAT EE WRIST BECAME AGGRAVATED. DX IS CARPAL TUNNEL. EE UNDERWENT CARPAL TUNNEL RELEASE SX. EE STATES THAT DX IS WORK RELATED. EE FILED FOR WC. WC APPROVED. SINCE DX IS WORK RELATED DCM RECOMMENDS DENIAL OF CLAIM AS ANY SICKNESS OR INJURY RESULTING FROM WORK IS AN EXCLUSION TO THE POLICY. CLAIM REFERRED TO MGR FOR REVIEW.

**02/04/2015 3:11 PM - PHONE Note 2**
Claim/Event/Leave: 3417557
NoteSubject : Called EE
Other Subject : INITIAL EE INTERVIEW
Text: [02/04/2015 - PHILLIPS, MARLIN]CONTACTED EE, STATED THAT SHE HAD SUGERY ON BOTH WRIST BECAUSE OF CARPAL TUNNEL RELEASE. EE HAD SX ON LEFT WRIST 05/16/13 AND RIGHT WRIST 05/30/13. EE STATED THAT BOTH WRIST ISSUES WERE WORK RELATED. PER CONTRACT, CLAIMWILL BE DENIED AS ANY SICKNESS OR INJURY AS A RESULT OF WORK IS CONSIDERED AN EXCLUSION FOR STD BENEFITS.

**02/03/2015 2:02 PM - PHONE Note 1**
Claim/Event/Leave: 3417557
NoteSubject : Called EE
Other Subject : INITIAL INTERVIEW
Text: [02/03/2015 - PHILLIPS, MARLIN]ATTEMPTED TO CONDUCT INITIAL EE INTERVIEW, NO ANSWER, LM ON VM FOR EE TO C/B.

**01/30/2015 3:34 PM - POSSINV Note 1**
Claim/Event/Leave: 3417557
NoteSubject : Prior Claim
Other Subject :
Text: [01/30/2015 - STEPHENS, ROBERT]PLEASE INVESTIGATE

**01/30/2015 2:53 PM - CLAIM Note 1**

**01/30/2015 2:52 PM - CLAIM Note 1**
Claim/Event/Leave: 3417557
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ERTW IS UNK. CLMT HAD SURGERY IN 2013. MC TATIANAKRUPA@YAHOO.COM

MES SOLUTIONS SINCE 1978

# PAST INVOICE

01/08/2018

Invoice#: 320497

P O#:

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:
LIBERTY
MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

| | |
|---|---|
| Claim #: | 3626132 |
| Claimant : | Tatiana A Bushee |
| Referral Date : | 1/8/2018 Peer Review Specialty: PMR & Pain Medicine |
| Federal ID : | 38-2193020 |
| S.S. # : | |
| D.O.I. : | |
| Employer: | |
| TAX ID # : | 38-2193020 |
| State Jurisdiction : | NV |

| Description of Services | Time | Rate | Amount Due |
|---|---|---|---|
| Peer Review Services | 360.00 | 210.00 | $1260.00 |
| | | **Total Billing:** | $1260.00 |
| | | **Total Received:** | $0.00 |
| | | **Total Due:** | **$1260.00** |

*Prompt payment within 30 days is greatly appreciated!*

---

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street
Norwood, MA 02062

TAX ID # :38-2193020 **Past Due** *... priority peer review service*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

JULIE MERSCH
LAW OFFICE OF JULIE A. MERSCH
701 S 7TH STREET
LAS VEGAS NV 89101

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

February 19, 2018

Julie A. Mersch
Law Office of Julie A. Mersch
701 S 7TH STREET
LAS VEGAS, NV 89101

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee

Dear Julie Mersch:

Enclosed as requested is a copy of Mrs. Bushee's claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

7L043180487

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

February 6. 2018

Charles Johnson
The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London. KY 40742-7213

**Re: Long Term Disability (LTD) Benefits Safeway, Inc.**
**Claim # : 3626132**
**Insured : Tatiana Bushee**

Dear Mr. Johnson:

I am in receipt of your January 22. 2018 upholding Liberty's termination of long-term benefits for my client Tatiana Bushee.

Pursuant to ERISA requirements. please forward all documents related to Liberty's decision to deny Mrs. Bushee's appeal. I am only seeking documents comprising her "appeal" claim file from June 13, 2017 through the present. including any document that was submitted. considered, or generated in the course of making the benefit determination.

Please forward these documents to me within the next thirty (30) days.

Very truly yours.

Julie A. Mersch. Esq.

JAM/rmj

W:\BUSHEE\LTRS\Johnson.Liberty.Appeal AR Request 020618.wpd

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 12/20/2017 | **Review Type:** | Disability |
| **Claimant's Name:** | Tatiana A Bushee | **Group/Policy/ Claim Number:** | 3626132 |
| **MES Case Number:** | 320497 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Charles Johnson |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Independent Evaluation Peer Review 12/20/2017 Liberty Mutual
- Letters 5/5/2016, 5/18/2016, 5/26/2016, 6/20/2016, 6/23/2016, 8/21/2016, 3/23/2017, 3/29/2017, 7/13/2016, 9/21/2016, 3/23/2017, 6/13/2017, 6/22/2017, 8/11/2017, 8/24/2017, 9/14/2017, 12/5/2017 Liberty Mutual
- Activities Questionnaire Not dated Not signed
- Authorization to Obtain and Release Information Not dated Tatiana Bushee
- Claimant Information Form Not dated Liberty Mutual
- Claimant Supplementary Statement Not dated Liberty Mutual
- Family Information Questionnaire Not dated Liberty Mutual
- Information Form Not dated Liberty Mutual
- Authorization to Obtain and Release Psychotherapy Notes Not dated Tatiana Bushee
- Request for Federal Income Tax Not dated Internal Revenue Service
- Letters 12/5/2017, 12/12/2017 Julie A. Mersch, Esq.
- Letter 9/1/2017 James Christensen, MD
- Visit Reports 8/27/2015, 10/17/2015, 7/13/2016 Stephanie Allen
- Visit Report 6/18/2015, 7/21/2015, 2/9/2017 James Christensen, MD
- Functional Capacity Evaluation 1/13/2016 Rhonda Finrillo, MPT, WCS
- Functional Capacity Evaluation Policy 1/13/2016 Tatiana Bushee
- Job Description 12/11/2017 Occupational Information Network
- Social Security Notice 8/8/2017 Social Security Administration
- Appeal Referral 12/14/2017 Liberty Mutual
- Direct Deposit Application Not dated Liberty Mutual
- Social Security/Reimbursement Agreement Not dated Liberty Mutual
- Authorization for the Release of Protected Health Information 4/6/2017 Tatiana Bushee
- Authorization for the Release of Information Including Protected Health Information 4/6/2017 Tatiana Bushee
- Authorization to Obtain and Release Information (Excluding Psychotherapy notes) 5/9/2016 Tatiana Bushee
- Authorization to Obtain and Release Psychotherapy Notes 5/9/2016 Tatiana Bushee
- Claimant Information Form 4/6/2017 Tatiana Bushee
- Claimant Supplementary Statements 5/9/2016, 4/6/2017 Tatiana Bushee
- Activities Questionnaires 5/9/2016, 4/6/2017 Tatiana Bushee
- Training-Education-Experience Form Not dated Tatiana Bushee
- Workers' Compensation Information Form 5/9/2016 Tatiana Bushee
- Request for Federal Income Tax Withholding From Sick Pay 5/9/2016 Tatiana Bushee
- Physician Work Activity Status Report 9/20/2012 Michael R. Panicari, MD

- Employee's Claim for Compensation/Report of Initial Treatment 9/20/2012 Michael R. Panicari, MD
- Social Security/Reimbursement Agreement 7/25/2016 Tatiana Bushee
- Direct Deposit Application 7/25/2016 Tatiana Bushee
- Payment Information 1/31/2015 Albertson Companies
- Job Description 2002 Safeway, Inc. Seattle Division
- Invoice Messages 6/20/2016, 4/20/2017, 5/15/2017 MES Peer Review Services
- Letter 4/20/2017 Vincent Battista, MD
- Visit Reports 8/9/2013, 11/03/2015, 5/14/2016 Eric Vs. Galavan, OT
- Peer Review Report 4/5/2017 Vincent Battista, MD
- Memorandum 4/27/2017 Janet Whirlow, MD
- Peer Review Report 6/5/2016 Robert E. Clemency, Jr., MD
- Summary of Medical Documentation 10/6/2016 Christopher Balint, DO
- Visit Report 3/2/2015 Brittnie Andrews
- Visit Reports 3/4/2015, 6/11/2015 Jasmyne Tibulski
- Visit Reports 4/3/2015, 5/13/2015 Alicia Hernandez
- Visit Report 4/29/2015 Reno Casting
- Visit Report 4/20/2015 Kimberly Hepworth, APRN
- Visit Report 7/24/2015 Tina Tyo
- Visit Report 11/12/2015 Nikki Hannon
- Operative Report 4/28/2015 Brittnie Andrews
- Patient Report 5/23/2016 Steven E. Berman, MD
- Musculoskeletal Ultrasound Report 9/14/2015 Not signed
- Progress Notes 3/14/2016 Lawrence S. Pohl, MD
- Letters 8/9/2016, 11/1/2016 The Advocater Group
- Authorization for Release of Long-Term Disability File 7/29/2016 Tatiana Bushee
- Social Security Notice 8/8/2017 Social Security Administration
- Initial Payment Set-Up Worksheet 7/28/2015 Safeway, Inc.
- Retirement, Survivors and Disability Insurance Form Not dated Social Security Administration
- Occupational Analysis/Vocational Review 6/23/2016 Liberty Mutual
- Transferable Skills Analysis/Vocational Review 5/4/2017 Liberty Mutual
- Attorney Letter , Julie Mersch , ESQ, 12/29/17
- Note/Report , Michael Glick , DO , 07/15/17

Dr. Christenson:
On 12/29/2017 at 12:14 PM EST, I reached Nicole (Medical Assistant). I left a message for Dr. Christenson with the claimant's name and reason for the call, my contact information and time frame for return call. On 1/2/2018 at 1:08 PM EST, I reached Nicole (Medical Assistant). I left a message for Dr. Christenson with the claimant's name and reason for the call, my contact information and time frame for return call. On 1/4/2018 at 4:58 PM EST, I reached Janai (Medical Assistant). I left a message for Dr. Christenson with the claimant's name and reason for the call, my contact information and time frame for return call.

**SUMMARY OF RECORDS:**
This review is from a Physical Medicine and Rehabilitation/Pain Medicine perspective only. The claimant is a 57 year-old female. An Occupational Analysis was provided noting a medium physical demand for the claimant's occupation. (Exerting 20 to 50 pounds of force occasionally, and/or 10 to

25 pounds of force frequently, and/or negligible up to 10 pounds of force constantly to move objects). The period in review is from 07/27/17 to present.

The claimant underwent bilateral carpal tunnel release in 2013 with ongoing chronic bilateral hand and wrist pain. It appears she did return to work after the surgical procedures. She continued to have ongoing pain in the bilateral wrists and hands, and repeat nerve conduction studies showed recurrent carpal tunnel syndrome. She had multiple interventions performed to include an injection to the wrist as well as stellate ganglion blocks for presumed complex regional pain syndrome. Her pain did not improve with the stellate ganglion blocks.

Orthopedic Notes - James Christensen, MD (Orthopedic Surgery):

01/27/15: Follow up for return of symptoms after left endoscopic carpal tunnel on 05/16/13 and 2 weeks later had a right endoscopic carpal tunnel release. Taking Soma and Ibuprofen. On exam, the claimant had decreased sensation both hands in the median nerve distribution and positive Tinel signs, bilaterally. Impression noted bilateral recurrent carpal tunnel syndrome. She was dropping things and having a lot of pain. The plan was a repeat electromyogram (EMG) and recommendation of no work until that was completed.

03/26/15: Follow up for bilateral hand pain. Repeat EMG showed bilateral carpal tunnel syndrome. The claimant's nerve values were significantly prolonged. There was no chronic denervation, but she had definitive prolongation of the both the right and left median nerves, both motor and sensory conductions. Her left hand was worse. The plan was to schedule open carpal tunnel release. Off work until surgery was noted.

04/22/15: An operative report for a redo left open carpal tunnel release with neurolysis of the median nerve, a NeuraWrap, tenosynovectomy of the flexor pollicis longus and flexor digitorum sublimis.

04/28/15: Follow up with Kimberly Hepworth, APRN at 6 days post left open carpal tunnel release. No significant post op pain was noted. The claimant still had numbness in the fingers radiating to the shoulder. She was taking Soma and Motrin. The incision was healing well without complications. Good range of motion was noted. The wound was redressed and given a cock up wrist brace. The claimant was instructed to wear it at night, and avoid heavy lifting and forceful gripping. Recheck one week for suture removal was planned.

05/05/15: Follow up for 2 weeks postoperative appointment. The wound was benign. Sutures were taken out. The claimant reported getting sensation back. Follow up in one month was planned, and hopefully return to work at that time was noted.

06/04/15: Follow up for 6 weeks postoperative appointment. The incision was still tender. The claimant was getting motion back, working in therapy. She did not have much strength yet. It was noted she normally works as a florist. She was released to return to light duty work. Continued therapy was planned.

06/10/15: Follow up with Bruce Gallio, PAC with a complaint of neck pain. Cervical spine x-ray was completed. The claimant was given Prednisone taper.

06/18/15: Follow up for 2 month postoperative appointment. The claimant had complaints of neck pain with radicular pain into left upper extremity. Her hand was swollen. She had been going to therapy and had gone back to work in a light duty capacity. She had diffuse swelling and shininess

to the skin. No temperature change was noted. She was 2 months post carpal tunnel revision. It was noted she may have an early sympathetic dystrophy. She was not progressing as expected and was recommended off work status, continued therapy, and a referral to pain management for sympathetic block. She was sent for evaluation of the cervical spine.

07/21/15: Follow up for ongoing hand pain. The claimant was recommended a cervical spine consult with Martin Arraiz, MD (Physical Medicine and Rehabilitation). It was noted there was concern she might have reflex sympathetic dystrophy (RSD) syndrome. Motion was good, she has had improvement in sensation, but still more pain that expected. Request for sympathetic block per pain management was noted. Follow up in 1 month was planned.

08/20/15: Follow up for ongoing hand pain. The plan was to proceed with stellate ganglion block.

09/29/15: Follow up for 5 1/2 months post left open carpal tunnel release. She has had two sympathetic blocks. There was no improvement with blocks. She has had extensive therapy. It was noted the therapist will evaluate her strength and work on motion for a month. She was recommended to remain off work.

11/03/2015: Follow up for ongoing left upper extremity pain. It was noted there was no improvement with the blocks. Orthopedic surgery did not having anything else to offer the claimant. A functional capacity evaluation (FCE) was recommended. It was noted the claimant was stable. She was recommended to remain off of work until the FCE was completed.

06/30/16: Follow up for bilateral hand pain. Physical examination showed a positive Tinel's sign in both hands. She had good flexion-extension of the fingers. No atrophy was noted. Tenderness over the median nerve at the wrist with equivocal sensory changes in the median nerve distributions was noted. It was recommended that she was unable to return to work as a florist. Follow up as needed was planned.

02/09/17: Follow up with for bilateral hand pain. The claimant continued to have pain and paresthesia as well as burning and tingling in her hands during the day and at night. She had very limited use of both hands. Pain scale was noted at 2/10. Exam noted decreased sensation in the median nerve distribution bilaterally. Positive Tinel's over the median nerve at the wrist bilaterally was noted. Pain radiated up the forearms. No atrophy was noted. It was noted there was “fair” flexion and extension, thumb and fingers without triggering. Her ulnar nerve function was normal. Assessment included chronic bilateral median nerve neuritis. The plan noted that no additional treatment was necessary or available at this time.

09/01/17: A Restrictions form was completed by Dr. Christensen recommending the claimant not work. He noted that the functional capacity evaluation performed on 01/13/16 recommended sedentary activity. With a trial of sedentary activity, the claimant was unable to perform work. Due to this issue, Dr. Christensen recommended no work at this time.

Pain Management Notes - Steven Berman, MD (Anesthesiology):

08/05/15: Initial evaluation for complex regional pain syndrome (CRPS) and myofascial pain syndrome involving the left upper extremity. Physical examination showed normal sensory, motor, and reflex examination. No skin changes were noted. Inspection of the cervical spine revealed no abnormalities. The claimant was diagnosed with CRPS. She was started Cymbalta, recommended to have a stellate ganglion block on left x3, and a referral to behavioral medicine. Follow up in 2 weeks was planned. The claimant was prescribed tizanidine, as well.

08/24/15: Follow up for CRPS involving the left upper extremity. Symptoms were unchanged and it was noted the medications were not helping the claimant. Physical examination was unchanged from the previous visit. The plan was to start Imipramine, stellate ganglion block x3, and medication management.

08/31/15: Follow up for CRPS involving the left upper extremity. Symptoms were unchanged. Physical examination was unchanged. The plan was for stellate ganglion block on this date, refill patches and cream.

09/14/15: Follow up for CRPS involving the left upper extremity. Physical examination was unchanged. The plan was for stellate ganglion block this date.

09/28/15: Follow up for CRPS involving the left upper extremity. The plan was for stellate ganglion block this date, but due to no relief from the prior 2 blocks, the provider will not repeat today. The claimant was to be referred to therapy and reinitiate Imipramine. It was noted the claimant will see Dr. Christensen tomorrow.

11/04/15: Follow up for CRPS involving the left upper extremity. The claimant continued to have significant pain. Physical examination was unchanged. Diagnoses of CRPS and myofascial pain were given. She was given Celebrex and trigger point injections.

Bureau of Disability Adjudication: Independent Medical Examination (IME) - Michael Glick, DO (Osteopathy).

07/15/17: IME for complaints of bilateral carpal tunnel syndrome, degenerative disc disease of the lumbar spine, and headaches. Physical examination of the neck and back showed decrease in range of motion (ROM) and pain elicited with motion. Wrist exam showed no complaints of pain with ROM with full strength. Decrease ROM was noted. Tinel's was negative bilateral. Decreased grip strength on the left. Reflexes were normal. Sensation intact to light touch in both upper extremities. Straight leg raise test was negative bilaterally. Diagnoses included bilateral carpal tunnel syndrome, degenerative disc disease of the lumbar spine, headaches, and insomnia. It was recommended that the claimant's abilities to be: stand at least 2 hours in an 8 hour work day, sit for 6 hours or more in an 8 hour workday, lift and/or carry up to 20 pounds occasionally, up to 10 pounds frequently. Occasional climbing, balancing, stooping, kneeling. No crouching or crawling. Occasional reaching and handling objects.

Peer Reviews:
06/05/16: A Peer review was completed by Robert Clemency, MD (Orthopedic Surgery) opining that there were restrictions to include lifting 10 pounds occasionally with the left upper extremity, and 30 pounds occasionally with the bilateral extremities.

10/06/16: A Peer Review was completed by Christopher Balint, DO (Orthopedic Surgery) opining that there were restrictions to include lifting 30 pounds occasionally and 10 pounds frequently.

04/05/17: A Peer Review was completed by Vincent Battista, MD (Orthopedic Surgery) opining that there were no support restrictions or limitations at that time.

04/27/17: A Peer Review was completed by Janet Whirlow, MD (Orthopedic Surgery) opining that there were restrictions to include exerting up to 10 pounds of force occasionally and a negligible amount of force frequently.

Physical Therapy Notes- Rhonda Fiorillo, MPT (Physical Therapy):

01/13/16: A Functional Capacity Evaluation was completed recommending sedentary level work.

Occupational Therapy Notes- Eric Galvan, OT (Occupational Therapy):

Notes of 08/06/13, 05/13/15 and 10/28/15 were reviewed.

**REVIEW QUESTION (S):**

**1. Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.**

The diagnosis supported by the medical evidence was carpal tunnel syndrome. This diagnosis caused impairment.

The claimant has had carpal tunnel release and continued to have symptoms and objective findings on examination consistent with carpal tunnel syndrome.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 7/27/17, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).**

Based on the provided documentation, functional impairment with the following restrictions/limitations was supported for the period in review from 07/27/2017 to present:

- Lifting/carrying: Up to 20 pounds occasionally, up to 10 pounds frequently.
- Keyboarding: Occasionally.
- Upper Extremity use: Occasionally with all maneuvers.
- There are no other restrictions/limitations.

With these restrictions in place, it is expected that the claimant can sustain full time capacity over an 8 hour work day. These restrictions should be in place for six months from the date of this review, then be reevaluated.

On 03/26/15, an EMG revealed bilateral carpal tunnel syndrome. On 04/22/15, the claimant had left open carpal tunnel release surgery performed. On 06/18/15, Dr. Christensen noted the claimant was not progressing as expected. From 08/05/15 through 11/04/15, the claimant was treated by Dr. Berman. Pain medications and nerve blocks were unsuccessful managing her pain. 06/30/16, the claimant was seen bilateral hand pain by Dr. Christensen who noted physical examination showed a positive Tinel's sign in both hands. On 02/09/17, the claimant was examined by Dr. Christensen. She continued to have pain and paresthesia as well as burning and tingling in her hands during the day and at night. She had very limited use of both hands. Exam noted decreased sensation in the median nerve distribution bilaterally. Positive Tinel's over the median nerve at the wrist bilaterally was noted.

**3. When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

With these restrictions in place, it is expected that the claimant can sustain full time capacity over an 8 hour work day

**4. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence did not support any side effects from the claimant's prescribed medications.

**5. Please contact Dr. Christenson to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

Please refer to the AP Section.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

William J. Kroski, DO
Board Certified in Physical Medicine & Rehabilitation
Sub Specialty Certificate in Pain Medicine
VA License #0102202479
1/8/2018

5N003180014

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109

Also licensed in Missouri

December 29, 2017

**SENT VIA FACSIMILE TO (603) 334-8039 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

**Re: Long Term Disability (LTD) Benefits Safeway, Inc.**
**Claim # : 3626132**
**Insured : Tatiana Bushee**

To Whom it May Concern:

As referenced in my December 12, 2017 appeal letter to Liberty, enclosed please find the consultative examination conducted by Michael Glick, DO on July 15, 2017 on behalf of the Social Security Administration's Bureau of Disability Adjudication. Please include this report in your review of Mrs. Bushee's long-term disability appeal.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj
Enclosure

W:\BUSHEE\LTRS\Liberty.GlickReport.122917.wpd

Michael A. Glick, D.O.
6580 S. Virginia Street
Reno, NV 89502
Phone: (775) 335-9876
Fax:(775) 828-5384

**BUREAU OF DISABILITY ADJUDICATION**
2527 N. Carson Ct. Suite 215
Carson City, Nevada 89706

RE: Tatiana Bushee
CASE #DIB 835135

Date 7/15/2017

The following is a summary report of an Internal Medicine Evaluation performed at the above medical facility at the request of your department. This report is based on assessment of the alleged disability. The examination was not meant to be, and must not be construed as, an assessment of overall health.

The examinee was informed that this evaluation was being performed at the request of your department and that this was not an evaluation for general health purposes. A female chaperone was present throughout the examination. The claimant understands that no treatment would result from today's examination and was made aware of the fact that usual patient-physician confidentiality does not exist. In addition, the claimant was aware that at no time during the evaluation and detailed examination would I comment on my particular findings or provide an opinion unless a finding required the claimant be informed in order to seek medical attention.

**IDENTIFYING DATA and COMPLAINTS:**

The claimant is a 56-year-old white female. Her husband drove to our office today. The claimant was identified by her driver's license and presents today with the following complaints of:

1. Bilateral carpal tunnel
2. Degenerative disc disease lumbar spine
3. Headaches

**HISTORY OF THE PRESENT ILLNESS:**

1. Bilateral carpal tunnel - Describes having carpal tunnel surgery 3 times/ in her left side twice , right side one time. She still gets numbness. This was a work injury. This was in 2012. She still gets significant pain in her hands.She does get pain going up her arm to her neck. She describes this as a sharp pain and then in her neck it is dull. She is not having any specific neck problem.
2. Degenerative disc disease lumbar spine - This began approximately 5 years ago. She has pain left side and radiates down to her left calf and it is numb in her left lower extremity. She describes improvement with rest and medication it is worse with when she stands for prolonged periods
3. Headaches - History of migraine headaches which began approximately 4-5 years ago and seems

to be worse it seems to be also related to her carpal tunnel pain going up her arm.

**INTERPRETER NAME/RELATIONSHIP:**

No interpreter was necessary, as the claimant speaks and understands English.

**PAST MEDICAL AND SURGICAL HISTORY:**

**Medical Illnesses:** See above Complaints and HPI.
**Surgeries:** None were reported.
**Current Medications:**
- Ibuprofen
- Tramadol

**Allergies:**
- Estrodial

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| SKIN: | No significant skin problems noted. |
| HEENT: | Has blurred vision, wears glasses, no dizziness, normal hearing |
| CARDIORESPIRATORY: | No chronic cough, no shortness of breath on exertion, no history of paroxysmal nocturnal dyspnea, some irregular beats in past but no significant disease |
| GASTROINTESTINAL: | Has good bowel function |
| GENITOURINARY: | Reports good bladder function. |
| METABOLIC: | Reports unwanted weight gain, 5 pound increase |
| MUSCULOSKELETAL: | Please see HPI |
| NEUROLOGICAL: | Carpal tunnel syndrome left and right |

**SOCIAL AND PERSONAL HISTORY:**

The claimant is married. The highest level of education completed by the claimant was 10th grade. The claimant denies smoking and claimant denies drinking alcohol. The claimant denies using illicit drugs. The claimant lives with their partner. The claimant last worked in 2014 as a floral manager.

**FAMILY MEDICAL HISTORY:**

The family medical history is noncontributory.

**PHYSICAL EXAMINATION:**

**Vital Signs:** (height and weight measured without shoes)

| | | | |
|---|---|---|---|
| **Height:** | 62 inches | **Weight:** | 144 lbs |
| **BMI:** | 26.3 | **Blood pressure:** | 130/80 mm/Hg |
| **Pulse:** | 97 bpm | **SPO2%:** | 96% |

**Grip strength:** measured by Jamar dynamometer, three times

**Dominant hand:** Right

**Right hand:** 20/20/20 pounds **Left hand:** 15/15/15 pounds

| VISUAL ACUITY | BOTH EYES | RIGHT EYE | LEFT EYE |
|---|---|---|---|
| Without Correction | 20/25 | 20/40 | 20/40 |

**GENERAL:**

The claimant was of average credibility, cooperative and friendly throughout the examination. She was clean and properly dressed. She entered the exam room without use of a hand-held assistive device. Movements were noted to be mildly slowed. She was able to sit comfortably without shifting in the chair. She was able to stand up from a sitting position with mild difficulty and was able to get on and off the exam table with mild difficulty. She was able to sit up from a supine position with mild difficulty.

**MENTAL STATUS:**

ORIENTATION: The sensorium was clear and alert. The claimant was oriented to person, place, time, and the purpose of the evaluation.

ATTENTION AND MEMORY: Immediate recall was not impaired. Recent memory was intact with the ability to recall what was done this morning. Remote memory was intact as they were able to recall past personal events.

**SKIN:** No abnormal pigmentation or skin eruption noted.

**LYMPHATICS:** There was no evidence of local or generalized adenopathy in the anterior or posterior cervical chains or supraclavicular area.

**HEENT:**

CRANIUM: Normocephalic.

EYES: The extraocular motions were intact on both sides. No ictericia of the sclera and no discharges. The pupils were equal and reactive to light and accommodation.

Normal external ear and external auditory canal.

EARS:

NOSE: No nasal discharge was noted.

THROAT: Normal throat exam. Missing teeth

NECK: (Ranges of motion and other spinal tests are noted in the musculoskeletal exam below.)

THYROID: The thyroid was not enlarged.

VESSELS: No jugular venous congestion or carotid bruits.

CHEST/LUNGS: There was free air entry into both lung fields with normal chest excursion. Clear to auscultation bilaterally.

CARDIOVASCULAR: The precordium was quiet without appreciable lifts. The rate and rhythm was regular with normal S1 and S2. No murmurs were heard. No S3 or S4 heard.

ABDOMEN: The abdomen was soft and non-tender. Bowel sounds were present. The liver, spleen and kidneys were not palpable.

MUSCULOSKELETAL:

NECK: There were measured abnormal ranges of motions and she complained of pain during testing. The claimant had decreased ranges of motions for flexion (0°-40°), extension (0°-45°), right lateral flexion (0°-35°), left lateral flexion (0°-40°), right rotation (0°-60°) and left rotation (0°-65°). She expressed pain with flexion, extension and left rotation. The following additional tests were performed: Ankylosis (negative). There was left cervical paraspinal tenderness. There was cervical tightness on the left side.

BACK: Inspection of the back does not reveal any evidence of appreciable kyphosis, lordosis, or noticeable scoliosis. Although ranges of motions were normal, she complained of pain during testing. The claimant had normal ranges of motions for flexion (0°-60°), extension (0°-25°), right lateral flexion (0°-25°) and left lateral flexion (0°-25°). She expressed pain with every range of motion test: flexion, extension, right lateral flexion and left lateral flexion. The following additional tests were performed: Ankylosis (negative). There was left lumbar paraspinal tenderness. There was thoracic,lumbar guarding on the side. There was thoracic,lumbar tightness on the side.

WRIST: There were measured abnormal ranges of motions, but there were no complaints of pain during ROM testing and there was no loss of strength. The claimant had decreased ranges of motions for left dorsiflexion (0°-40°), left palmarflexion (0°-55°), left radial deviation (0°-15°), right radial deviation (0°-10°), left ulnar deviation (0°-20°) and right ulnar deviation (0°-25°). The claimant had normal ranges of motions for right dorsiflexion (0°-60°) and right palmarflexion (0°-60°). The following additional tests were performed: Ankylosis (right and left negative) and Tinel's Sign (right and left negative). There was right and left palmar tenderness. Decreased grip on left

**EXTREMITIES:** The claimant is right handed. The grip and strengths are noted under vitals signs and the range of motion form. On examination there was loss of grip strength bilaterally worse left. Claimant could fully extend both hands, make fists and oppose their fingers. There was no evidence of hand tremors. There was no clubbing of the fingers and toes. There was no lower extremity edema.

**PERIPHERAL PULSES:** Pulses are palpable and equal bilaterally for both upper and lower extremities.

**NEUROLOGICAL EXAMINATION:**

CRANIAL NERVES II-XII: Cranial nerves II-XII are grossly without focal neurological defects.

SENSORY: Decreased light touch in both upper extremities.

STRAIGHT LEG RAISE: Straight leg testing was negative bilaterally.

REFLEXES: (0=Absent, 1+ Decreased, 2+=Normal, 3+= Hyperreflexia, 4+= Repeating reflex (clonus))

| | | |
|---|---|---|
| Biceps | Right: Normal (2+) | Left: Normal (2+) |
| Triceps | Right: Normal (2+) | Left: Normal (2+) |
| Knee | Right: Normal (2+) | Left: Normal (2+) |
| Achilles | Right: Normal (2+) | Left: Normal (2+) |

GAIT AND STATION:

THE DEGREES OR DIFFICULTY IN PERFORMANCE ARE AS FOLLOWS:

| **Proprioception or Balance problems** | |
|---|---|
| Finger to Nose | Normal |
| Romberg | Normal |
| Dysdiadochokinesia | Normal |
| Getting on and off the examination table | Mild difficulty |
| Tandem walking | No difficulty |
| Walking on heels | Moderate difficulty bilaterally |
| Walking on toes | Unable to perform |
| Squatting and rising | Mild difficulty |
| Need and use of assistive device | None |

**REVIEW OF MEDICAL RECORDS:**

**Medical records provided with the exam include:**

Medical Visit

6/30/16 Reno Orthopedic Clinic- Had bilateral endoscopic carpal tunnel releases and then had a redo left open carpal tunnel with a wrap and tenosynovectomy. From my point of view she is unchanged from when I last saw her 11/3/15. She is limited in what she can do. She previously worked but I do not think she can do that type of activity because she cannot do repetitive grasping
7/21/15- 2012 she had nerve conduction studies moderate bilateral carpal tunnel Plan at this point I recommend consult for her cervical spine by Dr. Arnaiz and recommend that he go through her private insurance I do not see a connection with Worker's Comp. in her hands.
11/16/16 Assessment menopausal, lipidemia, hormone replacement therapy,

**DIAGNOSTIC IMPRESSIONS:**
1) Bilateral carpal tunnel postsurgical she does still have significant problems the worst is on the left. She has pain still radiating up her to her neck area. She probably has some associated nerve pain

2) She degenerative disc disease lumbar spine

3) Headaches probable migraines

4) Insomnia--sleeps 2-3 hours only

**FUNCTIONAL ASSESSMENT AND MEDICAL SOURCE STATEMENT:**
Based on the physical examination of the claimant today, considering the aforementioned history, at this particular time the following recommendations are made. (See attached functional assessment)

Sincerely,

Michael A. Glick D.O.
Board Certified American Board of Osteopathic Family Physicians; Board Certified American Board of Independent Medical Examiners (CIME); Medical Advisor to American Board of Independent Medical Examiners; Member, American College Osteopathic Family Physicians; DIR Designated Rating Physician, State of Nevada, 98-01297; State of Nevada Rating Physician Review Panel

# Range of Motion Values

*(Document Affected Joints)*

**Claimant Name:** Tatiana Bushee

**A. Flexion (0° - 180°)**
Right ____ Left ____




**B. Abduction (0° - 170°)**
Right ____ Left ____




**C. Adduction (0° - 40°)**
Right ____ Left ____

**D. Internal Rotation (0° - 80°)**
Right ____ Left ____

**E. External Rotation (0° - 60°)**
Right ____ Left ____

Not Checked

**SHOULDER**

**A. Flexion-Extension (0° - 140°)**
Right ____ Left ____



Not Checked

**ELBOW**

**B. Supination (0° - 70°)**
Right ____ Left ____




**C. Pronation (0° - 80°)**
Right ____ Left ____




**A. Dorsiflexion (0° - 60°)**
Right 0°-60° Left 0°-40°




**WRIST**

**B. Palmar Flexion (0° - 80°)**
Right 0°-60° Left 0°-55°

**C. Radial Deviation (0° - 20°)**
Right 0°-10° Left 0°-15°

**D. Ulnar Deviation (0° - 30°)**
Right 0°-25° Left 0°-20°

| | |
|---|---|
| Can the hand be fully extended? | Yes |
| Can a fist be made? | Yes |
| Can the fingers be opposed? | Yes |

**Grip Strength**

| | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Left | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Right | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

**Upper Extremity Strength**

| | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| Left | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Right | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**A. Flexion-Extension (0° - 110°)**
Right ____ Left ____




Not Checked

**KNEE**

Tatiana Bushee (Page 2)

## Range of Motion Values

**HIP**

A. Forward Flexion (0° - 100°)
Right ____ Left ____



Not Checked

B. Extension (0° - 30°)
Right ____ Left ____

C. Abduction (0° - 30°)
Right ____ Left ____

D. Adduction (0° - 20°)
Right ____ Left ____

E. Internal Rotation (0° - 30°)
Right ____ Left ____

F. External Rotation (0° - 40°)
Right ____ Left ____

**ANKLE**

A. Dorsi-Flexion (0° - 20°)
Right ____ Left ____

B. Plantar-Flexion (0° - 30°)
Right ____ Left ____




Not Checked

**CERVICAL SPINE**

A. Lateral Flexion (0° - 45°)
Right 0°-35° Left 0°-40°




B. Flexion (0° - 50°) 0°-40°
C. Extension (0° - 60°) 0°-45°




D. Rotation (0° - 80°)
Right 0°-60° Left 0°-65°




Straight Leg Raise: Right Negative Left Negative

*Lower Extremity Muscle Strength*

Right: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒

Left: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒

**LUMBAR SPINE**

A. Flexion (0° - 60°) 0°-60°
Extension (0° - 25°) 0°-25°



B. Lateral Flexion (0° - 25°)
Right 0°-25° Left 0°-25°



Note: When grading muscle strength, please use the following scale:

- 0 – no contraction
- 1 – slight contraction, no movement
- 2 – movement without gravity
- 3 – movement against gravity, without resistance
- 4 – movement against gravity with some resistance
- 5 – normal strength

| Physician's Signature ▶ | [signature] | Date 7/15/2017 |
|---|---|---|

DDS-S31 (4/10) Page 2 of 2 Source: AMA - Guides to the Evaluation of Permanent Impairment - Fifth Edition.
Report for: Tatiana Bushee, Case No: DIB 825135 Exam Date: 7/15/2017

RE: TATIANA BUSHEE
SSN:



CONSULTATIVE EXAMINATION MEDICAL SOURCE STATEMENT

IF YOU ARE UNABLE TO FILL THIS OUT, PLEASE EXPLAIN: ______

Based on YOUR medical findings and evidence review, expressing YOUR opinion about the claimant's ability, please provide a medical assessment of functional capacity. This is a combined assessment of subjective & objective limitations in your medical judgment.

1. What is the patient's maximum capacity to LIFT AND/OR CARRY?

PLEASE CHECK ONE CAPACITY IN EACH COLUMN - (OCCASIONALLY & FREQUENTLY)

| OCCASIONALLY | FREQUENTLY | VOCATIONAL LEVEL |
|---|---|---|
| ___ Less than 10 lbs. | | (Less than sedentary) |
| ___ 10 lbs. | X Less than 10 lbs. | (Sedentary) |
| X 20 lbs. | ___ 10 lbs. | (Sedentary or light) [circled] |
| ___ 50 lbs. | ___ 25 lbs. | (Medium) |
| ___ 100 lbs. | ___ 50 lbs. | (Heavy) |

2. What is the patient's ability to STAND AND/OR WALK? (CUMULATIVELY during the workday and considering usual breaks.)
   ___ less than 2 hours in an 8 hr workday (less than sedentary)
   ✓ at least 2 hours in an 8 hr workday (sedentary)
   ___ about 6 hours in an 8 hr workday

   Is an assistive device (cane, crutch) MEDICALLY NECESSARY for ambulation?
   ✓ No.
   ___ Not needed for short distance on level surface
   ___ Yes. If yes: ___ essential to ambulate ___ only to get up and down

3. What is the patient's ability to SIT? (CUMULATIVELY during workday with usual breaks.)
   ___ less than 6 hours of an 8 hr workday How many? 6-8
   ✓ 6 hours or more in an 8 hr workday

4. If the patient needs to ALTERNATE STANDING AND SITTING, would standard breaks and lunch period provide sufficient relief? ✓ Yes ___ No ___ N/A

5. Postural capacity: Is the individual able to do the following?

| | FREQUENTLY | OCCASIONALLY | NEVER |
|---|---|---|---|
| a. Climbing - 1. ramp/stairs | ___ | ✓ | ___ |
| 2. ladder/scaffolds | ___ | ✓ | ___ |
| b. Balancing | ___ | ✓ | ___ |
| c. Stooping/Bending | ___ | ✓ | ___ |
| d. Kneeling | ___ | ✓ | ___ |
| e. Crouching/Squatting | ___ | ___ | ✓ |
| f. Crawling | ___ | ___ | ___ |

(CONTINUED ON PAGE 2)

RE: TATIANA BUSHEE SSN: Page 2 of 2

6. Would standard breaks and lunch periods provide sufficient relief to allow work for 8 hours? ✓ Yes ____ No

7. Is the patient limited in any of the following items:

| | NO | YES | COMMENT |
|---|---|---|---|
| Reaching | | ✓ | Ved / CTS |
| Fingering | | ✓ | " / " |
| Handling Objects | | ✓ | " / " |
| Hearing | ✓ | | |
| Seeing | ✓ | | |
| Speaking | ✓ | | |
| Traveling | ✓ | | |

8. Are there environmental restrictions caused by the patient's impairment(s)?

| | | | COMMENT |
|---|---|---|---|
| Heights | ✓ No | ____ Yes | |
| Moving Machinery | ✓ No | ____ Yes | |
| Temperature Extremes | ✓ No | ____ Yes | |
| Chemicals | ✓ No | ____ Yes | |
| Dust | ✓ No | ____ Yes | |
| Noise | ✓ No | ____ Yes | |
| Vibration | ____ No | ✓ Yes | CTS |
| Other, explain | ____ No | ____ Yes | |

9. Other: Comments: ____________________

General Appearance: Good

Behavior: Good

Functional Overlay: ____________________

Signature [signature] Date 7/15/17

YOU MAY USE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION.

MSS (8/05)

RQID:1091778856835135Ø1 SITE:S31 DR:S
SSN: DOCTYPE:7Ø14 RF:D CS:9d77

BUREAU OF DISABILITY ADJUDICATION

CLAIM NO: 835135

CLAIMANT: TATIANA BUSHEE TDN: 1091778856

ADJ: Becky SSN:

PLEASE COMPLETE THIS FORM AND RETURN IT TO US IN THE ENCLOSED POSTAGE PAID ENVELOPE. IF WE DO NOT RECEIVE THIS FORM, OR HEAR FROM YOU AT LEAST FOUR DAYS BEFORE THE APPOINTMENT, YOUR APPOINTMENT MAY BE CANCELLED.

APPOINTMENT(S)

I will keep the following prearranged appointment(s) with:

(1) Dr. Michael Glick July 15, 2017 12:00

DO YOU HAVE TRANSPORTATION TO THE APPOINTMENT(S) LISTED ABOVE? YES X NO ____

WHERE PUBLIC TRANSPORTATION IS AVAILABLE, ASSISTANCE CAN BE GIVEN IN MAKING ARRANGEMENTS. IF YOU REQUIRE ASSISTANCE, YOU MUST CONTACT THE BUREAU OF DISABILITY AT 775-885-3700 EXT. 3739, OR IF LONG DISTANCE, 1-800-882-4430 OR 1-800-882-4431 EXT. 3739 TWO (2) DAYS BEFORE YOUR APPOINTMENT.

PLEASE ENTER YOUR CURRENT ADDRESS:

AND YOUR CURRENT TELEPHONE NUMBER

Sometimes the information obtained during a consultative examination is valuable to a family physician. If you want a copy of the examination report sent to your doctor, please print your doctor's name and address where indicated below, and sign your name on the signature line, and please date. This will give us authorization to release the report.

PLEASE PRINT: RANDI GRINSELL
Doctor's full name

595 BELL ST
Street Address Suite No.

RENO NV 89503 775-770-3304
City State Zip Code Telephone No.

YOUR SIGNATURE: [signature] DATE: 7/6/2017

RECEIVED
JUL 11 2017
STATE OF NEVADA
BUREAU OF DISABILITY

CEC (2/05)

RQID: 109177885683513501 SITE: S31 DR: S
SSN: DOCTYPE: 0002 RF: D CS: b933

TO: BUREAU OF DISABILITY ADJUDICATION
PH: (775) 885-3700
TOLL-FREE FAX: (866) 792-8244

AUTHORIZATION/SERVICES BILL

TDN: 1091778856

IMPORTANT
PLEASE DELIVER TO PHYSICIAN PRIOR TO EXAM

GL: 8710-136

DATE: July 03, 2017

SEND PAYMENT TO:

Michael Glick DO
6580 South Virginia Street
Reno NV 89511

CASE MANAGER: Becky Wilson

CLAIMANT: TATIANA BUSHEE
SSN:
DOB:
ADDRESS:

PHONE:

FROM

Dr. Michael Glick
6580 S Virginia St
Reno NV 89511

| SERVICES PERFORMED | AUTHORIZED FEE |
| --- | --- |
| EXAM INTERNAL MEDICINE | 156.00 |

DO NOT PERFORM ADDITIONAL SERVICES WITHOUT PRIOR APPROVAL. PLEASE CALL LOCAL, 775-885-3700; LONG DISTANCE, 1-800-882-4430.

TOTAL 156.00

***DO NOT SEE PATIENT IF CB CANCELLED. PLEASE REFER PATIENT TO ADJUDICATOR***

PREARRANGED
APPOINTMENT 12:00 PM July 15, 2017
APPROVED BY: Becky Wilson

SPECIAL INSTRUCTIONS: RECORDS ENCLOSED. PLEASE CALL CASE MANAGER IF YOU DO NOT RECEIVE THEM.

ALLEGATIONS: carpal tunnel both wrists. Please provide exam with detailed exam of manipulative functions of hands including grip strength, motor and sensory function, fine motor movements and dexterity of hands.
DIB 835135 GTU

The billing period will expire at the end of ninety days from the date the services were performed by you or on July 15, whichever is sooner, unless otherwise approved by us. Invoices received thereafter will not be honored nor paid. You must have an active State of Nevada vendor number to receive payment for records. If you do not have a vendor number you can obtain one by going to: http://www.controller.nv.gov/VendorServices/Forms/KTLVEN-01_Registration_Substitute_IRS_Form-W-9.pdf

I certify that the authorized services have been performed and completed in compliance with the Civil Rights Act of 1964, as amended, and applicable standards for consultative reports, x-rays and/or laboratory tests published by the Bureau of Disability Adjudication. Payment for the above services will not be billed to or accepted from any source other than the Bureau of Disability Adjudication.

Signature Title

Please sign (stamp not acceptable) and return copy of this bill with your report.

AUTHO (2/05)

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Liberty Life Assurance Company of Boston<br>Group Benefits Disability Claims<br>(603) 334-8039 | ROM: Julie A. Mersch, Esq. |
| FILE NO.: Bushee v. Liberty<br>2017-00023 | DATE: December 29, 2017 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes:** **Today's letter enclosing Dr. Glick report for claimant Tatiana Bushee, Claim No. 3626132**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ______ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ______ | xx | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | | PURSUANT TO YOUR REQUEST |
| xx | ORIGINAL WILL FOLLOW BY MAIL | | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin No. of Pages: 14

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

December 29, 2017

**SENT VIA FACSIMILE TO (603) 334-8039 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

**Re: Long Term Disability (LTD) Benefits Safeway, Inc.**
**Claim # : 3626132**
**Insured : Tatiana Bushee**

To Whom it May Concern:

As referenced in my December 12, 2017 appeal letter to Liberty, enclosed please find the consultative examination conducted by Michael Glick, DO on July 15, 2017 on behalf of the Social Security Administration's Bureau of Disability Adjudication. Please include this report in your review of Mrs. Bushee's long-term disability appeal.

Very truly yours,

Julie A. Mersch

Julie A. Mersch, Esq.

JAM/rmj
Enclosure

W:\BUSHEE\LTRS\Liberty.GlickReport.122917.wpd

**Michael A. Glick, D.O.**
6580 S. Virginia Street
Reno, NV 89502
Phone: (775) 335-9876
Fax:(775) 828-5384

**BUREAU OF DISABILITY ADJUDICATION**
2527 N. Carson Ct. Suite 215
Carson City, Nevada 89706

RE: Tatiana Bushee
CASE #DIB 835135

Date 7/15/2017

The following is a summary report of an Internal Medicine Evaluation performed at the above medical facility at the request of your department. This report is based on assessment of the alleged disability. The examination was not meant to be, and must not be construed as, an assessment of overall health.

The examinee was informed that this evaluation was being performed at the request of your department and that this was not an evaluation for general health purposes. A female chaperone was present throughout the examination. The claimant understands that no treatment would result from today's examination and was made aware of the fact that usual patient-physician confidentiality does not exist. In addition, the claimant was aware that at no time during the evaluation and detailed examination would I comment on my particular findings or provide an opinion unless a finding required the claimant be informed in order to seek medical attention.

**IDENTIFYING DATA and COMPLAINTS:**

The claimant is a 56-year-old white female. Her husband drove to our office today. The claimant was identified by her driver's license and presents today with the following complaints of:

1. Bilateral carpal tunnel
2. Degenerative disc disease lumbar spine
3. Headaches

**HISTORY OF THE PRESENT ILLNESS:**

1. Bilateral carpal tunnel - Describes having carpal tunnel surgery 3 times/ in her left side twice , right side one time. She still gets numbness. This was a work injury. This was in 2012. She still gets significant pain in her hands.She does get pain going up her arm to her neck. She describes this as a sharp pain and then in her neck it is dull. She is not having any specific neck problem.
2. Degenerative disc disease lumbar spine - This began approximately 5 years ago. She has pain left side and radiates down to her left calf and it is numb in her left lower extremity. She describes improvement with rest and medication it is worse with when she stands for prolonged periods
3. Headaches - History of migraine headaches which began approximately 4-5 years ago and seems

to be worse it seems to be also related to her carpal tunnel pain going up her arm.

**INTERPRETER NAME/RELATIONSHIP:**

No interpreter was necessary, as the claimant speaks and understands English.

**PAST MEDICAL AND SURGICAL HISTORY:**

**Medical Illnesses:** See above Complaints and HPI.
**Surgeries:** None were reported.
**Current Medications:**
- Ibuprofen
- Tramadol

**Allergies:**
- Estrodial

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| SKIN: | No significant skin problems noted. |
| HEENT: | Has blurred vision, wears glasses, no dizziness, normal hearing |
| CARDIORESPIRATORY: | No chronic cough, no shortness of breath on exertion, no history of paroxysmal nocturnal dyspnea, some irregular beats in past but no significant disease |
| GASTROINTESTINAL: | Has good bowel function |
| GENITOURINARY: | Reports good bladder function. |
| METABOLIC: | Reports unwanted weight gain, 5 pound increase |
| MUSCULOSKELETAL: | Please see HPI |
| NEUROLOGICAL: | Carpal tunnel syndrome left and right |

**SOCIAL AND PERSONAL HISTORY:**

The claimant is married. The highest level of education completed by the claimant was 10th grade. The claimant denies smoking and claimant denies drinking alcohol. The claimant denies using illicit drugs. The claimant lives with their partner. The claimant last worked in 2014 as a floral manager.

**FAMILY MEDICAL HISTORY:**

The family medical history is noncontributory.

**PHYSICAL EXAMINATION:**

**Vital Signs:** (height and weight measured without shoes)

| | | | |
|---|---|---|---|
| **Height:** | 62 inches | **Weight:** | 144 lbs |
| **BMI:** | 26.3 | **Blood pressure:** | 130/80 mm/Hg |
| **Pulse:** | 97 bpm | **SPO2%:** | 96% |

**Grip strength:** measured by Jamar dynamometer, three times

**Dominant hand:** Right

**Right hand:** 20/20/20 pounds **Left hand:** 15/15/15 pounds

| VISUAL ACUITY | BOTH EYES | RIGHT EYE | LEFT EYE |
|---|---|---|---|
| Without Correction | 20/25 | 20/40 | 20/40 |

**GENERAL:**

The claimant was of average credibility, cooperative and friendly throughout the examination. She was clean and properly dressed. She entered the exam room without use of a hand-held assistive device. Movements were noted to be mildly slowed. She was able to sit comfortably without shifting in the chair. She was able to stand up from a sitting position with mild difficulty and was able to get on and off the exam table with mild difficulty. She was able to sit up from a supine position with mild difficulty.

**MENTAL STATUS:**

ORIENTATION: The sensorium was clear and alert. The claimant was oriented to person, place, time, and the purpose of the evaluation.

ATTENTION AND MEMORY: Immediate recall was not impaired. Recent memory was intact with the ability to recall what was done this morning. Remote memory was intact as they were able to recall past personal events.

**SKIN:** No abnormal pigmentation or skin eruption noted.

**LYMPHATICS:** There was no evidence of local or generalized adenopathy in the anterior or posterior cervical chains or supraclavicular area.

**HEENT:**

CRANIUM: Normocephalic.

EYES: The extraocular motions were intact on both sides. No ictericia of the sclera and no discharges. The pupils were equal and reactive to light and accommodation.

Normal external ear and external auditory canal.

EARS:

NOSE: No nasal discharge was noted.

THROAT: Normal throat exam. Missing teeth

**NECK:** (Ranges of motion and other spinal tests are noted in the musculoskeletal exam below.)

THYROID: The thyroid was not enlarged.

VESSELS: No jugular venous congestion or carotid bruits.

**CHEST/LUNGS:** There was free air entry into both lung fields with normal chest excursion. Clear to auscultation bilaterally.

**CARDIOVASCULAR:** The precordium was quiet without appreciable lifts. The rate and rhythm was regular with normal S1 and S2. No murmurs were heard. No S3 or S4 heard.

**ABDOMEN:** The abdomen was soft and non-tender. Bowel sounds were present. The liver, spleen and kidneys were not palpable.

**MUSCULOSKELETAL:**

NECK: There were measured abnormal ranges of motions and she complained of pain during testing. The claimant had decreased ranges of motions for flexion (0°-40°), extension (0°-45°), right lateral flexion (0°-35°), left lateral flexion (0°-40°), right rotation (0°-60°) and left rotation (0°-65°). She expressed pain with flexion, extension and left rotation. The following additional tests were performed: Ankylosis (negative). There was left cervical paraspinal tenderness. There was cervical tightness on the left side.

BACK: Inspection of the back does not reveal any evidence of appreciable kyphosis, lordosis, or noticeable scoliosis. Although ranges of motions were normal, she complained of pain during testing. The claimant had normal ranges of motions for flexion (0°-60°), extension (0°-25°), right lateral flexion (0°-25°) and left lateral flexion (0°-25°). She expressed pain with every range of motion test: flexion, extension, right lateral flexion and left lateral flexion. The following additional tests were performed: Ankylosis (negative). There was left lumbar paraspinal tenderness. There was thoracic,lumbar guarding on the side. There was thoracic,lumbar tightness on the side.

WRIST: There were measured abnormal ranges of motions, but there were no complaints of pain during ROM testing and there was no loss of strength. The claimant had decreased ranges of motions for left dorsiflexion (0°-40°), left palmarflexion (0°-55°), left radial deviation (0°-15°), right radial deviation (0°-10°), left ulnar deviation (0°-20°) and right ulnar deviation (0°-25°). The claimant had normal ranges of motions for right dorsiflexion (0°-60°) and right palmarflexion (0°-60°). The following additional tests were performed: Ankylosis (right and left negative) and Tinel's Sign (right and left negative). There was right and left palmar tenderness. Decreased grip on left

**EXTREMITIES**: The claimant is right handed. The grip and strengths are noted under vitals signs and the range of motion form. On examination there was loss of grip strength bilaterally worse left. Claimant could fully extend both hands, make fists and oppose their fingers. There was no evidence of hand tremors. There was no clubbing of the fingers and toes. There was no lower extremity edema.

**PERIPHERAL PULSES**: Pulses are palpable and equal bilaterally for both upper and lower extremities.

**NEUROLOGICAL EXAMINATION:**

| | |
|---|---|
| CRANIAL NERVES II-XII: | Cranial nerves II-XII are grossly without focal neurological defects. |
| SENSORY: | Decreased light touch in both upper extremities. |
| STRAIGHT LEG RAISE: | Straight leg testing was negative bilaterally. |

REFLEXES: (0=Absent, 1+ Decreased, 2+=Normal, 3+= Hyperreflexia, 4+= Repeating reflex (clonus))

| | | |
|---|---|---|
| Biceps | Right: Normal (2+) | Left: Normal (2+) |
| Triceps | Right: Normal (2+) | Left: Normal (2+) |
| Knee | Right: Normal (2+) | Left: Normal (2+) |
| Achilles | Right: Normal (2+) | Left: Normal (2+) |

GAIT AND STATION:

THE DEGREES OR DIFFICULTY IN PERFORMANCE ARE AS FOLLOWS:

| **Proprioception or Balance problems** | |
|---|---|
| Finger to Nose | Normal |
| Romberg | Normal |
| Dysdiadochokinesia | Normal |
| Getting on and off the examination table | Mild difficulty |
| Tandem walking | No difficulty |
| Walking on heels | Moderate difficulty bilaterally |
| Walking on toes | Unable to perform |
| Squatting and rising | Mild difficulty |
| Need and use of assistive device | None |

**REVIEW OF MEDICAL RECORDS:**

**Medical records provided with the exam include:**

Medical Visit

6/30/16 Reno Orthopedic Clinic- Had bilateral endoscopic carpal tunnel releases and then had a redo left open carpal tunnel with a wrap and tenosynovectomy. From my point of view she is unchanged from when I last saw her 11/3/15. She is limited in what she can do. She previously worked but I do not think she can do that type of activity because she cannot do repetitive grasping
7/21/15- 2012 she had nerve conduction studies moderate bilateral carpal tunnel Plan at this point I recommend consult for her cervical spine by Dr. Arraiz and recommend that he go through her private insurance I do not see a connection with Worker's Comp. in her hands.
11/16/16 Assessment menopausal, lipidemia, hormone replacement therapy,

**DIAGNOSTIC IMPRESSIONS:**
1) Bilateral carpal tunnel postsurgical she does still have significant problems the worst is on the left. She has pain still radiating up her to her neck area. She probably has some associated nerve pain

2) She degenerative disc disease lumbar spine

3) Headaches probable migraines

4) Insomnia–sleeps 2-3 hours only

**FUNCTIONAL ASSESSMENT AND MEDICAL SOURCE STATEMENT:**
Based on the physical examination of the claimant today, considering the aforementioned history, at this particular time the following recommendations are made. (See attached functional assessment)

Sincerely,

Michael A. Glick D.O.
Board Certified American Board of Osteopathic Family Physicians; Board Certified American Board of Independent Medical Examiners (CIME); Medical Advisor to American Board of Independent Medical Examiners; Member, American College Osteopathic Family Physicians; DIR Designated Rating Physician, State of Nevada, 98-01297; State of Nevada Rating Physician Review Panel

# Range of Motion Values

*(Document Affected Joints)*

**Claimant Name:** Tatiana Bushee

**A. Flexion (0° - 180°)** Right ____ Left ____

**B. Abduction (0° - 170°)** Right ____ Left ____

**C. Adduction (0° - 40°)** Right ____ Left ____

**D. Internal Rotation (0° - 80°)** Right ____ Left ____

**E. External Rotation (0° - 60°)** Right ____ Left ____







Not Checked

**SHOULDER**

**A. Flexion-Extension (0° - 140°)** Right ____ Left ____

**B. Supination (0° - 70°)** Right ____ Left ____

**C. Pronation (0° - 80°)** Right ____ Left ____




Not Checked

**ELBOW**







**A. Dorsiflexion (0° - 60°)** Right 0°-60° Left 0°-40°

**B. Palmar Flexion (0° - 60°)** Right 0°-60° Left 0°-55°

**C. Radial Deviation (0° - 20°)** Right 0°-10° Left 0°-15°

**D. Ulnar Deviation (0° - 30°)** Right 0°-25° Left 0°-20°




**WRIST**

**A. Flexion-Extension (0° - 110°)** Right ____ Left ____




Not Checked

**KNEE**

| | | |
|---|---|---|
| Can the hand be fully extended? | Yes | **Grip Strength** |
| Can a fist be made? | Yes | Left: 0☐ 1☐ 2☐ 3☐ 4☒ 5☐ |
| Can the fingers be opposed? | Yes | Right: 0☐ 1☐ 2☐ 3☐ 4☒ 5☐ |
| **Upper Extremity Strength** | | Left: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒<br>Right: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒ |

DDS-S31 (4/10) Page 1 of 2

Report for: Tatiana Bushee, Case No: DIB 835135 Exam Date: 7/15/2017

Tatiana Bushee (Page 2)

# Range of Motion Values

## HIP

A. Forward Flexion (0° - 100°) Right ____ Left ____

B. Extension (0° - 30°) Right ____ Left ____

C. Abduction (0° - 30°) Right ____ Left ____

D. Adduction (0° - 20°) Right ____ Left ____

E. Internal Rotation (0° - 30°) Right ____ Left ____

F. External Rotation (0° - 40°) Right ____ Left ____




Not Checked

## ANKLE

A. Dorsi-Flexion (0° - 20°) Right ____ Left ____

B. Plantar-Flexion (0° - 30°) Right ____ Left ____




Not Checked

## CERVICAL SPINE

A. Lateral Flexion (0° - 45°) Right 0°-35° Left 0°-40°




B. Flexion (0° - 50°) 0°-40°
C. Extension (0° - 60°) 0°-45°




D. Rotation (0° - 80°) Right 0°-60° Left 0°-65°




Straight Leg Raise: Right Negative Left Negative

*Lower Extremity Muscle Strength*

Right: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒

Left: 0☐ 1☐ 2☐ 3☐ 4☐ 5☒

## LUMBAR SPINE

A. Flexion (0° - 60°) 0°-60°
Extension (0° - 25°) 0°-25°




B. Lateral Flexion (0° - 25°) Right 0°-25° Left 0°-25°




Note: When grading muscle strength, please use the following scale:

0 – no contraction
1 – slight contraction, no movement
2 – movement without gravity
3 – movement against gravity, without resistance
4 – movement against gravity with some resistance
5 – normal strength

Physician's Signature ▶ [signature] Date 7/15/2017

DDS-931 (4/10) Page 2 of 2 Source: AMA - Guides to the Evaluation of Permanent Impairment - Fifth Edition.

Report for: Tatiana Bushee, Case No: DIB 825135 Exam Date: 7/15/2017

RE: TATIANA BUSHEE
SSN:



CONSULTATIVE EXAMINATION MEDICAL SOURCE STATEMENT

IF YOU ARE UNABLE TO FILL THIS OUT, PLEASE EXPLAIN: ____________________

Based on YOUR medical findings and evidence review, expressing YOUR opinion about the claimant's ability, please provide a medical assessment of functional capacity. This is a combined assessment of subjective & objective limitations in your medical judgment.

1. What is the patient's maximum capacity to LIFT AND/OR CARRY?

PLEASE CHECK ONE CAPACITY IN EACH COLUMN - (OCCASIONALLY & FREQUENTLY)

| OCCASIONALLY | FREQUENTLY | VOCATIONAL LEVEL |
|---|---|---|
| ____ Less than 10 lbs. | | (Less than sedentary) |
| ____ 10 lbs. | __X__ Less than 10 lbs. | (Sedentary) |
| __X__ 20 lbs. | ____ 10 lbs. | (Sedentary or light) — "light" circled |
| ____ 50 lbs. | ____ 25 lbs. | (Medium) |
| ____ 100 lbs. | ____ 50 lbs. | (Heavy) |

2. What is the patient's ability to STAND AND/OR WALK? (CUMULATIVELY during the workday and considering usual breaks.)
____ less than 2 hours in an 8 hr workday (less than sedentary)
__✓__ at least 2 hours in an 8 hr workday (sedentary)
____ about 6 hours in an 8 hr workday

Is an assistive device (cane, crutch) MEDICALLY NECESSARY for ambulation?
__✓__ No.
____ Not needed for short distance on level surface
____ Yes. If yes: ____ essential to ambulate ____ only to get up and down

3. What is the patient's ability to SIT? (CUMULATIVELY during workday with usual breaks.)
____ less than 6 hours of an 8 hr workday
__✓__ 6 hours or more in an 8 hr workday
How many? ____

4. If the patient needs to ALTERNATE STANDING AND SITTING, would standard breaks and lunch period provide sufficient relief? ____ Yes ____ No ____ N/A

5. Postural capacity: Is the individual able to do the following?

| | FREQUENTLY | OCCASIONALLY | NEVER |
|---|---|---|---|
| a. Climbing - 1. ramp/stairs | ____ | ✓ | ____ |
| 2. ladder/scaffolds | ____ | ✓ | ____ |
| b. Balancing | ____ | ✓ | ____ |
| c. Stooping/Bending | ____ | ✓ | ____ |
| d. Kneeling | ____ | ✓ | ____ |
| e. Crouching/Squatting | ____ | ____ | ✓ |
| f. Crawling | ____ | ____ | ____ |

(CONTINUED ON PAGE 2)

RE: TATIANA BUSHEE SSN: Page 2 of 2

6. Would standard breaks and lunch periods provide sufficient relief to allow work for 8 hours? ✓ Yes ___ No

7. Is the patient limited in any of the following items:

| | NO | YES | COMMENT |
|---|---|---|---|
| Reaching | | ✓ | ↓ ed / cts |
| Fingering | | ✓ | ↓ " / " |
| Handling Objects | | ✓ | ↓ " / " |
| Hearing | ✓ | | |
| Seeing | ✓ | | |
| Speaking | ✓ | | |
| Traveling | ✓ | | |

8. Are there environmental restrictions caused by the patient's impairment(s)?

| | No | Yes | COMMENT |
|---|---|---|---|
| Heights | ✓ No | ___ Yes | |
| Moving Machinery | ✓ No | ___ Yes | |
| Temperature Extremes | ✓ No | ___ Yes | |
| Chemicals | ✓ No | ___ Yes | |
| Dust | ✓ No | ___ Yes | |
| Noise | ✓ No | ___ Yes | |
| Vibration | (crossed out) No | ✓ Yes | cts |
| Other, explain | ___ No | ___ Yes | |

9. Other: Comments: ______

General Appearance: Good

Behavior: Good

Functional Overlay: ______

Signature [signature] Date 7/15/17

YOU MAY USE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION.

MSS (8/05)

RQID:109177885683513501 SITE:S31 DR:S
SSN: DOCTYPE:7014 RF:D CS:9d77

BUREAU OF DISABILITY ADJUDICATION

CLAIM NO: 835135

CLAIMANT: TATIANA BUSHEE TDN: 1091778856

ADJ: Becky SSN:

PLEASE COMPLETE THIS FORM AND RETURN IT TO US IN THE ENCLOSED POSTAGE PAID ENVELOPE. IF WE DO NOT RECEIVE THIS FORM, OR HEAR FROM YOU AT LEAST FOUR DAYS BEFORE THE APPOINTMENT, YOUR APPOINTMENT MAY BE CANCELLED.

APPOINTMENT(S)

I will keep the following prearranged appointment(s) with:

(1) Dr. Michael Glick July 15, 2017 12:00

DO YOU HAVE TRANSPORTATION TO THE APPOINTMENT(S) LISTED ABOVE? YES X NO ____

WHERE PUBLIC TRANSPORTATION IS AVAILABLE, ASSISTANCE CAN BE GIVEN IN MAKING ARRANGEMENTS. IF YOU REQUIRE ASSISTANCE, YOU MUST CONTACT THE BUREAU OF DISABILITY AT 775-885-3700 EXT. 3739, OR IF LONG DISTANCE, 1-800-882-4430 OR 1-800-882-4431 EXT. 3739 TWO (2) DAYS BEFORE YOUR APPOINTMENT.

PLEASE ENTER YOUR CURRENT ADDRESS:

AND YOUR CURRENT TELEPHONE NUMBER: ____

Sometimes the information obtained during a consultative examination is valuable to a family physician. If you want a copy of the examination report sent to your doctor, please print your doctor's name and address where indicated below, and sign your name on the signature line, and please date. This will give us authorization to release the report.

PLEASE PRINT: RANDI GRINSELL
Doctor's full name
595 BELL ST
Street Address Suite No.
RENO NV 89503 775-770-3304
City State Zip Code Telephone No.

YOUR SIGNATURE: [signature] DATE: 7/6/2017

RECEIVED
JUL 11 2017
STATE OF NEVADA
BUREAU OF DISABILITY

CEC (2/05)

RQID:1091778856835135O1 SITE:S31 DR:S
SSN: DOCTYPE:0002 RF:D CS:b933

TO: BUREAU OF DISABILITY ADJUDICATION
PH: (775) 885-3700
TOLL-FREE FAX: (866) 792-8244

AUTHORIZATION/SERVICES BILL

TDN: 1091778856

IMPORTANT
PLEASE DELIVER TO PHYSICIAN PRIOR TO EXAM

GL: 8710-136

DATE: July 03, 2017

SEND PAYMENT TO:

Michael Glick DO
6580 South Virginia Street
Reno NV 89511

CASE MANAGER: Becky Wilson

FROM

Dr. Michael Glick
6580 S Virginia St
Reno NV 89511

CLAIMANT: TATIANA BUSHEE
SSN:
DOB:
ADDRESS:

PHONE:

| SERVICES PERFORMED | AUTHORIZED FEE |
|---|---|
| EXAM INTERNAL MEDICINE | 156.00 |

DO NOT PERFORM ADDITIONAL SERVICES WITHOUT PRIOR APPROVAL. PLEASE CALL LOCAL, 775-885-3700; LONG DISTANCE, 1-800-882-4430. TOTAL 156.00

***DO NOT SEE PATIENT IF CE CANCELLED. PLEASE REFER PATIENT TO ADJUDICATOR***
PREARRANGED
APPOINTMENT 12:00 PM July 15, 2017
APPROVED BY: Becky Wilson

SPECIAL INSTRUCTIONS: RECORDS ENCLOSED. PLEASE CALL CASE MANAGER IF YOU DO NOT RECEIVE THEM.

ALLEGATIONS: carpal tunnel both wrists. Please provide exam with detailed exam of manipulative functions of hands including grip strength, motor and sensory function, fine motor movements and dexterity of hands.
DIB 835135 GTU

The billing period will expire at the end of ninety days from the date the services were performed by you or on July 15, whichever is sooner, unless otherwise approved by us. Invoices received thereafter will not be honored nor paid. You must have an active State of Nevada vendor number to receive payment for records. If you do not have a vendor number you can obtain one by going to: http://www.controller.nv.gov/VendorServices/Forms/KTLVEN-01_Registration_Substitute_IRS_Form-W-9.pdf

I certify that the authorized services have been performed and completed in compliance with the Civil Rights Act of 1964, as amended, and applicable standards for consultative reports, x-rays and/or laboratory tests published by the Bureau of Disability Adjudication. Payment for the above services will not be billed to or accepted from any source other than the Bureau of Disability Adjudication.

Signature Title
Please sign (stamp not acceptable) and return copy of this bill with your report.
AUTHO (2/05)

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Charles Johnson
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16398
Fax: (603) 422-7909

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | SAFEWAY INC. | Date Sent: | 12/20/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | TATIANA A BUSHEE | Claim #: | 3626132 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 1/29/2015 |
| Zip: | | Primary Diagnosis: | Carpal tunnel syndrome, unspecified upper limb |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician: Phone/Fax | Dr. Christenson (775) 786-3040 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: TATIANA A BUSHEE

# Liberty Mutual - Independent Evaluation

## Peer Review

Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criteria.

For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 7/27/17, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.).

When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.

Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Please contact Dr. Christenson to discuss the claimant's impairments. Advise whether you were able to achieve consensus, and if not please outline medical evidence to support your opinion.

Instructions For Vendor:

Claimant Name: TATIANA A BUSHEE

# Liberty Mutual - Independent Evaluation

## Peer Review

also boarded in Pain Medicine

Attorney Information (if applicable):

Claimant Name: TATIANA A BUSHEE

5K354170581

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

December 12, 2017

**SENT VIA FACSIMILE TO (603) 334-8039 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

**Re: Long Term Disability (LTD) Benefits Safeway, Inc.**
**Claim # : 3626132**
**Insured : Tatiana Bushee**

To Whom it May Concern:

I represent Tatiana Bushee and hereby appeal on her behalf the termination of long-term disability benefits as set forth in your June 13, 2017 letter, terminating benefits as of July 28, 2017. As set forth below, and as supported by additional documentation enclosed herewith, it is clear that Liberty performed an inadequate investigation and also ignored information before it in support of payment of benefits. A fiduciary of an ERISA plan must adequately investigate a claim; ask the plaintiff for necessary evidence; and credit a claimant's reliable evidence. *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 968 - 969 (9thCir.2006)(emphasis added).

**A. Liberty did not assess the effect of Bushee's chronic arm and hand pain on her ability to perform any occupation.**

Notably absent from Liberty's termination letter is any discussion of how Bushee's undisputed "chronic arm and hand pain" would affect her ability to work on a sustained basis. Bushee's own subjective complaints are also evidence of disability, but again, Liberty completely ignored them in its decision to terminate benefits. Her medical records and reports in the Administrative Record document repeated and progressing (in intensity) reports of pain over the years. See Pitts vs. Prudential, 534 F.Supp.2d 779, 789 -790 (S.D. Ohio 2008)(insurer's failure to conduct an IME where claimant's self-reported symptoms of disability constituted evidence of disability but which insurer ignored was "additional evidence" that insurer abused its discretion). Moreover, Ms. Bushee is completely credible. See Solien v. Raytheon Long Term Disability Plan, 644 F.Supp. 2nd 1143, 1151, n. 5 (D. Ariz. 2008), citing Fair v. Bowen, 885 F.2d 597, 605 (9th Cir. 1989)("[W]here there is no evidence challenging the patient's credibility, medical opinions based on such self- reporting are also credible"). In Bushee's Claimant Questionnaire dated 5/9/2016, she answered the question "Describe in your own words, what prevents you from engaging in any gainful employment", by beginning her answer with the word "PAIN":

> **Pain**, numbness, tingling in both my hands, any repetitive motions make them worse. Every 20-30 minutes I have to change position or stop what I am doing and sit and relax.

Activities Questionnaire at 3 (dated 5/9/16)(emphasis added)[1]. *See also* Letter dated September 1, 2017 from James Christensen, MD to To Whom it May Concern and Medical Notes dated 6/30/16 and 2/9/17[2] (Exhibit 1)("When I saw her on February 9, 2017, I felt she was unable to work. **Her inability to work was based on constant pain**, hypersensitivity, and neuritis of the median nerve bilaterally")(emphasis added). In his September 1, 2017 letter. Dr. Christensen cites to a 1/13/16 Functional Capacity Evaluation which indicated sedentary capacity and explained how her worsening symptoms did not allow Bushee to perform sedentary work on a full-time basis. See Functional Capacity Evaluation dated 1/13/16. Id. (". . . [F]ollowing her Functional Capacity Evaluation. we let her work in a sedentary capacity. She was unable to do that. When I saw her on February 9. 2017, I felt she was unable to work [ ] based on constant pain. hypersensitivity. and neuritis of the median nerve bilaterally"). See FCE dated 1/13/16 (Exhibit 2). The results of the testing showed, *inter alia*, that Bushee could perform *simple* gripping/grasping "rarely" with the left hand and only "occasionally" with the right hand; could only perform simple pinching with the left hand rarely and only occasionally with the right hand; and could not perform repetitive work with any efficiency. She could not perform activities at shoulder level or above shoulder level. As Dr. Christensen recently noted in his letter, Bushee's inability to endure her symptoms and function appropriately in the workplace has worsened to the point that she is unable to work in any occupation. Further evidence of her intense pain is her use of *six different pain medications,* as reported by the Advocator Group to SSA. Those medications are: 1) Terocin Patch; 2) Vicodin; 3) Ibuprofen; 4) Gelastin; 5) Imipramine; and 6) Endocet. See, e.g., White vs. Coblentz, Patch and Bass LLP Long Term Disability Insurance Plan, 2011 WL 2531193, *5. citing Patrick vs. Hewitt-Packard Co. Emp. Benefits Org. Income Protection Plan, 638 F.Supp.2d 1195, 1215 (S.D.Cal.2009)(ERISA insurer's approach of "disregarding subjective evidence of pain is disapproved of in Ninth Circuit precedent").

To her credit, Janet Whirlow, M.D., Liberty's consulting physician, acknowledges Bushee's chronic pain complaints in her 4-27-17 peer review report. It is unclear, however, whether Dr. Whirlow's restrictions and limitations incorporated the effect of pain on Bushee's

---

[1]Please note that Dr. Whirlow's report states that she reviewed a 4-6-17 Claimant Questionnaire completed by Mrs. Bushee. However, Liberty did not include that Questionnaire in the Administrative Record it provided to her when she requested it.

[2]"She is in chronic constant pain. She has been under pain management with Dr. Berman. She did not get any relief from that in the past from my point of view. She is not able to work. She is stable and no additional treatment is necessary or available at this time."

ability to work: her report is silent *on the duration* that Bushee would be able to work with Whirlow's stated restrictions *during any given 8-hour work day or any given 40-hour work week.*

**B. Liberty Life did not include the job descriptions on which it relied to determine that Bushee could work as an "information clerk" or a "security guard."**

It is unclear from the Administrative Record why Liberty did not include in the Record (it sent to Ms. Bushee) the job descriptions for the occupations that it concludes Bushee can perform on a full-time basis, i.e. an "Information Clerk" and a "Security Guard." In her TSA Report dated May 4, 2017, Ms. Reddinger provides no listing of what skills are required of an "Information Clerk" and a "Security Guard" and further, fails to explain the basis for her conclusion that Bushee can "take and input orders"; conduct "data entry" on a computer; and "keep accurate records" when she has little to no computer training and as tested above, cannot use her left hand *at all* (0-1% of the time, per the FCE) and can only occasionally use her right hand. In addition, Ms. Reddinger's TSA Report does not set forth how often computer data entry skills are required in these positions. The O*NET job description, however, ranks as #1 "Clerical" under the section "KNOWLEDGE":

> 88 Clerical
>
> Knowledge of administrative and clerical procedures and systems such as word processing systems, filing and records management systems, stenography and transcription, forms design principles, and other office procedures and terminology.

See Exhibit 3. (Job Description for Information Clerk at 2 from O*NET)[3]. Dr. Whirlow's restrictions and limitations would preclude Bushee from performing this most important duty on a continuous basis. She cannot use her fingers and hands to constantly keyboard, file, and work on the computer. Even if she did not have to constantly perform these functions, she cannot do them on even an occasional basis. Dr. Whirlow restricts Bushee to "no more than 50% of the time" using her hands to "light[ly] grasp/grip/pinch, finger[ ], handl[e] and manipulat[e] objects and keyboard[] no more than 50% of the time." As Liberty appreciates, Dr. Whirlow's restriction here is ***no more than 50% of the time***. She is not saying that Bushee can perform these restrictions 50% of the time (and Liberty cannot ascribe to her opinions regarding functional

---

[3]Moreover, Ms. Reddinger never met Mrs. Bushee to determine her vocational abilities in conjunction with her review of Dr. Whirlow's report and the job descriptions. See Sun v. United of Omaha, 2017 WL 3050477, *7-*8 (E.D. Mich., July 19, 2017)(insurer acted arbitrarily and capriciously by relying on the opinion of a non-examining vocational consultant over the opinions of claimant's treating physicians).

ability that she did not proffer). This restriction can fairly be read to mean that Bushee may only be able to lightly grasp only 10% or 30% of the time on any given day, or not at all, depending on the intensity of her pain and nerve sensitivity. Indeed, in her report as cited in the termination letter, Dr. Whirlow clearly asserts that Bushee would be impaired from sustained activity using her hands and wrists:

> The supported impairing orthopedic diagnoses are bilateral recurrent carpal tunnel syndrome and median neuritis left > right and chronic hand and arm pain. Supported comorbid conditions include cervical spondylosis, chronic bilateral hand tenosynovitis, and chronic myofascial pain syndrome. Impairment as a result of these diagnoses results in difficulty with repetitive flexion and extension of the wrist, **sustained** awkward wrist positions, firm and **sustained** grasp/grip/pinch, dexterity and fine finger manipulation, and constant handling of objects. . .

Termination Letter at 3 (citing Whirlow Report)(emphasis added). The two identified occupations require sustained wrist and hand/finger manipulation. Under the "Work Activities" Section of the O*NET job description for "Information Clerk", "Documenting or Recording Information" is high on the list of activities by "importance", as well as "Performing Administrative Actions" and "Processing Information." Exhibit 3 at 9-10. All of these activities require sustained use of the fingers and hands. which Dr. Whirlow agrees Bushee is restricted from doing.

As to security guards, there are numerous iterations of "security guard" in the O*NET database. Liberty didn't bother sharing with Bushee which iteration supposedly she was able to perform on a continuous basis, such that she is unable to review same and offer her responsive arguments. However, it is undeniable that a security guard must have the manual dexterity and strength to retain customers or criminals, including the ability to use the shoulders and neck without restriction. Moreover, a "badge checker" must constantly be using his/her fingers to grasp the badges to "check" them. Dr. Whirlow's own restrictions prevent Bushee from performing this material duty.[4]

Finally, Liberty's analysis does not factor into whether Bushee can perform on a full-time basis these jobs with consistent focus and concentration, as they require, given the extent of her pain.

////

---

[4]It is also highly doubtful that any company would employ Bushee as a security guard given the amount of pain she is in and the medications she takes to treat the pain.

C. **The Social Security Administration has awarded Bushee benefits beginning in December 2015.**

As Liberty knows, the SSA awarded Bushee benefits as of December 6, 2015 based on multiple medical reports and a consultative orthopedic examination conducted on July 15, 2017. See Exhibit 4 (Social Security Notice dated August 8, 2017 to Tatiana Bushee)(awarding benefits starting 12/6/15). The Liberty policy required Bushee to apply for Social Security Disability Insurance benefits and sign a reimbursement agreement, or it would simply estimate her offset. Liberty also referred Bushee to its vendor, Advocator Group, to assist her with filing her Social Security application and request for reconsideration. Liberty benefitted from the offset of Tatiana's monthly Social Security payment, as its vendor sent Liberty a refund for the overpayment it had made to her. Should Liberty continue to deny benefits to Tatiana, any failure to fully consider the Social Security award in its decision will be "an important factor", if not a dispositive one, for the federal court to consider in its review.

Although Liberty is not "bound" to award benefits automatically based on an award by the Social Security Administration, a failure to even consider the guidelines under which disability benefits were conferred on her will suggest that it was not interested in investigating another independent source of information. As Liberty most assuredly knows, the Social Security Administration only considers a claimant disabled:

> if [s]he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than twelve months.

42 U.S.C. §1382c(a)(3)(A). Further, the interpretive guidelines clarify that payment of benefits will occur only after sufficient medical evidence has been presented showing that the claimant is totally disabled:

> The law defines disability as the inability to do any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. To meet this definition, you must have a severe impairment(s) that makes you **unable to do your past relevant work** (see § 404.1560(b)) or any other substantial gainful work that exists in the national economy. If your severe impairment(s) does not meet or medically equal a listing in appendix 1, we will assess your residual functional capacity as provided in §§404.1520(e) and 404.1545. (*See* §§404.1520(g)(2) and 404.1562 for an exception to this rule.)

See 20 Code of Federal Regulations § 404.1505(a) (regulations interpreting 42 U.S.C. §1382c(a)(3)(A)(emphasis added)). See also, e.g., *Glenn v. MetLife*, 461 F.3d 660, 668 (6th Cir.2006) (a plan administrator's decision to deny benefits where Social Security disability benefits have been awarded under a more stringent definition than the policy definition can be considered arbitrary and capricious).

Moreover, courts recognize that in order to have been awarded Social Security disability benefits, the claimant must have presented objective findings to the agency. See Hall v. Hartford Life & Accident Ins. Co., 2006 WL 1050073, *5 (E.D.Ky.)("However, a social security award should not be disregarded; to receive deference from the Social Security Administration, the opinion must have been supported by objective findings, and courts may not arbitrarily disregard reliable medical evidence").

Upon receipt thereof, I intend to send to Liberty the results of the consultative examination conducted by a physician on behalf of SSA, for its review.

**D. Conclusion**

With respect to whether – given the restrictions and limitations to her hands and shoulders and neck – Bushee could work full-time, Liberty did not provide a meaningful review prior to terminating benefits. Liberty should have provided Bushee with the job descriptions it claimed she could perform on a sustained, full-time basis and asked Dr. Whirlow her opinion regarding sustained work ability after providing *her* with the same job descriptions. It did not do so.

Bushee also now provides additional information for Liberty's consideration in its review of her appeal, including the FCE (and testing results) dated 1/13/16 and the Social Security decision and consultative examination.

On behalf of Mrs. Bushee, please consider this appeal letter and the exhibits and reverse Liberty's termination of benefits. Due to her exquisite pain and tenderness in her hands and well as her co-morbid cervical issues identified by Dr. Whirlow; the restrictions and limitations supported by the 1/13/16 FCE results and Dr. Whirlow's own restrictions and limitations; her long-time treating doctor's opinion that she is unable to work; Mrs. Bushee's subjective reports of pain; and the Social Security determination, including the results of the medical examination performed therefor this year, I respectfully urge Liberty to reverse its decision to terminate her benefits and reinstate them from the date of termination through the present and ongoing, subject to policy provisions.

5K354170581



Very truly yours,

Julie A. Mersch

Julie A. Mersch, Esq.

JAM/rmj

| | | |
|---|---|---|
| Enclosures: | Exhibit 1: | Letter dated September 1, 2017 from James Christensen, M.D. to "To Whom it May Concern" (including office notes dated 6/30/16 and 2/9/17) |
| | Exhibit 2: | Functional Capacity Evaluation dated 1/13/16 |
| | Exhibit 3: | O*Net Job Description for Information Clerk |
| | Exhibit 4: | Social Security Award Letter |
| | Exhibit 5: | Consultative Medical Examination by Michael Glick, M.D. (under separate cover) |

W:\BUSHEE\LTRS\Liberty.Appeal.121217.wpd

5K3541 70581

5K3541 70581

# EXHIBIT 1

EXHIBIT 1

reno orthopaedic clinic roc

BOARD CERTIFIED ORTHOPAEDIC SURGERY
Peter L. Althausen, M.D.
Martin R. Anderson, M.D.
Eric M. Boyden, M.D.
Timothy J. Bray, M.D.
James L. Christensen, M.D.
Thomas J. Christensen, M.D.
Ryan E. Dobbs, M.D.
Jackson B. Jones, M.D.
Kirk A. Kaiser, M.D.
Michael M. Kalisvaart, M.D.
Gregory A. Lundeen, M.D.
Brett G. MenMuir, M.D.
Timothy J. O'Mara, M.D.
Robert J. Parlasca, M.D.
Michael D. Ries, M.D.
Sanjai K. Shukla, M.D.
Renny R. Uppal, M.D.
Chad D. Watts, M.D.
Jeffrey D. Webster, M.D.
Norman B. Young, M.D.
John E. Zebrack, M.D.

ORTHOPAEDIC SURGEON
Benjamin T. Bjerke, M.D.
Justin A. Walker, M.D.
Scott R. Whitlow, M.D.

BOARD CERTIFIED PHYSICAL MEDICINE AND REHABILITATION
Martin José Arraiz, M.D.
Bruce E. Witmer, M.D.

BOARD CERTIFIED FAMILY MEDICINE - SPORTS FELLOWSHIP TRAINED
Naomi L. Albertson, M.D.

CERTIFIED PHYSICIAN ASSISTANTS
Davis Jay Patrick Ayers, II PA-C
Garret Berkich, PA-C
Stephanie Caley, PA-C
Renee Covey, PA-C
Suzanne Flint, PA-C
Bruce Gallo, MHP PA-C
Janet L. Highhill, PA-C
Kalli Mannos PA-C
Nathan Nicolet, PA-C
Stephen Powers, PA-C
Matthew Sacht, PA-C
Candalera Slider, PA-C
Sara M. Sullivan, PA-C

CERTIFIED NURSE PRACTITIONERS
Linda Dunaway, APRN NP-C
Tracy Harig, APRN NP-C
Alexandra Janas, APRN NP-C
Ashley Walker, APRN ACNP-BC

September 1, 2017

**RE: BUSHEE, TATIANA**
**DOB:**

To Whom It May Concern:

This is a 56-year-old lady whom I have taken care of for several years. She had a left endoscopic carpal tunnel release in May 2013 and a right endoscopic carpal tunnel release in May 2013. She never did well with good resolution of her carpal tunnel symptoms. In April 2015 we did a redo left open carpal tunnel release with neurolysis, NeuraWrap, and tenosynovectomy. Again, she had no appreciable improvement. I did not feel further surgery was indicated.

We had a Functional Capacity Evaluation performed on January 13, 2016, and at that time, she tested out as being able to work in a sedentary capacity. I later saw her back on February 9, 2017. At that time, she was having chronic median nerve neuritis. She was under the care of Dr. Berman for pain management. It was my opinion at that time that she could not work.

To summarize things, following her Functional Capacity Evaluation, we let her work in a sedentary capacity. She was unable to do that. When I saw her on February 9, 2017, I felt she was unable to work. Her inability to work was based on constant pain, hypersensitivity, and neuritis of the median nerve bilaterally.

Thank you for your attention. I hope this helps you resolve your issues.

Sincerely,

James L. Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:ldf
MTID #: 5953901
DD: 9/1/2017 7:33 AM
DT: 9/3/2017 2:34 PM

555 NORTH ARLINGTON AVENUE, RENO, NEVADA 89503-4724 775.786.3040 800.748.5561 RENOORTHO.COM

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**06/30/2016 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. A very nice lady who had bilateral endoscopic carpal tunnel releases and then had a redo left open carpal tunnel release with NeuraWrap and a tenosynovectomy. She comes in today in followup. She continues to have trouble with both hands. Both hands have pain, paresthesia, numbness, and tingling.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

### Allergies
Patient indicates no known allergies.

### Medications
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

## Physical Examination
She has a positive Tinel sign in both hands. She has good flexion and extension in the fingers. No triggering. Good thenar and ulnar intrinsic function. No atrophy. Good pulses. Good capillary filling, but she does have tenderness over the median nerves at the wrist and still has some equivocal sensory changes in the median nerve distribution.

### Plan
From my point of view, she is unchanged from when I last saw her on 11/3/2015. She is limited in what she can do. She previously worked as a florist. I do not think she can do that type of activity because she cannot do repetitious grasping, pinching, shearing, cutting, etc. As I stated previously, I think she is as good as I can make her and we will see her back on a p.r.n. basis.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:cmk
MTID #: 5796520
DD: 6/30/2016 3:23 PM
DT: 7/4/2016 8:43 AM

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 2
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**Electronically signed by Stephanie Allen on 07/13/2016 at 2:00 PM**

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*March 31, 2017*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**02/09/2017 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today with her husband. She has had bilateral endoscopic carpal tunnel releases. Did not get any return of sensation. A lot of scarring, increased pain. We took her back for a redo, left open carpal tunnel release with a neurolysis and tenosynovectomy. She never got any improvement after that. In fact, she thinks the left hand is now worse than the right. She previously worked as a florist doing highly repetitious activities. She was never able to effectively go back to work. She continues to have pain, paresthesia, burning and tingling in her hands during the day and at night. She has very limited use of both hands.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

**Allergies**
Patient indicates no known allergies.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

## Physical Examination
She has decreased sensation in the median nerve distribution bilaterally. She has a very positive Tinel sign over the median nerve at the wrist bilaterally. She has pain radiating up into her forearms. There is no thenar atrophy. She has fair flexion and extension, thumb and fingers without triggering. Her ulnar nerve function is normal.

**Impression**
Chronic bilateral median nerve neuritis.

**Plan**
She is in chronic constant pain. She has been under pain management with Dr. Berman. She did not get any relief from that in the past from my point of view. She is not able to work. She is stable and no additional treatment is necessary or available at this time.

James L Christensen

Finalized and approved by

5K3541 70581

K3541 70581

# EXHIBIT 2

EXHIBIT 2

5K354170581

**Back In Motion Physical Therapy**
**Functional Capacity Evaluation**

**Subject Name: Tatiana Bushee-Krupa**
**Date of Evaluation: 01/13/2016**
**Claim#: W1297629**

**Accepted Industrial Body Part:** 1) Left wrist, 2) Right wrist
**Medical Diagnosis:** 1) S/P right endoscopic carpal tunnel release 05/30/2013, 2) S/P left endoscopic carpal tunnel release 05/16/13, 3) S/P redo left open carpal tunnel release, synovectomy and NeuraWrap.
**Date of Accepted Industrial Injury:** 09/19/2012
**Last Date of Work:** 01/26/2015
**Referring Physician/Insurance Carrier:** Dr. James Christensen/Sedgwick CMS
**Employer at Time of Injury:** Safeway

**Purpose of Functional Capacity Evaluation:** Determine current safe physical abilities for purpose of returning to work force

This appears to be a **VALID** representation of the patient's current physical abilities.
There **ARE NOT** signs or symptoms indicative of behavioral overlay during testing today.
Patient appeared to provide **GOOD EFFORT** throughout testing today.

**Based on Job Analysis (dated 10/24/2013) provided, patient did not demonstrate the ability to safely perform the physical demands of the pre-injury job due to the following physical demands based on her typical 7 to 7.5 hours worked/day x 5 days/wk:**

1) Lift/carry 5 gallon bucket filled with flowers. One gallon of water weighs 8.345 lb x 5 gallon = 41.725 lb.
2) Employee will dismantle, move and rebuild freestanding display structures. These typically consist of a number of "cinder" building blocks which weigh approximately 28-30 pounds each.
3) Reaching up to 7 hours a day in conjunction with lifting, carrying, gripping, grasping, finger manipulation, pushing, pulling. Required unimanually and bimanually.
4) Pushing/pulling up to 30 minutes up to 200 feet up to 150 pounds.
5) Lifting/carrying up to 60 minutes with a maximum of 35 pounds.
6) Gripping/grasping up to 6 hours a shift in conjunction with simple handling, to push or pull, with each hand independently and/or bilaterally.
7) Finger manipulation up to 2 hours with each/both hands in conjunction with manipulating small or lightweight objects, keyboard activity, palmar/dorsal flexion, radial/ulnar deviation.
8) Palmar and/or dorsal flexion up to 3 hours (up and down, or in and out, wrist motions) bilaterally, major hand only in conjunction with gripping/grasping, finger manipulation, radial/ulnar deviation.
9) Radial and/or ulnar deviation up to 45 minutes total to manipulate tools, small or lightweight objects, simple handling, keyboard activity, in conjunction with gripping/grasping, finger manipulation, palmar/dorsal flexion, reaching.
10) Use tools such as carts, pruning clippers, mop/broom, cash register, ladder/step stool.

***Cont'd page 2***

5K354170581

**FCE Results and Summary**

**Based on the findings of this evaluation, Tatiana Bushee demonstrated the ability to safely perform at the following physical capacity based on a typical 8 hour work day and 40 hours a week:**

- **SEDENTARY** ***level work classification, according to U.S. Department of Labor standards. See below for specific lifting results.***

**In addition, the following recommendations are advised:**

1) Able to perform simple gripping/grasping with left hand rarely (0-1% of day) due to functional weakness.
2) Able to perform simple gripping/grasping with right hand occasionally (1-33% of day) due to functional weakness.
3) No power gripping/grasping activities using right or left hand.
4) Able to perform simple pinching with left hand rarely (0-1% of day).
5) Able to perform simple pinching with right hand occasionally (1-33% of day).
6) No power pinching with left or right hand.
7) No use of vibratory tools/equipment using right or left hand.
8) Able to perform repetitive assembly type work with left hand rarely (0-1% of day); however, speed and dexterity will be approximately 64% below mean.
9) Able to perform assembly type work with right hand occasionally (1-33%); however, will be approximately 39% below mean for speed and dexterity.
10) Assembly type work speed and dexterity is 61% below mean. Able to perform rarely (0-1% of day).
11) No shoulder or overhead level activities.
12) Able to sit for 2 hours with alternate activity in walking for 5 minutes.
13) Able to walk for 20 minutes with alternate activity in sitting for 10 minutes.
14) Able to stand for 60 minutes with alternate activity in sitting for 5 minutes.
15) No ballistic activities including throwing, catching, running or sprinting.
16) Lifting ability as follows based on normal work shift (Maximum lift achieved in pounds).
17) No other physical restrictions.

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krups
01/13/2016

5K354170581

| TASK | | Rarely (0-1% of day) | Occasional (1 – 33% of day) | Frequently (34 – 66% of day) | Constantly (67 – 100% of day) |
|---|---|---|---|---|---|
| FLOOR | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| 18 INCHES ABOVE FLOOR | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| WAIST | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| SHOULDER | Left | 0 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 0 | 0 | 0 | 0 |
| OVERHEAD | Left | 0 | 0 | 0 | 0 |
| | Right | 0 | 0 | 0 | 0 |
| | Bilateral | 0 | 0 | 0 | 0 |
| CARRYING X 50 FEET | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| PUSHING | Left | 0 | 0 | 0 | 0 |
| | Right | 10 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| PULLING | Left | 0 | 0 | 0 | 0 |
| | Right | 10 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |

Rhonda Fiorillo MPT, WCS, PRPC 1/13/16

Rhonda Fiorillo, MPT, WCS, PRPC - Physical Therapist's Signature/Date
Board Certified Women's Health Specialist
Back In Motion Physical Therapy
10789 Double R Blvd., Suite 100
Reno, NV 89521
PH: 775-746-2206
Fax: 775-359-3332

I have reviewed and agree with the findings of this evaluation:

Dr. James Christensen-Treating Physician/Date
Reno Orthopaedic Clinic

Cc: Insurance carrier

5K354170581

**Lifting Ability:** **Maximum Lift Achieved in pounds based on RARE (0-1% of day) basis.**

| TASK | LEFT | RIGHT | BILATERAL | REASON TESTING STOPPED |
|---|---|---|---|---|
| Waist to Floor<br>Floor to Waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| 18 inches above floor to waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Shoulder | 3 | 5 | 0 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Overhead | 3 | 5 | 0 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. S/P vitals after 5 reps on right upper extremity: Pulse= 127bpm, oxygen saturation=97% |
| Carrying at waist level x 50' | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. S/P vitals after 3 reps: pulse=113bpm, oxygen saturation=97% |
| Pushing at waist level | 0 | 10 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krups
01/13/2016





4[illegible]

5K354170581

| TASK | LEFT | RIGHT | BILATERAL | REASON TESTING STOPPED |
|---|---|---|---|---|
| Pulling at waist level | 0 | 10 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |

Pre-Test Subjective Pain Rating (SPR): Bilateral wrists=4/10
Post-Test SPR: 5/10 with increased upper extremity burning, tingling and numbness

**Positional Tolerances:** Below testing tolerances are for 20 minutes each

| | Minutes Completed | Reason Testing Stopped |
|---|---|---|
| Sitting Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reported she has no problems with sitting. |
| Standing Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reported she can typically stand without limitations. |
| Walking Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reports she can typically walk for 20 minutes and needs to change position due to pain in left hand and arm. |

**Other Physical Demands: Testing:** Patient tested for 5 trials in each position for 30 minutes total.

| | Number of Trials Completed | Reason Testing Stopped |
|---|---|---|
| Squatting x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vitals after trial #1: pulse=96bpm, oxygen saturation=96%, SPR left upper extremity increased burning. |
| Crouching x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vitals after trial #2: pulse=91bpm, oxygen saturation=97%, SPR left wrist/upper extremity=increased burning. |

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krups
01/13/2016





418

5K354170581

| | Number of Trials Completed | Reason Testing Stopped |
|---|---|---|
| Kneeling x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vials after trial #3: pulse=98bpm, oxygen saturation=98%, SPR bilateral wrists= decreased burning arms after stopping left overhead reaching. |
| Crawling x 60 seconds | 1 | Completed 1 out of 5 trials with difficulty reported by patient and physical therapist observed her maintaining wrists in neutral position with increased pain in bilateral wrists and arms. Vitals after trial#4: Pulse=93bpm, oxygen saturation=97%, decreased burning in upper extremities |
| Climbing Up and Down Stairs | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. |
| Walk Forward/ Backward on Uneven Terrain | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. |
| Reaching Overhead x 60 seconds | Left=2 trials<br>Right=5 trials | Completed 5 out of 5 trials on right with 2 pound weight. Not able to perform on left hand due to increased burning, pressure and numbness in arm with shoulder and overhead level activities. |
| Simple Pinching using Both Hands | 1 | Completed 1 out of 5 trials with difficulty reported by patient due to functional weakness with pinching. |

Pre-Test Subjective Pain Rating (SPR): Right upper extremity= Increased burning, numbness and temperature changes, left upper extremity numbness and burning after reaching overhead and crawling but symptoms improved when stopped those activities ceased.

## Communication

| | |
|---|---|
| Talking | No problems noted. |
| Hearing | No problems noted. |
| Seeing | No problems noted. |

## Patient Information:

Last Name: Bushee First: Tatiana
Gender: Female
Referring M.D: Dr. James Christensen
Workers Comp Carrier: Sedgwick CMS
Patient Age: 55
Date of Birth:
Claim #: W1297629
Social Security#:

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krupa
01/13/2016

Height: 5'3"
Weight: 140 lb

Resting Blood Pressure: 102/80
Resting Pulse: 106bpm
Oxygen Saturation: 97%

**Medical Information:**
Date of Injury: 05/10/2012
Body part(s) Injured/accepted in this Claim: 1) Left wrist
Mechanism of Injury: Per patient report, she has been employed as a Floral Designer for Safeway for 17 years. She reports in 2012 she started noting weakness, numbness and pain in both her hands. She was referred to Dr. Christensen at ROC and she reports she has undergone trigger point injections in the left lower arm, 2 stallete ganglion blocks. She had a seizure during the 2nd ganglion block so all further blocks were canceled She underwent the 1st on 5/16/2012 on the left for CTS release. She had a repeat surgery to remove excessive scar tissue and noted no relief. She also underwent a right CTR on 5/30/2012. She reports she had some relief but continues to have weakness, pain and numbness. She had relief but symptoms worsened when she returned to full duty again as a Floral Designer. Currently, subjectively she reports she cannot bend her left hand because it is "tight " in my wrist. "If I bend it for a few minutes it gets cold and then if I don't use it then it gets cold and clammy. I'm alive and I have to use it. Now I figure out I use it a lot. I have pain all the way up my arm, in my neck and under my armpit. I can't feel objects in my hand, I just do not feel it with the tips of my hands. I will just drop it. Before my surgery I was carrying a pot of hot water and I dropped it and hot water splashed up into my eye and I had a 3rd degree burn inside my eye".

PT asked patient if she thought she could return to her pre-injury job as a Floral Designer and she replied, "I would like too. I can't pick up any small objects, I have to work on a computer and when I work with my left hand it hurts so bad, I'm paying for it. I can't sleep".

PT asked what other type of work she would like to do and she replied, "Well, it's not my language, it's a writing even though I'm 24 years in this country. Everything I would like to do requires repetitive motion".

**Surgeries relating to this claim: (3 surgeries)**
1) Surgery Date: April 2015, Surgery Procedure: Redo left carpal tunnel release, NeuraWrap, synovectomy, Surgeon: Dr. James Christensen
2) Surgery Date: 05/30/2013, Surgery Procedure: Right endoscopic carpal tunnel release, Surgeon: Dr. James Christensen
3) Surgery Date: 05/13/2013, Surgery Procedure: Left endoscopic carpal tunnel release, Surgeon: Dr. James Christensen

**Current Industrial Medications:**
1) Lido Pro ointment
2) Terocin patches
3) Tizanidine 2mg

**Vocational History:**
Employer when Injured: Safeway
Full duty Job Title: Floral Designer
Basic Physical Demands Requirements of full duty job: See Job Analysis 10/24/2013

Cc: Insurance carrier

Last Date of Work? 01/26/2015
If working, is patient working Full Duty or Light Duty? Currently not working.
Current Employer: Patient is receiving TTD benefits.

**Previous Workers Compensation History:**
Previous Injuries not relating to this claim? None Reported
Previous Workers Compensation claims? None Reported

**Attendance/Punctuality:**
Number of Appointments: Two. Patient stated she was not aware she has a previously scheduled appointment on 12/16/2015.
Number of Times Late: None
Total Evaluation Time: 7 hours with write-up (Increased time required as needed to review 575 pages of emailed file/Job Analysis/accepted body parts/surgery report for April 2015 )
Late Excuses Offered: None
Purpose of the Evaluation: Determine current physical abilities.

**Pain Perception:**
Pain average: Bilateral wrists and arm, left worse than right =6/10
Pain before FCE today: Bilateral wrists and arms=4/10
Pain after FCE today: Bilateral wrists and arms with increased burning/needles=5/10

**Functional Assessment:**
Sleep: Disturbed. "No, numbness, pain. Sleep for 6, but waking up 2-3 times".
Activities that worsen symptoms: "Walk, hand left wrist, grab, lift, drive".
Activities that decrease symptoms: "Sitting".
Current level of activity: Sedentary. Patient has not worked since 01/26/2015.

**Objective Evaluation:**
Dominant hand: Right

| | | | |
|---|---|---|---|
| Grip Strength: | Left | = 5, 5, 5 pounds | Average = 5 lbs |
| | Right | = 24, 21, 20 pounds | Average = 21.7 lb |

Dynamometer strength testing results below functional values in both hands.
Mean grip strength for 55 year-old female: Right=57.3 pounds, Left=47.3 pounds
Right grip strength is 62% below mean.
Left grip strength is 89% below mean.

Note: Approximately 25 pounds of grip strength is necessary for typical activities such as opening doors, jars, turning ignition on in car, etc.

| | | | |
|---|---|---|---|
| Key Pinch: | Left | = 5, 5, 5 pounds | Average = 5 lb |
| | Right | = 9, 10, 10 pounds | Average = 9.7 lb |

Pinch gauge testing results below functional values.
Mean key pinch for 55-year old female: Right=15.7 pounds, Left=14.7 pounds

Right key pinch strength is 38% below mean for age/gender.
Left key pinch strength is 66% below mean for age/gender.

Cc: Insurance carrier

**Palmar Chuck:** Left = 3, 3, 3 pounds Average = 3 lb
Right = 8, 8, 8 pounds Average = 8 lb

Pinch gauge testing results below mean for age/gender and is below functional values.
Mean 55-year old female: Right=16.0 pounds, Left=16.4 pounds

Right palmar pinch strength is 50% below mean for age/gender.
Left palmar pinch strength is 82% below mean for age/gender.

**Balance:**
Single Limb Stance: (tested for 10 seconds maximum).
Eyes Open: Left = 10 seconds
Right = 10 seconds

**Active Range of Motion/Strength Testing:**

| | AROM | Strength |
|---|---|---|
| Right Upper Extremity: | Shoulder: WFL<br>Elbow: WFL<br>Wrist: Flexion: 37 degrees<br>Extension: 27 degrees<br>Ulnar deviation: 26 degrees<br>Radial deviation: 24 degrees | WFL except hand/pinch strength. See grip/pinch strength testing results. |
| Left Upper Extremity: | Shoulder: WFL<br>Elbow: WFL<br>Wrist Flexion: 32 degrees<br>Extension: 34 degrees<br>Ulnar deviation: 25 degrees<br>Radial deviation: 11 degrees | WFL except hand/pinch strength. See grip/pinch strength testing results. |
| Left Lower Extremity: | WFL | WFL |
| Right Lower Extremity: | WFL | WFL |
| Lumbar Spine: | WFL | WFL |
| Cervical Spine: | WFL | WFL |

Single Calf Raises: Tested for 10 reps
Left: 10
Right: 10

**Special Tests:**

1) Purdue Pegboard Test: Right =11, Left =6, Bilateral =4, Total =21, Assembly =16. Results below mean values for speed and dexterity of bilateral hands for fine motor skills needed for assembly type work.
   Results:
   Right hand: 39% below mean
   Left hand:64.3% below mean
   Both Hands: 72% below mean
   Right + Left + Both: 57% below mean
   Assembly: 61% below mean

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krupa
01/13/2016

Normative values for Male & Female Applicants for Production Work (data taken from the Appendix A of Purdue Pegboard Manual). Right hand: 17.94, Left: 16.81, Both Hands: 14.10, Right + Left + Both: 48.85, Assembly: 40.67.

2) Get Up and Go Testing: WNL

**Observation:**
Braces used: Patient did not wear braces today during testing. She reports she wears on her left hand when it is irritated and always at night. She wears neoprene brace on right wrist at night.
Assistive devices used: None

Gait Analysis: Patient observed maintaining protective posturing of left arm throughout testing today keeping elbow fully flexed and arm adducted to chest.

Palpation: Temperature changes noted in bilateral hands, increased sweating with light activity, no blanching in nail beds, decreased light touch to fingertips, left more than right. No hypersensitivity to light touch on hands except over wrist incision sites.

~~~~ end of report ~~~

Cc: Insurance carrier







423
~~~~

5K354170581

**Back In Motion Physical Therapy**
**Rhonda Fiorillo, MPT, WCS, PRPC**
**10789 Double R Blvd., Suite 100**
**Reno, NV 89521**

**Functional Capacity Evaluation Policy**

Dear Patient:

Welcome to Back In Motion Physical Therapy:

You have been referred for a Functional Capacity Evaluation to determine your current physical abilities. This is a snapshot of what you are able to do physically today. This exam will assess you as a "whole person" and not only the part of your body you injured for this claim.

This test will take approximately 4 to 5 hours depending on your physical abilities and tolerances. The purpose of the exam is to assess several different areas, including endurance, sitting, standing, and walking tolerances, lifting ability, hand dexterity and postural tolerances.

To ensure the safety and privacy of our patients and to not disrupt the flow of testing, Back In Motion Physical Therapy's policy is to permit only the patient undergoing the FCE in the gym testing area. Family, friends, or legal representatives are not permitted in the gym during testing.

After your testing is completed, a copy of your FCE results will be sent to your referring physician for review and signature. We have 10 days to send your FCE report to your physician and/or insurance carrier. Back In Motion Physical Therapy is an independent physical therapy provider and does not have any business or financial affiliations with your physician, attorney or insurance provider.

You may request a copy of your FCE report; however, it will not be mailed until your physician has reviewed and signed the report. If you have an attorney representing you your attorney may request a copy in writing on your behalf.

It is very important to provide maximum and consistent effort in order to ensure a valid and reliable examination today. Either you or your physical therapist can stop any portion of the testing at any time, due to maximum ability achieved or pain. Do not alter or stop taking any of your prescribed medications during testing.

I have read and understand the above Functional Capacity Evaluation policy.

[signature]
Patient Signature/Date

Rhonda Fiorillo MPT, WCS, PRPC
Witness/Date 1/13/16




Back In Motion Physical Therapy
FCE Intake Questionnaire
Page 1 of 3

5K354170581

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2016 11:51:23 AM | 7753593332 | 104 | 4 | Received |

02/08/2016 09:47 7753593332 PAGE 01/04

BACK in MOTION
Comprehensive Physical Therapy

Rhonda Fiorillo, MPT, WCS, PRPC
10789 Double R Blvd, Suite 100
Reno, NV 89521
Phone: (775)746-2206
Fax: (775)359-3332
www.backinmotion.net

## FCE — FAX TRANSMITTAL SHEET

☑ **FCE - Physician Signature Required**

☑ For Patient's Records ☑ For Review

☑ Urgent ☑ Please Reply

To: Dr. James Christensen From: Bernadette/Sabine

Office: Reno Orthopedic Clinic Date: 1/26/16

Fax Nr.: (775) 337-0881-Ashley WC Total # of Pages (includes cover) 12

Phone Nr.: (775) 786-3040

2/8/16 (4pgs)

CC: Diane Ferrante - Sedgwick CMS - (702) 568-3779 - Fax
sent via email 1/25/16

CC:

Re: Bushee-Rupa, Tatiana - Claim # W1297629

☑ Please find attached FCE for Physician Review and Signature. Please FAX back (Signature Page Only) to 359-3332 ASAP.

○ FCE Results Attached. A copy has been sent to Physician for Review and Signature. A Hard Copy has been sent to you in the mail.

→○ Final FCE page with Physical Therapist and Physician Signature completed. 4 pgs (PT)



2/8/2016 W1297629 425

5K354170581

K354170581

# EXHIBIT 3

EXHIBIT 3

Previous | Next | DOT | Contents | About

Like | G+

Welcome to ITA - Information Technology Associates

O*NET Occupational Information Network
www.occupationalinfo.org/onet

Previous | Next | DOT | Search | Contents | Link to this page | About

AdChoices | Apply for Jobs | Clerk Jobs | Medical Job

A B C D E F G H I J K L M N O P Q R S T U

CODE: **55305**
Buy ONET/DOT: Download

TITLE: **Receptionists and Information Clerks**

DEFINITION: Answer inquiries and obtain information for general public (e.g., customers, visitors, and other interested parties). Provide information regarding activities conducted at establishment; location of departments, offices, and employees within organization; or services in a hotel. May perform other clerical duties as assigned. Exclude receptionists who operate switchboards.




- TASKS
- KNOWLEDGE
- SKILLS
- ABILITIES
- WORK ACTIVITIES
- WORK CONTEXT
- INTERESTS
- WORK VALUES
- CROSSWALKS

**TASKS:**

Greets persons entering establishment, determines nature and purpose of visit, and directs visitor to specific destination, or answers questions and provides information.

Provides information to public regarding tours, classes, workshops, and other programs.

Answers telephone to schedule future appointments, provide information, or forward call.

Unhappy at work? Find a rewarding new job




Provides information to public concerning available land leases, land classification, or mineral resources.

Registers visitors of public facility, such as national park or military base, collects fees, explains regulations, and assigns sites.

Transmits information or documents to customer, using computer, mail, or facsimile.

Analyzes data to determine answer to customer or public inquiry.

8. Records, compiles, enters, and retrieves information, by hand or using computer.

9. Collects and distributes messages for employees of organization.

10. Calculates and quotes rates for tours, stocks, insurance policies, and other products and services.

11. Types memos, correspondence, travel vouchers, or other documents.

12. Enrolls individuals to participate in programs, prepares lists, and notifies individuals of acceptance in

programs, and arranges and schedules space and equipment for participants.

13. Files and maintains records.

14. Hears and resolves complaints from customers and public.

15. Conducts tours or delivers talks describing features of public facility, such as historic site or national park.

16. Receives payment and records receipts for services.

17. Monitors facility to ensure compliance with regulations.

18. Performs duties such as taking care of plants and straightening magazines to maintain lobby or reception area.

19. Operates telephone switchboard to receive incoming calls.

**KNOWLEDGE:**
Knowledge elements are ranked by ***importance.***

88 Clerical
Knowledge of administrative and clerical procedures and systems such as word processing systems, filing and records management systems, stenography and transcription, forms design principles, and other office procedures and terminology

79 Customer and Personal Service
Knowledge of principles and processes for providing customer and personal services including needs assessment techniques, quality service standards, alternative delivery systems, and customer satisfaction evaluation techniques

69 English Language
Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar

54 Telecommunications
Knowledge of transmission, broadcasting, switching, control, and operation of telecommunications systems

50 Mathematics
Knowledge of numbers, their operations, and interrelationships including arithmetic, algebra, geometry, calculus, statistics, and their applications

46 Communications and Media
Knowledge of media production, communication, and dissemination techniques and methods including alternative ways to inform and entertain via written, oral, and visual media

42 Computers and Electronics
Knowledge of electric circuit boards, processors, chips, and computer hardware and software, including applications and programming

40 Economics and Accounting
Knowledge of economic and accounting principles and practices, the financial markets, banking, and the analysis and reporting of financial data

29 Geography
Knowledge of various methods for describing the location and distribution of land, sea, and air masses including their physical locations, relationships, and characteristics

29 Education and Training
Knowledge of instructional methods and training techniques including curriculum design principles, learning theory, group and individual teaching techniques, design of individual development plans, and test design principles

29 Psychology
Knowledge of human behavior and performance, mental processes, psychological research methods, and the assessment and treatment of behavioral and affective disorders

25 History and Archeology
Knowledge of past historical events and their causes, indicators, and impact on particular civilizations and cultures

23 Public Safety and Security
Knowledge of weaponry, public safety, and security operations, rules, regulations, precautions, prevention, and the protection of people, data, and property

23 Law, Government and Jurisprudence
Knowledge of laws, legal codes, court procedures, precedents, government regulations, executive orders, agency rules, and the democratic political process

21 Sales and Marketing
Knowledge of principles and methods involved in showing, promoting, and selling products or services. This includes marketing strategies and tactics, product demonstration and sales techniques, and sales control systems

13 Sociology and Anthropology
Knowledge of group behavior and dynamics, societal trends and influences, cultures, their history, migrations, ethnicity, and origins

13 Administration and Management
Knowledge of principles and processes involved in business and organizational planning, coordination, and execution. This includes strategic planning, resource allocation, manpower modeling, leadership techniques, and production methods

10 Transportation
Knowledge of principles and methods for moving people or goods by air, rail, sea, or road, including their relative costs, advantages, and limitations

8 Foreign Language
Knowledge of the structure and content of a foreign (non-English) language including the meaning and spelling of words, rules of composition and grammar, and pronunciation

6 Philosophy and Theology
Knowledge of different philosophical systems and religions, including their basic principles, values, ethics, ways of thinking, customs, and practices, and their impact on human culture

6 Therapy and Counseling
Knowledge of information and techniques needed to rehabilitate physical and mental ailments and to provide career guidance including alternative treatments, rehabilitation equipment and its proper use, and methods to evaluate treatment effects

4 Design
Knowledge of design techniques, principles, tools and instruments involved in the production and use of precision technical plans, blueprints, drawings, and models

4 Mechanical
Knowledge of machines and tools, including their designs, uses, benefits, repair, and maintenance

4 Biology
Knowledge of plant and animal living tissue, cells, organisms, and entities, including their functions, interdependencies, and interactions with each other and the environment

4 Medicine and Dentistry
Knowledge of the information and techniques needed to diagnose and treat injuries, diseases, and deformities. This includes symptoms, treatment alternatives, drug properties and interactions, and preventive health-care measures

2 Personnel and Human Resources
Knowledge of policies and practices involved in personnel/human resource functions. This includes recruitment, selection, training, and promotion regulations and procedures; compensation and benefits packages; labor relations and negotiation strategies; and personnel information systems

2 Physics
Knowledge and prediction of physical principles, laws, and applications including air, water, material dynamics, light, atomic principles, heat, electric theory, earth formations, and meteorological and related natural phenomena

**SKILLS:**
Skills elements are ranked by ***importance***.

77 Speaking
Talking to others to effectively convey information

73 Active Listening
Listening to what other people are saying and asking questions as appropriate

73 Service Orientation
Actively looking for ways to help people

63 Coordination
Adjusting actions in relation to others' actions

60 Social Perceptiveness
Being aware of others' reactions and understanding why they react the way they do

56 Reading Comprehension
Understanding written sentences and paragraphs in work related documents

56 Writing
Communicating effectively with others in writing as indicated by the needs of the audience

50 Time Management
Managing one's own time and the time of others

44 Information Gathering
Knowing how to find information and identifying essential information

42 Mathematics
Using mathematics to solve problems

40 Information Organization
Finding ways to structure or classify multiple pieces of information

40 Problem Identification
Identifying the nature of problems

38 Management of Material Resources
Obtaining and seeing to the appropriate use of equipment, facilities, and materials needed to do certain work

31 Monitoring
Assessing how well one is doing when learning or doing something

29 Solution Appraisal
Observing and evaluating the outcomes of a problem solution to identify lessons learned or redirect efforts

29 Implementation Planning
Developing approaches for implementing an idea

27 Product Inspection

Inspecting and evaluating the quality of products

23 Judgment and Decision Making
Weighing the relative costs and benefits of a potential action

23 Operation and Control
Controlling operations of equipment or systems

21 Identification of Key Causes
Identifying the things that must be changed to achieve a goal

17 Synthesis/Reorganization
Reorganizing information to get a better approach to problems or tasks

13 Idea Evaluation
Evaluating the likely success of an idea in relation to the demands of the situation

13 Critical Thinking
Using logic and analysis to identify the strengths and weaknesses of different approaches

13 Management of Financial Resources
Determining how money will be spent to get the work done, and accounting for these expenditures

10 Operation Monitoring
Watching gauges, dials, or other indicators to make sure a machine is working properly

10 Active Learning
Working with new material or information to grasp its implications

10 Learning Strategies
Using multiple approaches when learning or teaching new things

8 Technology Design
Generating or adapting equipment and technology to serve user needs

8 Instructing
Teaching others how to do something

8 Testing
Conducting tests to determine whether equipment, software, or procedures are operating as expected

8 Idea Generation
Generating a number of different approaches to problems

6 Persuasion
Persuading others to approach things differently

6 Systems Evaluation
Looking at many indicators of system performance, taking into account their accuracy

4 Equipment Maintenance
Performing routine maintenance and determining when and what kind of maintenance is needed

4 Operations Analysis
Analyzing needs and product requirements to create a design

4 Science
Using scientific methods to solve problems

4 Identifying Downstream Consequences
Determining the long-term outcomes of a change in operations

4 Equipment Selection
Determining the kind of tools and equipment needed to do a job

2 Troubleshooting
Determining what is causing an operating error and deciding what to do about it

2 Visioning
Developing an image of how a system should work under ideal conditions

2 Systems Perception
Determining when important changes have occurred in a system or are likely to occur

2 Management of Personnel Resources
Motivating, developing, and directing people as they work, identifying the best people for the job

2 Installation
Installing equipment, machines, wiring, or programs to meet specifications .

**ABILITIES:**
Abilities elements are ranked by ***importance***.

92 Speech Clarity
The ability to speak clearly so that it is understandable to a listener

92 Oral Expression
The ability to communicate information and ideas in speaking so others will understand

83 Oral Comprehension
The ability to listen to and understand information and ideas presented through spoken words and sentences

69 Written Comprehension
The ability to read and understand information and ideas presented in writing

69 Speech Recognition
The ability to identify and understand the speech of another person

65 Written Expression
The ability to communicate information and ideas in writing so others will understand

63 Near Vision
The ability to see details of objects at a close range (within a few feet of the observer)

63 Information Ordering
The ability to correctly follow a given rule or set of rules in order to arrange things or actions in a certain order. The things or actions can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

60 Memorization
The ability to remember information such as words, numbers, pictures, and procedures

56 Number Facility
The ability to add, subtract, multiply, or divide quickly and correctly

54 Selective Attention
The ability to concentrate and not be distracted while performing a task over a period of time

52 Auditory Attention
The ability to focus on a single source of auditory (hearing) information in the presence of other distracting sounds

50 Spatial Orientation
The ability to know one's location in relation to the environment, or to know where other objects are in relation

5K3541 70581

to one's self

44 Time Sharing
The ability to efficiently shift back and forth between two or more activities or sources of information (such as speech, sounds, touch, or other sources)

42 Perceptual Speed
The ability to quickly and accurately compare letters, numbers, objects, pictures, or patterns. The things to be compared may be presented at the same time or one after the other. This ability also includes comparing a presented object with a remembered object

42 Wrist-Finger Speed
The ability to make fast, simple, repeated movements of the fingers, hands, and wrists

35 Trunk Strength
The ability to use one's abdominal and lower back muscles to support part of the body repeatedly or continuously over time without "giving out" or fatiguing

33 Finger Dexterity
The ability to make precisely coordinated movements of the fingers of one or both hands to grasp, manipulate, or assemble very small objects

33 Mathematical Reasoning
The ability to understand and organize a problem and then to select a mathematical method or formula to solve the problem

33 Far Vision
The ability to see details at a distance

33 Problem Sensitivity
The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

31 Speed of Closure
The ability to quickly make sense of information that seems to be without meaning or organization. It involves quickly combining and organizing different pieces of information into a meaningful pattern

29 Category Flexibility
The ability to produce many rules so that each rule tells how to group (or combine) a set of things in a different way.

29 Deductive Reasoning
The ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense.

29 Visualization
The ability to imagine how something will look after it is moved around or when its parts are moved or rearranged

27 Inductive Reasoning
The ability to combine separate pieces of information, or specific answers to problems, to form general rules or conclusions. It includes coming up with a logical explanation for why a series of seemingly unrelated events occur together.

27 Arm-Hand Steadiness
The ability to keep the hand and arm steady while making an arm movement or while holding the arm and hand in one position

25 Response Orientation
The ability to choose quickly and correctly between two or more movements in response to two or more signals (lights, sounds, pictures, etc.). It includes the speed with which the correct response is started with the hand, foot, or other body parts

25 Manual Dexterity
The ability to quickly make coordinated movements of one hand, a hand together with its arm, or two hands to grasp, manipulate, or assemble objects

25 Hearing Sensitivity
The ability to detect or tell the difference between sounds that vary over broad ranges of pitch and loudness

23 Fluency of Ideas
The ability to come up with a number of ideas about a given topic. It concerns the number of ideas produced and not the quality, correctness, or creativity of the ideas.

21 Flexibility of Closure
The ability to identify or detect a known pattern (a figure, object, word, or sound) that is hidden in other distracting material

21 Extent Flexibility
The ability to bend, stretch, twist, or reach out with the body, arms, and/or legs

19 Control Precision
The ability to quickly and repeatedly make precise adjustments in moving the controls of a machine or vehicle to exact positions

19 Peripheral Vision
The ability to see objects or movement of objects to one's side when the eyes are focused forward

15 Reaction Time
The ability to quickly respond (with the hand, finger, or foot) to one signal (sound, light, picture, etc.) when it appears

15 Visual Color Discrimination
The ability to match or detect differences between colors, including shades of color and brightness

15 Originality
The ability to come up with unusual or clever ideas about a given topic or situation, or to develop creative ways to solve a problem

13 Sound Localization
The ability to tell the direction from which a sound originated

10 Gross Body Coordination
The ability to coordinate the movement of the arms, legs, and torso together in activities where the whole body is in motion

8 Speed of Limb Movement
The ability to quickly move the arms or legs

8 Stamina
The ability to exert one's self physically over long periods of time without getting winded or out of breath

8 Multilimb Coordination
The ability to coordinate movements of two or more limbs together (for example, two arms, two legs, or one leg and one arm) while sitting, standing, or lying down. It does not involve performing the activities while the body is in motion

6 Static Strength
The ability to exert maximum muscle force to lift, push, pull, or carry objects

6 Night Vision
The ability to see under low light conditions

4 Depth Perception

The ability to judge which of several objects is closer or farther away from the observer, or to judge the distance between an object and the observer

2 Rate Control
The ability to time the adjustments of a movement or equipment control in anticipation of changes in the speed and/or direction of a continuously moving object or scene

2 Glare Sensitivity
The ability to see objects in the presence of glare or bright lighting

**WORK ACTIVITIES:**
Work activities elements are ranked by ***importance***.

88 Performing For or Working With Public
Performing for people or dealing directly with the public, including serving persons in restaurants and stores, and receiving clients or guests.

83 Communicating With Persons Outside Organization
Communicating with persons outside the organization, representing the organization to customers, the public, government, and other external sources. This information can be exchanged face-to-face, in writing, or via telephone/electronic transfer.

77 Establishing and Maintaining Relationships
Developing constructive and cooperative working relationships with others.

75 Getting Information Needed to Do the Job
Observing, receiving, and otherwise obtaining information from all relevant sources.

75 Documenting or Recording Information
Entering, transcribing, recording, storing, or maintaining information in either written form or by electronic/magnetic recording.

65 Interpreting Meaning of Information to Others
Translating or explaining what information means and how it can be understood or used to support responses or feedback to others.

65 Scheduling Work and Activities
Scheduling events, programs, activities, as well as the work of others.

63 Performing Administrative Activities
Approving requests, handling paperwork, and performing day-to-day administrative tasks.

63 Processing Information
Compiling, coding, categorizing, calculating, tabulating, auditing, verifying, or processing information or data.

60 Interacting With Computers
Controlling computer functions by using programs, setting up functions, writing software, or otherwise communicating with computer systems.

56 Communicating With Other Workers
Providing information to supervisors, fellow workers, and subordinates. This information can be exchanged face-to-face, in writing, or via telephone/electronic transfer.

52 Identifying Objects, Actions, and Events
Identifying information received by making estimates or categorizations, recognizing differences or similarities, or sensing changes in circumstances or events.

52 Monitoring and Controlling Resources
Monitoring and controlling resources and overseeing the spending of money.

50 Assisting and Caring for Others
Providing assistance or personal care to others.

50 Resolving Conflict or Negotiating with Others
Handling complaints, arbitrating disputes, and resolving grievances, or otherwise negotiating with others.

48 Evaluating Information Against Standards
Evaluating information against a set of standards and verifying that it is correct.

46 Organizing, Planning, and Prioritizing
Developing plans to accomplish work, and prioritizing and organizing one's own work.

44 Analyzing Data or Information
Identifying underlying principles, reasons, or facts by breaking down information or data into separate parts.

42 Monitor Processes, Material, or Surroundings
Monitoring and reviewing information from materials, events, or the environment, often to detect problems or to find out when things are finished.

42 Making Decisions and Solving Problems
Combining, evaluating, and reasoning with information and data to make decisions and solve problems. These processes involve making decisions about the relative importance of information and choosing the best solution.

42 Handling and Moving Objects
Using one's own hands and arms in handling, installing, forming, positioning, and moving materials, or in manipulating things, including the use of keyboards.

42 Controlling Machines and Processes
Using either control mechanisms or direct physical activity to operate machines or processes (not including computers or vehicles).

40 Performing General Physical Activities
Performing physical activities that require moving one's whole body, such as in climbing, lifting, balancing, walking, stooping, where the activities often also require considerable use of the arms and legs, such as in the physical handling of materials.

33 Implementing Ideas or Programs
Conducting or carrying out work procedures and activities in accord with one's own ideas or information provided through directions/instructions for purposes of installing, modifying, preparing, delivering, constructing, integrating, finishing, or completing programs, systems, structures, or products.

31 Updating and Using Job-Relevant Knowledge
Keeping up-to-date technically and knowing one's own jobs' and related jobs' functions.

29 Estimating Needed Characteristics
Estimating the Characteristics of Materials, Products, Events, or Information: Estimating sizes, distances, and quantities, or determining time, costs, resources, or materials needed to perform a work activity.

29 Judging Qualities of Things, Services, or People
Making judgments about or assessing the value, importance, or quality of things or people.

27 Coordinating Work and Activities of Others
Coordinating members of a work group to accomplish tasks.

23 Selling or Influencing Others
Convincing others to buy merchandise/goods, or otherwise changing their minds or actions.

21 Developing Objectives and Strategies
Establishing long range objectives and specifying the strategies and actions to achieve these objectives.

17 Teaching Others
Identifying educational needs, developing formal training programs or classes, and teaching or instructing others.

17 Providing Consultation and Advice to Others
Providing consultation and expert advice to management or other groups on technical, systems-related, or process related topics.

15 Thinking Creatively
Originating, inventing, designing, or creating new applications, ideas, relationships, systems, or products, including artistic contributions.

10 Repairing and Maintaining Electrical Equipment
Fixing, servicing, adjusting, regulating, calibrating, fine-tuning, or testing machines, devices, and equipment that operate primarily on the basis of electrical or electronic (not mechanical) principles.

10 Coaching and Developing Others
Identifying developmental needs of others and coaching or otherwise helping others to improve their knowledge or skills.

8 Developing and Building Teams
Encouraging and building mutual trust, respect, and cooperation among team members.

8 Inspecting Equipment, Structures, or Material
Inspecting or diagnosing equipment, structures, or materials to identify the causes of errors or other problems or defects.

6 Drafting and Specifying Technical Devices
Providing documentation, detailed instructions, drawings, or specifications to inform others about how devices, parts, equipment, or structures are to be fabricated, constructed, assembled, modified, maintained, or used.

4 Repairing and Maintaining Mechanical Equipment
Fixing, servicing, aligning, setting up, adjusting, and testing machines, devices, moving parts, and equipment that operate primarily on the basis of mechanical (not electronic) principles.

**WORK CONTEXT:**
Work context elements are ranked by ***frequency (F), importance (I), responsibility (R), amount of contact (C), how serious (S), objective vs. subjective (O), automation (A), extent of frustration (E), responsible for health and safety (H), likelihood of injury (L), degree of injury (D)*** .

93 (I) Deal With External Customers
How important are interactions requiring the worker to: Deal with external customers (e.g., retail sales) or the public in general (e.g., police work)?

90 (I) Provide a Service to Others
How important are interactions requiring the worker to: Provide a service to others (e.g., customers)?

86 (C) Job-Required Social Interaction
How much does this job require the worker to be in contact (face-to-face, by telephone, or otherwise) with others in order to perform it?

75 (F) Indoors
How frequently does this job require the worker to work: Indoors

71 (F) Sitting
How much time in a usual work period does the worker spend: Sitting?

57 (I) Importance of Being Exact or Accurate
How important is being very exact or highly accurate in performing this job?

53 (I) Importance of Being Sure All Is Done
How important is it to be sure that all the details of this job are performed and everything is done completely?

50 (F) Deal With Unpleasant or Angry People
How frequently does the worker have to deal with unpleasant, angry, or discourteous individuals as part of the

job requirements?

50 (F) Standing
How much time in a usual work period does the worker spend: Standing?

46 (F) Walking or Running
How much time in a usual work period does the worker spend: Walking or running?

42 (F) Special Uniform
How often does the worker wear: A special uniform, such as that of a commercial pilot, nurse, police officer, or military personnel?

42 (F) Making Repetitive Motions
How much time in a usual work period does the worker spend: Making repetitive motions?

42 (F) Using Hands on Objects, Tools, Controls
How much time in a usual work period does the worker spend: Using hands to handle, control, or feel objects, tools or controls?

42 (F) Outdoors
How frequently does this job require the worker to work: Outdoors

38 (F) Frequency in Conflict Situations
How frequently do the job requirements place the worker in conflict situations?

36 (A) Degree of Automation
Indicate the level of automation of this job.

33 (F) Very Hot
How often during a usual work period is the worker exposed to the following conditions: Very hot (above 90 F) or very cold (under 32 F) temperatures?

33 (I) Importance of Repeating Same Tasks
How important is repeating the same physical activities (e.g., key entry) or mental activities (e.g., checking entries in a ledger) over and over, without stopping, to performing this job?

33 (I) Persuade Someone to a Course of Action
How important are interactions requiring the worker to: Persuade someone to a course of action (informally) or influence others to buy something (to sell)?

30 (I) Importance of Being Aware of New Events
How important is being constantly aware of either frequently changing events (e.g. security guard watching for shoplifters) or infrequent events (e.g. radar operator watching for tornadoes) to performing this job?

29 (F) Sounds or Noise Levels Are Distracting
How often during a usual work period is the worker exposed to the following conditions: Sounds and noise levels that are distracting and uncomfortable?

25 (F) Bending or Twisting the Body
How much time in a usual work period does the worker spend: Bending or twisting the body?

25 (O) Objective or Subjective Information
How objective or subjective is the information communicated in this job?

21 (F) Extremely Bright or Inadequate Lighting
How often during a usual work period is the worker exposed to the following conditions: Extremely bright or inadequate lighting conditions?

20 (S) Consequence of Error
How serious would the result usually be if the worker made a mistake that was not readily correctable?

19 (H) Responsible for Health and Safety of Others

How responsible is the worker for others' health and safety on this job?

19 (E) Frustrating Circumstances
To what extent do frustrating circumstances ("road blocks" to work that are beyond the worker's control) hinder the accomplishment of this job?

17 (F) Contaminants
How often during a usual work period is the worker exposed to the following conditions: Contaminants (pollutants, gases, dust, odors, etc.)?

17 (F) Hazardous Situations
How often does this job require the worker to be exposed to harardous situations? Hazardous Situations involving likely cuts, bites, stings, or minor bums

14 (L) Hazardous Situations
What is the likelihood that the worker would be injured as a result of being exposed to hazardous situations while performing this job? Hazardous Situations involving likely cuts, bites, stings, or minor bums

13 (F) Common Protective or Safety Attire
How often does the worker wear: Common protective or safety attire, such as safety shoes, glasses, gloves, hearing protection, hard-hat, or personal flotation device?

13 (I) Pace Determined by Speed of Equipment
How important is it to this job that the pace is determined by the speed of equipment or machinery? (This does not refer to keeping busy at all times on this job.)

13 (F) Kneeling, Crouching or Crawling
How much time in a usual work period does the worker spend: Kneeling, stooping, crouching or crawling?

10 (R) Responsibility for Outcomes and Results
How responsible is the worker for work outcomes and results of other workers?

10 (I) Coordinate or Lead Others
How important are interactions requiring the worker to: Coordinate or lead others in accomplishing work activities (not supervision)?

10 (I) Take a Position Opposed to Others
How important are interactions requiring the worker to: Take a position opposed to coworkers or others?

8 (F) Keeping or Regaining Balance
How much time in a usual work period does the worker spend: Keeping or regaining balance?

8 (F) Deal With Physically Aggressive People
How frequently does this job require the worker to deal with physical aggression of violent individuals?

7 (D) Hazardous Situations
If injury, due to exposure to hazardous situations, were to occur while performing this job, how serious would be the likely outcome? Hazardous Situations involving likely cuts, bites, stings, or minor bums

7 (D) Hazardous Equipment
If injury, due to exposure to hazardous equipment, were to occur while performing this job, how serious would be the likely outcome? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

4 (F) Cramped Work Space, Awkward Positions
How often during a usual work period is the worker exposed to the following conditions: Cramped work space that requires getting into awkward positions?

4 (F) Whole Body Vibration
How often during a usual work period is the worker exposed to the following conditions: Whole body vibration (e.g., operating a jackhammer or earthmoving equipment)?

4 (F) Radiation
How often does this job require the worker to be exposed to radiation?

4 (F) Diseases or Infections
How often does this job require the worker to be exposed to diseases/infection? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

4 (F) Hazardous Equipment
How often does this job require the worker to be exposed to harardous equipment? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

3 (D) Diseases or Infections
If injury, due to exposure to diseases/infection, were to occur while performing this job, how serious would be the likely outcome? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

3 (I) Supervise, Coach, Train Others
How important are interactions requiring the worker to: Supervise, coach, train, or develop other employees?

2 (L) Radiation
What is the likelihood that the worker would be injured as a result of being exposed to radiation while performing this job?

2 (L) Diseases or Infections
What is the likelihood that the worker would be injured as a result of being exposed to diseases/infections while performing this job? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

2 (L) Hazardous Equipment
What is the likelihood that the worker would be injured as a result of being exposed to hazardous equipment while performing this job? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

**INTERESTS:**
Interest elements are ranked by ***occupational interest.***

83 Conventional
Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

72 Enterprising
Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

67 Social
Social occupations frequently involve working with, communicating with, and teaching people. These occupations often involve helping or providing service to others.

22 Realistic
Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

17 Artistic
Artistic occupations frequently involve working with forms, designs and patterns. They often require self-expression and the work can be done without following a clear set of rules.

17 Investigative
Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.

**WORK VALUES:**

Work values elements are ranked by ***extent***.

61 Support-Mean Extent
Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical.

56 Relationships-Mean Extent
Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

54 Working Conditions-Mean Extent
Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.

45 Achievement-Mean Extent
Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.

36 Recognition-Mean Extent
Occupations that satisfy this work value offer advancement, potential for leadership, and are often considered prestigious. Corresponding needs are Advancement, Authority, Recognition and Social Status.

32 Independence-Mean Extent
Occupations that satisfy this work value allow employs to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy.

69 Company Policies and Practices
Workers on this job are treated fairly by the company

66 Activity
Workers on this job are busy all the time

66 Working Conditions
Workers on this job have good working conditions

66 Moral Values
Workers on this job are never pressured to do things that go against their sense of right and wrong

59 Supervision, Human Relations
Workers on this job have supervisors who back up their workers with management

56 Security
Workers on this job have steady employment

56 Supervision, Technical
Workers on this job have supervisors who train their workers well

53 Co-workers
Workers on this job have co-workers who are easy to get along with

50 Compensation
Workers on this job are paid well in comparison with other workers

50 Social Service
Workers on this job have work where they do things for other people

47 Ability Utilization
Workers on this job make use of their individual abilities

44 Variety

Workers on this job have something different to do every day

44 Achievement
Workers on this job get a feeling of accomplishment

41 Independence
Workers on this job do their work alone

38 Social Status
Workers on this job are looked up to by others in their company and their community

38 Authority
Workers on this job give directions and instructions to others

38 Advancement
Workers on this job have opportunities for advancement

38 Autonomy
Workers on this job plan their work with little supervision

31 Recognition
Workers on this job receive recognition for the work they do

31 Responsibility
Workers on this job make decisions on their own

28 Creativity
Workers on this job try out their own ideas

**CROSSWALKS:**

| | |
|---|---|
| DOT91 (Dictionary of Occupational Titles): | 237267010 Information Clerk, Automobile Club<br>238367022 Space Scheduler<br>205367038 Registrar<br>237367022 Information Clerk<br>239367034 Utility Clerk<br>238367034 Scheduler<br>203362014 Credit Reporting Clerk<br>249262010 Policyholder-Information Clerk<br>237367018 Information Clerk<br>237367046 Telephone Quotation Clerk<br>237367010 Appointment Clerk<br>237367042 Referral-and-Information Aide<br>249367082 Park Aide<br>237367038 Receptionist |
| AIM97 (Apprenticeship Information Management): | No crosswalks |
| CEN90 (1990 Census Occupations): | 323 Information Clerks, N.E.C.<br>319 Receptionists |
| CIP90 (Classification of Instructional Programs): | 081104 Tourism Promotion Operations<br>520401 Administrative Assistant/Secretarial Science, General<br>520408 General Office/Clerical and Typing Services<br>520406 Receptionist<br>520407 Information Processing/Data Entry Technician |
| GOE93 (Guide for Occupational Exploration): | 070501 Records Processing: Coordinating and Scheduling<br>070601 Clerical Machine Operation: Computer Operation<br>070404 Oral Communications: Reception and Information Giving<br>070402 Oral Communications: Order, Complaint, and Claims Handling |

| | |
|---|---|
| | 070403 Oral Communications: Registration |
| MOC97 (Military Occupational Codes): | No crosswalks |
| OES98 (Occupational Employment Statistics): | 55305 Receptionists and Information Clerks |
| OPM97 (Office of Personnel Management Occupations): | 0026 Park Technician<br>1098 Information and Arts Group<br>0304 Information Receptionist |
| SOC98 (Standard Occupational Classification): | 43-4171 Receptionists and Information Clerks |


- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this page to your FAVORITES

URL address of this page: https://occupationalinfo.org/55305.html

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved).
Revised 20-Aug-15

5K354170581

# EXHIBIT 4

EXHIBIT 4

SOCIAL SECURITY NOTICE

From: Social Security Administration

DATE: August 8, 2017

TATIANA BUSHEE

CLAIM NUMBER(S):

You must meet certain medical and nonmedical requirements to be entitled to disability benefits.

We have found that you meet the medical requirements for disability benefits. An explanation of our finding is below. Please read it carefully.

In addition to the medical evidence listed in our previous notice, the following was used to decide your claim:

| | |
|---|---|
| St. Marys Medical Group | Report Received 07/13/17 |
| Randi Orinfelle MD | Report Received 07/06/17 |
| Reno Orthopedic Clinic | Report Received 06/30/17 |
| VA Dept of Vet Affairs So NV | Report Received 01/06/17 |
| Dr. Michael Glick Orthopedic Consultative Exam 07/13/17 | |

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

You said you are disabled due to carpal tunnel syndrome.

You said that you became disabled as of 01/28/15. The medical evidence available to us shows that you became disabled under Social Security regulations as of 12/06/15.

The medical evidence shows you do have a severe condition that affects your ability to work. However, your condition did not meet all the requirements of Social Security regulations until you attained age fifty-five. Therefore, your disability is established as of 12/6/15, the day prior to your fifty-fifth birthday.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. As part of the appeal process, you must also complete a, "Disability Report- Appeal" to tell us about your medical condition. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online at http:/www.socialsecurity.gov/disability/hearing. Read the enclosed leaflet for a full explanation of your right to appeal.

We have not yet made a decision about whether you meet the nonmedical requirements, but we will make that decision soon. Then we will send you a second notice explaining our decision. After you receive this second notice you will have 60 days to appeal the determination we made about your claim for disability payments.

If you have any questions about your disability claim or wish to appeal our findings, please do not get in touch with the Social Security office until you have the second notice. The people at the Social Security office will be better able to answer your questions when they have the information from both notices.

After you have received your second notice, you can call or write any Social Security office to appeal our determination or to get answers to your questions. Most questions can be handled by telephone or mail. If you go to the Social Security office in person, please take both notices with you.

Suspect Social Security Fraud?
If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1--866-501-2101).

Social Security Administration

SSA 1157D

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **PHOENIX**

Office: 913 Manager: DIGIANDOMENICO, ROBERT Case Mgr: BAINTER, PAUL

Claimant Name: TATIANA A BUSHEE Claim #: 3626132

Occupation (Job Title): DEPARTMENT MANAGER Date Sent: 12/14/2017

Diagnosis: G56.00 Carpal tunnel syndrome, unspecified upper limb,

Date of Disability: 1/29/2015 Date Benefits Began: 7/28/2015

Maximum Duration: 12/6/2027 Paid Through: 7/27/2017

Date of Denial or (DB451): 6/13/2017 Date Appeal Received: 12/12/2017

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: SAFEWAY INC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Liberty Life Assurance Company of Boston<br>Group Benefits Disability Claims<br>(603) 334-8039 | ROM: Julie A. Mersch, Esq. |
| FILE NO.: Bushee v. Liberty<br>2017-00023 | DATE: December 12, 2017 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes:** **Appeal letter for claimant Tatiana Bushee, Claim No. 3626132**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ______ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ______ | xx | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | | PURSUANT TO YOUR REQUEST |
| xx | ORIGINAL WILL FOLLOW BY MAIL | | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin No. of Pages: ~~46~~ 47

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109
Also licensed in Missouri

December 12, 2017

**SENT VIA FACSIMILE TO (603) 334-8039 AND VIA US MAIL**

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

**Re: Long Term Disability (LTD) Benefits Safeway, Inc.**
**Claim # : 3626132**
**Insured : Tatiana Bushee**

To Whom it May Concern:

I represent Tatiana Bushee and hereby appeal on her behalf the termination of long-term disability benefits as set forth in your June 13, 2017 letter, terminating benefits as of July 28, 2017. As set forth below, and as supported by additional documentation enclosed herewith, it is clear that Liberty performed an inadequate investigation and also ignored information before it in support of payment of benefits. A fiduciary of an ERISA plan must adequately investigate a claim; ask the plaintiff for necessary evidence; and credit a claimant's reliable evidence. *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 968 - 969 (9thCir.2006)(emphasis added).

**A. Liberty did not assess the effect of Bushee's chronic arm and hand pain on her ability to perform any occupation.**

Notably absent from Liberty's termination letter is any discussion of how Bushee's undisputed "chronic arm and hand pain" would affect her ability to work on a sustained basis. Bushee's own subjective complaints are also evidence of disability, but again, Liberty completely ignored them in its decision to terminate benefits. Her medical records and reports in the Administrative Record document repeated and progressing (in intensity) reports of pain over the years. See Pitts vs. Prudential, 534 F.Supp.2d 779, 789 -790 (S.D. Ohio 2008)(insurer's failure to conduct an IME where claimant's self-reported symptoms of disability constituted evidence of disability but which insurer ignored was "additional evidence" that insurer abused its discretion). Moreover, Ms. Bushee is completely credible. See Solien v. Raytheon Long Term Disability Plan, 644 F.Supp. 2nd 1143, 1151, n. 5 (D. Ariz. 2008), citing Fair v. Bowen, 885 F.2d 597, 605 (9th Cir. 1989)("[W]here there is no evidence challenging the patient's credibility, medical opinions based on such self- reporting are also credible"). In Bushee's Claimant Questionnaire dated 5/9/2016, she answered the question "Describe in your own words, what prevents you from engaging in any gainful employment", by beginning her answer with the word "PAIN":

> **Pain**, numbness, tingling in both my hands, any repetitive motions make them worse. Every 20-30 minutes I have to change position or stop what I am doing and sit and relax.

Activities Questionnaire at 3 (dated 5/9/16)(emphasis added)[1]. *See also* Letter dated September 1, 2017 from James Christensen, MD to To Whom it May Concern and Medical Notes dated 6/30/16 and 2/9/17[2] (Exhibit 1)("When I saw her on February 9, 2017, I felt she was unable to work. **Her inability to work was based on constant pain**, hypersensitivity, and neuritis of the median nerve bilaterally")(emphasis added). In his September 1, 2017 letter, Dr. Christensen cites to a 1/13/16 Functional Capacity Evaluation which indicated sedentary capacity and explained how her worsening symptoms did not allow Bushee to perform sedentary work on a full-time basis. See Functional Capacity Evaluation dated 1/13/16. Id. (". . . [F]ollowing her Functional Capacity Evaluation, we let her work in a sedentary capacity. She was unable to do that. When I saw her on February 9. 2017, I felt she was unable to work [ ] based on constant pain, hypersensitivity, and neuritis of the median nerve bilaterally"). See FCE dated 1/13/16 (Exhibit 2). The results of the testing showed, *inter alia*, that Bushee could perform *simple* gripping/grasping "rarely" with the left hand and only "occasionally" with the right hand; could only perform simple pinching with the left hand rarely and only occasionally with the right hand; and could not perform repetitive work with any efficiency. She could not perform activities at shoulder level or above shoulder level. As Dr. Christensen recently noted in his letter, Bushee's inability to endure her symptoms and function appropriately in the workplace has worsened to the point that she is unable to work in any occupation. Further evidence of her intense pain is her use of *six different pain medications*, as reported by the Advocator Group to SSA. Those medications are: 1) Terocin Patch; 2) Vicodin; 3) Ibuprofen; 4) Gelastin; 5) Imipramine; and 6) Endocet. See, e.g., White vs. Coblentz, Patch and Bass LLP Long Term Disability Insurance Plan, 2011 WL 2531193, *5, citing Patrick vs. Hewitt-Packard Co. Emp. Benefits Org. Income Protection Plan, 638 F.Supp.2d 1195, 1215 (S.D.Cal.2009)(ERISA insurer's approach of "disregarding subjective evidence of pain is disapproved of in Ninth Circuit precedent").

To her credit, Janet Whirlow, M.D., Liberty's consulting physician, acknowledges Bushee's chronic pain complaints in her 4-27-17 peer review report. It is unclear, however, whether Dr. Whirlow's restrictions and limitations incorporated the effect of pain on Bushee's

---

[1]Please note that Dr. Whirlow's report states that she reviewed a 4-6-17 Claimant Questionnaire completed by Mrs. Bushee. However, Liberty did not include that Questionnaire in the Administrative Record it provided to her when she requested it.

[2]"She is in chronic constant pain. She has been under pain management with Dr. Berman. She did not get any relief from that in the past from my point of view. She is not able to work. She is stable and no additional treatment is necessary or available at this time."

ability to work: her report is silent *on the duration* that Bushee would be able to work with Whirlow's stated restrictions *during any given 8-hour work day or any given 40-hour work week.*

**B. <u>Liberty Life did not include the job descriptions on which it relied to determine that Bushee could work as an "information clerk" or a "security guard."</u>**

It is unclear from the Administrative Record why Liberty did not include in the Record (it sent to Ms. Bushee) the job descriptions for the occupations that it concludes Bushee can perform on a full-time basis, i.e. an "Information Clerk" and a "Security Guard." In her TSA Report dated May 4, 2017, Ms. Reddinger provides no listing of what skills are required of an "Information Clerk" and a "Security Guard" and further, fails to explain the basis for her conclusion that Bushee can "take and input orders"; conduct "data entry" on a computer; and "keep accurate records" when she has little to no computer training and as tested above, cannot use her left hand *at all* (0-1% of the time, per the FCE) and can only occasionally use her right hand. In addition, Ms. Reddinger's TSA Report does not set forth how often computer data entry skills are required in these positions. The O*NET job description, however, ranks as #1 "Clerical" under the section "KNOWLEDGE":

> 88 Clerical
>
> Knowledge of administrative and clerical procedures and systems such as word processing systems, filing and records management systems, stenography and transcription, forms design principles, and other office procedures and terminology.

<u>See</u> <u>Exhibit 3</u>. (Job Description for Information Clerk at 2 from O*NET)[3]. Dr. Whirlow's restrictions and limitations would preclude Bushee from performing this most important duty on a continuous basis. She cannot use her fingers and hands to constantly keyboard, file, and work on the computer. Even if she did not have to constantly perform these functions, she cannot do them on even an occasional basis. Dr. Whirlow restricts Bushee to "no more than 50% of the time" using her hands to "light[ly] grasp/grip/pinch, finger[ ], handl[e] and manipulat[e] objects and keyboard[] no more than 50% of the time." As Liberty appreciates, Dr. Whirlow's restriction here is ***no more than 50% of the time***. She is not saying that Bushee can perform these restrictions 50% of the time (and Liberty cannot ascribe to her opinions regarding functional

---

[3]Moreover, Ms. Reddinger never met Mrs. Bushee to determine her vocational abilities in conjunction with her review of Dr. Whirlow's report and the job descriptions. <u>See</u> <u>Sun v. United of Omaha</u>, 2017 WL 3050477, *7-*8 (E.D. Mich., July 19, 2017)(insurer acted arbitrarily and capriciously by relying on the opinion of a non-examining vocational consultant over the opinions of claimant's treating physicians).

ability that she did not proffer). This restriction can fairly be read to mean that Bushee may only be able to lightly grasp only 10% or 30% of the time on any given day, or not at all, depending on the intensity of her pain and nerve sensitivity. Indeed, in her report as cited in the termination letter, Dr. Whirlow clearly asserts that Bushee would be impaired from sustained activity using her hands and wrists:

> The supported impairing orthopedic diagnoses are bilateral recurrent carpal tunnel syndrome and median neuritis left > right and chronic hand and arm pain. Supported comorbid conditions include cervical spondylosis, chronic bilateral hand tenosynovitis, and chronic myofascial pain syndrome. Impairment as a result of these diagnoses results in difficulty with repetitive flexion and extension of the wrist, **sustained** awkward wrist positions, firm and **sustained** grasp/grip/pinch, dexterity and fine finger manipulation, and constant handling of objects. . .

Termination Letter at 3 (citing Whirlow Report)(emphasis added). The two identified occupations require sustained wrist and hand/finger manipulation. Under the "Work Activities" Section of the O*NET job description for "Information Clerk", "Documenting or Recording Information" is high on the list of activities by "importance", as well as "Performing Administrative Actions" and "Processing Information." Exhibit 3 at 9-10. All of these activities require sustained use of the fingers and hands, which Dr. Whirlow agrees Bushee is restricted from doing.

As to security guards, there are numerous iterations of "security guard" in the O*NET database. Liberty didn't bother sharing with Bushee which iteration supposedly she was able to perform on a continuous basis, such that she is unable to review same and offer her responsive arguments. However, it is undeniable that a security guard must have the manual dexterity and strength to retain customers or criminals, including the ability to use the shoulders and neck without restriction. Moreover, a "badge checker" must constantly be using his/her fingers to grasp the badges to "check" them. Dr. Whirlow's own restrictions prevent Bushee from performing this material duty.[4]

Finally, Liberty's analysis does not factor into whether Bushee can perform on a full-time basis these jobs with consistent focus and concentration, as they require, given the extent of her pain.

////

[4] It is also highly doubtful that any company would employ Bushee as a security guard given the amount of pain she is in and the medications she takes to treat the pain.

**C. <u>The Social Security Administration has awarded Bushee benefits beginning in December 2015.</u>**

As Liberty knows, the SSA awarded Bushee benefits as of December 6, 2015 based on multiple medical reports and a consultative orthopedic examination conducted on July 15, 2017. <u>See Exhibit 4</u> (Social Security Notice dated August 8, 2017 to Tatiana Bushee)(awarding benefits starting 12/6/15). The Liberty policy required Bushee to apply for Social Security Disability Insurance benefits and sign a reimbursement agreement, or it would simply estimate her offset. Liberty also referred Bushee to its vendor, Advocator Group, to assist her with filing her Social Security application and request for reconsideration. Liberty benefitted from the offset of Tatiana's monthly Social Security payment, as its vendor sent Liberty a refund for the overpayment it had made to her. Should Liberty continue to deny benefits to Tatiana, any failure to fully consider the Social Security award in its decision will be "an important factor", if not a dispositive one, for the federal court to consider in its review.

Although Liberty is not "bound" to award benefits automatically based on an award by the Social Security Administration, a failure to even consider the guidelines under which disability benefits were conferred on her will suggest that it was not interested in investigating another independent source of information. As Liberty most assuredly knows, the Social Security Administration only considers a claimant disabled:

> if [s]he is unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than twelve months.

42 U.S.C. §1382c(a)(3)(A). Further, the interpretive guidelines clarify that payment of benefits will occur only after sufficient medical evidence has been presented showing that the claimant is totally disabled:

> The law defines disability as the inability to do any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months. To meet this definition, you must have a severe impairment(s) that makes you **unable to do your past relevant work** (see § 404.1560(b)) or any other substantial gainful work that exists in the national economy. If your severe impairment(s) does not meet or medically equal a listing in appendix 1, we will assess your residual functional capacity as provided in §§404.1520(e) and 404.1545. (*See* §§404.1520(g)(2) and 404.1562 for an exception to this rule.)

See 20 Code of Federal Regulations § 404.1505(a) (regulations interpreting 42 U.S.C. §1382c(a)(3)(A)(emphasis added)). See also, e.g., *Glenn v. MetLife,* 461 F.3d 660, 668 (6th Cir.2006) (a plan administrator's decision to deny benefits where Social Security disability benefits have been awarded under a more stringent definition than the policy definition can be considered arbitrary and capricious).

Moreover, courts recognize that in order to have been awarded Social Security disability benefits, the claimant must have presented objective findings to the agency. See Hall v. Hartford Life & Accident Ins. Co., 2006 WL 1050073, *5 (E.D.Ky.)("However, a social security award should not be disregarded; to receive deference from the Social Security Administration, the opinion must have been supported by objective findings, and courts may not arbitrarily disregard reliable medical evidence").

Upon receipt thereof, I intend to send to Liberty the results of the consultative examination conducted by a physician on behalf of SSA, for its review.

**D. Conclusion**

With respect to whether – given the restrictions and limitations to her hands and shoulders and neck – Bushee could work full-time, Liberty did not provide a meaningful review prior to terminating benefits. Liberty should have provided Bushee with the job descriptions it claimed she could perform on a sustained, full-time basis and asked Dr. Whirlow her opinion regarding sustained work ability after providing *her* with the same job descriptions. It did not do so.

Bushee also now provides additional information for Liberty's consideration in its review of her appeal, including the FCE (and testing results) dated 1/13/16 and the Social Security decision and consultative examination.

On behalf of Mrs. Bushee, please consider this appeal letter and the exhibits and reverse Liberty's termination of benefits. Due to her exquisite pain and tenderness in her hands and well as her co-morbid cervical issues identified by Dr. Whirlow; the restrictions and limitations supported by the 1/13/16 FCE results and Dr. Whirlow's own restrictions and limitations; her long-time treating doctor's opinion that she is unable to work; Mrs. Bushee's subjective reports of pain; and the Social Security determination, including the results of the medical examination performed therefor this year, I respectfully urge Liberty to reverse its decision to terminate her benefits and reinstate them from the date of termination through the present and ongoing, subject to policy provisions.

Very truly yours,

Julie A. Mersch, Esq.

JAM/rmj

| | | |
|---|---|---|
| Enclosures: | Exhibit 1: | Letter dated September 1, 2017 from James Christensen, M.D. to "To Whom it May Concern" (including office notes dated 6/30/16 and 2/9/17) |
| | Exhibit 2: | Functional Capacity Evaluation dated 1/13/16 |
| | Exhibit 3: | O*Net Job Description for Information Clerk |
| | Exhibit 4: | Social Security Award Letter |
| | Exhibit 5: | Consultative Medical Examination by Michael Glick, M.D. (under separate cover) |

W:\BUSHEE\LTRS\Liberty.Appeal.121217.wpd

# EXHIBIT 1

EXHIBIT 1

reno orthopaedic clinic roc

**BOARD CERTIFIED ORTHOPAEDIC SURGERY**
Peter L. Althausen, M.D.
Martin R. Anderson, M.D.
Eric M. Boyden, M.D.
Timothy J. Bray, M.D.
James L. Christensen, M.D.
Thomas J. Christensen, M.D.
Ryan E. Dobbs, M.D.
Jackson B. Jones, M.D.
Kirk A. Kaiser, M.D.
Michael M. Kalisvaart, M.D.
Gregory A. Lundeen, M.D.
Brett G. MenMuir, M.D.
Timothy J. O'Mara, M.D.
Robert J. Parlasca, M.D.
Michael D. Ries, M.D.
Sanjai K. Shukla, M.D.
Renny R. Uppal, M.D.
Chad D. Watts, M.D.
Jeffrey D. Webster, M.D.
Norman B. Young, M.D.
John E. Zebrack, M.D.

**ORTHOPAEDIC SURGEON**
Benjamin T. Bjerke, M.D.
Justin A. Walker, M.D.
Scott R. Whitlow, M.D.

**BOARD CERTIFIED PHYSICAL MEDICINE AND REHABILITATION**
Martin José Arraiz, M.D.
Bruce E. Witmer, M.D.

**BOARD CERTIFIED FAMILY MEDICINE - SPORTS FELLOWSHIP TRAINED**
Naomi L. Albertson, M.D.

**CERTIFIED PHYSICIAN ASSISTANTS**
Davis Jay Patrick Ayers, II PA-C
Garret Berkich, PA-C
Stephanie Caley, PA-C
Renee Covey, PA-C
Suzanne Flint, PA-C
Bruce Gallio, MHP PA-C
Janet L. Highhill, PA-C
Kalli Mannos PA-C
Nathan Nicolet, PA-C
Stephen Powers, PA-C
Matthew Sacht, PA-C
Candalera Slider, PA-C
Sara M. Sullivan, PA-C

**CERTIFIED NURSE PRACTITIONERS**
Linda Dunaway, APRN NP-C
Tracy Harig, APRN NP-C
Alexandra Janas, APRN NP-C
Ashley Walker, APRN ACNP-BC

September 1, 2017

**RE: BUSHEE, TATIANA**
**DOB:**

To Whom It May Concern:

This is a 56-year-old lady whom I have taken care of for several years. She had a left endoscopic carpal tunnel release in May 2013 and a right endoscopic carpal tunnel release in May 2013. She never did well with good resolution of her carpal tunnel symptoms. In April 2015 we did a redo left open carpal tunnel release with neurolysis, NeuraWrap, and tenosynovectomy. Again, she had no appreciable improvement. I did not feel further surgery was indicated.

We had a Functional Capacity Evaluation performed on January 13, 2016, and at that time, she tested out as being able to work in a sedentary capacity. I later saw her back on February 9, 2017. At that time, she was having chronic median nerve neuritis. She was under the care of Dr. Berman for pain management. It was my opinion at that time that she could not work.

To summarize things, following her Functional Capacity Evaluation, we let her work in a sedentary capacity. She was unable to do that. When I saw her on February 9, 2017, I felt she was unable to work. Her inability to work was based on constant pain, hypersensitivity, and neuritis of the median nerve bilaterally.

Thank you for your attention. I hope this helps you resolve your issues.

Sincerely,

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:ldf
**MTID #: 5953901**
**DD: 9/1/2017 7:33 AM**
**DT: 9/3/2017 2:34 PM**

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**06/30/2016 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. A very nice lady who had bilateral endoscopic carpal tunnel releases and then had a redo left open carpal tunnel release with NeuraWrap and a tenosynovectomy. She comes in today in followup. She continues to have trouble with both hands. Both hands have pain, paresthesia, numbness, and tingling.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

**Allergies**
Patient indicates no known allergies.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

## Physical Examination
She has a positive Tinel sign in both hands. She has good flexion and extension in the fingers. No triggering. Good thenar and ulnar intrinsic function. No atrophy. Good pulses. Good capillary filling, but she does have tenderness over the median nerves at the wrist and still has some equivocal sensory changes in the median nerve distribution.

## Plan
From my point of view, she is unchanged from when I last saw her on 11/3/2015. She is limited in what she can do. She previously worked as a florist. I do not think she can do that type of activity because she cannot do repetitious grasping, pinching, shearing, cutting, etc. As I stated previously, I think she is as good as I can make her and we will see her back on a p.r.n. basis.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:cmk
MTID #: 5796520
DD: 6/30/2016 3:23 PM
DT: 7/4/2016 8:43 AM

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 2
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123768**

**Electronically signed by Stephanie Allen on 07/13/2016 at 2:00 PM**

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*March 31, 2017*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**02/09/2017 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today with her husband. She has had bilateral endoscopic carpal tunnel releases. Did not get any return of sensation. A lot of scarring, increased pain. We took her back for a redo, left open carpal tunnel release with a neurolysis and tenosynovectomy. She never got any improvement after that. In fact, she thinks the left hand is now worse than the right. She previously worked as a florist doing highly repetitious activities. She was never able to effectively go back to work. She continues to have pain, paresthesia, burning and tingling in her hands during the day and at night. She has very limited use of both hands.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

### Allergies
Patient indicates no known allergies.

### Medications
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

### Physical Examination
She has decreased sensation in the median nerve distribution bilaterally. She has a very positive Tinel sign over the median nerve at the wrist bilaterally. She has pain radiating up into her forearms. There is no thenar atrophy. She has fair flexion and extension, thumb and fingers without triggering. Her ulnar nerve function is normal.

### Impression
Chronic bilateral median nerve neuritis.

### Plan
She is in chronic constant pain. She has been under pain management with Dr. Berman. She did not get any relief from that in the past from my point of view. She is not able to work. She is stable and no additional treatment is necessary or available at this time.

James L Christensen

Finalized and approved by

# EXHIBIT 2

EXHIBIT 2

## Back In Motion Physical Therapy
## Functional Capacity Evaluation

**Subject Name: Tatiana Bushee-Krupa**
**Date of Evaluation: 01/13/2016**
**Claim#: W1297629**

**Accepted Industrial Body Part:** 1) Left wrist, 2) Right wrist
**Medical Diagnosis:** 1) S/P right endoscopic carpal tunnel release 05/30/2013, 2) S/P left endoscopic carpal tunnel release 05/16/13, 3) S/P redo left open carpal tunnel release, synovectomy and NeuraWrap.
**Date of Accepted Industrial Injury:** 09/19/2012
**Last Date of Work:** 01/26/2015
**Referring Physician/Insurance Carrier:** Dr. James Christensen/Sedgwick CMS
**Employer at Time of Injury:** Safeway

**Purpose of Functional Capacity Evaluation:** Determine current safe physical abilities for purpose of returning to work force

This appears to be a **VALID** representation of the patient's current physical abilities.
There **ARE NOT** signs or symptoms indicative of behavioral overlay during testing today.
Patient appeared to provide **GOOD EFFORT** throughout testing today.

**Based on Job Analysis (dated 10/24/2013) provided, patient did not demonstrate the ability to safely perform the physical demands of the pre-injury job due to the following physical demands based on her typical 7 to 7.5 hours worked/day x 5 days/wk:**

1) Lift/carry 5 gallon bucket filled with flowers. One gallon of water weighs 8.345 lb x 5 gallon = 41.725 lb.
2) Employee will dismantle, move and rebuild freestanding display structures. These typically consist of a number of "cinder" building blocks which weigh approximately 28-30 pounds each.
3) Reaching up to 7 hours a day in conjunction with lifting, carrying, gripping, grasping, finger manipulation, pushing, pulling. Required unimanually and bimanually.
4) Pushing/pulling up to 30 minutes up to 200 feet up to 150 pounds.
5) Lifting/carrying up to 60 minutes with a maximum of 35 pounds.
6) Gripping/grasping up to 6 hours a shift in conjunction with simple handling, to push or pull, with each hand independently and/or bilaterally.
7) Finger manipulation up to 2 hours with each/both hands in conjunction with manipulating small or lightweight objects, keyboard activity, palmar/dorsal flexion, radial/ulnar deviation.
8) Palmar and/or dorsal flexion up to 3 hours (up and down, or in and out, wrist motions) bilaterally, major hand only in conjunction with gripping/grasping, finger manipulation, radial/ulnar deviation.
9) Radial and/or ulnar deviation up to 45 minutes total to manipulate tools, small or lightweight objects, simple handling, keyboard activity, in conjunction with gripping/grasping, finger manipulation, palmar/dorsal flexion, reaching.
10) Use tools such as carts, pruning clippers, mop/broom, cash register, ladder/step stool.

***Cont'd page 2***

**FCE Results and Summary**

**Based on the findings of this evaluation, Tatiana Bushee demonstrated the ability to safely perform at the following physical capacity based on a typical 8 hour work day and 40 hours a week:**

- SEDENTARY ***level work classification, according to U.S. Department of Labor standards. See below for specific lifting results.***

**In addition, the following recommendations are advised:**

1) Able to perform simple gripping/grasping with left hand rarely (0-1% of day) due to functional weakness.
2) Able to perform simple gripping/grasping with right hand occasionally (1-33% of day) due to functional weakness.
3) No power gripping/grasping activities using right or left hand.
4) Able to perform simple pinching with left hand rarely (0-1% of day).
5) Able to perform simple pinching with right hand occasionally (1-33% of day).
6) No power pinching with left or right hand.
7) No use of vibratory tools/equipment using right or left hand.
8) Able to perform repetitive assembly type work with left hand rarely (0-1% of day); however, speed and dexterity will be approximately 64% below mean.
9) Able to perform assembly type work with right hand occasionally (1-33%); however, will be approximately 39% below mean for speed and dexterity.
10) Assembly type work speed and dexterity is 61% below mean. Able to perform rarely (0-1% of day).
11) No shoulder or overhead level activities.
12) Able to sit for 2 hours with alternate activity in walking for 5 minutes.
13) Able to walk for 20 minutes with alternate activity in sitting for 10 minutes.
14) Able to stand for 60 minutes with alternate activity in sitting for 5 minutes.
15) No ballistic activities including throwing, catching, running or sprinting.
16) Lifting ability as follows based on normal work shift (Maximum lift achieved in pounds).
17) No other physical restrictions.

Cc: Insurance carrier

| TASK | | Rarely (0-1% of day) | Occasional (1 – 33% of day) | Frequently (34 – 66% of day) | Constantly (67 – 100% of day) |
|---|---|---|---|---|---|
| FLOOR | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| 18 INCHES ABOVE FLOOR | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| WAIST | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| SHOULDER | Left | 0 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 0 | 0 | 0 | 0 |
| OVERHEAD | Left | 0 | 0 | 0 | 0 |
| | Right | 0 | 0 | 0 | 0 |
| | Bilateral | 0 | 0 | 0 | 0 |
| CARRYING X 50 FEET | Left | 3 | 0 | 0 | 0 |
| | Right | 5 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| PUSHING | Left | 0 | 0 | 0 | 0 |
| | Right | 10 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |
| PULLING | Left | 0 | 0 | 0 | 0 |
| | Right | 10 | 0 | 0 | 0 |
| | Bilateral | 10 | 0 | 0 | 0 |

Rhonda Fiorillo MPT, WCS, PRPC 1/13/16

**Rhonda Fiorillo, MPT, WCS, PRPC - Physical Therapist's Signature/Date**
**Board Certified Women's Health Specialist**
**Back In Motion Physical Therapy**
**10789 Double R Blvd., Suite 100**
**Reno, NV 89521**
**PH: 775-746-2206**
**Fax: 775-359-3332**

**I have reviewed and agree with the findings of this evaluation:**

**Dr. James Christensen-Treating Physician/Date**
**Reno Orthopaedic Clinic**

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krupa
01/13/2016

**Lifting Ability:** Maximum Lift Achieved in pounds based on RARE (0-1% of day) basis.

| TASK | LEFT | RIGHT | BILATERAL | REASON TESTING STOPPED |
|---|---|---|---|---|
| Waist to Floor<br>Floor to Waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| 18 inches above floor to waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Waist | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Shoulder | 3 | 5 | 0 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |
| Waist to Overhead | 3 | 5 | 0 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. S/P vitals after 5 reps on right upper extremity: Pulse=127bpm, oxygen saturation=97% |
| Carrying at waist level x 50' | 3 | 5 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. S/P vitals after 3 reps: pulse=113bpm, oxygen saturation=97% |
| Pushing at waist level | 0 | 10 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |

Cc: Insurance carrier







418

| TASK | LEFT | RIGHT | BILATERAL | REASON TESTING STOPPED |
|---|---|---|---|---|
| Pulling at waist level | 0 | 10 | 10 | Maximum safe lifting ability based on PT observations, objective findings and subjective feedback from patient. Patient able to perform 3 reps maximum due to increased pain in wrists and upper extremity, and increased pulse rate. Able to perform on rare (0-1% of day) basis only. |

Pre-Test Subjective Pain Rating (SPR): Bilateral wrists=4/10
Post-Test SPR: 5/10 with increased upper extremity burning, tingling and numbness

**Positional Tolerances:** Below testing tolerances are for 20 minutes each

| | Minutes Completed | Reason Testing Stopped |
|---|---|---|
| Sitting Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reported she has no problems with sitting. |
| Standing Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reported she can typically stand without limitations. |
| Walking Tolerance (continuous) | 20 | Patient completed 20 minutes of continuous activity without difficulty reported by patient or observed by physical therapist. Per FCE Intake Questionnaire, patient reports she can typically walk for 20 minutes and needs to change position due to pain in left hand and arm. |

**Other Physical Demands: Testing:** Patient tested for 5 trials in each position for 30 minutes total.

| | Number of Trials Completed | Reason Testing Stopped |
|---|---|---|
| Squatting x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vitals after trial #1: pulse=96bpm, oxygen saturation=96%, SPR left upper extremity increased burning. |
| Crouching x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vitals after trial #2: pulse=91bpm, oxygen saturation=97%, SPR left wrist/upper extremity=increased burning. |

| | Number of Trials Completed | Reason Testing Stopped |
|---|---|---|
| Kneeling x 60 seconds | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. S/P vials after trial #3: pulse=98bpm, oxygen saturation=98%, SPR bilateral wrists= decreased burning arms after stopping left overhead reaching. |
| Crawling x 60 seconds | 1 | Completed 1 out of 5 trials with difficulty reported by patient and physical therapist observed her maintaining wrists in neutral position with increased pain in bilateral wrists and arms. Vitals after trial#4: Pulse=93bpm, oxygen saturation=97%, decreased burning in upper extremities |
| Climbing Up and Down Stairs | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. |
| Walk Forward/ Backward on Uneven Terrain | 5 | Completed 5 out of 5 trials without difficulty reported by patient or observed by physical therapist. |
| Reaching Overhead x 60 seconds | Left=2 trials<br>Right=5 trials | Completed 5 out of 5 trials on right with 2 pound weight. Not able to perform on left hand due to increased burning, pressure and numbness in arm with shoulder and overhead level activities. |
| Simple Pinching using Both Hands | 1 | Completed 1 out of 5 trials with difficulty reported by patient due to functional weakness with pinching. |

Pre-Test Subjective Pain Rating (SPR): Right upper extremity= Increased burning, numbness and temperature changes , left upper extremity numbness and burning after reaching overhead and crawling but symptoms improved when stopped those activities ceased.

## Communication

| | |
|---|---|
| Talking | No problems noted. |
| Hearing | No problems noted. |
| Seeing | No problems noted. |

**Patient Information:**
Last Name: Bushee First: Tatiana
Gender: Female
Referring M.D: Dr. James Christensen
Workers Comp Carrier: Sedgwick CMS
Patient Age: 55
Date of Birth:
Claim #: W1297629
Social Security#:

Cc: Insurance carrier





419

Height: 5'3"
Weight: 140 lb

Resting Blood Pressure: 102/80
Resting Pulse: 106bpm
Oxygen Saturation: 97%

**Medical Information:**
Date of Injury: 05/10/2012
Body part(s) Injured/accepted in this Claim: 1) Left wrist
Mechanism of Injury: Per patient report, she has been employed as a Floral Designer for Safeway for 17 years. She reports in 2012 she started noting weakness, numbness and pain in both her hands. She was referred to Dr. Christensen at ROC and she reports she has undergone trigger point injections in the left lower arm, 2 stallete ganglion blocks. She had a seizure during the 2nd ganglion block so all further blocks were canceled She underwent the 1st on 5/16/2012 on the left for CTS release. She had a repeat surgery to remove excessive scar tissue and noted no relief. She also underwent a right CTR on 5/30/2012. She reports she had some relief but continues to have weakness, pain and numbness. She had relief but symptoms worsened when she returned to full duty again as a Floral Designer. Currently, subjectively she reports she cannot bend her left hand because it is "tight " in my wrist. "If I bend it for a few minutes it gets cold and then if I don't use it then it gets cold and clammy. I'm alive and I have to use it. Now I figure out I use it a lot. I have pain all the way up my arm, in my neck and under my armpit. I can't feel objects in my hand, I just do not feel it with the tips of my hands. I will just drop it. Before my surgery I was carrying a pot of hot water and I dropped it and hot water splashed up into my eye and I had a 3rd degree burn inside my eye".

PT asked patient if she thought she could return to her pre-injury job as a Floral Designer and she replied, "I would like too. I can't pick up any small objects, I have to work on a computer and when I work with my left hand it hurts so bad, I'm paying for it. I can't sleep".

PT asked what other type of work she would like to do and she replied, "Well, it's not my language, it's a writing even though I'm 24 years in this country. Everything I would like to do requires repetitive motion".

**Surgeries relating to this claim: (3 surgeries)**
1) Surgery Date: April 2015, Surgery Procedure: Redo left carpal tunnel release, NeuraWrap, synovectomy, Surgeon: Dr. James Christensen
2) Surgery Date: 05/30/2013, Surgery Procedure: Right endoscopic carpal tunnel release, Surgeon: Dr. James Christensen
3) Surgery Date: 05/13/2013, Surgery Procedure: Left endoscopic carpal tunnel release, Surgeon: Dr. James Christensen

**Current Industrial Medications:**
1) Lido Pro ointment
2) Terocin patches
3) Tizanidine 2mg

**Vocational History:**
Employer when Injured: Safeway
Full duty Job Title: Floral Designer
Basic Physical Demands Requirements of full duty job: See Job Analysis 10/24/2013

Cc: Insurance carrier

Last Date of Work? 01/26/2015
If working, is patient working Full Duty or Light Duty? Currently not working.
Current Employer: Patient is receiving TTD benefits.

**Previous Workers Compensation History:**
Previous Injuries not relating to this claim? None Reported
Previous Workers Compensation claims? None Reported

**Attendance/Punctuality:**
Number of Appointments: Two. Patient stated she was not aware she has a previously scheduled appointment on 12/16/2015.
Number of Times Late: None
Total Evaluation Time: 7 hours with write-up (Increased time required as needed to review 575 pages of emailed file/Job Analysis/accepted body parts/surgery report for April 2015)
Late Excuses Offered: None
Purpose of the Evaluation: Determine current physical abilities.

**Pain Perception:**
Pain average: Bilateral wrists and arm, left worse than right =6/10
Pain before FCE today: Bilateral wrists and arms=4/10
Pain after FCE today: Bilateral wrists and arms with increased burning/needles=5/10

**Functional Assessment:**
Sleep: Disturbed. "No, numbness, pain. Sleep for 6, but waking up 2-3 times".
Activities that worsen symptoms: "Walk, hand left wrist, grab, lift, drive".
Activities that decrease symptoms: "Sitting".
Current level of activity: Sedentary. Patient has not worked since 01/26/2015.

**Objective Evaluation:**
Dominant hand: Right

| | | | |
|---|---|---|---|
| Grip Strength: | Left | = 5, 5, 5 pounds | Average = 5 lbs |
| | Right | = 24, 21, 20 pounds | Average = 21.7 lb |

Dynamometer strength testing results below functional values in both hands.
Mean grip strength for 55 year-old female: Right=57.3 pounds, Left=47.3 pounds
Right grip strength is 62% below mean.
Left grip strength is 89% below mean.

Note: Approximately 25 pounds of grip strength is necessary for typical activities such as opening doors, jars, turning ignition on in car, etc.

| | | | |
|---|---|---|---|
| Key Pinch: | Left | = 5, 5, 5 pounds | Average = 5 lb |
| | Right | = 9, 10, 10 pounds | Average = 9.7 lb |

Pinch gauge testing results below functional values.
Mean key pinch for 55-year old female: Right=15.7 pounds, Left=14.7 pounds

Right key pinch strength is 38% below mean for age/gender.
Left key pinch strength is 66% below mean for age/gender.

Cc: Insurance carrier







421

Palmar Chuck: Left = 3, 3, 3 pounds Average = 3 lb
Right = 8, 8, 8 pounds Average = 8 lb

Pinch gauge testing results below mean for age/gender and is below functional values.
Mean 55-year old female: Right=16.0 pounds, Left=16.4 pounds

Right palmar pinch strength is 50% below mean for age/gender.
Left palmar pinch strength is 82% below mean for age/gender.

**Balance:**
Single Limb Stance: (tested for 10 seconds maximum).
Eyes Open: Left = 10 seconds
Right = 10 seconds

**Active Range of Motion/Strength Testing:**

| | AROM | Strength |
|---|---|---|
| Right Upper Extremity: | Shoulder: WFL<br>Elbow: WFL<br>Wrist: Flexion: 37 degrees<br>Extension: 27 degrees<br>Ulnar deviation: 26 degrees<br>Radial deviation: 24 degrees | WFL except hand/pinch strength. See grip/pinch strength testing results. |
| Left Upper Extremity: | Shoulder: WFL<br>Elbow: WFL<br>Wrist Flexion: 32 degrees<br>Extension: 34 degrees<br>Ulnar deviation: 25 degrees<br>Radial deviation: 11 degrees | WFL except hand/pinch strength. See grip/pinch strength testing results. |
| Left Lower Extremity: | WFL | WFL |
| Right Lower Extremity: | WFL | WFL |
| Lumbar Spine: | WFL | WFL |
| Cervical Spine: | WFL | WFL |

Single Calf Raises: Tested for 10 reps
Left: 10
Right: 10

**Special Tests:**

1) Purdue Pegboard Test: Right =11, Left =6, Bilateral =4, Total =21, Assembly =16. Results below mean values for speed and dexterity of bilateral hands for fine motor skills needed for assembly type work.
Results:
Right hand: 39% below mean
Left hand:64.3% below mean
Both Hands: 72% below mean
Right + Left + Both: 57% below mean
Assembly: 61% below mean

Cc: Insurance carrier

Back In Motion Physical Therapy
Functional Capacity Evaluation
Claim#W1297629
Tatiana Bushee-Krupa
01/13/2016





422

Normative values for Male & Female Applicants for Production Work (data taken from the Appendix A of Purdue Pegboard Manual). Right hand: 17.94, Left: 16.81, Both Hands: 14.10, Right + Left + Both: 48.85, Assembly: 40.67.

2) Get Up and Go Testing: WNL

**Observation:**
Braces used: Patient did not wear braces today during testing. She reports she wears on her left hand when it is irritated and always at night. She wears neoprene brace on right wrist at night.
Assistive devices used: None

Gait Analysis: Patient observed maintaining protective posturing of left arm throughout testing today keeping elbow fully flexed and arm adducted to chest.

Palpation: Temperature changes noted in bilateral hands, increased sweating with light activity, no blanching in nail beds, decreased light touch to fingertips, left more than right. No hypersensitivity to light touch on hands except over wrist incision sites.

~~~~~ end of report ~~~~

Cc: Insurance carrier



423
~~~~~

**Back In Motion Physical Therapy**
**Rhonda Fiorillo, MPT, WCS, PRPC**
**10789 Double R Blvd., Suite 100**
**Reno, NV 89521**

## Functional Capacity Evaluation Policy

Dear Patient:

Welcome to Back In Motion Physical Therapy:

You have been referred for a Functional Capacity Evaluation to determine your current physical abilities. This is a snapshot of what you are able to do physically today. This exam will assess you as a "whole person" and not only the part of your body you injured for this claim.

This test will take approximately 4 to 5 hours depending on your physical abilities and tolerances. The purpose of the exam is to assess several different areas, including endurance, sitting, standing, and walking tolerances, lifting ability, hand dexterity and postural tolerances.

To ensure the safety and privacy of our patients and to not disrupt the flow of testing, Back In Motion Physical Therapy's policy is to permit only the patient undergoing the FCE in the gym testing area. Family, friends, or legal representatives are not permitted in the gym during testing.

After your testing is completed, a copy of your FCE results will be sent to your referring physician for review and signature. We have 10 days to send your FCE report to your physician and/or insurance carrier. Back In Motion Physical Therapy is an independent physical therapy provider and does not have any business or financial affiliations with your physician, attorney or insurance provider.

You may request a copy of your FCE report; however, it will not be mailed until your physician has reviewed and signed the report. If you have an attorney representing you your attorney may request a copy in writing on your behalf.

It is very important to provide maximum and consistent effort in order to ensure a valid and reliable examination today. Either you or your physical therapist can stop any portion of the testing at any time, due to maximum ability achieved or pain. Do not alter or stop taking any of your prescribed medications during testing.

I have read and understand the above Functional Capacity Evaluation policy.

[signature]

Patient Signature/Date

Rhonda Fiorillo MPT, WCS, PRPC

Witness/Date 1/13/16



12/12/2017 15:47 7023870109 PAGE 26/47

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 8, 2016 11:51:23 AM | 7753593332 | 104 | 4 | Received |

02/08/2016 09:47 7753593332 PAGE 01/04

# BACK in MOTION
Comprehensive Physical Therapy

Rhonda Fiorillo, MPT, WCS, PRPC
10789 Double R Blvd, Suite 100
Reno, NV 89521
Phone: (775)746-2206
Fax: (775)359-3332
www.backinmotion.net

## FCE — FAX TRANSMITTAL SHEET

☑ **FCE - Physician Signature Required**

☑ For Patient's Records ☑ For Review

☑ Urgent ☑ Please Reply

BiM

To: Dr. James Christensen From: Bernadette / Sabine

Office: Reno Orthopedic Clinic Date: 1/26/16

Fax Nr.: (775) 337-0881 - Ashley WC Total # of Pages (includes cover) 12

Phone Nr.: (775) 786-3040

2/8/16 (4 pgs)

CC: Diane Ferrante - Sedgwick CMS - (702) 568-3779 - Fax
sent via email 1/25/16

CC:

Re: Bushee-Rupa, Tatiana - Claim # W1297629

☑ Please find attached FCE for Physician Review and Signature. Please FAX back (Signature Page Only) to 359-3332 ASAP.

◯ FCE Results Attached. A copy has been sent to Physician for Review and Signature. A Hard Copy has been sent to you in the mail.

◯ Final FCE page with Physical Therapist and Physician Signature completed. 4 pgs (PT)

# EXHIBIT 3

EXHIBIT 3

Previous | Next | DOT | Contents | About

Like | G+

Welcome to ITA - Information Technology Associates

O*NET Occupational Information Network

www.occupationalinfo.org/onet

<Previous | Next > | DOT | Search | Contents | Link to this page | About

AdChoices ( Apply for Jobs ) ( Clerk Jobs ) ( Medical Job )

A B C
D E F
G H I
J K L
M N O
P Q R
S T U

CODE: **55305**
Buy ONET/DOT: Download

TITLE: **Receptionists and Information Clerks**

DEFINITION: Answer inquiries and obtain information for general public (e.g., customers, visitors, and other interested parties). Provide information regarding activities conducted at establishment; location of departments, offices, and employees within organization; or services in a hotel. May perform other clerical duties as assigned. Exclude receptionists who operate switchboards.




TASKS
KNOWLEDGE
SKILLS
ABILITIES
WORK ACTIVITIES
WORK CONTEXT
INTERESTS
WORK VALUES
CROSSWALKS

**ASKS:**

Greets persons entering establishment, determines nature and purpose of visit, and directs visitor to specific stination, or answers questions and provides information.

Provides information to public regarding tours, classes, workshops, and other programs.

Answers telephone to schedule future appointments, provide information, or forward call.

Provides information to public concerning available land leases, land classification, or mineral resources.

Registers visitors of public facility, such as national park or military base, collects fees, explains regulations, d assigns sites.

Transmits information or documents to customer, using computer, mail, or facsimile.

Analyzes data to determine answer to customer or public inquiry.

8. Records, compiles, enters, and retrieves information, by hand or using computer.

9. Collects and distributes messages for employees of organization.

10. Calculates and quotes rates for tours, stocks, insurance policies, and other products and services.

11. Types memos, correspondence, travel vouchers, or other documents.

12. Enrolls individuals to participate in programs, prepares lists, and notifies individuals of acceptance in

programs, and arranges and schedules space and equipment for participants.

13. Files and maintains records.

14. Hears and resolves complaints from customers and public.

15. Conducts tours or delivers talks describing features of public facility, such as historic site or national park.

16. Receives payment and records receipts for services.

17. Monitors facility to ensure compliance with regulations.

18. Performs duties such as taking care of plants and straightening magazines to maintain lobby or reception area.

19. Operates telephone switchboard to receive incoming calls.

**KNOWLEDGE:**
Knowledge elements are ranked by ***importance.***

88 Clerical
Knowledge of administrative and clerical procedures and systems such as word processing systems, filing and records management systems, stenography and transcription, forms design principles, and other office procedures and terminology

79 Customer and Personal Service
Knowledge of principles and processes for providing customer and personal services including needs assessment techniques, quality service standards, alternative delivery systems, and customer satisfaction evaluation techniques

69 English Language
Knowledge of the structure and content of the English language including the meaning and spelling of words, rules of composition, and grammar

54 Telecommunications
Knowledge of transmission, broadcasting, switching, control, and operation of telecommunications systems

50 Mathematics
Knowledge of numbers, their operations, and interrelationships including arithmetic, algebra, geometry, calculus, statistics, and their applications

46 Communications and Media
Knowledge of media production, communication, and dissemination techniques and methods including alternative ways to inform and entertain via written, oral, and visual media

42 Computers and Electronics
Knowledge of electric circuit boards, processors, chips, and computer hardware and software, including applications and programming

40 Economics and Accounting
Knowledge of economic and accounting principles and practices, the financial markets, banking, and the analysis and reporting of financial data

29 Geography
Knowledge of various methods for describing the location and distribution of land, sea, and air masses including their physical locations, relationships, and characteristics

29 Education and Training
Knowledge of instructional methods and training techniques including curriculum design principles, learning theory, group and individual teaching techniques, design of individual development plans, and test design principles

29 Psychology
Knowledge of human behavior and performance, mental processes, psychological research methods, and the assessment and treatment of behavioral and affective disorders

25 History and Archeology
Knowledge of past historical events and their causes, indicators, and impact on particular civilizations and cultures

23 Public Safety and Security
Knowledge of weaponry, public safety, and security operations, rules, regulations, precautions, prevention, and the protection of people, data, and property

23 Law, Government and Jurisprudence
Knowledge of laws, legal codes, court procedures, precedents, government regulations, executive orders, agency rules, and the democratic political process

21 Sales and Marketing
Knowledge of principles and methods involved in showing, promoting, and selling products or services. This includes marketing strategies and tactics, product demonstration and sales techniques, and sales control systems

13 Sociology and Anthropology
Knowledge of group behavior and dynamics, societal trends and influences, cultures, their history, migrations, ethnicity, and origins

13 Administration and Management
Knowledge of principles and processes involved in business and organizational planning, coordination, and execution. This includes strategic planning, resource allocation, manpower modeling, leadership techniques, and production methods

10 Transportation
Knowledge of principles and methods for moving people or goods by air, rail, sea, or road, including their relative costs, advantages, and limitations

8 Foreign Language
Knowledge of the structure and content of a foreign (non-English) language including the meaning and spelling of words, rules of composition and grammar, and pronunciation

6 Philosophy and Theology
Knowledge of different philosophical systems and religions, including their basic principles, values, ethics, ways of thinking, customs, and practices, and their impact on human culture

6 Therapy and Counseling
Knowledge of information and techniques needed to rehabilitate physical and mental ailments and to provide career guidance including alternative treatments, rehabilitation equipment and its proper use, and methods to evaluate treatment effects

4 Design
Knowledge of design techniques, principles, tools and instruments involved in the production and use of precision technical plans, blueprints, drawings, and models

4 Mechanical
Knowledge of machines and tools, including their designs, uses, benefits, repair, and maintenance

4 Biology
Knowledge of plant and animal living tissue, cells, organisms, and entities, including their functions, interdependencies, and interactions with each other and the environment

4 Medicine and Dentistry
Knowledge of the information and techniques needed to diagnose and treat injuries, diseases, and deformities. This includes symptoms, treatment alternatives, drug properties and interactions, and preventive health-care measures

2 Personnel and Human Resources
Knowledge of policies and practices involved in personnel/human resource functions. This includes recruitment, selection, training, and promotion regulations and procedures; compensation and benefits packages; labor relations and negotiation strategies; and personnel information systems

2 Physics
Knowledge and prediction of physical principles, laws, and applications including air, water, material dynamics, light, atomic principles, heat, electric theory, earth formations, and meteorological and related natural phenomena

**SKILLS:**
Skills elements are ranked by ***importance.***

77 Speaking
Talking to others to effectively convey information

73 Active Listening
Listening to what other people are saying and asking questions as appropriate

73 Service Orientation
Actively looking for ways to help people

63 Coordination
Adjusting actions in relation to others' actions

60 Social Perceptiveness
Being aware of others' reactions and understanding why they react the way they do

56 Reading Comprehension
Understanding written sentences and paragraphs in work related documents

56 Writing
Communicating effectively with others in writing as indicated by the needs of the audience

50 Time Management
Managing one's own time and the time of others

44 Information Gathering
Knowing how to find information and identifying essential information

42 Mathematics
Using mathematics to solve problems

40 Information Organization
Finding ways to structure or classify multiple pieces of information

40 Problem Identification
Identifying the nature of problems

38 Management of Material Resources
Obtaining and seeing to the appropriate use of equipment, facilities, and materials needed to do certain work

31 Monitoring
Assessing how well one is doing when learning or doing something

29 Solution Appraisal
Observing and evaluating the outcomes of a problem solution to identify lessons learned or redirect efforts

29 Implementation Planning
Developing approaches for implementing an idea

27 Product Inspection

Inspecting and evaluating the quality of products

23 Judgment and Decision Making
Weighing the relative costs and benefits of a potential action

23 Operation and Control
Controlling operations of equipment or systems

21 Identification of Key Causes
Identifying the things that must be changed to achieve a goal

17 Synthesis/Reorganization
Reorganizing information to get a better approach to problems or tasks

13 Idea Evaluation
Evaluating the likely success of an idea in relation to the demands of the situation

13 Critical Thinking
Using logic and analysis to identify the strengths and weaknesses of different approaches

13 Management of Financial Resources
Determining how money will be spent to get the work done, and accounting for these expenditures

10 Operation Monitoring
Watching gauges, dials, or other indicators to make sure a machine is working properly

10 Active Learning
Working with new material or information to grasp its implications

10 Learning Strategies
Using multiple approaches when learning or teaching new things

8 Technology Design
Generating or adapting equipment and technology to serve user needs

8 Instructing
Teaching others how to do something

8 Testing
Conducting tests to determine whether equipment, software, or procedures are operating as expected

8 Idea Generation
Generating a number of different approaches to problems

6 Persuasion
Persuading others to approach things differently

6 Systems Evaluation
Looking at many indicators of system performance, taking into account their accuracy

4 Equipment Maintenance
Performing routine maintenance and determining when and what kind of maintenance is needed

4 Operations Analysis
Analyzing needs and product requirements to create a design

4 Science
Using scientific methods to solve problems

4 Identifying Downstream Consequences
Determining the long-term outcomes of a change in operations

4 Equipment Selection
Determining the kind of tools and equipment needed to do a job

2 Troubleshooting
Determining what is causing an operating error and deciding what to do about it

2 Visioning
Developing an image of how a system should work under ideal conditions

2 Systems Perception
Determining when important changes have occurred in a system or are likely to occur

2 Management of Personnel Resources
Motivating, developing, and directing people as they work, identifying the best people for the job

2 Installation
Installing equipment, machines, wiring, or programs to meet specifications .

**ABILITIES:**
Abilities elements are ranked by ***importance***.

92 Speech Clarity
The ability to speak clearly so that it is understandable to a listener

92 Oral Expression
The ability to communicate information and ideas in speaking so others will understand

83 Oral Comprehension
The ability to listen to and understand information and ideas presented through spoken words and sentences

69 Written Comprehension
The ability to read and understand information and ideas presented in writing

69 Speech Recognition
The ability to identify and understand the speech of another person

65 Written Expression
The ability to communicate information and ideas in writing so others will understand

63 Near Vision
The ability to see details of objects at a close range (within a few feet of the observer)

63 Information Ordering
The ability to correctly follow a given rule or set of rules in order to arrange things or actions in a certain order. The things or actions can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations.

60 Memorization
The ability to remember information such as words, numbers, pictures, and procedures

56 Number Facility
The ability to add, subtract, multiply, or divide quickly and correctly

54 Selective Attention
The ability to concentrate and not be distracted while performing a task over a period of time

52 Auditory Attention
The ability to focus on a single source of auditory (hearing) information in the presence of other distracting sounds

50 Spatial Orientation
The ability to know one's location in relation to the environment, or to know where other objects are in relation

to one's self

44 Time Sharing
The ability to efficiently shift back and forth between two or more activities or sources of information (such as speech, sounds, touch, or other sources)

42 Perceptual Speed
The ability to quickly and accurately compare letters, numbers, objects, pictures, or patterns. The things to be compared may be presented at the same time or one after the other. This ability also includes comparing a presented object with a remembered object

42 Wrist-Finger Speed
The ability to make fast, simple, repeated movements of the fingers, hands, and wrists

35 Trunk Strength
The ability to use one's abdominal and lower back muscles to support part of the body repeatedly or continuously over time without "giving out" or fatiguing

33 Finger Dexterity
The ability to make precisely coordinated movements of the fingers of one or both hands to grasp, manipulate, or assemble very small objects

33 Mathematical Reasoning
The ability to understand and organize a problem and then to select a mathematical method or formula to solve the problem

33 Far Vision
The ability to see details at a distance

33 Problem Sensitivity
The ability to tell when something is wrong or is likely to go wrong. It does not involve solving the problem, only recognizing there is a problem.

31 Speed of Closure
The ability to quickly make sense of information that seems to be without meaning or organization. It involves quickly combining and organizing different pieces of information into a meaningful pattern

29 Category Flexibility
The ability to produce many rules so that each rule tells how to group (or combine) a set of things in a different way.

29 Deductive Reasoning
The ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense.

29 Visualization
The ability to imagine how something will look after it is moved around or when its parts are moved or rearranged

27 Inductive Reasoning
The ability to combine separate pieces of information, or specific answers to problems, to form general rules or conclusions. It includes coming up with a logical explanation for why a series of seemingly unrelated events occur together.

27 Arm-Hand Steadiness
The ability to keep the hand and arm steady while making an arm movement or while holding the arm and hand in one position

25 Response Orientation
The ability to choose quickly and correctly between two or more movements in response to two or more signals (lights, sounds, pictures, etc.). It includes the speed with which the correct response is started with the hand, foot, or other body parts

25 Manual Dexterity
The ability to quickly make coordinated movements of one hand, a hand together with its arm, or two hands to grasp, manipulate, or assemble objects

25 Hearing Sensitivity
The ability to detect or tell the difference between sounds that vary over broad ranges of pitch and loudness

23 Fluency of Ideas
The ability to come up with a number of ideas about a given topic. It concerns the number of ideas produced and not the quality, correctness, or creativity of the ideas.

21 Flexibility of Closure
The ability to identify or detect a known pattern (a figure, object, word, or sound) that is hidden in other distracting material

21 Extent Flexibility
The ability to bend, stretch, twist, or reach out with the body, arms, and/or legs

19 Control Precision
The ability to quickly and repeatedly make precise adjustments in moving the controls of a machine or vehicle to exact positions

19 Peripheral Vision
The ability to see objects or movement of objects to one's side when the eyes are focused forward

15 Reaction Time
The ability to quickly respond (with the hand, finger, or foot) to one signal (sound, light, picture, etc.) when it appears

15 Visual Color Discrimination
The ability to match or detect differences between colors, including shades of color and brightness

15 Originality
The ability to come up with unusual or clever ideas about a given topic or situation, or to develop creative ways to solve a problem

13 Sound Localization
The ability to tell the direction from which a sound originated

10 Gross Body Coordination
The ability to coordinate the movement of the arms, legs, and torso together in activities where the whole body is in motion

8 Speed of Limb Movement
The ability to quickly move the arms or legs

8 Stamina
The ability to exert one's self physically over long periods of time without getting winded or out of breath

8 Multilimb Coordination
The ability to coordinate movements of two or more limbs together (for example, two arms, two legs, or one leg and one arm) while sitting, standing, or lying down. It does not involve performing the activities while the body is in motion

6 Static Strength
The ability to exert maximum muscle force to lift, push, pull, or carry objects

6 Night Vision
The ability to see under low light conditions

4 Depth Perception

The ability to judge which of several objects is closer or farther away from the observer, or to judge the distance between an object and the observer

2 Rate Control
The ability to time the adjustments of a movement or equipment control in anticipation of changes in the speed and/or direction of a continuously moving object or scene

2 Glare Sensitivity
The ability to see objects in the presence of glare or bright lighting

**WORK ACTIVITIES:**
Work activities elements are ranked by ***importance.***

88 Performing For or Working With Public
Performing for people or dealing directly with the public, including serving persons in restaurants and stores, and receiving clients or guests.

83 Communicating With Persons Outside Organization
Communicating with persons outside the organization, representing the organization to customers, the public, government, and other external sources. This information can be exchanged face-to-face, in writing, or via telephone/electronic transfer.

77 Establishing and Maintaining Relationships
Developing constructive and cooperative working relationships with others.

75 Getting Information Needed to Do the Job
Observing, receiving, and otherwise obtaining information from all relevant sources.

75 Documenting or Recording Information
Entering, transcribing, recording, storing, or maintaining information in either written form or by electronic/magnetic recording.

65 Interpreting Meaning of Information to Others
Translating or explaining what information means and how it can be understood or used to support responses or feedback to others.

65 Scheduling Work and Activities
Scheduling events, programs, activities, as well as the work of others.

63 Performing Administrative Activities
Approving requests, handling paperwork, and performing day-to-day administrative tasks.

63 Processing Information
Compiling, coding, categorizing, calculating, tabulating, auditing, verifying, or processing information or data.

60 Interacting With Computers
Controlling computer functions by using programs, setting up functions, writing software, or otherwise communicating with computer systems.

56 Communicating With Other Workers
Providing information to supervisors, fellow workers, and subordinates. This information can be exchanged face-to-face, in writing, or via telephone/electronic transfer.

52 Identifying Objects, Actions, and Events
Identifying information received by making estimates or categorizations, recognizing differences or similarities, or sensing changes in circumstances or events.

52 Monitoring and Controlling Resources
Monitoring and controlling resources and overseeing the spending of money.

50 Assisting and Caring for Others
Providing assistance or personal care to others.

50 Resolving Conflict or Negotiating with Others
Handling complaints, arbitrating disputes, and resolving grievances, or otherwise negotiating with others.

48 Evaluating Information Against Standards
Evaluating information against a set of standards and verifying that it is correct.

46 Organizing, Planning, and Prioritizing
Developing plans to accomplish work, and prioritizing and organizing one's own work.

44 Analyzing Data or Information
Identifying underlying principles, reasons, or facts by breaking down information or data into separate parts.

42 Monitor Processes, Material, or Surroundings
Monitoring and reviewing information from materials, events, or the environment, often to detect problems or to find out when things are finished.

42 Making Decisions and Solving Problems
Combining, evaluating, and reasoning with information and data to make decisions and solve problems. These processes involve making decisions about the relative importance of information and choosing the best solution.

42 Handling and Moving Objects
Using one's own hands and arms in handling, installing, forming, positioning, and moving materials, or in manipulating things, including the use of keyboards.

42 Controlling Machines and Processes
Using either control mechanisms or direct physical activity to operate machines or processes (not including computers or vehicles).

40 Performing General Physical Activities
Performing physical activities that require moving one's whole body, such as in climbing, lifting, balancing, walking, stooping, where the activities often also require considerable use of the arms and legs, such as in the physical handling of materials.

33 Implementing Ideas or Programs
Conducting or carrying out work procedures and activities in accord with one's own ideas or information provided through directions/instructions for purposes of installing, modifying, preparing, delivering, constructing, integrating, finishing, or completing programs, systems, structures, or products.

31 Updating and Using Job-Relevant Knowledge
Keeping up-to-date technically and knowing one's own jobs' and related jobs' functions.

29 Estimating Needed Characteristics
Estimating the Characteristics of Materials, Products, Events, or Information: Estimating sizes, distances, and quantities, or determining time, costs, resources, or materials needed to perform a work activity.

29 Judging Qualities of Things, Services, or People
Making judgments about or assessing the value, importance, or quality of things or people.

27 Coordinating Work and Activities of Others
Coordinating members of a work group to accomplish tasks.

23 Selling or Influencing Others
Convincing others to buy merchandise/goods, or otherwise changing their minds or actions.

21 Developing Objectives and Strategies
Establishing long range objectives and specifying the strategies and actions to achieve these objectives.

17 Teaching Others
Identifying educational needs, developing formal training programs or classes, and teaching or instructing others.

17 Providing Consultation and Advice to Others
Providing consultation and expert advice to management or other groups on technical, systems-related, or process related topics.

15 Thinking Creatively
Originating, inventing, designing, or creating new applications, ideas, relationships, systems, or products, including artistic contributions.

10 Repairing and Maintaining Electrical Equipment
Fixing, servicing, adjusting, regulating, calibrating, fine-tuning, or testing machines, devices, and equipment that operate primarily on the basis of electrical or electronic (not mechanical) principles.

10 Coaching and Developing Others
Identifying developmental needs of others and coaching or otherwise helping others to improve their knowledge or skills.

8 Developing and Building Teams
Encouraging and building mutual trust, respect, and cooperation among team members.

8 Inspecting Equipment, Structures, or Material
Inspecting or diagnosing equipment, structures, or materials to identify the causes of errors or other problems or defects.

6 Drafting and Specifying Technical Devices
Providing documentation, detailed instructions, drawings, or specifications to inform others about how devices, parts, equipment, or structures are to be fabricated, constructed, assembled, modified, maintained, or used.

4 Repairing and Maintaining Mechanical Equipment
Fixing, servicing, aligning, setting up, adjusting, and testing machines, devices, moving parts, and equipment that operate primarily on the basis of mechanical (not electronic) principles.

**WORK CONTEXT:**
Work context elements are ranked by ***frequency (F), importance (I), responsibility (R), amount of contact (C), how serious (S), objective vs. subjective (O), automation (A), extent of frustration (E), responsible for health and safety (H), likelihood of injury (L), degree of injury (D)*** .

93 (I) Deal With External Customers
How important are interactions requiring the worker to: Deal with external customers (e.g., retail sales) or the public in general (e.g., police work)?

90 (I) Provide a Service to Others
How important are interactions requiring the worker to: Provide a service to others (e.g., customers)?

86 (C) Job-Required Social Interaction
How much does this job require the worker to be in contact (face-to-face, by telephone, or otherwise) with others in order to perform it?

75 (F) Indoors
How frequently does this job require the worker to work: Indoors

71 (F) Sitting
How much time in a usual work period does the worker spend: Sitting?

57 (I) Importance of Being Exact or Accurate
How important is being very exact or highly accurate in performing this job?

53 (I) Importance of Being Sure All Is Done
How important is it to be sure that all the details of this job are performed and everything is done completely?

50 (F) Deal With Unpleasant or Angry People
How frequently does the worker have to deal with unpleasant, angry, or discourteous individuals as part of the

job requirements?

50 (F) Standing
How much time in a usual work period does the worker spend: Standing?

46 (F) Walking or Running
How much time in a usual work period does the worker spend: Walking or running?

42 (F) Special Uniform
How often does the worker wear: A special uniform, such as that of a commercial pilot, nurse, police officer, or military personnel?

42 (F) Making Repetitive Motions
How much time in a usual work period does the worker spend: Making repetitive motions?

42 (F) Using Hands on Objects, Tools, Controls
How much time in a usual work period does the worker spend: Using hands to handle, control, or feel objects, tools or controls?

42 (F) Outdoors
How frequently does this job require the worker to work: Outdoors

38 (F) Frequency in Conflict Situations
How frequently do the job requirements place the worker in conflict situations?

36 (A) Degree of Automation
Indicate the level of automation of this job.

33 (F) Very Hot
How often during a usual work period is the worker exposed to the following conditions: Very hot (above 90 F) or very cold (under 32 F) temperatures?

33 (I) Importance of Repeating Same Tasks
How important is repeating the same physical activities (e.g., key entry) or mental activities (e.g., checking entries in a ledger) over and over, without stopping, to performing this job?

33 (I) Persuade Someone to a Course of Action
How important are interactions requiring the worker to: Persuade someone to a course of action (informally) or influence others to buy something (to sell)?

30 (I) Importance of Being Aware of New Events
How important is being constantly aware of either frequently changing events (e.g. security guard watching for shoplifters) or infrequent events (e.g. radar operator watching for tornadoes) to performing this job?

29 (F) Sounds or Noise Levels Are Distracting
How often during a usual work period is the worker exposed to the following conditions: Sounds and noise levels that are distracting and uncomfortable?

25 (F) Bending or Twisting the Body
How much time in a usual work period does the worker spend: Bending or twisting the body?

25 (O) Objective or Subjective Information
How objective or subjective is the information communicated in this job?

21 (F) Extremely Bright or Inadequate Lighting
How often during a usual work period is the worker exposed to the following conditions: Extremely bright or inadequate lighting conditions?

20 (S) Consequence of Error
How serious would the result usually be if the worker made a mistake that was not readily correctable?

19 (H) Responsible for Health and Safety of Others

How responsible is the worker for others' health and safety on this job?

19 (E) Frustrating Circumstances
To what extent do frustrating circumstances ("road blocks" to work that are beyond the worker's control) hinder the accomplishment of this job?

17 (F) Contaminants
How often during a usual work period is the worker exposed to the following conditions: Contaminants (pollutants, gases, dust, odors, etc.)?

17 (F) Hazardous Situations
How often does this job require the worker to be exposed to harardous situations? Hazardous Situations involving likely cuts, bites, stings, or minor burns

14 (L) Hazardous Situations
What is the likelihood that the worker would be injured as a result of being exposed to hazardous situations while performing this job? Hazardous Situations involving likely cuts, bites, stings, or minor burns

13 (F) Common Protective or Safety Attire
How often does the worker wear: Common protective or safety attire, such as safety shoes, glasses, gloves, hearing protection, hard-hat, or personal flotation device?

13 (I) Pace Determined by Speed of Equipment
How important is it to this job that the pace is determined by the speed of equipment or machinery? (This does not refer to keeping busy at all times on this job.)

13 (F) Kneeling, Crouching or Crawling
How much time in a usual work period does the worker spend: Kneeling, stooping, crouching or crawling?

10 (R) Responsibility for Outcomes and Results
How responsible is the worker for work outcomes and results of other workers?

10 (I) Coordinate or Lead Others
How important are interactions requiring the worker to: Coordinate or lead others in accomplishing work activities (not supervision)?

10 (I) Take a Position Opposed to Others
How important are interactions requiring the worker to: Take a position opposed to coworkers or others?

8 (F) Keeping or Regaining Balance
How much time in a usual work period does the worker spend: Keeping or regaining balance?

8 (F) Deal With Physically Aggressive People
How frequently does this job require the worker to deal with physical aggression of violent individuals?

7 (D) Hazardous Situations
If injury, due to exposure to hazardous situations, were to occur while performing this job, how serious would be the likely outcome? Hazardous Situations involving likely cuts, bites, stings, or minor burns

7 (D) Hazardous Equipment
If injury, due to exposure to hazardous equipment, were to occur while performing this job, how serious would be the likely outcome? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

4 (F) Cramped Work Space, Awkward Positions
How often during a usual work period is the worker exposed to the following conditions: Cramped work space that requires getting into awkward positions?

4 (F) Whole Body Vibration
How often during a usual work period is the worker exposed to the following conditions: Whole body vibration (e.g., operating a jackhammer or earthmoving equipment)?

4 (F) Radiation
How often does this job require the worker to be exposed to radiation?

4 (F) Diseases or Infections
How often does this job require the worker to be exposed to diseases/infection? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

4 (F) Hazardous Equipment
How often does this job require the worker to be exposed to harardous equipment? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

3 (D) Diseases or Infections
If injury, due to exposure to diseases/infection, were to occur while performing this job, how serious would be the likely outcome? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

3 (I) Supervise, Coach, Train Others
How important are interactions requiring the worker to: Supervise, coach, train, or develop other employees?

2 (L) Radiation
What is the likelihood that the worker would be injured as a result of being exposed to radiation while performing this job?

2 (L) Diseases or Infections
What is the likelihood that the worker would be injured as a result of being exposed to diseases/infections while performing this job? Diseases/Infections (e.g., patient care, some laboratory work, sanitation control, etc.)

2 (L) Hazardous Equipment
What is the likelihood that the worker would be injured as a result of being exposed to hazardous equipment while performing this job? Hazardous Equipment (e.g., saws, machinery/mechanical parts include exposure to vehicular traffic, but not driving a vehicle)

**INTERESTS:**
Interest elements are ranked by ***occupational interest.***

83 Conventional
Conventional occupations frequently involve following set procedures and routines. These occupations can include working with data and details more than with ideas. Usually there is a clear line of authority to follow.

72 Enterprising
Enterprising occupations frequently involve starting up and carrying out projects. These occupations can involve leading people and making many decisions. Sometimes they require risk taking and often deal with business.

67 Social
Social occupations frequently involve working with, communicating with, and teaching people. These occupations often involve helping or providing service to others.

22 Realistic
Realistic occupations frequently involve work activities that include practical, hands-on problems and solutions. They often deal with plants, animals, and real-world materials like wood, tools, and machinery. Many of the occupations require working outside, and do not involve a lot of paperwork or working closely with others.

17 Artistic
Artistic occupations frequently involve working with forms, designs and patterns. They often require self-expression and the work can be done without following a clear set of rules.

17 Investigative
Investigative occupations frequently involve working with ideas, and require an extensive amount of thinking. These occupations can involve searching for facts and figuring out problems mentally.

**WORK VALUES:**

Work values elements are ranked by ***extent***.

61 Support-Mean Extent
Occupations that satisfy this work value offer supportive management that stands behind employees. Corresponding needs are Company Policies, Supervision: Human Relations and Supervision: Technical.

56 Relationships-Mean Extent
Occupations that satisfy this work value allow employees to provide service to others and work with co-workers in a friendly non-competitive environment. Corresponding needs are Co-workers, Moral Values and Social Service.

54 Working Conditions-Mean Extent
Occupations that satisfy this work value offer job security and good working conditions. Corresponding needs are Activity, Compensation, Independence, Security, Variety and Working Conditions.

45 Achievement-Mean Extent
Occupations that satisfy this work value are results oriented and allow employees to use their strongest abilities, giving them a feeling of accomplishment. Corresponding needs are Ability Utilization and Achievement.

36 Recognition-Mean Extent
Occupations that satisfy this work value offer advancement, potential for leadership, and are often considered prestigious. Corresponding needs are Advancement, Authority, Recognition and Social Status.

32 Independence-Mean Extent
Occupations that satisfy this work value allow employs to work on their own and make decisions. Corresponding needs are Creativity, Responsibility and Autonomy.

69 Company Policies and Practices
Workers on this job are treated fairly by the company

66 Activity
Workers on this job are busy all the time

66 Working Conditions
Workers on this job have good working conditions

66 Moral Values
Workers on this job are never pressured to do things that go against their sense of right and wrong

59 Supervision, Human Relations
Workers on this job have supervisors who back up their workers with management

56 Security
Workers on this job have steady employment

56 Supervision, Technical
Workers on this job have supervisors who train their workers well

53 Co-workers
Workers on this job have co-workers who are easy to get along with

50 Compensation
Workers on this job are paid well in comparison with other workers

50 Social Service
Workers on this job have work where they do things for other people

47 Ability Utilization
Workers on this job make use of their individual abilities

44 Variety

Workers on this job have something different to do every day

44 Achievement
Workers on this job get a feeling of accomplishment

41 Independence
Workers on this job do their work alone

38 Social Status
Workers on this job are looked up to by others in their company and their community

38 Authority
Workers on this job give directions and instructions to others

38 Advancement
Workers on this job have opportunities for advancement

38 Autonomy
Workers on this job plan their work with little supervision

31 Recognition
Workers on this job receive recognition for the work they do

31 Responsibility
Workers on this job make decisions on their own

28 Creativity
Workers on this job try out their own ideas

**CROSSWALKS:**

| | |
|---|---|
| DOT91 (Dictionary of Occupational Titles): | 237267010 Information Clerk, Automobile Club<br>238367022 Space Scheduler<br>205367038 Registrar<br>237367022 Information Clerk<br>239367034 Utility Clerk<br>238367034 Scheduler<br>203362014 Credit Reporting Clerk<br>249262010 Policyholder-Information Clerk<br>237367018 Information Clerk<br>237367046 Telephone Quotation Clerk<br>237367010 Appointment Clerk<br>237367042 Referral-and-Information Aide<br>249367082 Park Aide<br>237367038 Receptionist |
| AIM97 (Apprenticeship Information Management): | No crosswalks |
| CEN90 (1990 Census Occupations): | 323 Information Clerks, N.E.C.<br>319 Receptionists |
| CIP90 (Classification of Instructional Programs): | 081104 Tourism Promotion Operations<br>520401 Administrative Assistant/Secretarial Science, General<br>520408 General Office/Clerical and Typing Services<br>520406 Receptionist<br>520407 Information Processing/Data Entry Technician |
| GOE93 (Guide for Occupational Exploration): | 070501 Records Processing: Coordinating and Scheduling<br>070601 Clerical Machine Operation: Computer Operation<br>070404 Oral Communications: Reception and Information Giving<br>070402 Oral Communications: Order, Complaint, and Claims Handling |

| | |
|---|---|
| | 070403 Oral Communications: Registration |
| MOC97 (Military Occupational Codes): | No crosswalks |
| OES98 (Occupational Employment Statistics): | 55305 Receptionists and Information Clerks |
| OPM97 (Office of Personnel Management Occupations): | 0026 Park Technician<br>1098 Information and Arts Group<br>0304 Information Receptionist |
| SOC98 (Standard Occupational Classification): | 43-4171 Receptionists and Information Clerks |

[redacted]

- Dictionary of Occupational Titles (DOT) Index
- Standard Industrial Classifications (SIC) Index
- World Facts
- Quick Maps (for your web site)
- Flags of All Countries (for your web site)
- Digraphs - Internet Country Codes
- Airport Codes
- Seaport Codes
- About Climate (+ Glossary)
- Immigration Superhighway
- ITA Main Page

. Feedback

Please Add this Page to your FAVORITES

URL address of this page: https://occupationalinfo.org/55305.html

© 1995 - 2015 Photius Coutsoukis and Information Technology Associates (All Rights Reserved).
Revised 20-Aug-15

# EXHIBIT 4

EXHIBIT 4

SOCIAL SECURITY NOTICE

From: Social Security Administration

DATE: August 8, 2017

TATIANA BUSHEE

CLAIM NUMBER(S):

You must meet certain medical and nonmedical requirements to be entitled to disability benefits.

We have found that you meet the medical requirements for disability benefits. An explanation of our finding is below. Please read it carefully.

In addition to the medical evidence listed in our previous notice, the following was used to decide your claim:

| | |
|---|---|
| St. Marys Medical Group | Report Received 07/13/17 |
| Randi Grinfelle MD | Report Received 07/06/17 |
| Reno Orthopedic Clinic | Report Received 06/30/17 |
| VA Dept of Vet Affairs So NV | Report Received 01/06/17 |
| Dr. Michael Glick Orthopedic Consultative Exam 07/13/17 | |

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

You said you are disabled due to carpal tunnel syndrome.

You said that you became disabled as of 01/28/15. The medical evidence available to us shows that you became disabled under Social Security regulations as of 12/06/15.

The medical evidence shows you do have a severe condition that affects your ability to work. However, your condition did not meet all the requirements of Social Security regulations until you attained age fifty-five. Therefore, your disability is established as of 12/6/15, the day prior to your fifty-fifth birthday.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. As part of the appeal process, you must also complete a, "Disability Report- Appeal" to tell us about your medical condition. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online at http:/www.socialsecurity.gov/disability/hearing. Read the enclosed leaflet for a full explanation of your right to appeal.

We have not yet made a decision about whether you meet the nonmedical requirements, but we will make that decision soon. Then we will send you a second notice explaining our decision. After you receive this second notice you will have 60 days to appeal the determination we made about your claim for disability payments.

If you have any questions about your disability claim or wish to appeal our findings, please do not get in touch with the Social Security office until you have the second notice. The people at the Social Security office will be better able to answer your questions when they have the information from both notices.

After you have received your second notice, you can call or write any Social Security office to appeal our determination or to get answers to your questions. Most questions can be handled by telephone or mail. If you go to the Social Security office in person, please take both notices with you.

Suspect Social Security Fraud?
If you suspect Social Security fraud, please visit
http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1--866-501-2101).

Social Security Administration

SSA 1157D

701 S. 7th Street
Las Vegas, NV 89101
www.merschlaw.com
email: jam@merschlaw.com

LAW OFFICE OF
JULIE A. MERSCH

(702) 387-5868
fax (702) 387-0109

Also licensed in Missouri

December 5, 2017

**SENT VIA FACSIMILE ONLY TO (603) 559-0302**

Paul Bainter
Senior Case Manager
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
PO Box 7209
London, KY 40742-9947

| | | |
|---|---|---|
| **Re:** | **Claimant** | **: Tatiana Bushee** |
| | **Claim No.** | **: 3626132** |
| | **Plan/Policy Holder** | **: Safeway, Inc.** |

Dear Mr. Bainter:

Please be advised that I represent Tatiana Bushee regarding Liberty's termination of her claim for long-term disability benefits, as set forth in its letter dated June 13, 2017.

I spoke with your associate Brendan Bowers today, who confirmed that the deadline for Mrs. Bushee to submit an appeal is 180 days from *receipt* of the June 13, 2017 letter, not from the date of the letter. Please confirm this information to me in writing.

In addition, please provide the appeal procedures portion of the LTD policy in effect at the time of Mrs. Bushee's disability. As I discussed with Brendan, the policy Liberty provided to Mrs. Bushee did not contain that information.

Very truly yours,

Julie A. Mersch

Julie A. Mersch, Esq.

JAM/rmj

W:\BUSHEE\LTRS\Bainter.Liberty.AppealDeadline&Auth.120517.wpd

**JULIE A. MERSCH, ESQ.**
701 S. 7th Street
Las Vegas, Nevada 89101
(702) 387-5868
FAX: (702) 387-0109

# FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO/FAX NO.: Attn: Brendan Bowers/Paul Bainter<br>Liberty Life Assurance Co. Of Boston<br>(603) 559-0302 | ROM: Julie A. Mersch, Esq. |
| FILE NO.: Bushee v. Liberty<br>2017-00023 | DATE: December 5, 2017 |

YOUR IMMEDIATE ATTENTION IS REQUIRED.

**Transmission includes:** **Attorney rep letter for claimant Tatiana Bushee, Claim No. 3626132**

| | | | |
|---|---|---|---|
| | RESPONSE REQUIRED BY ______ | xx | PLEASE TAKE APPROPRIATE ACTION |
| | PLEASE FAX RESPONSE TO ______ | | FOR YOUR REVIEW |
| | PLEASE CALL ME AT 702-387-5868 | | PURSUANT TO YOUR REQUEST |
| | ORIGINAL WILL FOLLOW BY MAIL | xx | ORIGINAL WILL NOT FOLLOW BY MAIL |

This facsimile transmission is intended only for the addressee shown below. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission to its contents by persons other than the addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and mail the original to us at the above address.

If there are any problems with this transmission, please contact the undersigned at (702) 387-5868:

Sender: Robin    No. of Pages: 2

**n0227651**

**From:** Julie Mersch
**Sent:** Tuesday, December 05, 2017 2:40:12 PM
**To:** Bowers, Brendan
**Subject:** RE: Tatiana Bushee 3626132

Yes, thanks.

Law Office of Julie A. Mersch

701 S. 7th St.

Las Vegas, NV 89101

(702)-387-5868

(702)-387-0109 (fax)

**From:** Bowers, Brendan [mailto:Brendan.Bowers@LibertyMutual.com]
**Sent:** Tuesday, December 05, 2017 11:39 AM
**To:** Julie Mersch
**Subject:** RE: Tatiana Bushee 3626132

Sorry, apparently not. Is my letter to you sufficient?

**Brendan J. Bowers, CPCU, ARM**

Long Term Disability Claims Case Manager / Group Benefits / Phoenix, AZ

Liberty Life Assurance Company of Boston, A Liberty Mutual Company

P.O. Box 7209, London, KY 40742-7209

1-800-320-7585 ext. 41549

SDN: 8-734-1549

Fax: 1-603-559-0302

Brendan.Bowers@LibertyMutual.com

! please consider the environment before printing this e-mail

This E-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution or copying of this E-mail, and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify me via return E-mail and via telephone at 1-800-320-7585 extension 41680 and permanently delete the original and any copy of any E-mail and any printout thereof.

**From:** Julie Mersch [mailto:jam@merschlaw.com]
**Sent:** Tuesday, December 05, 2017 12:31 PM
**To:** Bowers, Brendan <Brendan.Bowers@LibertyMutual.com>
**Subject:** RE: Tatiana Bushee 3626132

Thanks, Brendan. I was just looking at the policy. Is there an amendment to it? There is no appeal language in it.

Thanks again, Julie

Law Office of Julie A. Mersch

701 S. 7th St.

Las Vegas, NV 89101

(702)-387-5868

(702)-387-0109 (fax)

**From:** Bowers, Brendan [mailto:Brendan.Bowers@LibertyMutual.com]
**Sent:** Tuesday, December 05, 2017 11:27 AM
**To:** Julie Mersch
**Subject:** FW: Tatiana Bushee 3626132

Here is info

**Brendan J. Bowers, CPCU, ARM**

Long Term Disability Claims Case Manager / Group Benefits / Phoenix, AZ

Liberty Life Assurance Company of Boston, A Liberty Mutual Company

P.O. Box 7209, London, KY 40742-7209

1-800-320-7585 ext. 41549

SDN: 8-734-1549

Fax: 1-603-559-0302

Brendan.Bowers@LibertyMutual.com

! please consider the environment before printing this e-mail

This E-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution or copying of this E-mail, and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify me via return E-mail and via telephone at 1-800-320-7585 extension 41680 and permanently delete the original and any copy of any E-mail and any printout thereof.

**From:** Bowers, Brendan **On Behalf Of** GroupBenefitsCorrespondence

**Sent:** Tuesday, December 05, 2017 12:24 PM
**To:** 'jam@merschlaw.com' <jam@merschlaw.com>
**Subject:** Tatiana Bushee 3626132

Here is the information requested. Thank you

**Brendan J. Bowers, CPCU, ARM**

Long Term Disability Claims Case Manager / Group Benefits / Phoenix, AZ

Liberty Life Assurance Company of Boston, A Liberty Mutual Company

P.O. Box 7209, London, KY 40742-7209

1-800-320-7585 ext. 41549

SDN: 8-734-1549

Fax: 1-603-559-0302

Brendan.Bowers@LibertyMutual.com

! please consider the environment before printing this e-mail

This E-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution or copying of this E-mail, and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify me via return E-mail and via telephone at 1-800-320-7585 extension 41680 and permanently delete the original and any copy of any E-mail and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-0302

December 5, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Julie Mersch Law:

The letter should state within 180 days of receipt of the letter. We will allow for mailing days and will allow a few days to account for post office. Thank you
If you have any questions regarding this matter, please contact me.

Sincerely,

Brendan Bowers
Disabillity Claims Case Manager 1
Phone No.: (800) 320-7585 Ext. 41549
Secure Fax No.: (603) 559-0302

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

September 14, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge your intent to appeal the denial of your claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with your formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston's Appeal Review Unit at this time.

As set forth in the denial letter issued to you on June 13, 2017 you have a maximum of 180 days to submit a written request for review, which will expire on December 10, 2017. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than December 10, 2017.

Per your request for relevant claim documentation, we have enclosed the following information:

- A complete copy of our claim file

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-3586

August 24, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Your case manager from Liberty Life Assurance Company of Boston (hereinafter 'Liberty Life') referred your disability claim file to Financial Review Services for an overpayment calculation as you were awarded Social Security Benefits back to the effective date of June 1, 2016. This letter and the attached overpayment summary outline the impact of that award on your benefits from Liberty Life.

Since Liberty Life paid you disability benefits for the period June 1, 2016 through July 27, 2017 with no reduction for Social Security Benefits, you are now overpaid under the terms of your contract.

The attached exhibit explains the calculation of your $10,373.20 balance. Liberty Life will work with The Advocator Group in regards to collecting this overpayment. You will be contacted by a representative from The Advocator Group regarding repayment of this overpayment.

If you are unable to remit the payment, in full, and need to discuss a repayment plan, please contact me immediately. If we do not hear from you or if you do not make payment arrangements with The Advocator Group by September 14, 2017, Liberty Life reserves the right to forward your file to an external Collection Agency.
If you have any questions regarding this matter, please contact me.

Sincerely,

Trevor Morgan
Financial Review Specialist II
Phone No.: (800) 320-7585 Ext. 16369
Secure Fax No.: (603) 334-3586

Attachments: 3626132-RECOVERY/REPAYMENT-CALCULATION WORKSHEET-0

**Claim Number: 3626132**

**Overpayment Calculation**

| | | | | |
|---|---|---|---|---|
| Originally Paid | *7/28/2015* | *through* | *7/27/2017* | $38,136.96 |
| Less: Should have Paid | *7/28/2015* | *through* | *7/27/2017* | $24,264.76 |
| | | | | |
| Overpayment Due | | | | $13,872.20 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,499.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$10,373.20** |

**Calculation Worksheet**

| Claim Number: 3626132 | | | |
|---|---|---|---|
| **Amount Due*:** | **$10,373.20** | | |
| **Originally Paid** | | **Should have Paid** | |
| **From Date** | 7/28/2015 | **From Date** | 7/28/2015 |
| **Thru Date** | 7/27/2017 | **Thru Date** | 7/27/2017 |
| **Total** | **$38,136.96** | **Total** | **$24,264.76** |

* (-) indicates an underpayment

| Credit | |
|---|---|
| **OP Recovered (To Date):** | $0.00 |
| **Attorney Fees:** | $3,499.00 |
| **Excess Fees** | $0.00 |
| **Total:** | $3,499.00 |

| Subrogation | |
|---|---|
| **Grand Total:** | |

**ORIGINALLY PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3626132 | 30888417 | 7/28/2015 | 6/27/2016 | 7/14/2016 | $17,479.44 | $0.00 | $17,479.44 | $0.00 | $17,479.44 |
| 3626132 | 30898674 | 6/28/2016 | 7/27/2016 | 7/21/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47176998 | 7/28/2016 | 8/27/2016 | 8/22/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47200170 | 8/28/2016 | 9/27/2016 | 9/21/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47222685 | 9/28/2016 | 10/27/2016 | 10/21/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47245947 | 10/28/2016 | 11/27/2016 | 11/21/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47269119 | 11/28/2016 | 12/27/2016 | 12/21/2016 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47292468 | 12/28/2016 | 1/27/2017 | 1/23/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47315947 | 1/28/2017 | 2/27/2017 | 2/21/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47338910 | 2/28/2017 | 3/27/2017 | 3/21/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47363245 | 3/28/2017 | 4/27/2017 | 4/21/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47386135 | 4/28/2017 | 5/27/2017 | 5/22/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47410776 | 5/28/2017 | 6/27/2017 | 6/21/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 3626132 | 47434983 | 6/28/2017 | 7/27/2017 | 7/21/2017 | $1,589.04 | $0.00 | $1,589.04 | $0.00 | $1,589.04 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **Totals:** | **$38,136.96** | **$0.00** | **$38,136.96** |

**SHOULD HAVE PAID**

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3626132 | 30888417 | 7/28/2015 | 6/27/2016 | 7/14/2016 | $17,479.44 | $898.20 | | $0.00 | $16,581.24 | $0.00 | $16,581.24 | $648.16 |
| 3626132 | 30898674 | 6/28/2016 | 7/27/2016 | 7/21/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47176998 | 7/28/2016 | 8/27/2016 | 8/22/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47200170 | 8/28/2016 | 9/27/2016 | 9/21/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47222685 | 9/28/2016 | 10/27/2016 | 10/21/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47245947 | 10/28/2016 | 11/27/2016 | 11/21/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47269119 | 11/28/2016 | 12/27/2016 | 12/21/2016 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47292468 | 12/28/2016 | 1/27/2017 | 1/23/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47315947 | 1/28/2017 | 2/27/2017 | 2/21/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47338910 | 2/28/2017 | 3/27/2017 | 3/21/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47363245 | 3/28/2017 | 4/27/2017 | 4/21/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47386135 | 4/28/2017 | 5/27/2017 | 5/22/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47410776 | 5/28/2017 | 6/27/2017 | 6/21/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |
| 3626132 | 47434983 | 6/28/2017 | 7/27/2017 | 7/21/2017 | $1,589.04 | $998.00 | | $0.00 | $591.04 | $0.00 | $591.04 | $748.08 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **$38,136.96** | **$13,872.20** | **$0.00** | **$0.00** | **$24,264.76** | **$0.00** | **$24,264.76** | **$10,373.20** |

* (-) indicates an underpayment

| | | | | |
|---|---|---|---|---|
| **Claim Number: 3626132** | | | | |
| **Overpayment Calculation** | | | | |
| Originally Paid | *7/28/2015* | *through* | *7/27/2017* | $38,136.96 |
| Less: Should have Paid | *7/28/2015* | *through* | *7/27/2017* | $24,264.76 |
| Overpayment Due | | | | $13,872.20 |
| Less: Recovery of Prior Overpayment | | | | $0.00 |
| Less: Attorney Fees | | | | $3,499.00 |
| Less: Excess Fee | | | | $0.00 |
| **Amount Due** | | | | **$10,373.20** |

Advocator Group
*When life changes.*™

**SSDI Award Summary**

**Company: The Advocator Group**

| | |
|---|---|
| Carrier: | Liberty Mutual |
| Date: | 08/18/2017 |
| Client Name: | Tatiana Bushee |
| Beneficiary: | Client |
| Date of Birth: | |
| Advocator Pursuing Dependent Award: | No |
| Advocator Assisting with Overpayment: | Yes |
| Initial Application Filed By | Advocator |
| Date of Initial Application | 08/09/2016 |
| Dependent Interview Date | N/A |

Payment History

| | | |
|---|---|---|
| 06/01/2016 to 11/30/2016 | $998.00 | Initial Benefit |
| 12/01/2016 | $1,001.00 | COLA |

| | |
|---|---|
| Claim #: | 3626132 |
| Referral Date: | 07/14/2016 |
| Date of Award: | 08/13/2017 |
| Onset Date: | 12/06/2015 |
| Entitlement Date: | 06/01/2016 |
| Past Due Benefits: | $13,996.00 |
| PDB Thru Date: | 07/31/2017 |
| Level of Award: | Reconsideration |
| Attny Fee to Credit: | $3,499.00 |
| Days from Referral to Award: | 395 |
| Award Notes: | Please credit $3,499.00 in attorney fees towards any overpayment calculation. Please forward any overpayment information at your earliest convenience. Thank you! |

Dependent Information

20170817 00026225 004 03

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date: August 13, 2017
Claim Number:

TATIANA BUSHEE

*0402RWCVV00009*NOTAFP.X3.PBMCSNOT.PC5.R170809.PAM 00000000 0026010635607605751601880129760

You are entitled to monthly disability benefits beginning June 2016.

## The Date You Became Disabled

We found that you became disabled under our rules on December 6, 2015.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is June 2016.

## What We Will Pay And When

- You will receive $10,497.00 around August 14, 2017.
- This is the money you are due for June 2016 through July 2017.
- Your next payment of $1,001.00, which is for August 2017, will be received on or about the second Wednesday of September 2017.
- After that you will receive $1,001.00 on or about the second Wednesday of each month.
- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.
- Later in this letter, we will show you how we figured these amounts.
- The day of the month you receive your payments depends on your date of birth.

See Next Page

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| June | 2016 | $998.20 | Entitlement began |
| December | 2016 | $1,001.10 | Cost-of-living adjustment |

**Other Disability Payments Affect Benefits**

Your present workers' compensation payments of $180.20 do not affect your Social Security benefits.

**Information About Representative's Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $13,996.00 for June 2016 through July 2017. Under the fee agreement, the representative cannot charge you more than $3,499.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

20170817 00026225 004 03



-0403RWCVV00009**KOTAFP.X1.PBMCSNOT.PC5.R170809.PAM 00000000 0026010635407605751601880129760

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $3,499.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3 percent of the fee amount we pay, but not more than $91, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind–How We Can Help (SSA Publication No. 05-10052).

Please let us know right away about any:

- Changes in your workers' compensation or public disability benefit payments
- Lump-sum award(s) you receive
- Other payments you receive that increase or decrease your workers' compensation or public disability benefit payments.

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

**Other Information**

We are sending a copy of this notice to SEAN P SULLIVAN.

**Do You Disagree With The Decision?**

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.

20170817 00026225 004 03



*0404RWCVV00009*NOTAFP.X3.PBMCSNOT.PC5.R170809.PAM 00000000 0026010635607605751601880129760

- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

**Things To Remember For The Future**

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-808-5481. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1170 HARVARD WAY
RENO NV 89502

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Nancy A. Berryhill
Acting Commissioner

# PAYMENT SUMMARY

**Your Payment Of $10,497.00**

Here is how we figured your first payment:

| | |
|---|---|
| Benefits due for June 2016 through July 2017 including any cost of living increase, less monthly rounding of benefits | $13,996.00 |
| Amount we subtracted because of | |
| • money to pay your representative | 3,499.00 |
| This equals the amount of your first payment | $10,497.00 |

**Your Regular Monthly Payment**

Here is how we figured your regular monthly payment effective August 2017:

| | |
|---|---|
| You are entitled to a monthly benefit of | $ 1,001.10 |
| Amount we subtracted because of | |
| • rounding (we must round down to a whole dollar) | .10 |
| This equals the amount of your regular monthly payment | $ 1,001.00 |

SOCIAL SECURITY NOTICE

LIBERTY MUTUAL CLAIM # 362513[illegible]

From: Social Security Administration

DATE: August 8, 2017

TATIANA BUSHEE

CLAIM NUMBER(S):

You must meet certain medical and nonmedical requirements to be entitled to disability benefits.

We have found that you meet the medical requirements for disability benefits. An explanation of our finding is below. Please read it carefully.

In addition to the medical evidence listed in our previous notice, the following was used to decide your claim:

| | |
|---|---|
| St. Marys Medical Group | Report Received 07/13/17 |
| Randi Grinfelle MD | Report Received 07/06/17 |
| Reno Orthopedic Clinic | Report Received 06/30/17 |
| VA Dept of Vet Affairs So NV | Report Received 01/06/17 |
| Dr. Michael Glick Orthopedic | Consultative Exam 07/15/17 |

The determination on your claim was made by an agency of the State. It was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination. Doctors and other people in the State agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security law and regulations.

You said you are disabled due to carpal tunnel syndrome.

You said that you became disabled as of 01/28/15. The medical evidence available to us shows that you became disabled under Social Security regulations as of 12/06/15.

The medical evidence shows you do have a severe condition that affects your ability to work. However, your condition did not meet all the requirements of Social Security regulations until you attained age fifty-five. Therefore, your disability is established as of 12/6/15, the day prior to your fifty-fifth birthday.

If you believe that the reconsideration determination is not correct, you may request a hearing before an administrative law judge of the Office of Hearings and Appeals. If you want a hearing, you must request it not later than 60 days from the date you receive this notice. You may make your request through any Social Security office. As part of the appeal process, you must also complete a, "Disability Report- Appeal" to tell us about your medical condition. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete the report online at http:/www.socialsecurity.gov/disability/hearing. Read the enclosed leaflet for a full explanation of your right to appeal.

We have not yet made a decision about whether you meet the nonmedical requirements, but we will make that decision soon. Then we will send you a second notice explaining our decision. After you receive this second notice you will have 60 days to appeal the determination we made about your claim for disability payments.

If you have any questions about your disability claim or wish to appeal our findings, please do not get in touch with the Social Security office until you have the second notice. The people at the Social Security office will be better able to answer your questions when they have the information from both notices.

After you have received your second notice, you can call or write any Social Security office to appeal our determination or to get answers to your questions. Most questions can be handled by telephone or mail. If you go to the Social Security office in person, please take both notices with you.

Suspect Social Security Fraud?
If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1--866-501-2101).

Social Security Administration

SSA 1157D

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

WE PROVIDED ADVOCATOR GROUP A SIGNED E.F.T. TO GET YOUR PORTION - THANK YOU

August 11, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you were awarded Social Security benefits.

To assist us with the proper administration of your claim, please:

- Provide me with a copy of your award letter.

As we have discussed, Safeway, Inc.'s disability Policy requires us to reduce your disability benefits by the amount of income received by you from other sources, including Social Security. Specifically, the Policy states:

> ***Other Income Benefits*** *means:*
>
> *1. The amount for which the Covered Person is eligible under:*
>
> *a. Workers' or Workmen's Compensation Laws;*
>
> *b. Occupational Disease Law;*
>
> *c. Title 46, United States Code Section 688 (The Jones Act);*
>
> *d. any work loss provision in mandatory "No-Fault" auto insurance;*
>
> *e. Railroad Retirement Act;*

Your award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing your benefit from Liberty Life Assurance Company of Boston to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Liberty Life Assurance Company of Boston. We strongly suggest you set aside your retroactive payment from Social Security to repay this obligation. Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you any questions regarding the financial reconciliation of your claim.

For your convenience, we have enclosed a postage paid envelope to assist you in returning the documents we have requested.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

August 11, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you were awarded Social Security benefits.

To assist us with the proper administration of your claim, please:

- Provide me with a copy of your award letter.

As we have discussed, Safeway, Inc.'s disability Policy requires us to reduce your disability benefits by the amount of income received by you from other sources, including Social Security. Specifically, the Policy states:

***Other Income Benefits*** *means:*

*1. The amount for which the Covered Person is eligible under:*

*a. Workers' or Workmen's Compensation Laws;*

*b. Occupational Disease Law;*

*c. Title 46, United States Code Section 688 (The Jones Act);*

*d. any work loss provision in mandatory "No-Fault" auto insurance;*

*e. Railroad Retirement Act;*

*f. any governmental compulsory benefit act or law; or*

*g. any other act or law of like intent.*

*2. The amount of any Disability benefits which the Covered Person is eligible to receive under:*

*a. any other group insurance plan of the Sponsor;*

*b. any governmental retirement system as a result of his employment with the Sponsor; or*

*c. any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.*

*3. The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:*

*a. the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and*

*b. the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.*

*4. The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*

*a. the Covered Person receives or is eligible to receive; and*

*b. his spouse, child or children receives or are eligible to receive because of his Disability; or*

*c. his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

*5. Any amount the Covered Person receives from any unemployment benefits.*

As you know, during the time it took the Social Security Administration to make its decision, Liberty Life Assurance Company of Boston paid you full disability benefits. In effect, we advanced you the money we expected Social Security would ultimately pay.

Your award notice indicates both the monthly Social Security disability benefit you will receive and your retroactive benefit award.

Accordingly,

- We will begin reducing your benefit from Liberty Life Assurance Company of Boston to offset your monthly Social Security benefits.
- You must repay any overpayment immediately, upon notification to you of the amount owed to Liberty Life Assurance Company of Boston. We strongly suggest you set aside your retroactive payment from Social Security to repay this obligation. Upon receipt of all documentation, a member of our Financial Review Services unit will provide you with a written calculation of any overpayment due. Please contact that representative should you any questions regarding the financial reconciliation of your claim.

For your convenience, we have enclosed a postage paid envelope to assist you in returning the documents we have requested.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

June 22, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The purpose of this letter is to acknowledge your intent to appeal the denial of your claim for Long Term Disability (LTD) benefits.

We understand that you are in the process of gathering information to submit with your formal request for review. Since no appeal has yet been submitted, the claim remains closed with no additional review completed. The claim will not be forwarded to Liberty Life Assurance Company of Boston's Appeal Review Unit at this time.

As set forth in the denial letter issued to you on June 13, 2017 you have a maximum of 180 days to submit a written request for review, which will expire on December 10, 2017. Please be aware that all information that you would like to have considered on appeal must be submitted with the written request no later than December 10, 2017.

Per your request for relevant claim documentation, we have enclosed the following information:

- A complete copy of our claim file

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

**Dear Liberty Mutual, I Tatiana Bushee would like to request my entire claim file, Policy and plan. My claim number is #** 3626132
**Please send to my address on file**

**Thank you**

Tatiana
6/17/2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

June 13, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits and have determined that benefits will not be payable beyond July 27, 2017. The Safeway Long Term Disability Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*

*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

> *a. if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*
>
> *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

You have been receiving Long Term Disability benefits for your disability since June 1, 2015. In order to evaluate whether or not you continue to meet the above definition of disability beyond 24 months, we requested medical information to review your supported restrictions and limitations. The following information was received:

- *Office Visit at Reno Orthopedic Clinic with James L Christensen dated 02/09/17*

- *Office Visit at Reno orthopedic Clinic with James L Christensen dated 01/27/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 02/26/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 03/26/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 04/22/15*
- *Office Visit at Reno Orthopaedic Clinic with Kimberly Hepworth dated 04/28/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 05/05/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 06/04/15*
- *Office Visit at Reno Orthopaedic Clinic with Bruce Gallio, PAC dated 06/10/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 06/18/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 07/21/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 08/20/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 09/29/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 11/03/15*
- *Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 04/22/15*
- *Office Visit at Nevada Pain & Spine Specialists with Steven Berman, M.D dated 08/05/15*
- *Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 08/24/15*
- *Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 08/31/15 X-Ray scans*
- *Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 09/14/15*
- *Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 09/28/15*
- *Office Visit at Nevada Pain & Spine Specialists with Steven Berman, M.D dated 11/04/15*

**Medical Review**

In order to determine your level of impairment regarding your physical diagnoses, we referred your file to Vincent Battista, M.D., M.D., board certified in orthopedic surgery, for an independent review of the medical records noted above. The result of the independent peer review dated April 20, 2017 is summarized as follows:

*Carpal tunnel syndrome in both hands is causing your stated impairment; however, no specific restrictions and/or limitations can be supported based on the medical evidence provided. The medical documentation supports decreased sensation but does not support limitations secondary to sensory disturbance. The last note by Dr. Christensen documents that there is no thenar atrophy. Sensory disturbance alone does not lead to medically necessary limitations or restrictions. You had a functional capacity examination which showed that you could perform sedentary duty*

*The reviewer contacted Dr. Christensen on 4/13/17 to discuss your claim. He stated that you never regained full sensory function even after the first surgery. You continue to worsen over the subsequent 2 years and he attempted on the left side to improve symptoms with the surgery performed. You did not get better especially in regards to the sensory disturbance. He reviewed the FCE which showed you could work at a sedentary level. He did not feel that further surgery would help. He stated that at one point he felt she might have RSD but this was not the case. You have reached maximal medical improvement and he stood by his assessment of diminished sensation.*

Due to the fact that your physician is supporting a sedentary limitation and the reviewer supports no limitations, it was necessary to conduct an additional review to provide a second opinion. The review was completed by another board certified orthopedic reviewing physician on April 27, 2017 and is summarized as follows:

*The supported impairing orthopedic diagnoses are bilateral recurrent carpal tunnel syndrome and median neuritis left > right and chronic hand and arm pain. Supported comorbid conditions include cervical spondylosis, chronic bilateral hand tenosynovitis, and chronic myofascial pain syndrome. Impairment as a result of these diagnoses results in difficulty with repetitive flexion and extension of the wrist, sustained awkward wrist positions, firm and sustained grasp/grip/pinch, dexterity and fine finger manipulation, and constant handling of objects. These impairments reasonably translate to restrictions at the present time including:*

*Exerting up to 10 pounds of force occasionally, and/or negligible force frequently with the right and/or left upper extremity.*
*Light grasp/grip/pinch, fingering, handling and manipulating objects, and keyboarding no more than 50% of the time.*
*Firm grasp/grip/pinch, and use of vibratory tools should be avoided.*

*Due to the chronicity of your symptoms and surgical findings of neural inflammation and scarring, these restrictions would be expected to continue indefinitely.*

**Vocational Overview**

Your file was then referred to a vocational consultant for review based on the current physical restrictions and limitations provided and referenced above. We requested a transferrable skills analysis to identify any vocational alternatives within the labor market consistent with your training, education, experience and physical capabilities. The vocational consultant report dated May 5, 2017 indicates you have the following transferrable skills:

*Clerical Skills:*
- *Take and input orders*
- *At least rudimentary computer and data entry skills – per the job description*
- *Keep accurate records*
- *Telephone skills*

*Communication Skills:*
- *Speak with customers and resolve problems*
- *Speak persuasively to influence sales*
- *Interact with coworkers and supervisors*

To clarify the extent of physical demand within the occupational alternatives found, as well as to clarify wages and qualifications, a transferrable skills analysis and wage data report were completed within the national labor markets. The vocational consultant noted the following alternative occupations were identified for which you were qualified for based on your training, education, experience and are within your identified restrictions:

*Occupation: Information Clerk – National Wage Data: $2,427 per month*
*Occupation: Security Guard – National Wage Data: $2,478 per month*

**Determination Summary**

While you may still be experiencing symptoms related to your diagnoses, we have determined based on the above reports that they are not to a severity that would restrict you from performing the material and substantial duties of the occupations noted above. Therefore, we have determined that you will no longer meet your Policy's definition of disability after 24 months, and we must close your claim. Benefits will be paid through July 27, 2017 and closed thereafter.

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties, with reasonable continuity, of any occupation. We are not required to ensure the availability of any such occupations, or that you return to active employment with your former employer in the same or different position.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

**ERISA Rights**

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-9947

The written request for review must be sent within 180 days of the date of this letter, and state the reasons why you feel your claim should not have been denied. In your request for review please include documentation not previously provided such as: office treatment notes, diagnostic test results, procedure reports, restrictions and limitations, physical therapy notes, and any other treating providers or facilities; as well as any additional information which we do not already have in our file which you feel will support your claim which we don't already have in your file. You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of this letter, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

MES SOLUTIONS SINCE 1978

# INVOICE

5/15/2017

Invoice #: 31817062631

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:

LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 3626132
Claimant Tatiana A. Bushee
Referral Date: 5/8/2017 15:47:00 Peer Review Specialty: Orthopedic Surgery

Jurisdiction: NV
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| **Description of Services** | **Amount Due** |
|---|---|
| Peer Review Services | 117.50 |
| **Total Due:** | $117.50 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

MES Peer Review Services

April 20, 2017

MES case 31817046306

Re: **Claimant Name: Tatiana Bushee**
**Claim Number: 3828132**
**DOB:**

Dear Dr. Christensen,

Thank you for speaking with me on 4/13/2017 in regards to your patient, Tatiana Bushee. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. Please make any corrections or changes in the margins if needed.

During our discussion you confirmed your findings and we reviewed her case at length. You stated that the claimant never regained full sensory function even after the first surgery. She continue to worsen over the subsequent 2 years and he attempted on the left side to improve symptoms with the surgery performed. The claimant did not get better especially in regards to the sensory disturbance. You reviewed the FCE with me which showed the claimant could work at a sedentary level. You did not feel that further surgery would help. You stated that at one point you felt she might have RSD but this was not the case. She has reached maximal medical improvement. I asked you about grip strength testing ~~and you replied that none were done.~~ I explained that it would be helpful to have these and he stated you did not routinely get objective strength/grip tests. I also asked about the diminished sensation and if you could quantify this for me. You could not as you stated that you do not routinely do any objective studies in clear cut carpal tunnel cases. The tests that I thought would be helpful would be a Semmes Weinstein monofilament test and two point discrimination. I also asked about notes by Dr. Berman which stated the claimant had normal sensation. You did not want to comment on these and said that you stood by your assessment of diminished sensation.

done in O.T. + enclose

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-9175. Please respond to this request by May 4, 2017.

Christensen 5-4-17

Signature and title Date

Sincerely,

V Battista

Vincent Battista, M.D.
Board Certified in Orthopaedic Surgery
Sub-Specialty Certificate in Surgery of the Hand

**Reno Orthopaedic Clinic**
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040

*May 3, 2017*
Page 1
ROCT Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: / AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**10/28/2015 - ROCT Office Visit Recheck: OT NOTE: MEASUREMENTS & GRIP STRENGTH TEST**
**Provider: Eric V Galvan OT**
**Location of Care: ROCT Medical Plaza Therapy**

## OT Treatment Note

**Subjective:**
"My arm hurts all the time"

**Left Wrist AROM**
**Flex:** 48
**Ext:** 40

**Grip Strength Test**
**R:** 35, 30, 30 = 31.66 lbs
**L:** 8, 9, 11 = 9.33 lbs

**Assessment:**
Pt. has made no significant progress decreasing nerve discomfort with functional use. However, She is able to decrease pain with LUE resting technique. L wrist AROM increased. She cont. to attempt to increase LUE use with daily activities. Reviewed Home Program.

**Plan:**
Pt. to cont. with home A/PROM, massage, anti-edema program, splinting program, ther-ex., and functional use.

**The patient was provided with the following:**

97140 Manual Ther,1 or more areas, each 15 minutes x1 [CPT-97140]
97110 Ther-Ex,1 or more areas, each 15 minutes x1 [CPT-97110

Pain assessment on a scale of 0 to 10 based on VRNS: 6

## OT Visit Instruction Treatment

**1st Diagnosis:** Carpal tunnel syndrome left upper limb (ICD-354.0) (ICD10-G56.02)
**Upper Extremity: Left**
**Modalities**

**Heat**
Moist Hot Packs Area: forearm Time: 10 Mins
Paraffin Area: hand Time: 10 Mins

**Ultrasound**
3 MHZ Pulsed 50%
Intensity .8 Location: wrist Time 8 Mins
Other forarm

**Massage**
Soft Tissue Massage

**Reno Orthopaedic Clinic**
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040



**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**ROM**
Active Passive
**Index** Flexion, Extension
**Middle** Flexion, Extension
**Ring** Flexion, Extension
**Small** Flexion, Extension
**Thumb** Flexion, Extension
**Wrist** Flexion, Extension, Radial Deviation, Supination, Pronation, Ulnar Deviation
**Elbow** Flexion, Extension

**Gross Motor Exercise**
BTE Tool # 122
Nerve Gliding Exercises
Med. Nerve

**Fine Motor Exercise**
Minnesota Exercise

Eric Galvan, OT/L

**Electronically signed by Eric V Galvan OT on 11/03/2015 at 9:11 AM**

**Reno Orthopaedic Clinic**
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040

May 3, 2017
Page 1
ROCT Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**05/13/2015 - ROCT Office Visit Recheck: OT INITIAL EVAL**
**Provider: Eric V Galvan OT**
**Location of Care: ROCT Medical Plaza Therapy**

## OT Hand

**Dominant Hand** Right
**Vocation** FLORIST
**Patient Name** TATIANA A BUSHEE
**Patient Age** 54 Years Old
**History** Pt. had L redo-CTR.
**Date Of Surgery** 04/22/2015
**Referring Physician** J. CHRISTENSEN
**Diagnosis** LEFT REDO- OPEN CARPAL TUNNEL RELEASE
**Chief Complaint** hand and wrist
**Patient Complains of** Stiffness, Pain, Inflammation, Numbness, Tingling, Weakness, Hypersensitivity, Decreased AROM, Decreased Fine Motor Dexterity

## Functional Ability

**Dressing** With Difficulty
**Tie Lace** With Difficulty
**Comb Hair** With Difficulty
**Write Name** With Difficulty
**Pick Up Small Objects** With Difficulty
**Cut Meat** With Difficulty
**Use Key In Lock** With Difficulty
**Open Jar** No

## Left Hand Exam

**Index**
**MP** 180/55
**PIP** 180/70
**DIP** 180/42

**Middle**
**MP** 170/48
**PIP** 180/75
**DIP** 180/42

**Ring**
**MP** 180/32
**PIP** 180/76
**DIP** 180/44

**Small**
**MP** 180/30
**PIP** 180/56
**DIP** 180/44

**Reno Orthopaedic Clinic**
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040

*May 3, 2017*
Page 2
ROCT Office Visit Recheck

**TATIANA A BUSHEE** Home
Female DOB: AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**Thumb**
**MP** 180/35
**IP** 180/42

**Left Wrist ROM**
**Flexion ROM:**25 **Extension ROM:**25
**Pronation ROM:**80 **Supination ROM:**65

**Left Grip Strength**
TBA

**Pinch**

**Left**
TBA
**Pain** 7/10
**Sensation** Numbness, Tingling, Hypersensation, Digits
**Edema** Moderate
**Frequency Of Visits Per Week** 2
**Number of Weeks** 4
**Functional Limitations** ADLs, Work, Recreation, Carrying, Lifting, Eating

**Treatment Plan**
Active Motion,Cold,Desensitization ,Edema Management,E-Stim,Heat,Home Exercise Program,Iontophoresis,Joint Mobilization,Modalities,Nerve Mobilization,Passive Motion,Patient Education,Scar Management,Soft Tissue Massage,Splinting,Strengthening,Tens,Therapeutic Exercise,Ultrasound,Whirl Pool,Wound Care
**Treatment Goals** Patient to complete home ex. program independently. Patient to increase L hand AROM: MCP to 180/90, PIP to 180/100 and DIP to 180/60, Wrist flex/ext to 65, decrease pain and increase strength in 6 weeks to restore optimal LUE function.

**OT Visit Instruction Treatment**

**1st Diagnosis:** CARPAL TUNNEL SYNDROME (ICD-354.0) (ICD10-G56.00)
**Upper Extremity: Left**
**Modalities**

**Heat**
Moist Hot Packs Area: wrist/hand Time: 10 Mins
**Ultrasound**
3 MHZ Pulsed 50%
Intensity .8 Location: finger Time 5 Mins

**Massage**
Soft Tissue Massage

**ROM**

**TATIANA A BUSHEE** Home:
Female DOB: AGE 68 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

Active **Index** Flexion, Extension
**Middle** Flexion, Extension
**Ring** Flexion, Extension
**Small** Flexion, Extension
**Thumb** Flexion, Extension
**Wrist** Flexion, Extension, Radial Deviation, Supination, Pronation, Ulnar Deviation

**Gross Motor Exercise**

Nerve Gliding Exercises
Med. Nerve

**Fine Motor Exercise**
Minnesota Exercise

Eric V. Galvan, OT/L

**Electronically signed by Eric V Galvan OT on 05/14/2018 at 11:54 AM**

Reno Orthopaedic Clinic
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040

May 3, 2017
Page 1
ROCT Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123786**

**08/06/2013 - ROCT Office Visit Recheck: OT NOTE: GRIP STRENGTH TEST**
**Provider: Eric V Galvan OT**
**Location of Care: ROCT Medical Plaza Therapy**

**OT Treatment Note**
**Subjective:**
Reports symptoms are decreasing.
Reports improved functional use of both hands.

**Strength/Grasp**
12
15
12
**Average** 13 lbs

**Strength/Grasp**

**Left Grip Strength**
30
25
22
**Average** 25.68 lbs

**Pinch Left**
**Assessment:**
Patient continues to progress with decreased BUE hands pain, increased strength and functional use.

**Plan:**
Continue current treatment.

**The patient was provided with the following:**

97035 Apply modality,1 or more areas,(manuel) ultrasound, ea 15 min [CPT-97035]
97140 Manual Ther,1 or more areas, each 15 minutes [CPT-97140]
97110 Ther-Ex,1 or more areas, each 15 minutes [CPT-97110]

**OT Visit Instruction Treatment**

**1st Diagnosis:** CARPAL TUNNEL SYNDROME (ICD-354.0)
**Upper Extremity: Both**
**Modalities**

**Cold**
Ice
**Heat**
Paraffin Area: hands
**Ultrasound**

**Reno Orthopaedic Clinic**
350 W 6TH ST FLOOR 2 Reno, NV 89503
(775) 786-3040

*May 3, 2017*
Page 2
ROCT Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE 56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

3 MHZ Pulsed 50%
Intensity .8 Location: palm, wrist Time 5 Mins

**Massage**
Scar Tissue Massage Soft Tissue Massage

**ROM**
Active Passive **Index** Flexion, Extension
**Middle** Flexion, Extension
**Ring** Flexion, Extension
**Small** Flexion, Extension
**Thumb** Flexion, Extension
**Wrist** Flexion, Extension

**Desensitization Program**
Soft

**Gross Motor Exercise**
Non-Resistive Pulley: 8 min time

Nerve Gliding Exercises
Med. Nerve

**Fine Motor Exercise**
Ocorinor exercise board
Nail Board Exercise

Eric J. Galvan, OT/L

**Electronically signed by Eric Galvan OT on 08/09/2013 at 8:45 AM**

**Liberty Life Assurance Company of Boston**

Michelle Reddinger, MA, CRC
Group Benefits Claims
P.O. Box 7202
London, KY 40742-7207
Phone: (800) 838-5290, Ext. 16660
Fax: (888) 323-9026
E-Mail: michelle.reddinger@LibertyMutual.com

# TRANSFERABLE SKILLS ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Tatiana Bushee
**Claim Number:** 3626132
**Disability Case Manager:** Paul Bainter
**Date of Report:** 5/4/2017

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Bushee is a 56-year-old Floral Department Manager employed by Safeway, Inc. who discontinued work on 1/29/2015 due to bilateral carpal tunnel syndrome and hand/wrist tenosynovitis.

I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration (GOE), etc.) and Internet job boards.

An occupational analysis was completed on 6/23/16.

### PHYSICAL CAPACITIES

I have been asked by the Disability Case Manager to base the Transferable Skills Analysis on the following:

! 4/27/2017 peer review report completed by Dr. Janet Whirlow, MD, Board Certified in Orthopedic Surgery

### EDUCATION

Ms. Bushee's education is documented on the Training, Education & Experience (TE&E) form that was obtained from her file. Ms. Bushee completed the 10th grade but completed a HS Diploma in

Russia. She noted attending 4 years of College for Petroleum Engineering. She denied having computer skills.

**WORK HISTORY**
Ms. Bushee's work history has consisted of:

- Floral Department Manager (1999 – 2016) for Safeway where she managed the floral department, 2-6 employees, cut and processed flowers, made arrangements, ordered flowers, cleaned and organized the department

## ASSESSMENT / ANALYSIS

**TRANSFERABLE SKILLS**
Through her work, education, training and/or life experience, the following are some of the skills demonstrated by Ms. Bushee:

Clerical Skills:
- Take and input orders
- At least rudimentary computer and data entry skills – per the job description
- Keep accurate records
- Telephone skills

Communication Skills:
- Speak with customers and resolve problems
- Speak persuasively to influence sales
- Interact with coworkers and supervisors

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**
The following occupations are consistent with Ms. Bushee's training, education, experience and are within the physical capacities for work outlined above. The occupations require an equal or lower level of skill than Ms. Bushee's prior work experience, education and/or skills acquired from other pursuits.

Wage information is based on information from the 2016 Bureau of Labor Statistics national wage data. Mean national wages are provided for the alternative occupations identified.

| Occupation | National Mean Monthly Wage |
|---|---|
| Information Clerk (e.g., visitor's center, mall, or airport) | $2427 |
| Security Guard (e.g., badge checker) | $2478 |

I have not met with Ms. Bushee for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Michelle Reddinger, MA, CRC
Vocational Case Manager
SDN: 873-26660
Group Benefits Claims
Liberty Life Assurance Company of Boston

# Memorandum

| Customer | Claimant Name (Last, First) | Claim number |
|---|---|---|
| Safeway, Inc. | Bushee, Tatiana A. | 3626132 |

**To: Paul Bainter, DCM**

**From:** Janet Whirlow, M.D.
**Date:** 4-27-2017

DOB:

LDW: 1-28-2015

DOD: 1-29-2015

Job Title/Occupation: Floral Manager

Diagnosis: Carpal tunnel syndrome G56.00

Type of Claim: LTD

**Questions per DCM:**
***A peer review was completed 4/20/17 and supported no restrictions but the attending physician maintains the claimant has sedentary capacity only. Please review the medical file and provide a report advising if you agree with the attending physicians sedentary restrictions or if you agree with the peer's assessment of no restrictions. If you agree with neither please provide your own assessment.***

**Case Summary and Analysis:**

The medical records in this case describe a 56 yo right-hand dominant female Floral Manager with long-standing bilateral carpal tunnel syndrome (CTS) and hand/wrist tenosynovitis. The earliest documents date to September 2012, and indicate that the claimant was placed on modified duty for tenosynovitis, and that EMG/NCS reported moderate CTS at that time. The study report was not provided.

The claimant reportedly underwent bilateral endoscopic (minimally invasive) carpal tunnel decompression surgeries May 2013 (left 5-16-13, right 5-30-13). She returned to her usual work duties later that year after undergoing a FCE. Her last reported OV with her treating surgeon after those surgeries was October 2013. Those records were not available for review.

She presented to her surgeon 1-27-15 with recurrent bilateral pain, numbness, tingling, paresthesias, and complaints of dropping things. Her physical exam was consistent with recurrent CTS (positive Tinel's and decreased sensation in the median nerve distribution). The AP commented that the previous FCE had indicated "light capacity with lifting maximum 27 lbs and more frequent lifting of a lighter amount". As noted by the AP, this did not meet the reported job demands per her Job Description. No comment was made regarding FCE findings as to hand function or grip/pinch strength. She was placed out of work and repeat EMG/NCS reportedly showed significantly prolonged conduction of both motor and sensory components of the median nerve, left greater than right. Again, the actual report was not provided. No other abnormalities were described.

The claimant underwent revision of the left carpal tunnel decompression through an "open" procedure 4-22-15, in which the tunnel is fully explored. An inflamed, scarred, and narrowed nerve was described, along with tendon sheath inflammation (tenosynovitis). The procedure involved "neurolysis" (freeing adhesions and scar around the nerve), wrapping the nerve in a protective collagen barrier (NeuroWrap) to allow gliding and prevent formation of adhesions, and tenosynovectomy (removing inflamed tissue around the tendons in the carpal tunnel). This is consistent with the standard of care (3, 4, 6, 7).

Post-operatively, the claimant continued to complain of pain, numbness, and dysfunction of the hand despite therapy, medication, and reduced activity. Pain reportedly radiated up the arm, and to and from the neck. Cervical spine xrays were described as showing degeneration, but further details were not provided. A referral to a spine specialist was made 6-18-15, but it is not clear if that consultation occurred.

Out of concern for possible complex regional pain syndrome (reflex sympathetic dystrophy), she was referred to a Pain Specialist for evaluation and sympathetic nerve blocks. These were performed 8-31-15 and 9-14-15, but did not provide relief. Anxiety was also described by this provider, for which a psychological consultation was ordered, and medication prescribed. The claimant described an adverse reaction to the medication (Cymbalta) and discontinued it. No other details were provided about possible psychosocial stressors or diagnoses, but may be relevant to impairment (5). Topical mentholated anesthetic patches (Terocin) and cream provided some relief, but the claimant continued to have pain and neurologic dysfunction. She was also diagnosed by the Pain Specialist with left medial and lateral epicondylitis, and received Trigger Point Injections 11-4-15. These diagnoses were not supported by physical exam details other than trigger point tenderness.

The Pain Specialist's physical exams reported normal strength and sensation, and negative CTS provocative signs. These findings were not consistent with the surgeon's OVNs which consistently

described positive Tinel's (tapping on the nerve reproduces tingling in the nerve distribution), and decreased sensation. "Fair" finger/thumb motion was reported, and no thenar muscle atrophy.

As noted in the Peer Review discussion with the AP dated 4-20-17, no details were provided regarding grip/pinch strength, or quantification of sensory deficit. The AP had opined in his 2-9-17 OVN that the claimant was not able to work due to bilateral median neuritis. During a telephone discussion with the Peer Reviewer, the AP concluded that "sedentary" R/L would be appropriate. The Peer Reviewer concluded that no R/Ls were supported due to a paucity of medical information.

This case included three Peer Reviews (6-5-16, 10-6-16, and 4-20-17). *The* ***10-6-16*** *review included conclusions based on OVNs that were erroneously included in this claimant's records, but belong to another individual. Therefore conclusions based on those additional diagnoses (right shoulder tendonitis, ulnar neuropathy at elbow of right upper extremity, reactive depression) were discounted.*

**My conclusions**, based on the available medical information, are these:
The supported impairing orthopedic diagnoses are bilateral recurrent carpal tunnel syndrome and median neuritis left > right, with chronic hand and arm pain.
Supported comorbid conditions include cervical spondylosis, chronic bilateral hand tenosynovitis, and chronic myofascial pain syndrome.

Impairment as a result of these diagnoses results in difficulty with: repetitive flexion and extension of the wrist; sustained awkward wrist positions; firm and sustained grasp/grip/pinch; dexterity and fine finger manipulation; and constant handling of objects.

These impairments reasonably translate to R/Ls at the present time including:
unrestricted sitting, standing, and walking;
unrestricted reaching at all levels;
unrestricted bending, turning the torso, stooping, crouching, squatting, kneeling, balancing, and stair-climbing;
exerting up to 10 pounds of force occasionally, and/or negligible force frequently with the right and/or left upper extremity;
light grasp/grip/pinch, fingering, handling and manipulating objects, and keyboarding no more than 50% of the time;
firm grasp/grip/pinch, and use of vibratory tools should be avoided.

Persistent CTS after surgical decompression has been reported in up to 25% of cases, usually due to recurrent scarring (3, 7). Due to the chronicity of this claimant's symptoms and surgical findings of neural inflammation and scarring, these R/Ls would be expected to continue indefinitely.

It is not clear from the available documents if there are other comorbid issues that may contribute to persistent CTS and neuritis, such as: hypothyroidism, diabetes, rheumatoid or other auto-immune disorder, or thoracic outlet syndrome; more proximal median nerve compression neuropathies

("Pronator Syndrome", Anterior Interosseous Nerve Syndrome); non-work related activities/exercise; or psychosocial factors.

Please note that the treating surgeon referred the claimant to OT to "evaluate her in terms of motion and strength" in September 2015. These assessments, as well as the FCE report, cervical xray report, and EMG/NCS studies would be helpful in order to provide more detailed conclusions. If additional records become available, I would be happy to provide an addendum.

**Medical Records Reviewed:**

Reno Orthopaedic Clinic, Dr. James L. Christensen, MD: 1-27-15 to 2-9-17
OR bilat endoscopic CTR May 2013
OR 4-22-15 revision LT CTR: open, neurolysis, NeuroWrap, tenosynovectomy FPL, FDS (nerve inflamed, scarred)

Nevada Pain & Spine Specialists, Dr. Steven E. Berman, MD: 8-5-15 to 11-4-15
Stellate ganglion blocks: 8-31-15, 9-4-15
TPI 11-4-15

Peer Review: MES 6-5-16: Dr. Robert E. Clemency, Jr., M.D (Ortho) (grip/grasp, key, handle, finger, fine/gross manipulate occasionally. May lift, carry, push, and pull with left upper extremity alone up to 10 lbs. occasionally. May lift, carry, push, and pull with bilateral upper extremities in use up to 30 lbs. occasionally. These limits should be in effect until 09/17/2016 and then re – assessed)

Peer Review: MLS: 10-6-16: Christopher Balint, D.O. (Ortho): *(incorporated notes belonging to a different claimant OV 3-11-16 Dr. Pohl: right shoulder tendonitis, ulnar neuropathy at elbow of right upper extremity, reactive depression)* permanent restrictions would be indicated and would include: may lift, push, pull 10 pounds frequently, up to 30 pounds occasionally, occasional reaching above shoulder , no restrictions on reaching at waist level or below waist level, no restrictions on sitting, standing or walking, no climbing of ladders, no restrictions on climbing of stairs, no crawling, no restrictions on squatting, kneeling, stooping or crouching, no firm gripping or grasping, greater than 10 pounds, limit gripping, grasping, fingering, keying and fine manipulation to 30 minutes per hour, maximum four hours per shift. May work 8 hour shifts, 40 hours per week

Peer Review: MES: 4-5-17: Dr. Vincent Battista, M.D. (Ortho): (He reviewed the FCE with me which showed the claimant could work at a sedentary level: There are no medically supported restrictions or limitations. The medical documentation supports decreased sensation but does not support limitations secondary to this sensory disturbance.)

**Other Records Reviewed:**

Claimant Questionnaire: 5-9-16, 4-6-17

Job description: Safeway: Floral Manager: Constantly lifts 1-10 lbs. Frequently lifts 11-20 lbs Occasionally lifts 21-35 lbs; Constant handling/grasping. Frequent fine finger manipulation. Seldom repetitive motion

Occupational Analysis: 6-23-16: medium

*-Electronically Signed-*

Janet Whirlow, M.D.
Consulting Physician
Board Certified Orthopedic Surgery

**References:**


1. Barcenilla, Annica, et al. "Carpal tunnel syndrome and its relationship to occupation: a meta-analysis." *Rheumatology* 51.2 (2012): 250-261.
2. De Kesel, R., Peter Donceel, and Luc De Smet. "Factors influencing return to work after surgical treatment for carpal tunnel syndrome." *Occupational Medicine* 58.3 (2008): 187-190.
3. Jones, Neil F., Hee Chang Ahn, and SuRak Eo. "Revision surgery for persistent and recurrent carpal tunnel syndrome and for failed carpal tunnel release." *Plastic and reconstructive surgery* 129.3 (2012): 683-692.
4. Mavrogenis, Andreas F., et al. "Median nerve collagen wrapping in revision surgery: Clinical outcome of 10 patients." *Acta Orthopaedica Belgica* 82.2 (2016).
5. Ring, David, et al. "Psychological factors associated with idiopathic arm pain." *J Bone Joint Surg Am* 87.2 (2005): 374-380.
6. Soltani, Ali M., et al. "Revision decompression and collagen nerve wrap for recurrent and persistent compression neuropathies of the upper extremity." *Annals of plastic surgery* 72.5 (2014): 572-578.
7. Zieske, Lawrence, et al. "Revision carpal tunnel surgery: a 10-year review of intraoperative findings and outcomes." *The Journal of hand surgery* 38.8 (2013): 1530-1539.

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 4/5/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Tatiana A Bushee | **Group/Policy/ Claim Number:** | 3626132 |
| **MES Case Number:** | 31817046306 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Paul Bainter |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Independent Evaluation from Liberty Mutual from Paul Bainter dated 04/05/17
- Authorization to Obtain and Release Information (Excluding Psychotherapy notes) from Liberty Mutual signed by patient dated 05/09/16
- Authorization to Obtain and Release Information from Liberty Mutual signed by patient dated 05/09/16
- Letter Regarding Disability Benefits from Liberty Mutual from Paul Bainter dated 03/29/17
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 02/09/17
- Letter Regarding Disability Benefits from Liberty Mutual from Paul Bainter dated 03/18/16
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 01/27/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 02/26/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 03/26/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 04/22/15
- Office Visit at Reno Orthopaedic Clinic with Kimberly Hepworth dated 04/28/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 05/05/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 06/04/15
- Office Visit at Reno Orthopaedic Clinic with Bruce Gallio, PAC dated 06/10/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 06/18/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 07/21/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 08/20/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 09/29/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 11/03/15
- Office Visit at Reno Orthopaedic Clinic with James L Christensen dated 04/22/15
- Letter Regarding Disability Benefits from Liberty Mutual from Paul Bainter dated 05/18/16
- Office Visit at Nevada Pain & Spine Specialists with Steven Berman, M.D dated 08/05/15
- Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 08/24/15
- Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 08/31/15
- X Ray scans
- Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 09/14/15
- Office Visit at 75NPSS FLUORO with Steven Berman, M.D dated 09/28/15
- Office Visit at Nevada Pain & Spine Specialists with Steven Berman, M.D dated 11/04/15

On 4/10/2107 12:45 PM I spoke to Dr. Christensen's AA. He is out until Thursday. He will call me on Thursday. 4/13/2017 8:00 PM Spoke to Dr. Christensen. He confirmed his findings and we reviewed her case at length. He stated that the claimant never regained full sensory function even after the first surgery. She continue to worsen over the subsequent 2 years and he attempted on the left side to improve symptoms with the surgery performed. The claimant did not get better

especially in regards to the sensory disturbance. He reviewed the FCE with me which showed the claimant could work at a sedentary level. He did not feel that further surgery would help. He stated that at one point he felt she might have RSD but this was not the case. She has reached maximal medical improvement. I asked Dr. Christensen about grip strength testing and he replied that none were done. I explained that it would be helpful to have these and he stated he did not routinely get objective strength/grip tests. I also asked about the diminished sensation and if he could quantify this for me. He could not as he stated that he does not routinely do any objective studies in clear cut carpal tunnel cases. The tests that I thought would be helpful would be a Semmes Weinstein monofilament test and two point discrimination. I also asked about notes by Dr. Berman which stated the claimant had normal sensation. He did not want to comment on these and said that he stood by his assessment of diminished sensation.

**SUMMARY OF RECORDS:**

Tatiana Bushee is a 56-year-old female who underwent bilateral carpal tunnel releases in 2013. She returned to work after these injections. Approximately 2 years after her original surgery she had recurrent carpal tunnel symptoms. Repeat nerve studies showed recurrent carpal tunnel. She underwent left open carpal tunnel release with neurolysis and tenosynovectomy. She never recovered subjective sensation. She had increased pain in the left upper extremity and underwent stellate ganglion blocks for presumed complex regional pain syndrome. She did not improve from the blocks or complex regional pain syndrome directed therapy. It was deemed that no further evaluation was needed and no further treatment was warranted or available.

PMH
Neuralgia, Golfer's elbow.

PSH
CTR bilaterally.
Repeat left carpal tunnel release.

ALL
NKDA

SH
Nonsmoker
Nondrinker.

9/14/2015 Dr. Berman Second stellate ganglion block. No complications.

8/24/2015 Dr. Berman First stellate ganglion block. No complications.

4/22/2015. Recurrent carpal tunnel surgery. Performed by Dr. Christensen. Repeat carpal tunnel release with neurolysis of median nerve, near wrap, anterior synovectomy. No complications.

3/31/2017 OVN Dr. Christensen. The claimant continues to have pain and paresthesias as well as burning and tingling in her hands during the day and at night. She has very limited use of both hands. Pain scale noted at 2. Exam: Decreased sensation in the median nerve distribution bilaterally. Positive Tinel's over the median nerve at the wrist bilaterally. Pain radiating up the forearms. No thenar atrophy. “Fair” flexion and extension, thumb and fingers without triggering. Her ulnar nerve function is normal. Assessment: Chronic bilateral median nerve neuritis. Plan: No additional treatment is necessary or available at this time.

11/4/2015 OVN Dr. Berman Continued complaints of burning stabbing pain in the left arm. The claimant complains about increased stress level. Exam: Documented is normal to sensory and motor exam. C/O trigger point pain. Assessment: Multiple trigger point pain. Plan: Injected multiple sites.

10/3/2015 OVN Dr. Christensen Continued symptoms as before the last surgery. The claimant does not feel she is any better. Exam: No exam documented. Assessment: Stable without possibility of improvement. Plan: Functional capacity evaluation recommended. No work until FCE is done.

9/29/2015 OVN Dr. Christensen. She has had 2 sympathetic blocks without change in her symptoms. She has not been working. Exam: No exam documented Plan: short term therapy per recommendations by Dr. Berman.

9/28/2015 OVN Dr. Berman. The claimant complains of similar symptoms. She has seen no improvement with her blocks. Exam: Neurological exam both sensory and motor again is noted to be normal. Assessment: Complex regional pain syndrome. Plan: Continue Motrin. Changed imipramine. Follow-up in one month. Recommendation for therapy.

8/20/2015 OVN seen by Dr. Christiansen for follow-up. No exam documented planned for evaluation in 1 month.

8/5/2015 OVN Dr. Berman. First visit for pain management. Exam: Sensory exam shows no abnormalities. Motor exam shows normal strength throughout the upper extremity. Multiple trigger points are seen. Assessment: Complex regional pain left upper extremity. Plan: Stellate ganglion blocks planned. She was started on Cymbalta. She is also started on tizanidine for her trigger point pain.

7/21/2015 OVN Dr. Christensen The claimant returns for recheck. She complains of pain, swelling and paresthesias. She does not think her sensation is any better than it was. She has pain that radiates from her neck to her hand. Exam: No exam documented. Assessment: postop without significant improvement. Plan: Referral to neck physician. Now limited to sedentary duties. She will see the pain management doctors as well.

6/18/2015 OVN Christensen. Degenerative changes in her neck are seen after her visit from 8 days ago. She is doing therapy and has gone back to light duty. The steroids really did not help much. Exam: Diffuse swelling with shininess to the skin. No temperature change appreciated. Assessment: Possible early sympathetic dystrophy. Progressing slowly. Plan: Referral to pain management and to cervical spine physician. Return in 1 month.

6/10/2015 OVN Dr. Bruce Galio. Visit for increased pain and swelling. Exam: No exam documented Assessment: Increased pain. Possible cervical pain. Cervical x-ray ordered. Plan: Prednisone dose given.

6/4/2015 OVN Dr. Christensen. 6 weeks postop. No complaints noted. Exam: Her incision is still tender. She is getting motion back. She does not have much strength yet. Assessment: Postop carpal tunnel release. Plan: Continue therapy for range of motion and strengthening. Return to light duty. Plan for return to full duty in 1 month.

5/5/2015 OVN Dr. Christensen. Two-week follow-up. Exam: Wound is benign. Sutures out. "She is getting her sensation back." Assessment: Postop surgery. Plan: will have her go to therapy for motion and increase her activities. Return in 1 month. Hopefully she can return to work after that.

4/28/2015 OVN Dr. Christensen. 6 days postop from left open carpal tunnel. She denies significant postoperative pain. She reports that she still gets numbness in her fingers and kind of radiating all the way up to her shoulder. She has some numbness and pain. Exam: Surgical wound appears benign. Good range of motion of the fingers. Assessment: Postop surgery. Plan: Doing well. Wounds were redressed and she was placed into a brace. Standard postoperative recommendations.

3/26/2015 OVN Dr. Christensen. The claimant returns after EMG and nerve conduction studies. Exam: No exam documented. Nerve studies were reviewed which showed significantly prolonged conduction at the wrist bilaterally. There is no chronic denervation changes. Motor and sensory are both involved. Assessment: Recurrent carpal tunnel syndrome. Plan: Carpal tunnel release bilaterally. Left will be done first. These will be done open.

2/26/2015 OVN Dr. Christensen. The claimant returns without studies or evaluation. Nerve studies were reordered.

1/27/2015 OVN Dr. Christensen. The claimant with recurrent carpal tunnel symptoms approximately 2 years after endoscopic carpal tunnel release. She has recurrent pain, paresthesias, numbness and tingling. The thumb in 2-1/2 fingers have diminished sensation. Exam: No thenar atrophy. Positive Tinel's bilaterally. Assessment: Recurrent carpal tunnel syndrome. Plan: Repeat nerve studies.

**REVIEW QUESTION (S):**

**1. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and co-morbid conditions which are causing impairment.**

Carpal tunnel syndrome in both hands is causing the claimant's stated impairment, however no specific restrictions and/or limitations can be supported based on the medical evidence provided to me.

Carpal tunnel causes impairment in that a patient is unable to appropriately sense objects in the hands. The level of sensory disturbance will determine the fatigue that one has. This is difficult to determine in this case based on the totality of medical evidence provided to me.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

There are no medically supported restrictions or limitations.

The medical documentation supports decreased sensation but does not support limitations secondary to this sensory disturbance. The last note by Dr. Christensen documents that there is no thenar atrophy. Sensory disturbance alone does not lead to medically necessary limitations or restrictions. The claimant had an FCE which showed that she could perform sedentary duty - I did not have the FCE and this information was relayed to me by Dr. Christensen. I am not sure the reasoning behind the level of work restriction.

The claimant's impairment supported in the medical record is diminished sensation in the radial 3 digits of both hands - this impairment does not in and of itself translate in restrictions or limitations as these complaints would not affect any activities within a workplace setting.

**3. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

The claimant's impairment supported in the medical record is diminished sensation in the radial 3 digits of both hands. This impairment does not in and of itself translate in restrictions or limitations.

There is no medical objective evidence that the claimant is unable to perform unrestricted sustained full-time work. She has "diminished" sensation but no weakness is documented. She has subjective complaints of pain in the forearms but again this should not be physically limiting. There is no evidence that the claimant is unable to actively engage in normal work activity based on the medical evidence provided.

**4. Does the medical documentation support sustained full-time capacity within the R&L's identified?**

The medical documentation does support sustained full time capacity with the R & L's.

**5. What is the claimant's prognosis? Has the claimant reached maximum medical improvement? If not, when would this be expected?**

The claimant has reached maximal medical improvement per the treating physician. This is based on her lack of improvement with the second surgery on the left hand. He stated that he did everything he could to promote improved function and the claimant did not have any improvement. Based on the medical record and discussion with Dr. Christensen the prognosis for the claimant is fair. She has diminished sensation in the median nerve distribution and pain. She has failed two surgeries for her carpal tunnel and has persistent neuritis (with no clear etiology). Other causes have been evaluated without a definitive cause. While the nerve can improve over a year period the claimant has had more than a year since the last surgery and is no better. It is unlikely she will improve. It is unclear whether her symptoms of numbness and tingling will worsen.

**6. The claimant is currently out of work. Please place a call to the attending physician to gain consensus on duration.**

Dr. Christensen believed that the claimant could work at a sedentary level. While Dr. Christensen is basing his assessment of the claimant's FCE there is no medical evidence to suggest that she is unable to work. He did agree that she should be able to return to work. Again there is no objective medical evidence that the claimant has any work restrictions and should currently be off of work. Dr Christensen did agree that he felt she could return to work and there was no reason medically that she could not return to work.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health*

*plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

V Battista MD

Vincent Battista, M.D.
Board Certified in Orthopaedic Surgery
Sub Specialty Certificate in Surgery of the Hand
PA License #MD441245
04/20/2017

April 20, 2017

MES case 31817046306

**Re: Claimant Name: Tatiana Bushee**
**Claim Number: 3626132**
**DOB:**

Dear Dr. Christensen,

Thank you for speaking with me on 4/13/2017 in regards to your patient, Tatiana Bushee. As we discussed, I am an Independent Peer Reviewer who contacted you on behalf of Liberty Mutual. Please review the following synopsis of our conversation. In order to ensure that I have not misconstrued any part of our conversation, I am asking that you check the content of this letter for accuracy. Please make any corrections or changes in the margins if needed.

During our discussion you confirmed your findings and we reviewed her case at length. You stated that the claimant never regained full sensory function even after the first surgery. She continue to worsen over the subsequent 2 years and he attempted on the left side to improve symptoms with the surgery performed. The claimant did not get better especially in regards to the sensory disturbance. You reviewed the FCE with me which showed the claimant could work at a sedentary level. You did not feel that further surgery would help. You stated that at one point you felt she might have RSD but this was not the case. She has reached maximal medical improvement. I asked you about grip strength testing and you replied that none were done. I explained that it would be helpful to have these and he stated you did not routinely get objective strength/grip tests. I also asked about the diminished sensation and if you could quantify this for me. You could not as you stated that you do not routinely do any objective studies in clear cut carpal tunnel cases. The tests that I thought would be helpful would be a Semmes Weinstein monofilament test and two point discrimination. I also asked about notes by Dr. Berman which stated the claimant had normal sensation. You did not want to comment on these and said that you stood by your assessment of diminished sensation.

If you agree with the above representation of our telephone conversation, please sign this letter and fax to me at 866-605-5175. Please respond to this request by May 4, 2017.

______________________ __________________________

Signature and title Date

Sincerely,

Vincent Battista, M.D.
Board Certified in Orthopaedic Surgery
Sub Specialty Certificate in Surgery of the Hand

MES SOLUTIONS SINCE 1978

# INVOICE

4/20/2017
Invoice #: 31817046306

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 3626132
Claimant Tatiana A. Bushee
Referral Date: 4/5/2017 14:16:00 Peer Review Specialty: Orthopedic Surgery

Jurisdiction: NV
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| **Description of Services** | **Amount Due** |
|---|---|
| Peer Review Services | 705.00 |
| **Total Due:** | $705.00 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

5H101170010

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2016 to 03/31/2017. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: James Christensen
Specialty: Orthopedic Surgen
Address: 555 North Arlington ave, Reno NV 89503
Telephone No.: (775) 786-3040 Fax No.: (775) 786-1358

Name: Eric D Rummer
Specialty: Cardiology
Address: 645 N Arlington Ave Ste 440 Reno NV 89503
Telephone No.: 775-770-7622 Fax No.: ( )

Name: Randy Grinsell
Specialty: primary phisition
Address: 595 Bell St Reno NV 89503
Telephone No.: (775) 770-7348 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Safeway
Specialty: Blue Cross of Idaho
Address: Blue Cross P.O. Box 7408 Boise, Idaho 89707
Telephone No.: (855) 854-1412 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Safeway
Specialty: RX
Address: 2858 Vista Blvd Sparks, NV 89436
Telephone No. (775) 352-8470 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Tatiana **DATE:** 4/6/2017

5H101170010

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return to:** Paul Bainter

**EMPLOYEE/CLAIMANT NAME:** Tatiana Bushee **CLAIM #:** 3626132

**EMPLOYER:** Safeway, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int) Bushee Tatiana A | Social Security # | Email Address |
| Street Address | City | |
| Telephone Number (include area code) | Cell Phone Number (include area code) Same | Marital Status married |
| Spouse's Full Name and Date of B John Bushee | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death)
Name John Bushee Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney s contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Tatiana Bushee

**DATE:** 4/6/2017 **EMPLOYEE'S SIGNATURE:** [signature]

5H1011700010

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039



**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132 DATE OF BIRTH:
EMPLOYER/SPONSOR: Safeway, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 1-2 hourer stand 30min-1hour walk 1-2 hourer

How many hours a day do you:
sit 6-7 h stand 3-4 h walk 2-3 h

Do you take a nap during the day?
(Yes) No
If Yes, for how long? 30-40min At what time of the day? 2.00-3.00 pm

How many hours a day do you spend in bed? 8-9

Do you require any assistive devices such as a:
cane ____ walker ____ crutches ____ wheelchair ____ other hands Braces Both hands

How long are you able to sit in a car? 1-2 h

Do you hold a valid driver's license?
(Yes) No
If No, please explain:
If Yes, how long are you able to drive a car? 20-25 min, changing hands every 3-5 min
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
visits, phone (speaker), Skype

Do you have children?
(Yes) No ____ If Yes, what are their dates of birth

Do you need help caring for your children?
Yes ____ (No)

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ____ (No) If Yes, please explain

How many times a day do you leave the house during the week? 3-4
On the weekends? 1-2

How often do you run errands? 3-4

Please describe what errands you most commonly run: shopping with my husband, small house work

SHT011170010

Liberty Mutual.
INSURANCE

ACTIVITIES QUESTIONNAIRE
page 2 of 3

How often do you get outdoors? everyday

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer?
____ None ____ 0-1 hours ____ (1-2 hours) ____ 2-3 hours ____ 3+ hours
→ a min a time

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ (2-3 hours) ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ (Read news/articles X Use search engines ____ Send emails
____ Visit chat rooms ____ Photos Other: read Books

What computer software applications do you utilize. Please check all that apply:
____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: personal

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | husband & me | Y |
| Carrying groceries into the house | husband | Y |
| Cooking meals | husband & me | Y |
| Cleaning after meals | " — " | |
| Cleaning bathrooms | " — " | |
| Vacuuming | husband | |
| Doing the laundry | husband & me | |
| Opening and responding to mail | myself | |
| Managing your finances | husband | |
| Balancing your checkbook | " — " | |
| Bathing yourself | my self | |
| Styling your own hair | " — " | |
| Getting dressed | " — " | |
| Going up and down stairs | " — " | |

Have you been confined to a hospital within the last 12 months? Yes ____ (No) ____

If Yes, please provide reason and hospital contact Information: ____

5H101170010

Liberty Mutual. INSURANCE

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? not for 2 yeares

Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ____ (No) ____

If Yes, please describe

Do you participate in an exercise program? Yes ____ (No) ____

If Yes, please describe

Do you do any Volunteer work? Yes ____ (No) ____

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ (No) ____

If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**

numbness, Tingleing in both my hands. Pain from hands to sholders & neck Repetative motions make my condition worst. every 20-30 min I have to change position or stop what I am doing and sit and relax.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up 8:30-9 am, dressed, have breakfast, watch TV news, movies, health programs, lunch. run errands if needed, check e-mails, cook & eat dinner, walk dog with my husband, watch TV & read books, 10pm go sleep.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

(775) 846-6353

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

(775) 815-4668 John Bushee (husband)

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Lotvaue Bushee Date: 4/6/2017

Signature: Lotvaue

5H101170010

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 10 grades (Russia) Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: none Certificate Program completed: none

Associates Degree: oil college College: number of years: 4 years

Bachelor's Degree: BA /BS Major: petroleum ingeneer Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:

Professional Training, License, Certificates(s): none

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: none

Additional Skills, Hobbies & Volunteer Work none

Did you serve in the Armed Forces? ☐ Y ☒ N From: To:

Branch of Service: Specialty:

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Safeway Department: floral From: 1999 To: 2016
   Job Title(s): floral department manager
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): manage floral dep. 2-6 emp., cut process flowers, make arr, order, flowers, clean, organize department

2. Company: Department: From: To:
   Job Title(s):
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific):

A Liberty Mutual Company

5H101170010

3. Company: ________ Department: ________ From: ______ To: ______
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

4. Company: ________ Department: ________ From: ______ To: ______
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

5. Company: ________ Department: ________ From: ______ To: ______
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

**Computer Utilization:**

Computer Training/Courses, Certifications: none

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________

SIGNATURE: ________ PHONE NO.: ________

5H101170010

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

March 23, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 23, 2017, we requested medical records from RENO ORTHOPEDIC CLINIC . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2016 through the present from all providers

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on July 28, 2015, the change in definition will occur on July 28, 2017. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by April 21, 2017:

X Activities Questionnaire Form

X Authorization

5H101170010

- X Claimant Information Form
- X Claimant Supplementary Statement
- X Authorization - Medical
- X Training Education Experience
- __ Other

Safeway, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 21, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by May 21, 2017, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 21, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent toyour disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: Activities Questionnaire Form
Authorization
Claimant Information Form
Claimant Supplementary Statement
Authorization - Medical
Training Education Experience

5H101170010

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

*000088*

MS. TATIANA BUSHEE

4004000100110000010000880983103

5H101170010

F

US POSTAGE AN_ FEES PAID
FIRST-CLASS
Apr 08 2017
Mailed from ZIP 8943
4oz First-Class Pkg Cvc
Commerc.alBasePrice

endicia.com

071800859821

USPS FIRST-CLASS PKG

JOHN BUSHEE

SHIP TO:
GROUP MARKET DISABILITY CLAIMS
LIBERTY LIFE ASSUR CO. BOSTON
PO BOX 7209
LONDON KY 40742-71

USPS TRACKING #

9400 110 082 9362 6533 19

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

5H1011700009

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Tatiana Bushee

Name of Claimant/Personal Representative (Signature) Yetiane

Description (Title) of Personal Representative ______

Date of Birth: ______ Claim Number: 3626132 Date: 4/6/2017

**A copy of this authorization will be considered as valid as the original**

5H101170009

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) Tatiana Bushee

Name of Claimant/Personal Representative (Signature) Tatiane

Description (Title) of Personal Representative ____________

Date of Birth: ____________ Claim Number: 3626132 Date: 4/6/2017

**A copy of this authorization will be considered as valid as the original.**

reno orthopaedic clinic roc

555 N. ARLINGTON AVENUE
RENO, NV 89503
775.786.3040 800.748.6861
FAX 775.786.1358
WWW.RENOORTHO.COM

# FAX

| | | | |
|---|---|---|---|
| **To:** | Paul Bainter | **From:** | Felicia J. |
| **Company/ Dept.** | Liberty Mutual | **Dept.** | Medical Records |
| **Phone:** | | **Date:** | 03/31/2017 |
| **Fax:** | 603-334-8039 | **RE:** | Bushee, Tatiana<br>Dob<br>Claim# 3626132 |

Comments:

**# of Pages:______.**

**CONFIDENTIALITY NOTICE:** This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential of legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately at 1-775-786-3040 and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system. **Thank you.**

From:Reno Orthopaedic Clinic 03/31/2017 10:06 #777 P.002/007

LMG 3/29/2017 5:46:18 PM PAGE 1/005 Fax Server

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | March 29, 2017 RECEIVED |
| To: | RENO ORTHOPEDIC CLINIC 29 2017<br>555 N. ARLINGTON AVE<br>RENO NV 89503 COPY REQUESTS |
| Attn: | Medical Records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

March 29, 2017

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present

We ask that you provide this information by April 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

[signature]
Claimant Signature

Date of Birth

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

[signature]
Claimant Signature

Date of Birth

5/9/2016
Date

3626132
Claim Number

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*March 31, 2017*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Home:
Female DOB: AGE:56 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**02/09/2017 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today with her husband. She has had bilateral endoscopic carpal tunnel releases. Did not get any return of sensation. A lot of scarring, increased pain. We took her back for a redo, left open carpal tunnel release with a neurolysis and tenosynovectomy. She never got any improvement after that. In fact, she thinks the left hand is now worse than the right. She previously worked as a florist doing highly repetitious activities. She was never able to effectively go back to work. She continues to have pain, paresthesia, burning and tingling in her hands during the day and at night. She has very limited use of both hands.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

### Allergies
Patient indicates no known allergies.

### Medications
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

## Physical Examination
She has decreased sensation in the median nerve distribution bilaterally. She has a very positive Tinel sign over the median nerve at the wrist bilaterally. She has pain radiating up into her forearms. There is no thenar atrophy. She has fair flexion and extension, thumb and fingers without triggering. Her ulnar nerve function is normal.

### Impression
Chronic bilateral median nerve neuritis.

### Plan
She is in chronic constant pain. She has been under pain management with Dr. Berman. She did not get any relief from that in the past from my point of view. She is not able to work. She is stable and no additional treatment is necessary or available at this time.

James L Christensen

Finalized and approved by

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | March 29, 2017 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Medical Records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

March 29, 2017

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present

We ask that you provide this information by April 5, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

[signature]
Claimant Signature

Date of Birth

5/9/2016
Date

3626132
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | March 23, 2017 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Medical Records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

March 23, 2017

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the present

We ask that you provide this information by March 30, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

[signature]
Claimant Signature

Date of Birth

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

[signature]
Claimant Signature

Date of Birth

5/9/2016
Date

3626132
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

March 23, 2017

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On March 23, 2017, we requested medical records from RENO ORTHOPEDIC CLINIC . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2016 through the present from all providers

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on July 28, 2015, the change in definition will occur on July 28, 2017. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by April 21, 2017:

X Activities Questionnaire Form
X Authorization

X Claimant Information Form
X Claimant Supplementary Statement
X Authorization - Medical
X Training Education Experience
__ Other

Safeway, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by April 21, 2017, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by May 21, 2017, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than May 21, 2017 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: Activities Questionnaire Form
Authorization
Claimant Information Form
Claimant Supplementary Statement
Authorization - Medical
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039



**Return To:** Paul Bainter ______________________________

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee ______________________________

CLAIM NO: 3626132 ______________ DATE OF BIRTH: ______________

EMPLOYER/SPONSOR: Safeway, Inc. ______________________________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______________ stand ______________ walk ______________

How many hours a day do you:

sit ______________ stand ______________ walk ______________

Do you take a nap during the day?

Yes______________ No ______________

If Yes, for how long? ______________ At what time of the day?______________

How many hours a day do you spend in bed?______________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car?______________

Do you hold a valid driver's license?

Yes______________ No ______________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car?______________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ______________________________

______________________________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ______________________________

How many times a day do you leave the house during the week? ______________

On the weekends? ______________

How often do you run errands? ______________________________

Please describe what errands you most commonly run: ______________________________

______________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ______________________________

Name of Claimant/Personal Representative (Signature) ______________________________

Description (Title) of Personal Representative ______________________________

Date of Birth: ______________ Claim Number: 3626132 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2016 to 03/31/2017. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return to:** Paul Bainter

**EMPLOYEE/CLAIMANT NAME:** Tatiana Bushee **CLAIM #:** 3626132
**EMPLOYER:** Safeway, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | $ ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________________

**DATE:** __________________ **EMPLOYEE'S SIGNATURE:** ______________________________

DP 409

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________

______________________________________________

4. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________

______________________________________________

5. Company: ____________________ Department: ____________________ From: ________ To: ______
Job Title(s): ______________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________________________

______________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ____________________ **PHONE NO: (   )** ____________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) ______________________

Name of Claimant/Personal Representative (Signature) ______________________

Description (Title) of Personal Representative ______________________

Date of Birth: ____________ Claim Number: 3626132 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:** 11/1/2016

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:**

**RE:** Tatiana Bushee (3626132)

**DIRECT FAX NUMBER:** 877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

101 Edgewater Drive, Suite 260 Wakefield, MA 01880 T. 877.261.1947 F. 877.899.1329 advocator.com

Advocator Group
*When life changes.*℠

November 1, 2016

Paul Bainter
LTD Claims Examiner
Liberty Mutual
2510 W. Dunlap Avenue, Suite 300
Phoenix, AZ 85021

**RE: Tatiana Bushee**
**LTD: 3626132**

Dear Paul Bainter:

Please be advised that we filed Ms. Bushee's *Reconsideration application* with the Social Security Administration (SSA) today. The Initial claim was recently denied on 10/11/2016.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

20161018 00021483 041 05

SOCIAL SECURITY ADMINISTRATION
RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE
Notice of Disapproved Claim

DATE: 10/11/16

CLAIM NUMBER:

TATIANA BUSHEE

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

THE DECISION ON THIS CASE

The following medical evidence was used to document your claim:

| | |
|---|---|
| Randi Grinfelle MD | Report Received 09/14/16 |
| Berman Pitman and Wesley Ltd | Report Received 09/12/16 |
| Reno Orthopedic Clinic | Report Received 09/08/16 |

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you were disabled due to carpal tunnel, both wrists.

Your condition results in some limitations in your ability to perform work related activities. While you are not capable of performing work you have done in the past, you are able to perform work that is less demanding. We have determined that your condition is not severe enough to keep you from working. Weconsidered the medical and other information and work experience in determining how your condition affects your ability to work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

THE DISABILITY RULES

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

20161018 00021483 041 05

* keep you from doing any kind of substantial work (described below), and

* last, or be expected to last for at least 12 months in a row, or result in death.

OTHER BENEFITS

Based on the application you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

* you might lose some benefits, or not qualify for any benefits, and

* we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

BARCODE2D

ABOUT THE DECISION

Doctors and other trained staff looked at this case and made this decision. They work for the State but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work you are paid to do.

Work can be substantial even if it is part-time. To decide if your work is substantial, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Usually, we find that your work is substantial if your gross earnings average over $810.00 per month after we deduct allowable amount. This monthly amount is higher for Social Security disability benefits due to blindness.

Your work may be different than before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial under our rules.

If you are self-employed, we consider the kind and value of your work, including your part in the manangement of the business, as well as your income, to decide if your work is substantial.

IF YOU DISAGREE WITH THE DECISION

If you disagree with the decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for an appeal.

* You have to ask for an appeal in writing. We will ask you to complete a form SSA-561-U2, called "Request for Reconsideration." You may contact contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.

* In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since you filed your claim. You may contact one of our offices or call 1-800-772-1213 to request this form Or, you may complete this report online at after you complete the online Request for Reconsideration.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on your Social Security Claim." It contains more information about the appeal.

HOW THE APPEAL WORKS

You have the right to review the facts in your case. You can give us more

facts to add to your file. Then we will decide your case again. You will not meet the person who will decide your case.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free 1-800-772-1213, or call your local Social Security office at:

(775) 784-5221

We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

1170 Harvard Way
Reno NV 89502

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Suspect Social Security Fraud?
If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1--866-501-2101).

Social Security Administration

Enclosure:
SSA Publication No. 05-10058
SSA 443A

MLS Group of Companies, Inc.

MLS Peer Review Services

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-ime.com

October 6, 2016

Re: Tatiana A. Bushee
Claim Number: 3626132

INDEPENDENT PEER REVIEW

To Whom It May Concern:

LIST OF MEDICAL DOCUMENTATION

All medical records submitted have been reviewed.

| | | |
|---|---|---|
| Progress notes | Mission Valley Medical Clinic | 02/19/15-03/11/15 |
| Progress notes | Nevada Pain & Spine Specialists | 08/05/15-11/04/15 |
| Progress notes | Reno Orthopaedic Clinic | 01/27/15-06/30/16 |
| Misc | | 02/19/15-09/23/16 |
| ROI | | 05/09/16 |

SUMMARY OF MEDICAL DOCUMENTATION

03/11/2016-Lawrence Pohl MD-shoulder pain. Assessment-right shoulder tendonitis, ulnar neuropathy at elbow of right upper extremity, reactive depression. Will refer to Dr. Smith orthopedics, for possible steroid injection and right shoulder. Will refer to acupuncture treatment. Ulnar neuropathy at right elbow. Reactive depression, start Zoloft. Follow up in four weeks. Strength testing within normal limits. No instability noted.

06/30/2016-James Christensen MD-had bilateral endoscopic carpal tunnel release and then had a redo left open carpal tunnel release, with neura wrap and tenosynovectomy. Continues to have issues with both hands. Both hands have pain, paresthesia, numbness and tingling. Pain is 2/10. Taking Soma and Motrin. She has a positive Tinel's sign in both hands. She has good flexion and extension in the fingers. No triggering. Good thenar and ulnar intrinsic function. No Atrophy. She has tenderness over the median nerves at the wrist and still has some equivocal sensory changes in the median nerve distribution. She is unchanged from when last evaluated. She is limited in what she can do. Previously worked as a florist. She cannot do repetitive grasping, pinching, shearing, cutting, etc. She has good as she is going to get and will follow up as needed.

OPERATIVE REPORTS:

- 04/22/2015-James Christensen MD-Redo left open carpal tunnel release with neurolysis of the median nerve, a neura wrap, tenosynovectomy of the flexor pollicis longus and flexor digitorum sublimi.

DIAGNOSTICS:
- None.

PHYSICIAN OFFICE NOTES:
- 01/27/2015-James Christensen MD-Had left endoscopic carpal tunnel release on 05/16/2013, and two weeks later had a right endoscopic carpal tunnel release. Taking Soma and Ibuprofen. On exam she has decreased sensation both hands in the median nerve distribution, positive Tinel signs, bilaterally. Impression: Bilateral recurrent carpal tunnel syndrome. She is dropping things and having a lot of pain. Will repeat EMG. Light duty restrictions.

- 03/26/2015-James Christensen MD-Repeat EMG show bilateral carpal tunnel syndrome. Her nerve values are significantly prolonged. There is no chronic denervation but she has definitive prolongation of the both the right and left median nerves, both motor and sensory conductions. Her left hand is worse. Will set up for open carpal tunnel release. Off work till surgery.

- 04/28/2015-Kimberly Hepworth APRN-6 days post left open carpal tunnel release. No significant post-operative pain. Still has numbness in her fingers radiating to the shoulder. Taking Soma and Motrin. Incision healing well without complications. Good range of motion. Wound redressed and given a cock up wrist brace. Instructed to wear at night. Avoid heavy lifting and forceful gripping. Recheck on week for suture removal.

- 05/05/2015-James Christensen MD-Two week's post-operatively. wound is benign. Sutures taken out. Getting sensation back. Recheck one month and hopefully return to work at that time.

- 06/04/2015-James Christensen MD-6 weeks post-operatively. Incision still tender. Getting motion back, working in therapy. Does not have much strength yet. Normally works as a florist. She can return to light duty work. Continue therapy.

- 06/10/2015-Bruce Gallo PA-Cervical spine x-ray completed. Given Prednisone taper.

- 06/18/2015-James Christensen MD-Neck pain with radicular pain into left upper extremity. Hand swollen. Has been going to therapy. Has gone back to work in a light duty capacity. She has diffuse swelling and shininess to the skin. No temperature change. She is two months post carpal tunnel revision. May have an early sympathetic dystrophy. Not progressing as expected will take her off work. Continue therapy, refer to pain management for sympathetic block and send for evaluation of the cervical spine.

- 07/21/2015-James Christensen MD-Recommend cervical spines consult with Dr. Arraiz and recommend this goes through her private insurance and not workers comp. Concern she might have RSD. Motion is good, has had improvement in sensation, but still more pain that expected. Request sympathetic block per pain management. Recheck one month.

- 08/05/2015-Steven Berman MD-CRPS and myofascial pain syndrome. Started Cymbalta. Stellate ganglion block on left x3. Refer to behavioral medicine. Follow up in

two weeks. Given Tizanidine. The claimant is seen for her left distal arm and hand CRPS pain. She is anxious and hesitant to take any medications other than Ibuprofen.

- 08/20/2015-James Christensen MD-Will proceed with stellate ganglion block.

- 08/24/2015-Steven Berman MD-CRPS, myofascial pain syndrome, neuralgia, and left golfers elbow. Started Imipramine, stellate ganglion block x3, medication management.

- 08/31/2015-Steven Berman MD-CRPS, myofascial pain with notable trigger pints, possible neuralgia secondary to repeat surgery. Flexor and extensor tendinitis of the forearm. Proceed with stellate ganglion blocks. Evaluation by Dr. Christensen for possible formation at the proximal aspect of the incision, Cymbalta and Imipramine. Refill patches and cream.

- 09/14/2015-Steven Berman MD-54 year old female with chronic pain. Seen today for a stellate ganglion injection in her neck. Medical history includes CRPS, myofascial muscle pain, golfers elbow and neuralgia. Working full time as floral department manager. History of carpal tunnel release 05/16/2012, 05/30/2012, & 04/22/2015. 5'3" 139#. Stellate ganglion block completed as ordered.

- 09/28/2015-Steven Berman MD-Myofascial muscle pain, CRPS, neuralgia, golfers elbow. No relief in pain from two stellate ganglion blocks. Will not repeat today. Will refer to therapy and reinitiate Imipramine. See Dr. Christensen tomorrow.

- 09/29/2015-James Christensen MD-5.5 months post left open carpal tunnel release. She has had two sympathetic blocks. No improvement with blocks. She has had extensive therapy. Therapist will evaluate her strength and work on motion for a month. She remains off work.

- 11/03/2015-Jame Christensen MD-She is stable and ratable. I do not having anything else to offer her. Would recommend FCE. She is stable. Her claim can be closed after FCE. Unable to work until FCE completed.

- 11/04/2015-Steven Berman MD-CRPS, myofascial pain syndrome, left golfers elbow and neuralgia. Given Celebrex, trigger point injections.

PHYSICAL THERAPY NOTES:

- None

MISC:

- None

PEER-TO-PEER DISCUSSION, DR. CHRISTENSEN

09/28/2016 4:10pm-called Dr. Christensen's office. Spoke to Maricel. She states the claimant was last seen on 06/30/2016. Was released to return to work with restrictions and follow up only as needed. Purpose of call and call back information left for treating provider.

09/29/2016 10:40am EST-Called Dr. Christensen's office. Spoke to Maricel. She will forward purpose of call and call back information to treating provider.

09/30/2016 2:45pm EST-Called Dr. Christensen's office. Spoke to Maricel. She states she will forward purpose of call and call back information to treating provider

CONCLUSION

**1. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and co-morbid conditions which are causing impairment.**

The diagnoses causing impairment are:
right shoulder tendonitis, ulnar neuropathy at elbow of right upper extremity, reactive depression
bilateral carpal tunnel syndrome
myofascial pain syndrome
neuralgia
chronic pain syndrome

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

Due to residual symptom to bilateral upper extremities, paresthesia, permanent restrictions would be indicated and would include: may lift, push, pull 10 pounds frequently, up to 30 pounds occasionally, occasional reaching above shoulder , no restrictions on reaching at waist level or below waist level, no restrictions on sitting, standing or walking, no climbing of ladders, no restrictions on climbing of stairs, no crawling, no restrictions on squatting, kneeling, stooping or crouching, no firm gripping

or grasping, greater than 10 pounds, limit gripping, grasping, fingering, keying and fine manipulation to 30 minutes per hour, maximum four hours per shift. May work 8 hour shifts, 40 hours per week.

**3. Does the medical documentation support sustained full-time capacity within the R&L's identified?**

There are still positive findings of nerve compression, positive Tinel's, positive Phalen's, and there is noted decreased strength bilateral hands and continued paresthesia. There is noted right shoulder impingement. Therefore, this would lead to restrictions as listed above.

**4. What is the claimant's prognosis? Has the claimant reached maximum medical improvement? If not, when would this be expected?**

The prognosis is guarded. It appears that the claimant has plateaued and would be considered at MMI at the 06/30/2016 office visit. The claimant was released from care at that time. Placed at MMI.

**5. The claimant is currently out of work. Please place a call to the attending physician to gain consensus on duration.**

09/28/2016 4:10pm-called Dr. Christensen's office. Spoke to Maricel. States claimant last seen on 06/30/2016. Was released to return to work with restrictions and follow up only as needed. Purpose of call and call back information left for treating provider.
09/29/2016 10:40am EST-Called Dr. Christensen's office. Spoke to Maricel. She will forward purpose of call and call back information to treating provider
09/30/2016 2:45pm EST-Called Dr. Christensen's office. Spoke to Maricel. She states she will forward purpose of call and call back information to treating provider

I certify that I have no Conflict of Interest with this review. I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable). I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties. I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and

clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Sincerely,

Christopher Balint, D.O.
Board Certified: American Board of Orthopaedic Surgery
Indiana State Medical Association
American Osteopathic Academy of Orthopedics

**Invoice** **328393**

**Date of Invoice** **10/06/2016**

**MLS Group of Companies, Inc.**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

LIBERTY MUTUAL INSURANCE CO - NH 92,
P.O. Box 1525

Dover, NH 03821
**Attention:** Paul Bainter

**Case Id:** 3626132
**Referral Id:** 32616009799
**Name:** BUSHEE, TATIANA A.
**Employer:**
**Physician:** Christopher Balint
**Specialty:** Orthopaedic Surgery
**Svc Date:** 10/6/16

| Item | Rate |
|---|---|
| Peer Review | 587.50 |

| | |
|---|---|
| **Invoice Total** | $587.50 |
| **Receipt Total** | 0.00 |
| **Invoice Balance** | **$587.50** |

Please visit our new web-site address located at www.mls-ime.com

Thank you
MLS Tax ID #: 38-3341904

Please make checks payable to
MLS Group of Companies, Inc.

reno orthopaedic clinic roc

555 N. ARLINGTON AVENUE
RENO, NV 89503
775.786.3040 800.748.6861
FAX 775.786.1358
WWW.RENOORTHO.COM

# FAX

| | | | |
|---|---|---|---|
| **To:** | Paul Bainter | **From:** | Alpha |
| **Company/ Dept.** | Liberty Mutual Insurance | **Dept.** | Medical Records |
| **Phone:** | | **Date:** | 09/23/16 |
| **Fax:** | 603-334-8039 | **RE:** | Bushee, Tatiana<br>Claim #: 3626132 |

Comments: **# of Pages:________.**

**CONFIDENTIALITY NOTICE:** This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately at 1-775-786-3040 and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system. **Thank you.**

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**06/30/2016 - Office Visit Recheck: Recheck Visit**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. A very nice lady who had bilateral endoscopic carpal tunnel releases and then had a redo left open carpal tunnel release with NeuraWrap and a tenosynovectomy. She comes in today in followup. She continues to have trouble with both hands. Both hands have pain, paresthesia, numbness, and tingling.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 2

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

### Allergies
Patient indicates no known allergies.

### Medications
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

## Physical Examination
She has a positive Tinel sign in both hands. She has good flexion and extension in the fingers. No triggering. Good thenar and ulnar intrinsic function. No atrophy. Good pulses. Good capillary filling, but she does have tenderness over the median nerves at the wrist and still has some equivocal sensory changes in the median nerve distribution.

## Plan
From my point of view, she is unchanged from when I last saw her on 11/3/2015. She is limited in what she can do. She previously worked as a florist. I do not think she can do that type of activity because she cannot do repetitious grasping, pinching, shearing, cutting, etc. As I stated previously, I think she is as good as I can make her and we will see her back on a p.r.n. basis.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:cmk
MTID #: 5796520
DD: 6/30/2016 3:23 PM
DT: 7/4/2016 8:43 AM

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*September 23, 2016*
Page 2
Office Visit Recheck

**TATIANA A BUSHEE** Home:
Female DOB: AGE:55 Years Old INSURANCE: BCBS BlueCard ITS
**PATIENT ID: 123766**

**Electronically signed by Stephanie Allen on 07/13/2016 at 2:00 PM**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | September 21, 2016 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Medical Records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

September 21, 2016

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2016 through the present

We ask that you provide this information by September 28, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

September 21, 2016

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 21, 2016, we requested medical records from Reno Orthopedic Clinic . This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2016 through the present from all providers

Safeway, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by October 20, 2016, 30 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by October 20, 2016, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than November 19, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

# Facsimile Transmittal Sheet

| TO: | FROM: |
|---|---|
| Liberty Mutual | Customer Resource Center |

**FAX NUMBER:**

| | |
|---|---|
| MO | 603-334-0366 |
| NC | 603-334-0380 |
| AZ | 603-422-0119 |
| Wells Fargo | 866-214-7839 |

**DATE:** 8/9/2016

**PHONE NUMBER:**

**TOTAL NUMBER OF PAGES INCLUDING COVER:** 3

**RE:** Tatiana Bushee (3626132)

**DIRECT FAX NUMBER:** 877-899-1345

☐ URGENT ☒ FOR REVIEW ☐ PLEASE REPLY

**NOTES/COMMENTS:**

Sincerely,

Customer Resource Center

The information transmitted in this facsimile is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you have received this information in error, please notify the sender at The Advocator Group at 1-877-261-1947 immediately, and destroy all copies of this facsimile transaction. Thank you.

Advocator Group
*When life changes.*[SM]

August 9, 2016

Paul Bainter
LTD Claims Examiner
Liberty Mutual
2510 W. Dunlap Avenue, Suite 300
Phoenix, AZ 85021

**RE: Tatiana Bushee**
**LTD: 3626132**

Dear Paul Bainter:

Please be advised that we filed Ms. Bushee's *Initial application* with the Social Security Administration (SSA) today.

We will continue to keep you updated regarding the status of this claim. If you have any questions, please feel free to contact us toll-free at 877-261-1947 x 8993 or via email at status@advocator.com. Thank you.

Sincerely,

Customer Resource Center
The Advocator Group

Advocator Group

**AUTHORIZATION FOR RELEASE OF LONG-TERM DISABILITY FILE**

I hereby authorize Liberty Mutual to release all information from my long-term disability file to The Advocator Group at 101 Edgewater Drive, Suite 260, Wakefield, MA 01880, (877) 261-1947; (877) 899-1329 (fax).

The information disclosed will be used solely for my claim for disability benefits under Title II of the Social Security Act.

This authorization shall include the release of my complete file.

A photocopy or fax of this release shall have the same authority and effect as the original.

X [signature]
Tatiana A Bushee

SPARKS, NV 89434
SSN:

X 7/29/2016
Date

5P211160017

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH:

**CHECK ONE:** [X] New [ ] Cha
**YOUR TELEPHONE NUMBER:**
**ADDRESS:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** [X] **Checking** [ ] **Savings** **BANK NAME:** Wells Fargo
**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** 400 N Mc Carran Blvd
**YOUR ACCOUNT NUMBER:** **CITY:** Sparks **STATE:** NV **ZIP:** 89431
**BANK PHONE:** 775 352-5172

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** [ ] **YES** [X] **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 7/25/2016

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

5P211160017

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7209
LONDON, KY 40742-7209

*000091*

MS. TATIANA BUSHEE

*40400010006000001000091091*

5P211160009

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: Tatiana Bushee Date of Birth: ________

Employer: Safeway, Inc. Policy/Plan Sponsor No. 09 - 442930

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) [signature] (Witness signature) [signature]

(Address) ________ (Address) ________

(Date) 7/25/2016 (Date) 7.25.2016

***Please retain a copy for your records or one can be provided upon request.***

**n0171349**

---

**From:** Ferrante, Diane E.
**Sent:** Wednesday, July 13, 2016 10:52:38 AM
**To:** Bainter, Paul
**Subject:** RE: W1297629 Bushee Krupa, Tatiana

Begin date is 5/16/13 and the end date was 6/14/2016

**Diane Ferrante |** Claims Examiner - WC
**Sedgwick Las Vegas, Nevada**
Direct 702-568-3823 Fax 702-568-3779
Email Diane.Ferrante@sedgwickcms.com
www.sedgwickcms.com | *The leader in innovative claims and productivity management solutions*

**From:** Bainter, Paul [mailto:PAUL.BAINTER@LibertyMutual.com]
**Sent:** Thursday, July 07, 2016 6:12 PM
**To:** Ferrante, Diane E.
**Subject:** RE: W1297629 Bushee Krupa, Tatiana

Thank you for your response. Can you please confirm the start and end date for this benefit?

**From:** Ferrante, Diane E. [mailto:Diane.Ferrante@sedgwickcms.com]
**Sent:** Thursday, July 07, 2016 12:44 PM
**To:** Bainter, Paul <PAUL.BAINTER@LibertyMutual.com>
**Subject:** W1297629 Bushee Krupa, Tatiana

Hello Paul,

The benefits for vocational rehabilitation in the amount of $705.60 paid biweekly have stopped as there was a stipulated agreement regarding a formal retraining program

**Diane Ferrante |** Claims Examiner - WC
**Sedgwick Las Vegas, Nevada**
Direct 702-568-3823 Fax 702-568-3779
Email Diane.Ferrante@sedgwickcms.com
www.sedgwickcms.com | *The leader in innovative claims and productivity management solutions*

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

July 13, 2016

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Safeway, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> "Disability" or "Disabled", with respect to Long Term Disability, means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> a. if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.
>
> b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is January 29, 2015 and your benefits begin on July 28, 2015. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

We ask that you complete the forms indicated below and return them to our office by August 15, 2016.

X SS Reimbursement Agreement
X Direct Deposit Application
__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your moble device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: SS Reimbursement Agreement
Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ______
**ADDRESS:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ______

**9 DIGIT ABA ROUTING NUMBER:** ______ **BANK ADDRESS:** ______

**YOUR ACCOUNT NUMBER:** ______ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ______

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ______ Date: ______

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Mutual INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Tatiana Bushee **Date of Birth:** ____________

**Employer:** Safeway, Inc. **Policy/Plan Sponsor No.** 09 - 442930

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________ **(Witness signature)** ____________________

**(Address)** ____________________ **(Address)** ____________________

**(Date)** ____________________ **(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

**Liberty Life Assurance Company**
**of Boston**
Melissa Michuda MS, CRC
Group Disability Claims
P.O. Box 7202
London, KY 40742-7207
Phone:(800)-838-5290, Ext.16664
*Fax: (888)352-6496*

## OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Tatiana Bushee
**Claim Number:** 3626132
**Disability Case Manager:** Paul Bainter
**Date of Report:** 6/23/16

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Ms. Bushee is a 55-year-old Floral Department Manager employed by Safeway Inc. Ms. Bushee discontinued work on 1/29/15 due to bilateral carpal tunnel. In preparation for this report I reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionaryof OccupationalTitles (DOT), OccupationalOutlookHandbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Ms. Bushee's job were obtained from the job description on file titled Floral Department Manager. In summary:

> "As a primary contact for Safeway customers, the Floral Manager provides friendly, courteous, and helpful service. The Floral Manager is held accountable for the department's results in providing superior service, increasing sales, improving gain, and containing cost. Follows division guidelines for the implementation of the merchandising program. Trains, supervises, and assigns duties to floral clerks. Writes schedule. Stocks area daily with plants, balloons, garden supplies, and artificial arrangements. Waters all plants. Designs floral arrangements with or without customer input. Cleans the floral department area. Takes inventory of all incoming stocks and supplies. Inventories floor and cooler stock daily. Responsible for maintaining appropriate stock of inventory in the floral area. Cleans and prepares flowers for display. Inflates balloons for display and special orders. Prices plants and arrangements. Changes signs and prices as directed by merchandising. Writes floral order in the order guidebook. Checks order for the completeness upon arrival. Prepares and maintains displays of outdoor plants. May arrange for delivery or deliver plants or flowers locally. Operates cash register to total bill and make change."

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on a review of the job information provided, Ms. Bushee's job tasks are best represented by the following description in the Dictionary of Occupational Titles (DOT): Manager, Department (Retail) (299.137-010) and the Standard Occupational Classification/Occupational Information Network (SOC/O*NET) description of First-Line Supervisors of Retail Sales Workers (41-1011.00). The O*NET describes this occupation as:

> "Directly supervise and coordinate activities of retail sales workers in an establishment or department. Duties may include management functions, such as purchasing, budgeting, accounting, and personnel work, in addition to supervisory duties.
>
> **Sample of reported job titles:** Assistant Manager, Assistant Store Manager, Bakery Manager, Deli Manager, Department Manager, Manager, Meat Department Manager, Office Manager, Shift Manager, Store Manager"

Some of the tasks associated with this SOC/ O*NET description includes:

! Provide customer service by greeting and assisting customers and responding to customer inquiries and complaints.
! Direct and supervise employees engaged in sales, inventory-taking, reconciling cash receipts, or in performing services for customers.
! Monitor sales activities to ensure that customers receive satisfactory service and quality goods.
! Inventory stock and reorder when inventory drops to a specified level.
! Instruct staff on how to handle difficult and complicated sales.

There is no OOH description for this occupation.

Internet research was completed in September 2015 on Indeed.com. Twenty job postings related to retail department management and supervision were reviewed. The Internet research concluded this occupation is most often performed at the medium physical demand level.

### PHYSICAL DEMANDS

The DOT, Internet research, and a 2009 O*NET survey of incumbents were consulted regarding the physical demands of this occupation. Based on this information, this occupation is most often performed at a medium level of physical demand based on Department of Labor descriptions found in the DOT with the following requirements. It is demonstrated in more recent information from labor market research, the O*NET and the OOH, that Department Manager, Retail must be able to perform all employee (sales, cashiers, stockers, shippers, receivers, etc.) tasks, including stocking and moving material, etc., which is required when an employee is out, an unexpected shipment arrives or a customer wants a specific item at a specific time.

The Department of Labor defines medium work as,

**M-Medium Work -** Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects.

Positional requirements include,

- **Frequent** standing, walking, reaching, handling and fingering
- **Occasional** sitting, bending/stooping, twisting, kneeling, crouching/squatting, crawling
- **Occasional and No** climbing, balancing

## ACTION PLAN / OUTCOME

**SUMMARY AND CONCLUSIONS**
With a reasonable degree of vocational certainty, the typical physical demands of Ms. Bushee's occupation of Department Manager are most often medium in physical demand.

I have not met with Ms. Bushee for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

**Electronically Signed**

Melissa Michuda, MS/CRC, Certified ADA Administrator (Electronically signed)
Vocational Rehabilitation Case Manager

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | June 22, 2016 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Dr. Christianson |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

June 23, 2016

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

On June 20, 2016 a/an medical review was performed to assist us in determining Ms. Bushee's eligibility for Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

see attached report

Please review the enclosed report by Robert E. Clemency, Jr., M.D., and provide any comments you wish to have considered. If you disagree with Robert E. Clemency, Jr., M.D.'s findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by June 30, 2016. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-MEDICAL-CP/PEER REVIEW-06.21.2016

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 06/05/2016 | **Review Type:** | Disability |
| **Claimant's Name:** | Tatiana A. Bushee | **Group/Policy/ Claim Number:** | 3626132 |
| **MES Case Number:** | 31816075266 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Paul Bainter |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual-Independent Evaluation Peer Review dated 6/5/15
- Authorization to Obtain and Release Information dated 5/9/16
- Authorization to Obtain and Release Psychotherapy Notes dated 5/9/16
- Office Visits from J. Christensen dated 1/27/15 to 4/22/15
- Office Visits from B. Gallio, PAC dated 6/10/15 to 8/20/15
- Operative Reports from J. Christensen dated 4/22/15 to 5/23/16
- Exam Reports from S. Berman, M.D. dated 9/14/15 to 11/04/15

06/14/2016 – Susan Lauer, MA, CDMS, called Dr. Christianson at 9:15 A.M., to facilitate peer review on my behalf. Message left including contact information. 06/15/2016 – Called Dr. Christianson at 8:10 A.M., regarding peer review. Message left. Provided contact information. 06/17/2016 – Called Dr. Christianson at 4:35 P.M., regarding peer review. Was told that all such requests must be faxed to medical records with consent. This was done today. If additional contact information is obtained post review submission, will issue addendum.

**SUMMARY OF RECORDS:**

Operative Reports:
04/22/2015 – James Christensen MD – Redo left open carpal tunnel release with neurolysis of the median nerve, a NeuraWrap, tenosynovectomy of the flexor pollicis longus and flexor digitorum sublimi.

Physician Office Notes:
01/27/2015 – James Christensen MD – Had left endoscopic carpal tunnel 05/16/2013 and 2 weeks later had a right endoscopic carpal tunnel release. Taking Soma and Ibuprofen. On exam she has decreased sensation both hands in the median nerve distribution, positive Tinel signs, bilaterally. Impression: Bilateral recurrent carpal tunnel syndrome. She is dropping things and having a lot of pain. Will repeat EMG. Light duty restrictions.

03/26/2015 – James Christensen MD – Repeat EMG show bilateral carpal tunnel syndrome. Her nerve values are significantly prolonged. There is no chronic denervation but she has definitive prolongation of the both the right and left median nerves, both motor and sensory conductions. Her left hand is worse. Will set up for open carpal tunnel release. Off work till surgery.

04/28/2015 – Kimberly Hepworth APRN – 6 days post left open carpal tunnel release. No significant post – op pain. Still has numbness in her fingers radiating to the shoulder. Taking Soma and Motrin. Incision healing well without complications. Good range of motion. Wound redressed and given a cock up wrist brace. Instructed to wear at night. Avoid heavy lifting and forceful gripping. Recheck

on week for suture removal.

05/05/2015 – James Christensen MD – 2 weeks post – op. wound is benign. Sutures taken out. Getting sensation back. Recheck 1 month and hopefully return to work at that time.

06/04/2015 – James Christensen MD – 6 weeks post – op. Incision still tender. Getting motion back, working in therapy. Does not have much strength yet. Normally works as a florist. She can return to light duty work. Continue therapy.

06/10/2015 – Bruce Gallo PA – Cervical spine x – ray completed. Given Prednisone taper.

06/18/2015 – James Christensen MD – Neck pain with radicular pain into left upper extremity. Hand swollen. Has been going to therapy. Has gone back to work in a light duty capacity. She has diffuse swelling and shininess to the skin. No temperature change. She is two months post carpal tunnel revision. May have an early sympathetic dystrophy. Not progressing as expected will take her off work. Continue therapy, refer to pain management for sympathetic block and send for evaluation of the cervical spine.

07/21/2015 – James Christensen MD – Recommend cervical spines consult with Dr. Arraiz and recommend this goes through her private insurance and not workers comp. Concern she might have RSD. Motion is good, has had improvement in sensation, but still more pain that expected. Request sympathetic block per pain management. Recheck 1 month.

08/05/2015 – Steven Berman MD – CRPS and myofascial pain syndrome. Started Cymbalta. Stellate ganglion block on left x3. Refer to behavioral medicine. Follow up in 2 weeks. Given Tizanidine. Patient here for left distal arm and hand CRPS pain. She is anxious and hesitant to take any medications other than Ibuprofen.

08/20/2015 – James Christensen MD – Will proceed with stellate ganglion block.

08/24/2015 – Steven Berman MD – CRPS, myofascial pain syndrome, neuralgia, and left golfers elbow. Started Imipramine, stellate ganglion block x3, medication management.

08/31/2015 – Steven Berman MD – CRPS, myofascial pain with notable trigger pints, possible neuralgia secondary to repeat surgery. Flexor and extensor tendinitis of the forearm. Proceed with stellate ganglion blocks. Evaluation by Dr. Christensen for possible formation at the proximal aspect of the incision, Cymbalta and Imipramine. Refill patches and cream.

09/14/2015 – Steven Berman MD – 54 year old female with chronic pain. Seen today for a stellate ganglion injection in her neck. Medical history includes CRPS, myofascial muscle pain, golfers elbow and neuralgia. Working full time as floral department manager. History of carpal tunnel release 05/16/2012, 05/30/2012, and 04/22/2015. 5'3" 139 lbs. Stellate ganglion block completed as ordered.

09/28/2015 – Steven Berman MD – Myofascial muscle pain, CRPS, neuralgia, golfers elbow. No relief in pain from two stellate ganglion blocks. Will not repeat today. Will refer to therapy and reinitiate Imipramine. See Dr. Christensen tomorrow.

09/29/2015 – James Christensen MD – 5.5 months post left open carpal tunnel release. She has had two sympathetic blocks. No improvement with blocks. She has had extensive therapy. Therapist will evaluate her strength and work on motion for a month. She remains off work.

11/03/2015 – James Christensen MD – She is stable and ratable. I do not having anything else to offer her. Would recommend FCE. She is stable. Her claim can be closed after FCE. Unable to work until FCE completed.

11/04/2015 – Steven Berman MD – CRPS, myofascial pain syndrome, left golfers elbow and neuralgia. Given Celebrex, trigger point injections.

**REVIEW QUESTION (S):**

**1. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and co – morbid conditions which are causing impairment.**

It would appear from the clinical notes that the claimant is impaired due to myofascial muscle pain and possible neuralgia in left hand and arm status post 2 carpal tunnel releases (2012 and 2015) and CRPS pain in same. The diagnosis of the myofascial and neuralgia pain is supported primarily by subjective report and clinical exam notes regarding presence of trigger points. The CRPS diagnosis is stated as such in clinical notes and supported by clinical exams noting shininess to skin, swelling, and the claimant's pain reports in excess of what would be expected post the carpal tunnel diagnosis and the surgeries undergone. No temperature changes are noted. No hair growth changes. No significant response to stellate ganglion blocks. This reviewer might assess the more appropriate diagnosis, based on the medical available to review to be chronic pain, rather than CRPS.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

Given the above, the claimant's restrictions are as follows: No limits for right upper extremity. May sit, stand, walk, crawl, crouch, reach at all levels, climb stairs, squat, kneel, stoop without specific limits. With regard to the left upper extremity: May grip/grasp, key, handle, finger, fine/gross manipulate occasionally. May lift, carry, push, and pull with left upper extremity alone up to 10 lbs. occasionally. May lift, carry, push, and pull with bilateral upper extremities in use up to 30 lbs. occasionally.

These limits should be in effect until 09/17/2016 and then re – assessed as improvements in function are being seen. In addition, the claimant may have had a Functional Capacity Evaluation that more definitively assesses her actual function in active setting, under observation.

**3. Does the medical documentation support sustained full – time capacity within the R&L's identified?**

Within the restrictions and limitations outlined above, the claimant may work 8 hours per day/40 hours per week.

**4. What is the claimant's prognosis? Has the claimant reached maximum medical improvement? If not, when would this be expected?**

That is difficult to assess. The claimant is noted to be stable as of the 11/03/2015 clinical note from Dr. Christensen. He recommended a Functional Capacity Evaluation. This reviewer does not have that test available to review. There are no medicals after 11/2015 available to review. Physical therapy notes were also not available to review. It appears as though Dr. Christiansen felt she had achieved MMI as of 11/03/2015. This reviewer has no basis to disagree with that assessment.

**5. The claimant is currently out of work and has been since January 2015. Please place a call to the attending physician to gain consensus on duration.**

My contact with the claimant's provider is outlined in detail above.

**Conflict of Interest Attestation:**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Robert E. Clemency, Jr., M.D.
Board Certified in Orthopaedic Surgery
IN License #01033409A
06/20/2016

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 06/05/2016 | **Review Type:** | Disability |
| **Claimant's Name:** | Tatiana A. Bushee | **Group/Policy/ Claim Number:** | 3626132 |
| **MES Case Number:** | 31816075266 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Paul Bainter |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual-Independent Evaluation Peer Review dated 6/5/15
- Authorization to Obtain and Release Information dated 5/9/16
- Authorization to Obtain and Release Psychotherapy Notes dated 5/9/16
- Office Visits from J. Christensen dated 1/27/15 to 4/22/15
- Office Visits from B. Gallio, PAC dated 6/10/15 to 8/20/15
- Operative Reports from J. Christensen dated 4/22/15 to 5/23/16
- Exam Reports from S. Berman, M.D. dated 9/14/15 to 11/04/15

06/14/2016 – Susan Lauer, MA, CDMS, called Dr. Christianson at 9:15 A.M., to facilitate peer review on my behalf. Message left including contact information. 06/15/2016 – Called Dr. Christianson at 8:10 A.M., regarding peer review. Message left. Provided contact information. 06/17/2016 – Called Dr. Christianson at 4:35 P.M., regarding peer review. Was told that all such requests must be faxed to medical records with consent. This was done today. If additional contact information is obtained post review submission, will issue addendum.

**SUMMARY OF RECORDS:**

Operative Reports:
04/22/2015 – James Christensen MD – Redo left open carpal tunnel release with neurolysis of the median nerve, a NeuraWrap, tenosynovectomy of the flexor pollicis longus and flexor digitorum sublimi.

Physician Office Notes:
01/27/2015 – James Christensen MD – Had left endoscopic carpal tunnel 05/16/2013 and 2 weeks later had a right endoscopic carpal tunnel release. Taking Soma and Ibuprofen. On exam she has decreased sensation both hands in the median nerve distribution, positive Tinel signs, bilaterally. Impression: Bilateral recurrent carpal tunnel syndrome. She is dropping things and having a lot of pain. Will repeat EMG. Light duty restrictions.

03/26/2015 – James Christensen MD – Repeat EMG show bilateral carpal tunnel syndrome. Her nerve values are significantly prolonged. There is no chronic denervation but she has definitive prolongation of the both the right and left median nerves, both motor and sensory conductions. Her left hand is worse. Will set up for open carpal tunnel release. Off work till surgery.

04/28/2015 – Kimberly Hepworth APRN – 6 days post left open carpal tunnel release. No significant post – op pain. Still has numbness in her fingers radiating to the shoulder. Taking Soma and Motrin. Incision healing well without complications. Good range of motion. Wound redressed and given a cock up wrist brace. Instructed to wear at night. Avoid heavy lifting and forceful gripping. Recheck

on week for suture removal.

05/05/2015 – James Christensen MD – 2 weeks post – op. wound is benign. Sutures taken out. Getting sensation back. Recheck 1 month and hopefully return to work at that time.

06/04/2015 – James Christensen MD – 6 weeks post – op. Incision still tender. Getting motion back, working in therapy. Does not have much strength yet. Normally works as a florist. She can return to light duty work. Continue therapy.

06/10/2015 – Bruce Gallo PA – Cervical spine x – ray completed. Given Prednisone taper.

06/18/2015 – James Christensen MD – Neck pain with radicular pain into left upper extremity. Hand swollen. Has been going to therapy. Has gone back to work in a light duty capacity. She has diffuse swelling and shininess to the skin. No temperature change. She is two months post carpal tunnel revision. May have an early sympathetic dystrophy. Not progressing as expected will take her off work. Continue therapy, refer to pain management for sympathetic block and send for evaluation of the cervical spine.

07/21/2015 – James Christensen MD – Recommend cervical spines consult with Dr. Arraiz and recommend this goes through her private insurance and not workers comp. Concern she might have RSD. Motion is good, has had improvement in sensation, but still more pain that expected. Request sympathetic block per pain management. Recheck 1 month.

08/05/2015 – Steven Berman MD – CRPS and myofascial pain syndrome. Started Cymbalta. Stellate ganglion block on left x3. Refer to behavioral medicine. Follow up in 2 weeks. Given Tizanidine. Patient here for left distal arm and hand CRPS pain. She is anxious and hesitant to take any medications other than Ibuprofen.

08/20/2015 – James Christensen MD – Will proceed with stellate ganglion block.

08/24/2015 – Steven Berman MD – CRPS, myofascial pain syndrome, neuralgia, and left golfers elbow. Started Imipramine, stellate ganglion block x3, medication management.

08/31/2015 – Steven Berman MD – CRPS, myofascial pain with notable trigger pints, possible neuralgia secondary to repeat surgery. Flexor and extensor tendinitis of the forearm. Proceed with stellate ganglion blocks. Evaluation by Dr. Christensen for possible formation at the proximal aspect of the incision, Cymbalta and Imipramine. Refill patches and cream.

09/14/2015 – Steven Berman MD – 54 year old female with chronic pain. Seen today for a stellate ganglion injection in her neck. Medical history includes CRPS, myofascial muscle pain, golfers elbow and neuralgia. Working full time as floral department manager. History of carpal tunnel release 05/16/2012, 05/30/2012, and 04/22/2015. 5'3" 139 lbs. Stellate ganglion block completed as ordered.

09/28/2015 – Steven Berman MD – Myofascial muscle pain, CRPS, neuralgia, golfers elbow. No relief in pain from two stellate ganglion blocks. Will not repeat today. Will refer to therapy and reinitiate Imipramine. See Dr. Christensen tomorrow.

09/29/2015 – James Christensen MD – 5.5 months post left open carpal tunnel release. She has had two sympathetic blocks. No improvement with blocks. She has had extensive therapy. Therapist will evaluate her strength and work on motion for a month. She remains off work.

11/03/2015 – James Christensen MD – She is stable and ratable. I do not having anything else to offer her. Would recommend FCE. She is stable. Her claim can be closed after FCE. Unable to work until FCE completed.

11/04/2015 – Steven Berman MD – CRPS, myofascial pain syndrome, left golfers elbow and neuralgia. Given Celebrex, trigger point injections.

**REVIEW QUESTION (S):**

**1. Please clarify which diagnosis is causing impairment. Please note all supported diagnoses and co – morbid conditions which are causing impairment.**

It would appear from the clinical notes that the claimant is impaired due to myofascial muscle pain and possible neuralgia in left hand and arm status post 2 carpal tunnel releases (2012 and 2015) and CRPS pain in same. The diagnosis of the myofascial and neuralgia pain is supported primarily by subjective report and clinical exam notes regarding presence of trigger points. The CRPS diagnosis is stated as such in clinical notes and supported by clinical exams noting shininess to skin, swelling, and the claimant's pain reports in excess of what would be expected post the carpal tunnel diagnosis and the surgeries undergone. No temperature changes are noted. No hair growth changes. No significant response to stellate ganglion blocks. This reviewer might assess the more appropriate diagnosis, based on the medical available to review to be chronic pain, rather than CRPS.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

Given the above, the claimant's restrictions are as follows: No limits for right upper extremity. May sit, stand, walk, crawl, crouch, reach at all levels, climb stairs, squat, kneel, stoop without specific limits. With regard to the left upper extremity: May grip/grasp, key, handle, finger, fine/gross manipulate occasionally. May lift, carry, push, and pull with left upper extremity alone up to 10 lbs. occasionally. May lift, carry, push, and pull with bilateral upper extremities in use up to 30 lbs. occasionally.

These limits should be in effect until 09/17/2016 and then re – assessed as improvements in function are being seen. In addition, the claimant may have had a Functional Capacity Evaluation that more definitively assesses her actual function in active setting, under observation.

**3. Does the medical documentation support sustained full – time capacity within the R&L's identified?**

Within the restrictions and limitations outlined above, the claimant may work 8 hours per day/40 hours per week.

**4. What is the claimant's prognosis? Has the claimant reached maximum medical improvement? If not, when would this be expected?**

That is difficult to assess. The claimant is noted to be stable as of the 11/03/2015 clinical note from Dr. Christensen. He recommended a Functional Capacity Evaluation. This reviewer does not have that test available to review. There are no medicals after 11/2015 available to review. Physical therapy notes were also not available to review. It appears as though Dr. Christiansen felt she had achieved MMI as of 11/03/2015. This reviewer has no basis to disagree with that assessment.

**5. The claimant is currently out of work and has been since January 2015. Please place a call to the attending physician to gain consensus on duration.**

My contact with the claimant's provider is outlined in detail above.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Robert E. Clemency, Jr., M.D.
Board Certified in Orthopaedic Surgery
IN License #01033409A
06/20/2016

MES SOLUTIONS SINCE 1978

# INVOICE

6/20/2016
Invoice #: 31816075266

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

---

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 3626132
Claimant Tatiana A. Bushee
Referral Date: 6/5/2016 15:27:00 Peer Review Specialty: Orthopedic Surgery

Jurisdiction: NV
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| Description of Services | Amount Due |
|---|---|
| Peer Review Services | 590.00 |
| **Total Due:** | $590.00 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

June 20, 2016

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Safeway LTD Policy.

We are in the process of evaluating your claim for disability benefits. To make a determination, we have referred the medical information on file to be reviewed. Once the medical report is received, it will be reviewed and a determination on the next step of claims processing will be made.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

T



BACTES
MAY 23 2016
COPIED

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 18, 2016

Nevada Pain & Spine Specialists
605 SIERRA ROSE DR #4
RENO, NV 89511

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Nevada Pain & Spine Specialists:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the present

We ask that you provide this information by May 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

T



Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health (excluding psychotherapy notes).

2. Information with respect to: Job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee *Tatiana Bushee*
Claimant Name (Print)

Date of Birth

*[signature]*
Claimant Signature

*5/9/2016*
Date

3626132
Claim Number

T

***Tatiana A Bushee***
08/05/2015 01:41 PM
Location: Nevada Pain & Spine Specialists
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Sally Stone 08/06/2015 12:51 PM)*

The patient is a 54 year old female who is a NEW PATIENT TO OUR OFFICE. The following is a historical summary of medical data obtained from the New Patient Evaluation Form completed by the patient. Referred by Dr. James Christensen, M.D.. Patient's main complaint: pain.This new pain patient 's main complaint is located in the left hand, arm and neck area. Date of occurrence: May 2015. Patient believes problem was caused by surgery or neck problem. The problem started gradually. The pain is at best 2-3, at worst 7-8, an on average 5-6 and an acceptable level would be 1-2. It is steady or constant, occurs daily, is worse in the afternoon and is worse in the evenings. The pain is described as dull, burning, tingling, electrical and pins and needles It is aggravated by lifting, exercise and certain positions. It is relieved by relaxation, reclining, massage and medications. Associated symptoms include weakness, sweats and fatigue. Pain interferes with work, personal grooming, driving, yard work, light work, heavy work and shopping. Previous evaluations and treatments include: physical therapy (No Help), massage (Some Help), nutritional/ herbal therapy (No Help) and other (Carpal tunnel surgeries - 3x - Some Help). Diagnostic tests include X-Ray and EMG/PNCV's. Current pain treatment is poor. BAPSI screen test score of 126.

**Allergies** *(Sally Stone; 08/06/2015 12:54 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Sally Stone; 08/06/2015 12:54 PM)*
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
**Myofacial muscle pain (729.1 | M79.7)**

**Family History** *(Sally Stone; 08/06/2015 12:54 PM)*
**Cancer**
**Heart Attack**

**Social History** *(Sally Stone; 08/06/2015 12:54 PM)*
**No alcohol use**
**No illicit drug use**
**Current tobacco use**: Never smoker
**Place of birth**; Russia
**Marital status**: Married
**Children**: 2; Daughter - 34; Son - 30 years old.
**Living situation**: Lives with spouse
**Current work status**: Full-time
**Most recent primary occupation**; Floral Department Manager
**Highest Education Level Attained**; College - 4 years

**Medication History** *(Sally Stone; 08/06/2015 12:54 PM)*
Ibuprofen PM (200-38MG Tablet 2 Oral daily) Active - Hx Entry. (Not written by NPSS)

**Past Surgical** *(Sally Stone; 08/06/2015 12:54 PM)*
**Carpal Tunnel Surgery**; May 16, 2012, May 30, 2012 and April 22, 2015

**Review of Systems** *(Sally Stone; 08/06/2015 12:52 PM)*
**General:** Present- **Fatigue.** Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness.** Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches.** Not Present- Trouble walking and Balance Problems.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Vitals** *(Steven E Berman, MD; 08/05/2015 01:51 PM)*
08/05/2015 01:44 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 $m^2$ **Body Mass Index:** 24.62 $kg/m^2$
**Pain level:** 5/10
**Pulse:** 70 (Regular) **Resp.:** 18 (Unlabored) **P. OX:** 99% (Room air)
**BP:** 142/84 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level without medications: 5*

**Physical Exam** *(Steven E Berman, MD; 08/05/2015 02:38 PM)*
The physical exam findings are as follows:

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection - Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse - Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious**.

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity - Left - Brachioradialis, Extensor digitorum, Flexor carpi radialis** and **Flexor carpi ulnaris.**
**Global Assessment**
**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam - Bilateral** - fibromyalgia sites nontender.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Objective Transcription** *(Berman, Steven E MD; 08/07/2015 2:26:53 PM)*
**MEDICAL RECORD REVIEW**
This is a Workman's Compensation case from Nelson Davison referred here to assume medication management. Initially, Tatiana was a patient of Dr. James Christensen, of the Reno Orthopaedic Clinic. The patient has the diagnosis of complex regional pain syndrome of the left hand and wrist, and is referred for consideration of symptomatic blocks.

06/19/2015, referral form from Workman's Compensation:
DIAGNOSIS:
Carpal tunnel syndrome, referred by Dr. James Christensen.
REASON FOR REFERRAL:
Evaluation of RSD and sympathetic blocks for treatment.

06/18/2015, follow-up note with Dr. James Christensen:
IMPRESSION:
The patient is two months past re-do carpal tunnel release with NeuraWrap and tenosynovectomy. She may have early sympathetic dystrophy and is certainly not progressing at the pace I would expect.
PLAN:
1. Take-off work.
2. Continue physical therapy.
3. Pain management referral for sympathetic block.
4. See Dr. Arraiz again for evaluation of her cervical spine.
5. See her back in a month.

06/04/2015, follow-up note with Dr. James Christensen.

06/05/2015, follow-up note with Dr. James Christensen.

04/28/2015, follow-up note with Kimberly Weaver, OPA.

03/26/2015, follow-up note with Dr. James Christensen:
FINDINGS:
Imaging studies, repeat EMG and nerve conduction study show bilateral carpal tunnel syndrome.
PLAN:
1. Set her up for re-do of left open carpal tunnel release with neurolysis and possible NeuraWrap.
2. See her one week postoperatively.

02/26/2015, follow-up note with Dr. James Christensen.

01/27/2015, follow-up note with Dr. James Christensen:
IMPRESSION:
Bilateral current carpal tunnel syndrome.
TREATMENT PLAN:
1. Repeat bilateral EMGs and nerve conduction studies.
2. Follow-up to review the results.

These are the sum total of the medical records I have for review today.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Assessment & Plan** *(Steven E Berman, MD; 08/06/201508:38 AM)*

**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**

Current Plans:

- Started Cymbalta 30MG, 1 (one) Capsule DR Part at bedtime, #30, 30 days starting 08/05/2015, No Refill.
- Referred to Stanfield, Monique, (Undefined)
- Stellate Ganglion (64510) IN OFFICE x 3
- Left
- Request auth for ultrasound guidance (76942)
- Referral: Psychology / Behavioral Medicine
- Follow-Up with Dr. Berman in Two weeks
- Follow-Up for Medication Management
- Follow-Up for Office Injection Treatment

**Myofacial muscle pain (729.1 | M79.7)**

Current Plans:

- Started TiZANidine HCl 2MG, 1 (one) Tablet every six hours, as needed, #20, 30 days starting 08/05/2015, No Refill.

Patient here for left distal arm and hand CRPS pain. She is rather anxious today, stating she is hesitant to take any medications other than Ibuprofen for her pain. I did explain to her that in order to help her pain, she will need to try a combination of medications for her current pain symptoms.
After an extensive discussion about medications and injection therapies, will trial her on Cymbalta and Tizanidine. Authorization for a series of 3 stellate ganglions with ultrasound guidance will be requested, as well as a one time evaluation with our clinical pain psychologist Monique Stanfield, PhD., as I do feel her pain contributes to her current anxiety stressors. It is also a good competent to an effective outcome with the patient's treatment plan. Consider Gabapentin if Cymbalta is ineffective.

F/u with me in 2 weeks to evaluate response to addition of medication changes, and perform her first stellate ganglion. Call sooner prn problems.



Signed electronically by Steven E Berman MD

05/23/2016 10:32:20 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

***Tatiana A Bushee***
08/24/2015 01:22 PM
Location: 75NPSS FLUORO
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Steven E Berman, MD 08/24/2015 01:29 PM)*

Patient words: Patient tried Cymbalta for 4 days. Made her have nightmares, dizzy and had a fall.

The patient is a 54 year old female who presents with a chief complaint of. Left Arm Pain. Reason for encounter: medication management. The patient describes the pain as aching, burning, sharp, stabbing and shooting. Pain scores include a current pain level of 6/10 and this is without medications. The patient describes symptoms as unchanged and medications are not helpful. Patient has had no recent evaluations.. Current treatment includes medication. Patient reports that stress level is unchanged. Sleep: Sleeps 4 hours broken nightly. Medication concerns: none at this time. Reference patient's intake form for today's encounter under scanned documents.

**Allergies** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
**Myofacial muscle pain (729.1 | M79.7)**
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**

**Family History** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
**Cancer**
**Heart Attack**

**Social History** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
**Highest Education Level Attained**: College - 4 years
**Current work status**: Full-time
**Most recent primary occupation**: Floral Department Manager
**Current tobacco use**: Never smoker
**No illicit drug use**
**No alcohol use**
**Place of birth**: Russia
**Living situation**: Lives with spouse
**Children**: 2; Daughter - 34; Son - 30 years old.
**Marital status**: Married

**Medication History** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
Cymbalta (30MG Capsule DR Part 1 (one) Capsule DR Part Oral at bedtime, Taken starting 08/05/2015) Active - Hx Entry. (Take 1-2 hours before bed)
TiZANidine HCl (2MG Tablet 1 (one) Tablet Oral every six hours, as needed, Taken starting 08/05/2015) Active - Hx Entry. (Take as needed)
Ibuprofen PM (200-38MG Tablet 2 Oral daily) Active - Hx Entry. (Not written by NPSS)

**Past Surgical** *(Steven E Berman, MD; 08/24/2015 01:44 PM)*
**Carpal Tunnel Surgery**: May 16, 2012, May 30, 2012 and April 22, 2015

**Review of Systems** *(Steven E Berman, MD; 08/24/2015 01:23 PM)*
**General:** Present- **Fatigue**. Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness**. Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches**. Not Present- Trouble walking and Balance Problems.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Vitals** *(Steven E Berman, MD; 08/24/2015 01:29 PM)*
08/24/2015 01:26 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 $m^2$ **Body Mass Index:** 24.62 kg/$m^2$
**Pain level:** 6/10
**Pulse:** 74 (Regular) **P. OX:** 98% (Room air)
**BP:** 142/80 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level w/o medications: 6*

**Physical Exam** *(Steven E Berman, MD; 08/24/2015 01:41 PM)*
The physical exam findings are as follows:

**General**
**See Dictation for today's visit** - **See dictation for today's visit.**

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection** - **Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse** - **Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious.**

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity** - **Left** - **Brachioradialis, Extensor digitorum**, **Flexor carpi radialis** and **Flexor carpi ulnaris.**
**Global Assessment**
**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not


Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam** - **Bilateral** - fibromyalgia sites nontender.

**Assessment & Plan** *(Steven E Berman, MD; 08/24/201501:44 PM)*
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
Current Plans:

- Started Imipramine HCl 10MG, 1 (one) Tablet at bedtime, #30, 30 days starting 08/24/2015, No Refill.
- Stellate Ganglion (64510) IN OFFICE X 3
- Request auth for ultrasound guidance (76942)
- Follow-Up with Dr. Berman in One week
- Follow-Up for Medication Management
- Follow-Up for Office Injection Treatment

**Myofacial muscle pain (729.1 | M79.7)**
Current Plans:

**Neuralgia (729.2 | M79.2)**
Current Plans:

**Golfers elbow of left upper extremity (726.31 | M77.02)**
Current Plans:

Signed electronically by Steven E Berman MD

05/23/2016 10:32:27 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

***Tatiana A Bushee***
08/31/2015 01:18 PM
Location: 75NPSS FLUORO
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Steven E Berman, MD 08/31/2015 01:19 PM)*

The patient is a 54 year old female who presents with chronic pain. Patient is here for a stellate injection(s). The patient describes the pain as dull, aching, burning and tingling. Pain scores include a current pain level of 5/10 and this is without medications. Patient has had no recent evaluations..

**Allergies** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**Myofacial muscle pain (729.1 | M79.7)**
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
**Neuralgia (729.2 | M79.2)**
**Golfers elbow of left upper extremity (726.31 | M77.02)**

**Family History** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**Cancer**
**Heart Attack**

**Social History** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**Living situation**: Lives with spouse
**Children**: 2; Daughter - 34; Son - 30 years old.
**No alcohol use**
**Place of birth**; Russia
**Marital status**: Married
**Current work status**: Full-time
**Most recent primary occupation**; Floral Department Manager
**Highest Education Level Attained**; College - 4 years
**Current tobacco use**: Never smoker
**No illicit drug use**

**Medication History** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
Cymbalta (30MG Capsule DR Part 1 (one) Capsule DR Part Oral at bedtime, Taken starting 08/05/2015) Active - Hx Entry. (Take 1-2 hours before bed)
TiZANidine HCl (2MG Tablet 1 (one) Tablet Oral every six hours, as needed, Taken starting 08/05/2015) Active - Hx Entry. (Take as needed)
Imipramine HCl (10MG Tablet 1 (one) Tablet Oral at bedtime, Taken starting 08/24/2015) Active - Hx Entry. (Failed Cymbalta)
Ibuprofen PM (200-38MG Tablet 2 Oral daily) Active - Hx Entry. (Not written by NPSS)

**Past Surgical** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**Carpal Tunnel Surgery**; May 16, 2012, May 30, 2012 and April 22, 2015

**Review of Systems** *(Steven E Berman, MD; 08/31/2015 01:19 PM)*
**General:** Present- **Fatigue.** Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness.** Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches.** Not Present- Trouble walking and Balance Problems.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Vitals** *(Steven E Berman, MD; 08/31/2015 01:20 PM)*
08/31/2015 01:19 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 m² **Body Mass Index:** 24.62 kg/m²
**Pain level:** 7/10

**BP:** 102/62 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level w/o medications: 7*

**Physical Exam** *(Steven E Berman, MD; 08/31/2015 02:12 PM)*
The physical exam findings are as follows:

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection** - **Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse** - **Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious**.

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity** - **Left** - **Brachioradialis, Extensor digitorum**, **Flexor carpi radialis** and **Flexor carpi ulnaris.**
**Global Assessment**
**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam** - **Bilateral** - fibromyalgia sites nontender.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Objective Transcription** *(Berman, Steven E MD; 09/04/2015 10:11:42 AM)*
**INTERVAL HISTORY:**
Tatiana is a 54-year-old lady who returns today. She has had recent carpal tunnel release with subsequent intractable left upper extremity pain which is felt to be possible complex regional pain syndrome. Cymbalta caused excessive dizziness and actually caused a fall so she discontinued this after four days. She has been prescribed tizanidine for some of the myofascial pain that was found on first examination. She has not initiated this at this time due to the fact that she was afraid to take it at the same time as the Cymbalta.

In regard to her current situation, she feels that both the Terocin patches and LidoPro cream are of significant benefit although they are not lasting a full 24 hours.

**PHYSICAL EXAMINATION:**
She comes in today alert, oriented, answering questions appropriately. On examination of the left hand versus the right, I do not see a lot of skin and color changes. She has slightly decreased temperature when palpating the wrist, hand, and forearm. She also has some mild dysesthesia but no frank allodynia to light touch. Her pulses are strong. Of note, is significant tenderness at the proximal aspect of the incision over the left wrist. She also has marked tenderness to palpation over the medial and lateral olecranon where the flexor and extensor muscles insert from the forearm.

**Assessment & Plan** *(Steven E Berman, MD; 08/31/201502:13 PM)*
**Myofacial muscle pain (729.1 | M79.7)**
Current Plans:

**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
Current Plans:

- STELLATE GANGLION INJ (64510) Routine

| | |
|---|---|
| Informed consent and narrative:<br><br>The risks, benefits, indications and alternatives to the treatment were reviewed with the patient. Specifically mentioned was the small but theoretically possible chance of bleeding, infection, vascular injury, neurological injury, stroke, paralysis, seizure, lung collapse, worsening of pain or lack of improvement of pain. Although extremely rare, such complications could lead to death. The patient gave informed consent to proceed.<br>The patient was positioned prone in the injection suite and the injection site was sterilely prepped and draped. Aseptic technique was used throughout. The target area was visualized with the fluoroscopy. The skin at the needle site was infiltrated with local anesthetic. An appropriate needle was advanced to the target area using multiplanar fluoroscopy. If indicated, radiocontrast material was injected under continuous visualization and acceptable pattern was observed. Intravascular, subarachnoid, and intramuscular injection was ruled out. Injection was resistance free and tolerable for the patient. An X-Ray image was saved for documentation.<br>Medications were administered as noted in the record. The needle was withdrawn and the puncture wound was dressed.<br><br>The procedure was well tolerated without any apparent complications. Discharge and follow up instructions were reviewed. | Informed consent and narrative:<br><br>The risks, benefits, indications and alternatives to the treatment were reviewed with the patient. Specifically mentioned was the small but theoretically possible chance of bleeding, infection, vascular injury, neurological injury, stroke, paralysis, seizure, lung collapse, worsening of pain or lack of improvement of pain. Although extremely rare, such complications could lead to death. The patient gave informed consent to proceed.<br>The patient was positioned prone in the injection suite and the injection site was sterilely prepped and draped. Aseptic technique was used throughout. The target area was visualized with the fluoroscopy. The skin at the needle site was infiltrated with local anesthetic. An appropriate needle was advanced to the target area using multiplanar fluoroscopy. If indicated, radiocontrast material was injected under continuous visualization and acceptable pattern was observed. Intravascular, subarachnoid, and intramuscular injection was ruled out. Injection was resistance free and tolerable for the patient. An X-Ray image was saved for documentation.<br>Medications were administered as noted in the record. The needle was withdrawn and the puncture wound was dressed.<br><br>The procedure was well tolerated without any apparent complications. Discharge and follow up instructions were reviewed. |
| Medications administered | 0.25% Marcaine (10cc) |
| Comments | left |

- ULTRASOUND GUIDANCE (76942) Routine
- Follow up as scheduled



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Neuralgia (729.2 | M79.2)**
Current Plans:

**Golfers elbow of left upper extremity (726.31 | M77.02)**
Current Plans:

**Assessments Transcription** *(Berman, Steven E MD; 09/04/2015 10:11:42 AM)*
**ASSESSMENT:**
This is a patient with:
1. Possible complex regional pain syndrome.
2. Myofascial pain with identifiable trigger points.
3. Possible neuralgia secondary to repeat surgery.
4. Flexor and extensor tendinitis of the forearm.

**Plan Transcription** *(Berman, Steven E MD; 09/04/2015 10:11:42 AM)*
**TREATMENT PLAN:**
1. We will request authorization for the stellate ganglion blocks.
2. We are also recommending an evaluation by Dr. James Christensen for possible neuroma formation at the proximal aspect of the incision where marked tenderness is noted.
3. We will discontinue the Cymbalta and trial imipramine 10 mg tablets, one tablet at bedtime. At her next visit, we may consider a gradual increase in the medication dose.
4. We will also refill her patches and cream today as well.

CC: James Christensen, M.D.

Signed electronically by Steven E Berman MD

05/23/2016 10:32:36 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T


Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:06
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.60kH
WF 45Hz
Freq 5.1MH

T


Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:09
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.80kH
WF 45Hz
Freq 5.1MH

T


Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:12
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.80kH
WF 45Hz
Freq 5.1MH

T



Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:33
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.80kH
WF 45Hz
Freq 5.1MH

T


Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:45
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.80kH
WF 45Hz
Freq 5.1MH

T


Bushee, Tatiana
126670
54
Shoulder
NPSS
09/14/2015
13:21:52
MI 1.0
TIS 1.0
15L4
C/3/H/TV3
Gn 55 DR
Depth 4 cm
15 Hz
Color
PRF 0.80kH
WF 45Hz
Freq 5.1MH

T




NPSS

## Musculoskeletal Ultrasound Report

Exam Type: Musculoskeletal
Report Date: 09/14/2015

## Patient Information

Patient: Bushee , Tatiana
Patient ID: 126870
Birth Date: 12/07/1960

## Study Information

Study Date: 09/14/2015
Accession Number: stellate

T

***Tatiana A Bushee***
09/14/2015 01:09 PM
Location: 75NPSS FLUORO
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Steven E Berman, MD 09/14/2015 01:09 PM)*
The patient is a 54 year old female who presents with chronic pain. Patient is here for a stellate injection(s). Patient's pain is located in the neck. The patient describes the pain as dull, aching, burning and tingling. Pain scores include a current pain level of 5/10 and this is without medications. Patient has had no recent evaluations..

**Allergies** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
**Myofacial muscle pain (729.1 | M79.7)**
**Golfers elbow of left upper extremity (726.31 | M77.02)**
**Neuralgia (729.2 | M79.2)**

**Family History** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**Heart Attack**
**Cancer**

**Social History** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**No illicit drug use**
**Current tobacco use**: Never smoker
**No alcohol use**
**Place of birth**; Russia
**Living situation**: Lives with spouse
**Children**: 2; Daughter - 34; Son - 30 years old.
**Most recent primary occupation**; Floral Department Manager
**Highest Education Level Attained**; College - 4 years
**Marital status**: Married
**Current work status**: Full-time

**Medication History** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
Imipramine HCl (10MG Tablet 1 (one) Tablet Oral at bedtime, Taken starting 08/24/2015) Active - Hx Entry. (Failed Cymbalta)
Cymbalta (30MG Capsule DR Part 1 (one) Capsule DR Part Oral at bedtime, Taken starting 08/05/2015) Active - Hx Entry. (Take 1-2 hours before bed)
TiZANidine HCl (2MG Tablet 1 (one) Tablet Oral every six hours, as needed, Taken starting 08/05/2015) Active - Hx Entry. (Take as needed)
Ibuprofen PM (200-38MG Tablet 2 Oral daily) Active - Hx Entry. (Not written by NPSS)

**Past Surgical** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**Carpal Tunnel Surgery**; May 16, 2012, May 30, 2012 and April 22, 2015

**Review of Systems** *(Steven E Berman, MD; 09/14/2015 01:10 PM)*
**General:** Present- **Fatigue.** Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness.** Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches.** Not Present- Trouble walking and Balance Problems.



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Vitals** *(Steven E Berman, MD; 09/14/2015 01:11 PM)*
09/14/2015 01:10 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 m² **Body Mass Index:** 24.62 kg/m²
**Pain level:** 5/10
**Pulse:** 69 (Regular) **P. OX:** 98% (Room air)
**BP:** 112/76 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level w/o medications: 5*

**Physical Exam** *(Steven E Berman, MD; 09/14/2015 01:27 PM)*
The physical exam findings are as follows:

**General**
**See Dictation for today's visit** - **See dictation for today's visit.**

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection** - **Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse** - **Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious.**

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity** - **Left** - **Brachioradialis, Extensor digitorum**, **Flexor carpi radialis** and **Flexor carpi ulnaris.**
**Global Assessment**
**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not


Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam** - **Bilateral** - fibromyalgia sites nontender.

**Assessment & Plan** *(Steven E Berman, MD; 09/14/201501:26 PM)*

**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**

Current Plans:

- STELLATE GANGLION INJ (64510) Routine

| | |
|---|---|
| Informed consent and narrative: | Informed consent and narrative: The risks, benefits, indications and alternatives to the treatment were reviewed with the patient. Specifically mentioned was the small but theoretically possible chance of bleeding, infection, vascular injury, neurological injury, stroke, paralysis, seizure, lung collapse, worsening of pain or lack of improvement of pain. Although extremely rare, such complications could lead to death. The patient gave informed consent to proceed. The patient was positioned prone in the injection suite and the injection site was sterilely prepped and draped. Aseptic technique was used throughout. The target area was visualized with the fluoroscopy. The skin at the needle site was infiltrated with local anesthetic. An appropriate needle was advanced to the target area using multiplanar fluoroscopy. If indicated, radiocontrast material was injected under continuous visualization and acceptable pattern was observed. Intravascular, subarachnoid, and intramuscular injection was ruled out. Injection was resistance free and tolerable for the patient. An X-Ray image was saved for documentation. Medications were administered as noted in the record. The needle was withdrawn and the puncture wound was dressed. The procedure was well tolerated without any apparent complications. Discharge and follow up instructions were reviewed. |
| The risks, benefits, indications and alternatives to the treatment were reviewed with the patient. Specifically mentioned was the small but theoretically possible chance of bleeding, infection, vascular injury, neurological injury, stroke, paralysis, seizure, lung collapse, worsening of pain or lack of improvement of pain. Although extremely rare, such complications could lead to death. The patient gave informed consent to proceed. The patient was positioned prone in the injection suite and the injection site was sterilely prepped and draped. Aseptic technique was used throughout. The target area was visualized with the fluoroscopy. The skin at the needle site was infiltrated with local anesthetic. An appropriate needle was advanced to the target area using multiplanar fluoroscopy. If indicated, radiocontrast material was injected under continuous visualization and acceptable pattern was observed. Intravascular, subarachnoid, and intramuscular injection was ruled out. Injection was resistance free and tolerable for the patient. An X-Ray image was saved for documentation. Medications were administered as noted in the record. The needle was withdrawn and the puncture wound was dressed. The procedure was well tolerated without any apparent complications. Discharge and follow up instructions were reviewed. | |
| Medications administered | 0.25% Marcaine (10cc) |
| Comments | left |

- ULTRASOUND GUIDANCE (76942) Routine
- Started Ibuprofen 400MG, 1 (one) Tablet MG two times daily, as needed.
- Follow-Up with Dr. Berman in Two weeks
- Follow-Up for Office Injection Treatment

**Myofacial muscle pain (729.1 | M79.7)**

Current Plans:

**Golfers elbow of left upper extremity (726.31 | M77.02)**

Current Plans:

**Neuralgia (729.2 | M79.2)**

Current Plans:



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T



Signed electronically by Steven E Berman MD

05/23/2016 10:33:26 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

***Tatiana A Bushee***
09/28/2015 01:19 PM
Location: 75NPSS FLUORO
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Steven E Berman, MD 09/28/2015 01:22 PM)*

The patient is a 54 year old female who presents with chronic pain. Patient is here for a stellate injection(s). Patient's pain is located in the neck. The patient describes the pain as dull, aching, burning and tingling. Pain scores include a current pain level of 5/10 and this is without medications. Patient has had no recent evaluations..

**Allergies** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
**Myofacial muscle pain (729.1 | M79.7)**
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
**Neuralgia (729.2 | M79.2)**
**Golfers elbow of left upper extremity (726.31 | M77.02)**

**Family History** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
**Cancer**
**Heart Attack**

**Social History** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
**Highest Education Level Attained**: College - 4 years
**Marital status**: Married
**Children**: 2; Daughter - 34; Son - 30 years old.
**Most recent primary occupation**: Floral Department Manager
**Current work status**: Full-time
**Current tobacco use**: Never smoker
**No illicit drug use**
**Place of birth**: Russia
**Living situation**: Lives with spouse
**No alcohol use**

**Medication History** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
Cymbalta (30MG Capsule DR Part 1 (one) Capsule DR Part Oral at bedtime, Taken starting 08/05/2015) Active - Hx Entry. (Take 1-2 hours before bed)
TiZANidine HCl (2MG Tablet 1 (one) Tablet Oral every six hours, as needed, Taken starting 08/05/2015) Active - Hx Entry. (Take as needed)
Imipramine HCl (10MG Tablet 1 (one) Tablet Oral at bedtime, Taken starting 08/24/2015) Active - Hx Entry. (Failed Cymbalta)
Ibuprofen (400MG Tablet 1 (one) Tablet Oral two times daily, as needed, Taken starting 09/14/2015) Active - Hx Entry.
Ibuprofen PM (200-38MG Tablet 2 Oral daily) Active - Hx Entry. (Not written by NPSS)

**Past Surgical** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*
**Carpal Tunnel Surgery**: May 16, 2012, May 30, 2012 and April 22, 2015



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Review of Systems** *(Steven E Berman, MD; 09/28/2015 01:22 PM)*

**General:** Present- **Fatigue**. Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness**. Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches**. Not Present- Trouble walking and Balance Problems.

**Vitals** *(Steven E Berman, MD; 09/28/2015 01:24 PM)*
09/28/2015 01:22 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 m² **Body Mass Index:** 24.62 kg/m²
**Pain level:** 5/10
**Pulse:** 79 (Regular) **P. OX:** 98% (Room air)
**BP:** 142/80 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level w/o medications: 5*

**Physical Exam** *(Steven E Berman, MD; 09/28/2015 01:32 PM)*
The physical exam findings are as follows:

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection** - **Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse** - **Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious**.

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity** - **Left** - **Brachioradialis, Extensor digitorum**, **Flexor carpi radialis** and **Flexor carpi ulnaris**.
**Global Assessment**



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam** - **Bilateral** - fibromyalgia sites nontender.

**Assessment & Plan** *(Steven E Berman, MD; 09/28/201501:32 PM)*

**Myofacial muscle pain (729.1 | M79.7)**
Current Plans:

**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
Current Plans:

- Continued Ibuprofen 400MG, 1 (one) Tablet two times daily, as needed, #60, 30 days starting 09/28/2015, No Refill.
- Changed Imipramine HCl 25MG, 1 (one) Tablet at bedtime, #30, 30 days starting 09/28/2015, No Refill.
- Referral: Physical Therapy
- Follow-Up with Dr. Berman in One month
- Follow-Up for Medication Management
- Follow-Up to Review Treatment Results

**Neuralgia (729.2 | M79.2)**
Current Plans:

**Golfers elbow of left upper extremity (726.31 | M77.02)**
Current Plans:

Patient did not have any relief in pain symptoms from two stellate ganglion blocks, I will not repeat this today. I am going to refer her to physical therapy, and have her reinitiate her Imipramine at 25mg 1 qhs. She is going to see Dr. Christensen tomorrow, will see if he has any other treatment recommendations.

F/u with me in 1 months time for medication management and to review her response to physical therapy.

Signed electronically by Steven E Berman MD

05/23/2016 10:33:38 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

***Tatiana A Bushee***
11/04/2015 02:48 PM
Location: Nevada Pain & Spine Specialists
Patient #: 126670
DOB:
Language: English / Race: Undefined / Ethnicity: Refused to Report/Unreported
Gender: Female

**History of Present Illness** *(Steven E Berman, MD 11/04/2015 02:59 PM)*

The patient is a 54 year old female who presents with a chief complaint of. Left Arm Pain. (work comp) Reason for encounter: medication management. The patient describes the pain as aching, burning, sharp, stabbing and shooting. Pain scores include a current pain level of 6/10 (0% change from LOV) and this is without medications. The patient describes symptoms as unchanged and medications are not helpful. Recent evaluations include (a/n) Dr Christensen is recommending FCE. Current treatment includes medication and physical therapy (two days weekly, just finished). Patient reports that stress level is unchanged. Sleep: Sleeps 4 hours broken nightly. Medication concerns: none at this time. Reference patient's intake form for today's encounter under scanned documents.

**Allergies** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
**No Known Allergies** 08/06/2015

**Past Medical History** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
**Myofacial muscle pain (729.1 | M79.7)**
**Golfers elbow of left upper extremity (726.31 | M77.02)**
**Neuralgia (729.2 | M79.2)**

**Family History** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
**Heart Attack**
**Cancer**

**Social History** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
**Living situation**: Lives with spouse
**Place of birth**: Russia
**No alcohol use**
**Children**: 2; Daughter - 34; Son - 30 years old.
**Most recent primary occupation**: Floral Department Manager
**Highest Education Level Attained**: College - 4 years
**Marital status**: Married
**Current tobacco use**: Never smoker
**No illicit drug use**
**Current work status**: Full-time

**Medication History** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
Cymbalta (30MG Capsule DR Part 1 (one) Capsule DR Part Oral at bedtime, Taken starting 08/05/2015) Active - Hx Entry. (Take 1-2 hours before bed)
TiZANidine HCl (2MG Tablet 1 (one) Tablet Oral every six hours, as needed, Taken starting 08/05/2015) Active - Hx Entry. (Take as needed)
Imipramine HCl (25MG Tablet 1 (one) Oral at bedtime, Taken starting 09/28/2015) Active - Hx Entry. (Failed Cymbalta)
Ibuprofen (400MG Tablet 1 (one) Oral two times daily, as needed, Taken starting 09/28/2015) Active - Hx Entry. (Refill when due)

**Past Surgical** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*
**Carpal Tunnel Surgery**: May 16, 2012, May 30, 2012 and April 22, 2015



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Review of Systems** *(Steven E Berman, MD; 11/04/2015 02:50 PM)*

**General:** Present- **Fatigue.** Not Present- Weight Gain and Weight Loss.
**Skin:** Not Present- Excessive Sweating, Rash, Pigmentation, Change in Hair Growth or Loss, Nail Changes, Skin Color Changes, Bruising, Hair Growth and Hair Loss.
**HEENT:** Not Present- Visual Loss, Hearing Loss, Glaucoma, Nose Bleed and Hoarseness.
**Respiratory:** Not Present- Bloody sputum, Cough, Wheezing and Shortness of Breath.
**Cardiovascular:** Not Present- Chest Pain, Fainting, Swelling of Extremities and Irregular Heart Beat.
**Gastrointestinal:** Not Present- Abdominal Pain, Constipation, Nausea, Vomiting and Incontinence of Stool.
**Female Genitourinary:** Not Present- Urinary Infections, Kidney Stones, Blood in Urine and Incontinence.
**Musculoskeletal:** Present- **Muscle Weakness.** Not Present- Joint Pain, Fractures, Muscle Pain, Muscle Cramps and Joint Swelling.
**Neurological:** Present- **Headaches.** Not Present- Trouble walking and Balance Problems.

**Vitals** *(Steven E Berman, MD; 11/04/2015 02:56 PM)*
11/04/2015 02:50 PM
**Weight:** 139 lb **Height:** 63 in
**Body Surface Area:** 1.67 m² **Body Mass Index:** 24.62 kg/m²
**Pain level:** 5/10
**Pulse:** 72 (Regular) **P. OX:** 99% (Room air)
**BP:** 102/72 Manual (Sitting, Left Arm, Standard)
*NO ASSISTIVE DEVICES*
*Pain level w/o medications: 5*

**Physical Exam** *(Steven E Berman, MD; 11/04/2015 03:07 PM)*
The physical exam findings are as follows:

**Integumentary**
**Global Assessment:** Upon inspection and palpation of skin surfaces of the - Head/Face: no rashes, ulcers, lesions or evidence of photo damage. No palpable nodules or masses.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion. no abnormal movements.

**Peripheral Vascular**
**Upper Extremity: Inspection - Bilateral** - Rapid capillary refill.
**Palpation: Radial pulse - Bilateral** - 2+.
**Ulnar Pulse: Bilateral** - 2+.

**Neurologic**
**Sensory:**
**Light Touch:** - No Abnormalities.
**Pain:** - Normal pain sensation.
**Temperature:** - No Abnormalities.
Overall Assessment of Muscle Strength and Tone reveals:
**Upper Extremities: Right Deltoid** - 5/5. **Left Deltoid** - 5/5. **Right Bicep** - 5/5. **Left Bicep** - 5/5. **Right Tricep** - 5/5. **Left Tricep** - 5/5. **Right Wrist Extensors** - 5/5. **Left Wrist Extensors** - 5/5. **Right Wrist Flexors** - 5/5. **Left Wrist Flexors** - 5/5.
**Reflexes (Dermatomes): 2/2 Normal** - Left Bicep (C5-6), Left Tricep (C7-8), Left Brachioradialis (C5-6), Right Bicep (C5-6), Right Tricep (C7-8) and Right Brachioradialis (C5-6).

**Neuropsychiatric**
The patient's mood and affect are described as - **anxious.**

**Musculoskeletal**
**Trigger Point Examination: Chest & Upper Extremity - Left - Brachioradialis, Extensor digitorum, Flexor carpi radialis** and **Flexor carpi ulnaris.**
**Global Assessment**



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

**Head and Neck** - symmetric, no deformities, masses or tenderness, no known fractures and normal strength and tone, no laxity.
**Spine/Ribs/Pelvis**
**Gait and Station:**
**Evaluation of Posture:**
**Anterior Observation: Head/Neck** - head straight on shoulders, in midline.
**Cervical Spine:**
**Inspection and Palpation: Tenderness** - no tenderness.
**Repeated Movements Assessment: Sidebending, (R)** - does not affect pain. **Sidebending, (L)** - does not affect pain. **Rotation, (R)** - does not affect pain. **Rotation, (L)** - does not affect pain. **Repeated flexion** - does not affect pain. Extension - does not affect pain.
**Functional Testing** - Foraminal Compression/Spurling's Test negative and Tinel's Sign negative.
**Fibromyalgia Exam** - **Bilateral** - fibromyalgia sites nontender.

**Assessment & Plan** *(Steven E Berman, MD; 11/04/201503:13 PM)*

**CRPS (complex regional pain syndrome), type II, upper (354.4 | G56.40)**
Current Plans:

- Started CeleBREX 200MG, 1 (one) Capsule daily, #30, 30 days starting 11/04/2015, No Refill.
- Continued Imipramine HCl 25MG, 1 (one) Tablet at bedtime, #30, 30 days starting 11/04/2015, No Refill.

**Myofacial muscle pain (729.1 | M79.7)**
Current Plans:

- INJECT TRIGGER POINTS, =/> 3 (20553) Routine

| | |
|---|---|
| Informed consent was obtained. The procedure details, risks, and benefits were discussed with the patient before the procedure was performed. The possibility of the production of pain and discomfort due to the procedure was discussed. The long and short term benefits, along with the complications from the use of the medications were discussed.<br><br>Injections were preformed in the above mentioned trigger points (Please refer to the Physical Exam). Injections sites were cleansed and prepped with alcohol. Sterile technique was used throughout the procedure.<br><br>Patient tolerated well without complication. Minimal bleeding observed. Observe site for increased redness, swelling, pain or drainage. Notify office if symptoms worsen. Apply ice to site for 20 minutes/hour for discomfort. | Yes |
| Needle Gauge | 27g, 1 1/4 in needle |
| Medications administered | Marcaine 0.25% (6cc), Toradol 60 mg |
| Procedure terminated at request of patient. | No |

- Follow-Up with Dr. Berman in One month
- Follow-Up to Review Treatment Results
- Follow-Up for Medication Management

**Golfers elbow of left upper extremity (726.31 | M77.02)**
Current Plans:

**Neuralgia (729.2 | M79.2)**
Current Plans:



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

T

Signed electronically by Steven E Berman MD

05/23/2016 10:33:48 AM



Parts of this medical report may have been created using "speech recognition" software. Every effort is made to verify accuracy.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 26, 2016

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

We are reviewing your claim for consideration under Safeway's Long Term Disability Policy. Please note that receipt of Short Term Disability benefits does not automatically mean that your Long Term Disability benefits will be approved. The provisions and requirements in the Long Term Disability Policy differ from those in the Short Term Disability Plan and may require that we request additional information prior to making a claim determination.

***Notice and Proof of Claim***

1. ***Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

The Safeway LTD Policy requires that in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you contact the following providers and ensure they respond to us with this information no later than June 18, 2016:

- All medical records from Nevada Pain & Spine Specialists from January 1, 2015 through the present

Although you have until June 18, 2016, under the terms of your Policy to submit this information, as well as any other documentation supporting your claim for disability benefits, we ask that you submit this information as soon as possible.

Please be advised that until we have proof of disability (medical records, pharmacy records, diagnostic test results, operation reports, emergency room records, etc.) and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period.

In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

**Initial Payment Set up Worksheet**

**Claimant's Name** TATIANA A BUSHEE **DOB**

**Customer** SAFEWAY INC.

**LTD Claim #** 3626132

**Associated Claims** 3417557 Type STD Type

**Benefit End date of associated claims** Denied-WC Claim

**Contractual EP** > the end of STD or 180 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 7/28/2015 **DOD** 1/29/2015

**Max Benefit date** 12/6/2027 to age 67

**BME Amount** $2,648.40

**Sources used to verify BME amount**

Doc List/Earnings Report: $7334.04 / 12 weeks = $611.17 ave wkly x 52 = $31780.84 / 12 = $2648.40.

**Benefit percentage** 60.00 % **Gross modal benefit** $1,589.04

**Benefit Begin date** 7/28/2015

**Approved thru date** 7/27/2017 24 months own occupation

**Offsets entered** **Type** **Amount**

**Resident / Work State: NV**

WCOF

*Per Phone Note 4 - Approved, but exhausted March 2016.
WC documentation requested (Clm Nte 9)

**Deductions entered**

| Type | Amount | Type | Amount |
|---|---|---|---|
| na | | | |

**Tax Withholding** **Federal** **State**

**Completed by** **Brenda Lavigne** **Approved by**

Earnings Report (12 wks prior to DOD 1/29/2015)

| | Date | Amount | Regular | Holiday/Fl Hol | Sick Pay | Sun Reg Hrs | *Sun Prem | *Hol Prem | Hol Wkd | *OT | Vac Rollover | Vac-Curr Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | 11/8/2014 | $763.87 | $570.80 | | | | | | | $193.07 | | |
| **2** | 11/15/2014 | $586.85 | $312.51 | | $185.51 | $59.22 | $29.61 | | | | | |
| **3** | 11/22/2014 | $625.31 | $454.07 | | | $114.16 | $57.08 | | | | | |
| **4** | 11/29/2014 | $897.02 | $333.92 | $228.32 | | $111.59 | $55.80 | $55.80 | $111.59 | | | |
| **5** | 12/6/2014 | $628.59 | $231.17 | | $228.32 | $112.73 | $56.37 | | | | | |
| **6** | 12/13/2014 | $0.00 | | | | | | | | | | |
| | 12/20/2014 | $570.80 | | | $570.80 | | | | | | | |
| **7** | 12/20/2014 | $638.15 | $466.91 | | | $114.16 | $57.08 | | | | | |
| **8** | 12/27/2014 | $744.97 | $464.49 | $114.16 | | | | $55.44 | $110.88 | | | |
| **9** | 1/3/2015 | $839.00 | $445.51 | $114.16 | | $97.75 | $48.87 | $44.24 | $88.47 | | | |
| **10** | 1/10/2015 | $611.18 | $97.46 | | | $114.16 | $57.08 | | | | 342.48 | |
| **11** | 1/17/2015 | $631.52 | $295.82 | $114.16 | $42.81 | $119.15 | $59.58 | | | | | |
| **12** | 1/24/2015 | $623.88 | $338.48 | | | $114.16 | $57.08 | | | | 26.26 | 87.90 |
| | Total: | $8,161.14 | $4,011.14 | $570.80 | $1,027.44 | $957.08 | $478.55 | $155.48 | $310.94 | $193.07 | $368.74 | $87.90 |

| | | |
|---|---|---|
| Column Totals: | $8,161.14 | |
| | $827.10 | Less OT, Sun Prem, Hol Prem (not included in BME per policy) |
| Adj Total: | $7,334.04 | |
| Ave Wkly: | $611.17 | |

*No bonuses per ER

BACTES

A Sharecare Company
sharecare

**Lelia King**
**Phone: (800) 560-3800 Ext 1121**
**Direct Fax: (858) 430-4937**
**Email: lking@bactes.com**

Bactes Imaging Solutions is a ROI service provider of MEDICAL and/or BILLING records. We recently received your request for records of the patient named on the following invoice. Our company requires payment in advance of releasing records. Included is an original invoice. Upon receipt of payment or proof of payment we will release records. If we do not receive a response within 30 days from the invoice date we will assume your office is no longer in need of the records and cancel the request. If records are needed after this time, a new request and authorization for dates of service subsequent to this request must be made directly to the medical facility.

**To expedite handling or notify BACTES of payment please complete the following information and forward using the contact info above:**

| | |
|---|---|
| Invoice Number: | Date Sent: |
| Check Number: | Check Amount: |
| Name: | Phone: |

**We accept payments online at**
**www.BACTES.com**

We accept Visa, MasterCard, American Express and Discover

| | |
|---|---|
| Credit Card Number: | |
| Expiration Date: | Zip code: |
| Name: | Phone: |

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

5/24/2016 1:20 PM Bactes -> 16033348039 2

BACTES
Security Compliance Trust

A Sharecare Company
sharecare

| | |
|---|---|
| Invoice Number: | HL5RY-1 |
| Date: | 05/24/2016 |
| Customer Number: | LIBERTY-7209 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY
Paul Bainter
PO BOX 7209
LONDON, KY 40742

Location: NV100
Facility: NEVADA PAIN AND SPINE SPECIALISTS

**Patient Name: TATIANA BUSHEE** **3626132**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Pages Copied: from 1 to 10000 | 32 | $0.60 | $19.20 |

| | |
|---|---|
| Electronic Transmission: | $1.99 |
| Sub Total: | $21.19 |
| Tax: | $0.00 |
| Invoice Total | $21.19 |
| Applied: | $0.00 |
| **Balance Due:** | **$21.19** |

---

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at www.Bactes.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**BACTES**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | HL5RY-1 |
| Date: | 05/24/2016 |
| Customer Number: | LIBERTY-7209 |
| Balance Due: | 21.19 |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 18, 2016

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the present

We ask that you provide this information by May 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Authorization to Obtain and Release Information**
**(Excluding Psychotherapy notes)**

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy. other medical or medically related facility, rehabilitation professional; vocational evaluator: government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns: including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

Date of Birth

Tatiana
Claimant Signature

5/9/2016
Date

3626132
Claim Number

5L144160054

LMG 5/18/2016 9:46:19 PM PAGE 5/005 Fax Server

2016-05-12 13:55 Safeway 2656 7753528474 >> LMG P 9/13

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

12/07/1960
Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**01/27/2015 - Office Visit Recheck: Recheck Visit FXD WC 3/3 ahall**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana is in today. This is a very nice lady, had a Workers' Comp claim. She had an left endoscopic carpal tunnel release done 05/16/2013 and 2 weeks later she had a right endoscopic carpal tunnel release. I last saw her back in 10/2013. At that time, she was doing very well. Her numbness was gone, her pain was gone, she had good motion, fair strength. We got an FCE as we were worried about her going back to work as a florist as some of the activities sounded rather strenuous. She apparently was sent back to work within the guidelines of the functional capacity evaluation; however, now she comes in complaining of that all of her symptoms have recurred. She has recurrent pain, paresthesia, numbness, and tingling. The thumb and 2 and 1/2 fingers have diminished sensation. There is no thenar atrophy, but she gets electrical sensations when she grabs things. She is dropping things constantly.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
She has decreased sensation, both hands, in the median nerve distribution, positive Tinel signs bilaterally.

**Impression**
Bilateral recurrent carpal tunnel syndrome.

**Plan**
She is dropping things, she is having a lot of pain, she is really uncomfortable. I am going to get repeat bilateral EMG and nerve conduction studies. I want them done by whoever did her preoperative studies and compare them with her original studies. I will see her back after that has been completed. I also reviewed her functional capacity evaluation, and that apparently demonstrated the ability for her to work in a light capacity with lifting a maximum of 27 pounds and more frequent lifting of a lighter amount. Also indicated that this apparently did not meet the job requirements as a floral clerk at Safeway, even though that is apparently where she went back to work. I am going to take her off work until we get her bilateral EMG and nerve conduction studies performed.

James L Christensen

Finalized and approved by
James Christensen, M.D.
JC:ah
TID #: 106603041 D: 01/27/2015 T: 01/28/2015

**Electronically signed by Brittnie Andrews on 03/02/2015 at 12:01 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**02/26/2015 - Office Visit Recheck: Recheck Visit FXD WC 3/3 ahall**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee comes in today. I saw her a month ago. Apparently, the dictation was lost, and then somehow it was found in the last day or 2, so nothing has been done. I reviewed my last dictation. Nothing has changed since then. She is off work.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Plan**
We are waiting to get nerve conduction studies, and I will see her back after those have been completed.

Finalized and approved by
James Christensen, MD
JC:ghs:jc
MTID #: 5050594 D: 2/26/2015 T: 2/27/2015

**Electronically signed by Jasmyne Tibulski on 03/04/2015 at 4:00 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**03/26/2015 - Office Visit Recheck: Recheck Visit FXD TO W/C 4/1 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. A very nice lady. She had endoscopic carpal tunnel releases performed a couple years ago. Did real well afterward and now has had recurrence of her symptoms. She is back working, doing floor work and a variety of activities, some of which are repetitious and painful for her. She has been off work for a month. She is better, but still significantly symptomatic.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Imaging Studies**
Repeat EMG and nerve conduction studies show a bilateral carpal tunnel syndrome. Her nerve values are significantly prolonged. There is no chronic denervation, but she has definite prolongation of the both the right and left median nerves, both motor and sensory conductions.

**Plan**
I talked to her about this. Her left hand is the worst. I am going to go ahead and set her up for a redo left open carpal tunnel release with neurolysis and possible NeuraWrap. The procedure, risks, complications and normal postoperative course have been discussed with her. No guarantee has or can be given. We will see her back a week postop. I am going to keep her off work until surgery.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:kh
MTID #: 5059692 D: 3/26/2015 T: 3/27/2015

**Electronically signed by Alicia Hernandez on 04/03/2015 at 1:41 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Procedure

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE: Home:
**PATIENT ID: 123766**

**04/22/2015 - Office Procedure: DME**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

(A4565) Padded Arm Sling
Finalized and Approved By

Per physicians order
**Modifier** Left

Cast Tech: Christina Lotman

Doctor's Signature: James L Christensen

Tax Identification: 88-0103557

**Electronically signed by Reno Casting on 04/29/2015 at 3:37 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
Home:
**PATIENT ID: 123766**

**04/28/2015 - Office Visit Post Op: FXD W/C 5/1 HP**
**Provider: Kimberly Hepworth**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana comes in today 6 days postop for a left redo open carpal tunnel release. She denies significant postoperative pain. She reports that she still gets numbness in her fingers and kind of radiating all the way up to her shoulder. She has some numbness and pain.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

The surgical wound appears benign. There is no sign of erythema, induration, or infection. Patient has good range of motion of the fingers and thumb on the left hand.

**Impression**
Doing reasonably well 6 days postop.

**Plan**
We are going to clean and re-dress her wound. We are going to give her a cock-up wrist brace. She is instructed to wear that at night and intermittently during the day. She is to avoid heavy lifting or forceful gripping and refrain from putting the hand in standing water. We will see her back next week for suture removal. Worker's comp case. She should stay off work for 1 week.

(L3908) WHO (Cock-up) Wrist extension control cock-up non-molded - Prefab OTS

**Modifier** Right

Cast Tech: Phil Weaver OPA

Kimberly Hepworth, APN

Finalized and approved by
Kimberly Hepworth, APRN
KH:ghs:wfk
MTID #: 5073923 D: 4/28/2015 T: 4/30/2015

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
Home:
**PATIENT ID: 123766**

**05/05/2015 - Office Visit Post Op: FXD W/C 5/8 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. She is 2 weeks following a redo left open carpal tunnel release, neurolysis, NeuraWrap, and tenosynovectomy. She comes in today in followup.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

Her wound is benign. We will get her sutures out today. She is getting her sensation back.

**Plan**
I am going to put her in therapy to work on motion and gradually increase her activities. She works in a floral department. I do not think she is ready to do that work at this time. I will see her back in a month and hopefully she can return to work after that.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:wfk
MTID #: 5076740 D: 5/5/2015 T: 5/7/2015

**Electronically signed by Alicia Hernandez on 05/13/2015 at 10:50 AM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**06/04/2015 - Office Visit Post Op: FXD W/C 6/9 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. She is 6 weeks following a redo left open carpal tunnel release, neurolysis, NeuraWrap, and tenosynovectomy. She comes in today in followup.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

Her incision is still tender. She is getting her motion back. She is working in therapy. Does not have much strength yet.

**Plan**
She normally works as a florist. I am going to let her do light work if it is available. Otherwise, she is off. I want her to continue therapy, both range of motion and strengthening exercises. I will see her back in a month, and she should be able to do full duty at that time.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:wfk
MTID #: 5659985 D: 6/4/2015 T: 6/5/2015

**Electronically signed by Jasmyne Tibulski on 06/11/2015 at 8:50 AM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**06/10/2015 - Office Visit Recheck: Recheck Visit (LOST DICTATION)**
**Provider: Bruce Gallio PAC**
**Location of Care: Reno Orthopaedic Clinic**

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Prescriptions:**
PREDNISONE 20 MG ORAL TABS (PREDNISONE) 1 PO QD FOR 5 DAYS #5[Tablet] x 0
Entered by: Jenae Holman
Authorized by: Bruce Gallio PAC
Electronically signed by: Jenae Holman on 06/10/2015
Method used: Electronically to
Safeway MaeAnne* (retail)
5150 MaeAnne
RENO, NV 89523
Ph: (775) 746-9010
Fax: (775) 746-9004
RxID: 1749569084711920

**Xray Spine:** Cervical
4 view
Standing, Flexion, Extension
Xray Technologist: Lacey Brown RT

Finalized and approved by
Bruce Gallio PA-C July 24, 2015 2:30 PM

**Electronically signed by Tina Tyo on 07/24/2015 at 2:31 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE: Home:
**PATIENT ID: 123766**

**06/18/2015 - Office Visit Post Op: FXD W/C 6/23 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS**:
Tatiana Bushee is in today. She had a redo left open carpal tunnel release, neurolysis, NeuraWrap, and tenosynovectomy 2 months ago. She comes in today in followup. Last week she was having a lot of pain and some paresthesias in the left upper extremity and saw Bruce Gallio. He gave her some steroids. She is in today. She has some neck problems. Apparently, x-rays taken a week ago showed some degenerative changes. She is having radicular pain in her left upper extremity, burning pain. The hand is still swollen. She is going to therapy, and she has gone back to work in a light duty capacity at Safeway where she works in the floral department and has to do a lot of repetitious activities. She states the steroids really did not help much at all. She is not taking any pain meds.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

On exam today, her wound has healed. There is no infection. She does have some diffuse swelling, some shininess to the skin. I do not feel any temperature change, but the hand is a little bit diffusely swelling.

**Impression**
She is 2 months status post a redo carpal tunnel release with NeuraWrap and tenosynovectomy. She may have an early sympathetic dystrophy. She is certainly not progressing at the pace I would expect.

**Plan**
I am going to take her off work. I want her to continue therapy. I am going to get a pain management consult for a sympathetic block. I want her to see Dr. Arraiz again for evaluation of her cervical spine and see if there is anything going on there that could be contributing to her present symptoms. I will see her back in a month.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:lt
MTID #: 5665237 D: 6/18/2015 T: 6/20/2015

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**07/21/2015 - Office Visit Post Op: FXD W/C 7/23 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today. I reviewed her history extensively. In September 2012, she had nerve conduction studies by Dr. Witmer that showed moderate bilateral carpal tunnel syndrome. In May 2013, she had right and left endoscopic carpal tunnel releases, those did well. Then, 2 years later, she had recurrence of symptoms and had repeat nerve conduction studies in March of 2015 by Dr. Bacchus that showed bilateral carpal tunnel syndrome. We did a redo left open carpal tunnel release in April of 2015 including tenosynovectomy and NeuraWrap, and since that time, she has had nothing but trouble. She has had pain, she has had swelling, and she has had paresthesias. She does think her sensation is better than it was, but she is having difficulty using the left upper extremity because of pain that radiates from her hand and forearm up into her neck and pain from the neck radiating down. She does have a history of arthritis in her neck, and I have told her and her husband that if there is something going on in her neck, it is probably not work related. I had requested a consult from Dr. Arraiz, but he apparently was unable to see her because it did not get approved through workers' comp.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

**Plan**
At this point, I would recommend a consult for her cervical spine by Dr. Arraiz and recommend that it go through on her private insurance, as I do not see a connection with workers' comp for her hands.

Additionally, with regard to her hands, there has been concern that she might have an RSD. Her motion is actually pretty good, and she has gotten improvement in sensation but still has more pain than I would like to see. We request a sympathetic block and a consult from Dr. Berman for a sympathetic block. He has apparently been scheduled to see her in August. At this time, I do not feel she is able to work. She is not stable and ratable regarding her hands. We are waiting for Dr. Berman to see her. We requested a consult from him over a month ago and it still has not happened.

I will see her back in a month. For now, she is limited to sedentary activities or she is off work. We are waiting for Dr. Berman to see her for possible RSD, left upper extremity, and I am going to also request that Dr. Arraiz see her for a consult for her neck on her private insurance.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:kmw
MTID #: 5676571 D: 7/21/2015 T: 7/22/2015

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Post Op

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**08/20/2015 - Office Visit Post Op: FXD W/C 8/21 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today with her husband. She finally got in to see Dr. Berman. I got a copy of his consultation from 8/5/15. I reviewed it. I agree with his recommendations. and he apparently is going to see her back in a couple of weeks.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Physical Examination**
Patient reports height is 63. Patient reports weight is 140 lbs.

**Plan**
I will check her again in a month and, certainly, if she improves with his recommendations, it may be more appropriate for him to follow her at this point.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:sp
MTID #: 5686589 D: 8/20/2015 T: 8/21/2015

**Electronically signed by Stephanie Allen on 08/27/2015 at 4:50 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**09/29/2015 - Office Visit Recheck: Recheck Visit - FXD W/C 10/1 HP**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee comes in today with her husband. She is now 5-1/2 months following a redo left open carpal tunnel release, neurolysis, nerve wrap, and tenosynovectomy. Postoperatively, she had a lot of pain and swelling. She has had extensive therapy and she continues to have considerable radicular symptoms. I asked her if her sensation in the left hand was better than it was preoperatively and all she could tell me is that she gets pain radiating from her fingers, especially the index finger, into the dorsal and volar aspect of the arm and some pain radiating up the arm. She has not been working. She has finally had 2 sympathetic blocks from Dr. Berman. It took 2 months to get the blocks after we first requested them, and she got no improvement from either sympathetic block. Dr. Berman recommended going back into therapy. She has had extensive therapy. I am not sure how much that will change things.

## Social History/PQRS Review

Pain assessment on a scale of 0 to 10 based on VRNS: 3

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

**Allergies**
Patient indicates no known allergies.

**Medications**
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

**Plan**
I am going to have our therapist evaluate her both in terms of motion and strength, work with her for a month, reevaluate her. If there is a noticeable difference, we will continue therapy. If there is not a noticeable difference, then I think at this point, she is stable and rateable. She is still unable to return to work. I will see her back in a month with therapy's evaluations.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:kls
MTID #: 5699862 D: 9/29/2015 T: 9/30/2015

**Electronically signed by Stephanie Allen on 10/07/2015 at 8:23 AM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Office Visit Recheck

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**11/03/2015 - Office Visit Recheck: Recheck Visit - fxd w/c 11/4 hp**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Clinic**

**HISTORY OF PRESENT ILLNESS:**
Tatiana Bushee is in today with her husband. She had bilateral endoscopic carpal tunnel releases in May 2013. She had recurrent symptoms on the left, and in April 2015, she had a redo left open carpal tunnel release, tenosynovectomy, and NeuraWrap. She has never done well following that last surgery. We tried to get sympathetic blocks early on, but it took several months to get those. They were of no benefit. Dr. Berman has tried some medications, but they do not seem to be helping too much. She continues to have similar symptoms, pain and paresthesias. We had her in therapy again at Dr. Berman's recommendation, and I spoke to our therapist after another month of therapy. He does not feel like she has improved at all, and he feels she is stable.

## Social History/PQRS Review
Never smoker

Pain assessment on a scale of 0 to 10 based on VRNS: 3

Patient's use of anti-inflammatory/ OTC medications was reviewed.
Patient states that their alcohol consumption is 0 drinks.
Patient's current BMI is: 24.80

### Allergies
Patient indicates no known allergies.

### Medications
SOMA 350 MG TABS (CARISOPRODOL) 1 PO TID
MOTRIN 800 MG TABS (IBUPROFEN) 1 PO TID WITH FOOD

### Plan
From my point of view, I believe she is stable and ratable. I do not have anything else to offer her. I would recommend a functional capacity evaluation. She is stable, she is ratable. Her claim can be closed after the FCE, and she needs to be placed in a capacity consistent with her FCE. She is unable to work until her FCE is done.

James L Christensen

Finalized and approved by
James Christensen, MD
JC:ghs:ldf
MTID #: 5711789 D: 11/3/2015 T: 11/4/2015

**Electronically signed by Nikki Hannon on 11/12/2015 at 2:27 PM**

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 1
Operative Report

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

**04/22/2015 - Operative Report: Redo left open carpal tunnel release FXD WC 4/28 ahall**
**Provider: James L Christensen**
**Location of Care: Reno Orthopaedic Surgery Center**

**RENO ORTHOPAEDIC SURGERY CENTER**
350 W. 6th
Reno, NV 89503-4724
Phone: 775-786-3040 Fax: 775-334-4555

**OPERATIVE REPORT**

**DATE OF PROCEDURE:** April 22, 2015

**PATIENT NAME:** BUSHEE, TATIANA A.
**MRN:** 123766

**SURGEON:** James Christensen, M.D.

**ANESTHESIA:** General.

SURGEON: James Christensen, M.D.

**PREOPERATIVE DIAGNOSIS:**
Recurrent left carpal tunnel syndrome.

**POSTOPERATIVE DIAGNOSIS:**
Recurrent left carpal tunnel syndrome with tenosynovitis.

**PROCEDURE PERFORMED:**
Redo left open carpal tunnel release with neurolysis of the median nerve, a NeuraWrap, tenosynovectomy of the flexor pollicis longus and flexor digitorum sublimi.

**PROCEDURE IN DETAIL:**
The patient was taken to the operating room. Following induction of general anesthesia, the left upper extremity was prepped and draped in routine fashion. Limb exsanguinated with an elastic bandage and tourniquet inflated to 250 mmHg. The left carpal tunnel was exposed in a standard incision, carried across the wrist crease in an ulnar direction up the distal forearm followed with sharp and blunt dissection, carried down through the skin and subcutaneous tissue. Superficial palmar tissue was divided and the transverse carpal ligament was released. It was scarred and there was apparent surgery in this area before. Forearm fascia was released and the carpal tunnel and distal forearm was inspected. There was mild to moderate thickening of the tenosynovium involving the flexor pollicis longus and the flexor digitorum sublimi. A tenosynovectomy of those tendons was carried out. The median nerve was scarred down, it was inflamed, slightly narrowed, but mostly inflamed and scarred. A neurolysis was carried out, and because of this scarring that was present, I elected to go ahead with a NeuraWrap and a 7 mm NeuraWrap was soaked in saline and then sutured around the nerve in the area of the carpal tunnel with 6-0 nylon getting good coverage of the nerve through the carpal tunnel. Skin edges were infiltrated with 0.5% Marcaine, tourniquet released, hemostasis obtained with electrocautery, wound irrigated copiously. Skin closed with 4-0 nylon, compression dressing, and splint applied. The arm was elevated and the patient taken to the recovery room in satisfactory condition.

5L144160054

**Reno Orthopaedic Clinic**
555 North Arlington Ave Reno, NV 89503
(775) 786-3040

*May 19, 2016*
Page 2
Operative Report

**TATIANA A BUSHEE**
Female DOB: AGE:55 Years Old INSURANCE:
**PATIENT ID: 123766**

Home:

Finalized and Approved By:

James Christensen, M.D.
JC/ah
D: 04/23/2015 8:46:07 AM T: 04/23/2015 12:15:43 PM MTID #: 110530866

**Electronically signed by Brittnie Andrews on 04/28/2015 at 10:39 AM**

5L144160054

LMG 5/18/2016 9:46:19 PM PAGE 1/005 Fax Server

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | May 18, 2016 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Medical records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

RECEIVED
MAY 18 2016
COPY REQUESTS

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

| ID | Name | Pay Period End | Check Dt | Check Nbr | Total Gross | Total Taxe | Total De | Net Pay | Description | Earn | Sum Oth | Sum Oth | Earns Begi | Earns End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2910421 | Bushee,Tatiana A | 11/1/2014 | 11/6/2014 | 3613239 | 598.91 | 93.82 | 11.21 | 493.88 | Regular | 001 | 29.97 | 427.67 | 10/26/2014 | 10/31/2014 |
| 2910421 | Bushee,Tatiana A | 11/1/2014 | 11/6/2014 | 3613239 | 598.91 | 93.82 | 11.21 | 493.88 | Sunday Regular Hours | 007 | 8.00 | 114.16 | 10/26/2014 | 10/31/2014 |
| 2910421 | Bushee,Tatiana A | 11/1/2014 | 11/6/2014 | 3613239 | 598.91 | 93.82 | 11.21 | 493.88 | Sunday Premium | 047 | 8.00 | 57.08 | 10/26/2014 | 10/31/2014 |
| | | **11/1/2014 Total** | | | | | | | | | 45.97 | 598.91 | | |
| 2910421 | Bushee,Tatiana A | 11/8/2014 | 11/13/2014 | 3632797 | 763.87 | 131.19 | 11.21 | 621.47 | Regular | 001 | 40.00 | 570.80 | 11/3/2014 | 11/8/2014 |
| 2910421 | Bushee,Tatiana A | 11/8/2014 | 11/13/2014 | 3632797 | 763.87 | 131.19 | 11.21 | 621.47 | Overtime 1.5 | 101 | 9.02 | 193.07 | 11/3/2014 | 11/8/2014 |
| | | **11/8/2014 Total** | | | | | | | | | 49.02 | 763.87 | | |
| 2910421 | Bushee,Tatiana A | 11/15/2014 | 11/20/2014 | 3652513 | 586.85 | 91.09 | 11.21 | 484.55 | Regular | 001 | 21.90 | 312.51 | 11/9/2014 | 11/15/2014 |
| 2910421 | Bushee,Tatiana A | 11/15/2014 | 11/20/2014 | 3652513 | 586.85 | 91.09 | 11.21 | 484.55 | Sunday Regular Hours | 007 | 4.15 | 59.22 | 11/9/2014 | 11/15/2014 |
| 2910421 | Bushee,Tatiana A | 11/15/2014 | 11/20/2014 | 3652513 | 586.85 | 91.09 | 11.21 | 484.55 | Sunday Premium | 047 | 4.15 | 29.61 | 11/9/2014 | 11/15/2014 |
| 2910421 | Bushee,Tatiana A | 11/15/2014 | 11/20/2014 | 3652513 | 586.85 | 91.09 | 11.21 | 484.55 | Sick Pay | 099 | 13.00 | 185.51 | 11/9/2014 | 11/15/2014 |
| | | **11/15/2014 Total** | | | | | | | | | 43.20 | 586.85 | | |
| 2910421 | Bushee,Tatiana A | 11/22/2014 | 11/26/2014 | 3672675 | 625.31 | 99.80 | 11.21 | 514.30 | Regular | 001 | 31.82 | 454.07 | 11/16/2014 | 11/22/2014 |
| 2910421 | Bushee,Tatiana A | 11/22/2014 | 11/26/2014 | 3672675 | 625.31 | 99.80 | 11.21 | 514.30 | Sunday Regular Hours | 007 | 8.00 | 114.16 | 11/16/2014 | 11/22/2014 |
| 2910421 | Bushee,Tatiana A | 11/22/2014 | 11/26/2014 | 3672675 | 625.31 | 99.80 | 11.21 | 514.30 | Sunday Premium | 047 | 8.00 | 57.08 | 11/16/2014 | 11/22/2014 |
| | | **11/22/2014 Total** | | | | | | | | | 47.82 | 625.31 | | |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Regular | 001 | 23.40 | 333.92 | 11/23/2014 | 11/27/2014 |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Sunday Regular Hours | 007 | 7.82 | 111.59 | 11/23/2014 | 11/27/2014 |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Holiday Worked | 008 | 7.82 | 111.59 | 11/23/2014 | 11/27/2014 |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Sunday Premium | 047 | 7.82 | 55.80 | 11/23/2014 | 11/27/2014 |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Holiday Worked Premiu | 048 | 7.82 | 55.80 | 11/23/2014 | 11/27/2014 |
| 2910421 | Bushee,Tatiana A | 11/29/2014 | 12/4/2014 | 3692950 | 897.02 | 161.36 | 11.21 | 724.45 | Holiday | 089 | 16.00 | 228.32 | 11/27/2014 | 11/29/2014 |
| | | **11/29/2014 Total** | | | | | | | | | 70.68 | 897.02 | | |
| 2910421 | Bushee,Tatiana A | 12/6/2014 | 12/11/2014 | 3712659 | 628.59 | 100.54 | 11.21 | 516.84 | Regular | 001 | 16.20 | 231.17 | 12/1/2014 | 12/6/2014 |
| 2910421 | Bushee,Tatiana A | 12/6/2014 | 12/11/2014 | 3712659 | 628.59 | 100.54 | 11.21 | 516.84 | Sunday Regular Hours | 007 | 7.90 | 112.73 | 11/30/2014 | 11/30/2014 |
| 2910421 | Bushee,Tatiana A | 12/6/2014 | 12/11/2014 | 3712659 | 628.59 | 100.54 | 11.21 | 516.84 | Sunday Premium | 047 | 7.90 | 56.37 | 11/30/2014 | 11/30/2014 |
| 2910421 | Bushee,Tatiana A | 12/6/2014 | 12/11/2014 | 3712659 | 628.59 | 100.54 | 11.21 | 516.84 | Sick Pay | 099 | 16.00 | 228.32 | 12/3/2014 | 12/4/2014 |
| | | **12/6/2014 Total** | | | | | | | | | 48.00 | 628.59 | | |
| 2910421 | Bushee,Tatiana A | 12/20/2014 | 12/24/2014 | 3752881 | 638.15 | 102.72 | 11.21 | 524.22 | Regular | 001 | 32.72 | 466.91 | 12/14/2014 | 12/20/2014 |
| 2910421 | Bushee,Tatiana A | 12/20/2014 | 12/24/2014 | 3752881 | 638.15 | 102.72 | 11.21 | 524.22 | Sunday Regular Hours | 007 | 8.00 | 114.16 | 12/14/2014 | 12/20/2014 |
| 2910421 | Bushee,Tatiana A | 12/20/2014 | 12/24/2014 | 3752881 | 638.15 | 102.72 | 11.21 | 524.22 | Sunday Premium | 047 | 8.00 | 57.08 | 12/14/2014 | 12/20/2014 |
| 2910421 | Bushee,Tatiana A | 12/20/2014 | 12/19/2014 | 7224002 | 570.80 | 87.46 | 0.00 | 483.34 | Sick Pay | 099 | 40.00 | 570.80 | 12/8/2014 | 12/12/2014 |
| | | **12/20/2014 Total** | | | | | | | | | 88.72 | 1208.95 | | |
| 2910421 | Bushee,Tatiana A | 12/27/2014 | 12/31/2014 | 3773269 | 744.97 | 126.92 | 0.00 | 618.05 | Regular | 001 | 32.55 | 464.49 | 12/22/2014 | 12/27/2014 |
| 2910421 | Bushee,Tatiana A | 12/27/2014 | 12/31/2014 | 3773269 | 744.97 | 126.92 | 0.00 | 618.05 | Holiday Worked | 008 | 7.77 | 110.88 | 12/22/2014 | 12/27/2014 |

| ID | Name | Pay Period End | Check Dt | Check Nbr | Total Gross | Total Taxe | Total De | Net Pay | Description | Earn | Sum Oth | Sum Oth | Earns Begi | Earns End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2910421 | Bushee,Tatiana A | 12/27/2014 | 12/31/2014 | 3773269 | 744.97 | 126.92 | 0.00 | 618.05 | Holiday Worked Premiu | 048 | 7.77 | 55.44 | 12/22/2014 | 12/27/2014 |
| 2910421 | Bushee,Tatiana A | 12/27/2014 | 12/31/2014 | 3773269 | 744.97 | 126.92 | 0.00 | 618.05 | Holiday | 089 | 8.00 | 114.16 | 12/22/2014 | 12/27/2014 |
| | | **12/27/2014 Total** | | | | | | | | | 56.09 | 744.97 | | |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Regular | 001 | 8.00 | 114.16 | 1/3/2015 | 1/3/2015 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Regular | 001 | 23.22 | 331.35 | 12/29/2014 | 12/31/2014 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Sunday Regular Hours | 007 | 6.85 | 97.75 | 12/28/2014 | 12/28/2014 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Holiday Worked | 008 | 6.20 | 88.47 | 1/1/2015 | 1/1/2015 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Sunday Premium | 047 | 6.85 | 48.87 | 12/28/2014 | 12/28/2014 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Holiday Worked Premiu | 048 | 6.20 | 44.24 | 1/1/2015 | 1/1/2015 |
| 2910421 | Bushee,Tatiana A | 1/3/2015 | 1/8/2015 | 3793365 | 839.00 | 147.49 | 8.91 | 682.60 | Holiday | 089 | 8.00 | 114.16 | 1/1/2015 | 1/3/2015 |
| | | **1/3/2015 Total** | | | | | | | | | 65.32 | 839.00 | | |
| 2910421 | Bushee,Tatiana A | 1/10/2015 | 1/15/2015 | 3813321 | 611.18 | 95.88 | 8.91 | 506.39 | Regular | 001 | 6.83 | 97.46 | 1/4/2015 | 1/5/2015 |
| 2910421 | Bushee,Tatiana A | 1/10/2015 | 1/15/2015 | 3813321 | 611.18 | 95.88 | 8.91 | 506.39 | Sunday Regular Hours | 007 | 8.00 | 114.16 | 1/4/2015 | 1/5/2015 |
| 2910421 | Bushee,Tatiana A | 1/10/2015 | 1/15/2015 | 3813321 | 611.18 | 95.88 | 8.91 | 506.39 | Sunday Premium | 047 | 8.00 | 57.08 | 1/4/2015 | 1/5/2015 |
| 2910421 | Bushee,Tatiana A | 1/10/2015 | 1/15/2015 | 3813321 | 611.18 | 95.88 | 8.91 | 506.39 | Vacation - Rollover | 304 | 24.00 | 342.48 | 1/4/2015 | 1/10/2015 |
| 2910421 | Bushee,Tatiana A | 1/10/2015 | 1/15/2015 | 3813321 | 611.18 | 95.88 | 8.91 | 506.39 | Prepaid Vacation Days ⁻ | 305 | 24.00 | 0.00 | 1/4/2015 | 1/10/2015 |
| | | **1/10/2015 Total** | | | | | | | | | 70.83 | 611.18 | | |
| 2910421 | Bushee,Tatiana A | 1/17/2015 | 1/22/2015 | 3833363 | 631.52 | 100.49 | 8.91 | 522.12 | Regular | 001 | 20.73 | 295.82 | 1/11/2015 | 1/17/2015 |
| 2910421 | Bushee,Tatiana A | 1/17/2015 | 1/22/2015 | 3833363 | 631.52 | 100.49 | 8.91 | 522.12 | Sunday Regular Hours | 007 | 8.35 | 119.15 | 1/11/2015 | 1/17/2015 |
| 2910421 | Bushee,Tatiana A | 1/17/2015 | 1/22/2015 | 3833363 | 631.52 | 100.49 | 8.91 | 522.12 | Sunday Premium | 047 | 8.35 | 59.58 | 1/11/2015 | 1/17/2015 |
| 2910421 | Bushee,Tatiana A | 1/17/2015 | 1/22/2015 | 3833363 | 631.52 | 100.49 | 8.91 | 522.12 | Floating Holiday | 090 | 8.00 | 114.16 | 1/11/2015 | 1/17/2015 |
| 2910421 | Bushee,Tatiana A | 1/17/2015 | 1/22/2015 | 3833363 | 631.52 | 100.49 | 8.91 | 522.12 | Sick Pay | 099 | 3.00 | 42.81 | 1/11/2015 | 1/17/2015 |
| | | **1/17/2015 Total** | | | | | | | | | 48.43 | 631.52 | | |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Regular | 001 | 23.72 | 338.48 | 1/18/2015 | 1/24/2015 |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Sunday Regular Hours | 007 | 8.00 | 114.16 | 1/18/2015 | 1/24/2015 |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Sunday Premium | 047 | 8.00 | 57.08 | 1/18/2015 | 1/24/2015 |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Vacation - Current Year | 301 | 6.16 | 87.90 | 1/18/2015 | 1/24/2015 |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Vacation - Rollover | 304 | 1.84 | 26.26 | 1/18/2015 | 1/24/2015 |
| 2910421 | Bushee,Tatiana A | 1/24/2015 | 1/29/2015 | 3853327 | 623.88 | 98.76 | 8.91 | 516.21 | Prepaid Vacation Days ⁻ | 305 | 8.00 | 0.00 | 1/18/2015 | 1/24/2015 |
| | | **1/24/2015 Total** | | | | | | | | | 55.72 | 623.88 | | |
| 2910421 | Bushee,Tatiana A | 1/31/2015 | 2/5/2015 | 3873425 | 303.45 | 37.02 | 8.91 | 257.52 | Regular | 001 | 8.47 | 120.87 | 1/25/2015 | 1/26/2015 |
| 2910421 | Bushee,Tatiana A | 1/31/2015 | 2/5/2015 | 3873425 | 303.45 | 37.02 | 8.91 | 257.52 | Sunday Regular Hours | 007 | 8.53 | 121.72 | 1/25/2015 | 1/26/2015 |
| 2910421 | Bushee,Tatiana A | 1/31/2015 | 2/5/2015 | 3873425 | 303.45 | 37.02 | 8.91 | 257.52 | Sunday Premium | 047 | 8.53 | 60.86 | 1/25/2015 | 1/26/2015 |
| | | **1/31/2015 Total** | | | | | | | | | 25.53 | 303.45 | | |
| | | **Grand Total** | | | | | | | | | 715.33 | 9063.5 | | |

**n0003138**

**From:** Julie Clark
**Sent:** Wednesday, May 18, 2016 10:29:43 AM
**To:** Lavigne, Brenda
**Subject:** RE: EXTERNAL: LTD Salary Verification - Tatiana Bushee - LTD Claim 3626132
**Attachments:** image001.png; Tatiana Bushee.xls

Good Morning Brenda,

Tatiana A. Bushee Hire Date: 11/17/1997 Separation Date: 03/28/2016 (Hourly Employee). Attached are the hours/earnings requested.

Have a great day,

Julie Clark

Employee Service Center

Phone Number: 1-888-255-2269

Fax Number: 1-623-295-3961

**From:** Lavigne, Brenda [mailto:Brenda.Lavigne@LibertyMutual.com]
**Sent:** Tuesday, May 17, 2016 9:00 AM
**To:** Julie Clark <Julie.Clark@safeway.com>
**Subject:** EXTERNAL: LTD Salary Verification - Tatiana Bushee - LTD Claim 3626132

Good morning Julie,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Tatiana Bushee (Emp ID 2910421 – DOB

Can you please verify if the above employee is salaried or hourly?

If the employee is salaried, can you please provide me with an earnings report of the employee's monthly rate of pay just prior to the disability date of 01/29/2015?

If the above employee is hourly, can you please provide an earnings report for the period of 10/29/2014 thru 01/28/2015?

Also, can you please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014?

Please contact me with any questions.

Thank you,

**Brenda Lavigne**| Payment Specialist - Payment Services| Group Benefits

Liberty Life Assurance Company of Boston |100 Liberty Way, Dover, NH 03820 |Phone (603)750-7550 Ext. 16412 | Fax (603)334-5116|Mail Stop 02G, Desk #02G-P751 |Brenda.Lavigne@LibertyMutual.com

please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 Ext. 16412 and permanently delete the original and any copy of any e-mail and any printout thereof.

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | May 18, 2016 |
| To: | RENO ORTHOPEDIC CLINIC<br>555 N. ARLINGTON AVE<br>RENO NV 89503 |
| Attn: | Medical records |
| Fax: | (775) 786-1358 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 18, 2016

Reno Orthopedic Clinic
555 N. ARLINGTON AVE
RENO, NV 89503

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Reno Orthopedic Clinic:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the present

We ask that you provide this information by May 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee *Tatiana Bushee*
Claimant Name ( Print)

Date of Birth

*[signature]*
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
(800) 320-7585
Secure Fax No.: (603) 334-8039

| | |
|---|---|
| Date: | May 18, 2016 |
| To: | NEVADA PAIN & SPINE SPECIALISTS<br>605 SIERRA ROSE DR #4<br>RENO NV 89511 |
| Attn: | Medical records |
| Fax: | (775) 689-5432 |
| From: | Paul Bainter<br>Senior Case Manager<br>Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 334-8039 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 3626132<br>Claimant: Tatiana Bushee<br><br>Safeway, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 18, 2016

Nevada Pain & Spine Specialists
605 SIERRA ROSE DR #4
RENO, NV 89511

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132
Claimant: Tatiana Bushee
Claimant D.O.B.:

Dear Nevada Pain & Spine Specialists:

We are the Disability Claim Administrator for your patient, Tatiana Bushee.

To evaluate Ms. Bushee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the present

We ask that you provide this information by May 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8039 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Bushee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Bushee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: 3626132-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.12.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

**n0003138**

**From:** Lavigne, Brenda
**Sent:** Tuesday, May 17, 2016 11:59:44 AM
**To:** 'Julie Clark (Julie.Clark@safeway.com)'
**Subject:** LTD Salary Verification - Tatiana Bushee - LTD Claim 3626132

Good morning Julie,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Tatiana Bushee (Emp ID 2910421 – DOB

Can you please verify if the above employee is salaried or hourly?

If the employee is salaried, can you please provide me with an earnings report of the employee's monthly rate of pay just prior to the disability date of 01/29/2015?

If the above employee is hourly, can you please provide an earnings report for the period of 10/29/2014 thru 01/28/2015?

Also, can you please provide a report of all bonuses paid for the period of 1/1/2014 – 12/31/2014?

Please contact me with any questions.

Thank you,

**Brenda Lavigne**| Payment Specialist - Payment Services| Group Benefits

Liberty Life Assurance Company of Boston |100 Liberty Way, Dover, NH 03820 |Phone (603)750-7550 Ext. 16412 | Fax (603)334-5116|Mail Stop 02G, Desk #02G-P751 |Brenda.Lavigne@LibertyMutual.com

please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 Ext. 16412 and permanently delete the original and any copy of any e-mail and any printout thereof.

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

Return To: Paul Bainter



EMPLOYEE/CLAIMANT NAME: Tatiana Bushee

CLAIM NO: 3626132 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Safeway, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 1-2 houres stand 30 min-1 hour walk 1-2 houres

How many hours a day do you:

sit 6-7 houres stand 3-4 houres walk 3-4 houres

Do you take a nap during the day?

Yes ______ (No) ______

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? 7-8

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other hands braces (both hands)

How long are you able to sit in a car? 1-2 houres

Do you hold a valid driver's license?

(Yes) ______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 20-25 min

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
family visits on phone (speaker)

Do you have children?

(Yes) ______ No ______ If Yes, what are their dates of birth 10/28/1981 4/11/1985

Do you need help caring for your children?

Yes ______ (No) ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ (No) ______ If Yes, please explain ______

How many times a day do you leave the house during the week? 3-4

On the weekends? 1-2

How often do you run errands? 3-4

Please describe what errands you most commonly run: house hold shopping

Liberty Mutual.
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? everyday

Are you left or right hand dominant? Left ____ (Right) ____

Are you able to work in your garden? Yes ____ (No) ____

Are you able to work on your house? Yes ____ (No) ____

Are you able to wash your car? Yes ____ (No) ____

How much time is spent daily on your home computer?
____ None ____ (0-1 hours) ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ (2-3 hours) ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: Read Books

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? copy (Yes) ____ No

If yes, please explain purpose and usage: personal

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
| --- | --- | --- |
| Grocery Shopping | husband & me | yes |
| Carrying groceries into the house | husband | yes |
| Cooking meals | husband & me | yes |
| Cleaning after meals | " ——— " | yes |
| Cleaning bathrooms | " ——— " | yes |
| Vacuuming | husband | yes |
| Doing the laundry | husband & me | yes |
| Opening and responding to mail | myself | |
| Managing your finances | husband | |
| Balancing your checkbook | " ——— " | |
| Bathing yourself | myself | |
| Styling your own hair | " ——— " | |
| Getting dressed | " ——— " | |
| Going up and down stairs | " ——— " | |

Have you been confined to a hospital within the last 12 months? Yes ____ (No) ____

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? Ones a year

Where do you go? How do you get there (transportation method)? husband drives, or airplane fly

Are you able to pursue your hobbies? Yes ____ (No) ____

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ (No) ____

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ (No) ____

If Yes:

how many hours per day? ____

how many hours per week? ____

for whom? ____

Are you working for wages? Yes ____ (No) ____

If Yes, please provide employer's name ____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Pain, numbness, tingiling in both my hands, any repetative motions make them worst, every 20-30 min I have to change position or stop what I am doing and sit and relax

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Wake up around 9:00 am, dressed, have breakfast, watch TV, news, movies, health programms, eat lunch, run errands if needed, check e-mails, cook dinner, eat dinner, walk dog with my husband, watch TV, or read books, go to sleep

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

( ) -

In the event we cannot reach you, please provide an alternate contact's name and telephone number. husband John Bushee

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Tatiana Bushee Date: 5/9/2016

Signature: Tatiana

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2015 to 05/05/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: James Christensen
Specialty: Orthopedic surgeon
Address: 555 North arlington Ave Reno NV 89503
Telephone No.: (775) 786-3040 Fax No.: (775) 786-1358

Name: Reno Orthopedic Eric Galvin
Specialty: PT
Address: same
Telephone No.: ( ) Fax No.: ( )

Name: Steven Berman
Specialty: Pain Specialist
Address: 605 Sierra Rose Drive Ste #4 Reno NV 89511
Telephone No.: (775) 689-5410 Fax No.: (775) 786-4031

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Safeway Signa
Specialty: Workers Comp
Address: P O Box 29210, Phoenix AZ 85038
Telephone No.: (800) 535-0009 Fax No.: (877) 665-1074

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Safeway
Specialty: RX
Address: 2858 Vista BLVD Sparks NV 89436
Telephone No.: (775) 352-8470 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** [signature] **DATE:** 5/9/2016

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return to:** Paul Bainter

**EMPLOYEE/CLAIMANT NAME:** Tatiana Bushee **CLAIM #:** 3626132
**EMPLOYER/SPONSOR:** Safeway, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Bushee Tatiana A. | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |

| | | |
|---|---|---|
| Spouse's Full Name and Date of Birth John Bushee | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name John Bushee Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ 0 | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ 0 | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ 0 | | | |
| ☐ | ☒ | Short Term Disability, State Disability or Veteran's Benefits | $ 0 | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ 0 | | | |
| ☐ | ☒ | Workers' Compensation | $ 0 | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ 0 | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | $ 0 | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**DATE:** 5/9/2016 **EMPLOYEE'S PRINTED NAME:** Tatiana Bushee
**EMPLOYEE'S SIGNATURE:** Tatiana

DP 409 (11/12)

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

Return to: Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushce
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: _

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ___ Married X Divorced ___

If married, please indicate your spouse's name and date of birth. Name: John Bushee DOB: _

Do you have children? Yes X No ___

If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Eugenia Yakimova | | | No | 1999 |
| Anton Kokunin | | | no | 2002 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___ No: X

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Tatiana Date: 5/9/2016

# Workers' Compensation INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

Return To: Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee

CLAIM NO: 3626132

EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: 9/19/2012
2. Location of Injury (please provide complete address): 2858 Vista Blvd Sparks NV 89436
3. Description of Injury/Sickness (please include copy of accident report): carpol tunnel sindrom both hands
4. Please provide the name of your Employer:
   Company Name: Safeway
   Address: 2858 Vista Blvd Sparks NV 89436
   Supervisor Name: Robert Baeian Telephone: (775) 356-8470
5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   Insurance Carrier: Sedgwick Claim management Services, Inc
   Address: P.O. Box 34660
   Telephone: (888) 713-1112
   Claim Representative: Diane Terrante (702) 568-3823
6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
   Yes ☐ No ☒
   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______
7. Are you using the services of an attorney?
   Yes ☐ No ☒
   If "Yes": Name: ______
   Address: ______
   Telephone: ( ) ______

SIGNATURE: [signature] DATE: 5/9/2016

DP 539D – Rev. 12/02

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Tatiana A | Bushee | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) 3626132

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) $ 0

Employee's signature [signature] Date 5/9/2016

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions | 4 | |
| 5 | Subtract line 4 from line 3 | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) | 7 | |
| 8 | Subtract line 7 from line 6 | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments | 9 | |
| 10 | Subtract line 9 from line 8 | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party and
- In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

Claim Number:

**Concentra Medical Centers**
255 Glendale Ave Suite 12 SPARKS, NV 89431
Phone: (775) 356-8181 Fax: (775) 332-8060

**Service Date:** 09/20/2012
**Case Date:** 05/10/2012

# Physician Work Activity Status Report

**Patient:** Krupa, Tatiana
**SSN:**
**Address:**
**Home:**
**Work:** **Ext.:**

**Employer Location:** Safeway # 2656- Vista Blvd
**Address:** 2858 Vista Blvd
Sparks, NV 894348042
**Auth. by:** Robert Balian

**Contact:** Robert Balain
**Role:** Management Contact
**Phone:** (775) 352-8470 **Ext.:**
**Fax:** (775) 352-8474

**This Visit:** **Time In:** 10:25 am **Time Out:** 12:51 pm **Recordable:** N/A **Visit Type:** New

**Treating Provider:** Michael R. Panicari, MD

**Diagnosis:** 727.05 Other Tenosynovitis Of Hand And Wrist

**Medications:**
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

**Patient Status:**

## Modified Activity - Referred, but returning for follow-up visit

**Restricted Activity (In effect until next physician visit):**

Return to work on 09/20/2012 with the following restrictions
Must wear Splint

**Remarks:** Patient Referred To Hand Surgeon

**Employer Notice:** The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Anticipated Date of Maximum Medical Improvement:** **Actual Date of Maximum Medical Improvement:**

**Next Visit(s):** **Patient Notice:** It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

 © 1996 -2012 Concentra Operating Corporation All Rights Reserved. 

**EMPLOYEE'S CLAIM FOR COMPENSATION/REPORT OF INITIAL TREATMENT**
**FORM C-4**
PLEASE TYPE OR PRINT

**EMPLOYEE'S CLAIM – PROVIDE ALL INFORMATION REQUESTED**

First Name: Tatiana | M.I.: A | Last Name: Krupa | Birthdate: | Sex: ☐ M ☒ F | Claim Number (Insurer's Use Only):

Home Address: | Age: 57 | Height: 5.3 | Weight: 139 | Social Security Number:

City: | State: | Zip: | Telephone:

Mailing Address: same | City: | State: | Zip: | Primary Language Spoken: english

INSURER: Safeway | THIRD-PARTY ADMINISTRATOR: Nelson Davidson | Employee's Occupation (Job Title) When Injury or Occupational Disease Occurred: floral [illegible]

Employer's Name/Company Name: Pleasanton CA | Telephone: (925) 467-3000

Office Mail Address (Number and Street):

Date of Injury (if applicable): 5/10/12 | Hours Injury (if applicable): am 6:00 pm | Date Employer Notified: 9/19/12 | Last Day of Work After Injury or Occupational Disease: | Supervisor to Whom Injury Reported: Robert Balian

Address or Location of Accident (if applicable): 2858 Vista Blvd Sparks NV 89436

What were you doing at the time of the accident? (if applicable): cut flowers, lift boxes

How did this injury or occupational disease occur? (Be specific and answer in detail. Use additional sheet if necessary)
Cut flowers, lift boxes

If you believe that you have an occupational disease, when did you first have knowledge of the disability and its relationship to your employment? | Witnesses to the Accident (If applicable)

Nature of Injury or Occupational Disease: carpal tunnel syndrome | Part(s) of Body Injured or Affected: both hands

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT I HAVE PROVIDED THIS INFORMATION IN ORDER TO OBTAIN THE BENEFITS OF NEVADA'S INDUSTRIAL INSURANCE AND OCCUPATIONAL DISEASES ACTS (NRS 616A TO 616D, INCLUSIVE OR CHAPTER 617 OF NRS). I HEREBY AUTHORIZE ANY PHYSICIAN, CHIROPRACTOR, SURGEON, PRACTITIONER, OR OTHER PERSON, ANY HOSPITAL, INCLUDING VETERANS ADMINISTRATION OR GOVERNMENTAL HOSPITAL, ANY MEDICAL SERVICE ORGANIZATION, ANY INSURANCE COMPANY, OR OTHER INSTITUTION OR ORGANIZATION TO RELEASE TO EACH OTHER, ANY MEDICAL OR OTHER INFORMATION, INCLUDING BENEFITS PAID OR PAYABLE, PERTINENT TO THIS INJURY OR DISEASE, EXCEPT INFORMATION RELATIVE TO DIAGNOSIS, TREATMENT AND/OR COUNSELING FOR AIDS, PSYCHOLOGICAL CONDITIONS, ALCOHOL OR CONTROLLED SUBSTANCES, FOR WHICH I MUST GIVE SPECIFIC AUTHORIZATION. A PHOTOSTAT OF THIS AUTHORIZATION SHALL BE AS VALID AS THE ORIGINAL.

Date: 9/20/12 | Place: | Employee's Signature: Tatiana

**THIS REPORT MUST BE COMPLETED AND MAILED WITHIN 3 WORKING DAYS OF TREATMENT**

Place: Concentra Sparks | Name of Facility:

Date: 9/20/12 | Hour: | Diagnosis and Description of Injury or Occupational Disease: bilat wrist tenosynovitis, r/o poss. bilat CTS | Is there evidence that the injured employee was under the influence of alcohol and/or another controlled substance at the time of the accident? ☑ No ☐ Yes (if yes, please explain)

Treatment: wrist splints | Have you advised the patient to remain off work five days or more? ☐ Yes Indicate dates: from ________ to ________ ☒ No If no, is the injured employee capable of: ☐ full duty ☒ modified duty

X-Ray Findings: see report | If modified duty, specify any limitations/restrictions: wear splints

From information given by the employee, together with medical evidence, can you directly connect this injury or occupational disease as job incurred? ☒ Yes ☐ No

Is additional medical care by a physician indicated? ☒ Yes ☐ No

Do you know of any previous injury or disease contributing to this condition or occupational disease? ☐ Yes ☒ No (Explain if yes)

Date: | Print Doctor's Name: | I certify that the employer's copy of this form was mailed to the employer on:

Address: 255 Glendale Street; Suite 12; | INSURER'S USE ONLY

City State Zip: Sparks, NV 89431 | Provider's Tax I.D. Number: 75 2014828 | Telephone: 775 356-8181

Doctor's Signature: [signature] | Degree: [illegible]

ORIGINAL – TREATING PHYSICIAN OR CHIROPRACTOR PAGE 2 – INSURER/TPA PAGE 3 – EMPLOYER PAGE 4 – EMPLOYEE Form C-4 (rev.10/07)


NEVADA
USA
NV
DRIVER LICENSE
1 BUSHEE
2 TATIANA ALEXANDROVNA
8
15 Sex F
18 Eyes GRN
9 Class C
19 Hair BLN
4a Iss 10/19/2015
12 Restr NONE
4d DL NO.
3 DOB
4b Exp 12/07/2023


DOB: 12/07/1980
ISS: 10/19/2015
CLASS: C - Cars/Vans/Pickups; may tow a veh < 10,000 lbs
ENDORSEMENTS: NONE
RESTRICTIONS: NONE
"BATTLE BORN"

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee Tatiana Bushee
Claimant Name ( Print)

Date of Birth

[signature]
Claimant Signature

5/9/2016
Date

3626132
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Tatiana Bushee Tatiana Bushee
Claimant Name (Print)

[signature]
Claimant Signature

3626132
Claim Number

Date of Birth

5/9/2016
Date

# JOB DESCRIPTION

Job Title: Floral Manager

**JOB DESCRIPTION:**

As a primary contact for Safeway customers, the Floral Manager provides friendly, courteous, and helpful service. The Floral Manager is held accountable for the department's results in providing superior service, increasing sales, improving gain, and containing cost. Follows division guidelines for the implementation of the merchandising program. Trains, supervises, and assigns duties to floral clerks. Writes schedule. Stocks area daily with plants, balloons, garden supplies, and artificial arrangements. Waters all plants. Designs floral arrangements with or without customer input. Cleans the floral department area. Takes inventory of all incoming stocks and supplies. Inventories floor and cooler stock daily. Responsible for maintaining appropriate stock of inventory in the floral area. Cleans and prepares flowers for display. Inflates balloons for display and special orders. Prices plants and arrangements.

Changes signs and prices as directed by merchandising. Writes floral order in the order guidebook. Checks order for the completeness upon arrival. Prepares and maintains displays of outdoor plants. May arrange for delivery or deliver plants or flowers locally. Operates cash register to total bill and make change.

**JOB DUTIES:**

Safeway Floral Manager employees are generally responsible for completing the following job duties: 1. Provide customer service as currently defined by the employer within the scope of the position and within company policy.

2. Train, schedule, and supervise floral clerks to ensure optimum staffing patterns for the floral area. 3. Speak with customers to resolve problems with sales, dissatisfaction with service, or other problems that are related to the operation of the floral area.

4. Design esthetically pleasing floral arrangements for display or to meet the needs of a particular customer.
5. Perform daily inventory. Order necessary supplies to maintain adequate inventory.
6. Prepare and input floral department orders into computer.
7. Replace stock in displays in the floral department. Make sure that all expired items are moved from the shelves daily.
8. Operate helium tank to inflate balloons.
9. Use sprayers and containers to water ali plants.
10. Maintain cleanliness of floral area
11. Operate cash register.
12. MohitOr inter-office "hiail and company web page daily for updated information.
13. Other duties as assigned.

**JOB RELATED QUALIFICATIONS:**

1. Ability to follow company customer service procedures. Demonstrated prior customer service skills or related experience.
2. Ability to interact with customers and co-workers.
3. Ability to understand and follow instructions.
4. Previous experience or training as a floral clerk or designer.
5. Desired: Prior management experience.

**SUPERVISORY RESPONSIBILITIES:**

Floral staff

**PERMITS/LICENSES:**

Varies depending on store location and state/county requirements.

Job Title: Floral Manager

**WORK ENVIRONMENT:**
%Inside: 90% Outside: 10%
Temperature Extremes: Varies depending on store location.
Chemicals: Seldom (mild detergents or glass cleaner).

**MACHINES, TOOLS. AND EQUIPMENT:**
hand truck, six-wheeled cart, grocery cart, box cutter, pens and pencils, spray bottle, rags, mops, broom, telephone/intercom, knives, calculator. flower cutter, balloon machine, computer, floral decorating supplies, cash register

**PHYSICAL DEMANDS:**
Constant (over 70% of the time)
Frequent (30-70%)
Occasional (10-30%)
Seldom (1-10%)

**Lifting:**
Constantly lifts 1-10 Ibs. Frequently lifts 11-20 Ibs. Occasionally lifts 21-35 Ibs.
**Carrying:**
Frequently carries 1-10 Ibs. Occasionally carries 11-20 Ibs.
**Pushing/Pulling:**
Frequently pushes/pulls 1-10 Ibs. Occasionally pushes/pulls 11-20 Ibs. Seldom pushes/pulls 21-35 Ibs.
**Reaching:**
Constant knee to shoulder reaching. Seldom at or above shoulder level reaching and overhead reaching.
**Standing:**
Constant standing while on job. Sitting allowed on breaks.
**Walking:**
Constant walking while on job.
**Climb/Balance:**
Seldom. May use step stool to obtain items from higher areas.
**Trunk Functions:**
Frequent neck rotation and bending of head. Occasional bending/stooping, twisting, crouching, squatting, and kneeling.
. Upper Extremity:
Constant handling/grasping. Frequent fine finger manipulation. Seldom repetitive motion.
**Vision:**
Use of peripheral vision and depth perception to move around crowded store area and push carts in aisles containing customers. Near vision used to read tags, prices, orders, displays, price sheets and other material. Use of color vision to design pleasing floral displays.
**Hearing:**
To converse with customers, provide service, take orders and perceive questions. Answer pages, receive instructions or information from other employees.
**Speech:**
To answer customer questions and confirm customer orders. To page other employees over intercom. Speak with customers on the telephone and give instructions and information to other employees.

Safeway will provide reasonable accommodation for qualified individuals with disabilities who can meet overall job requirements.

SAFEWAY, INC. IS AN EQUAL OPPORTUNITY EMPLOYER

Job Title: Floral Manager

WORK ENVIRONMENT:
%Inside: 90% Outside: 10%
Temperature Extremes: Varies depending on store location.
Chemicals: Seldom (mild detergents or glass cleaner).

MACHINES, TOOLS. AND EQUIPMENT:
hand truck, six-wheeled cart, grocery cart, box cutter, pens and pencils, spray bottle, rags, mops, broom, telephone/intercom, knives, calculator, flower cutter, balloon machine, computer, floral decorating supplies, cash register

PHYSICAL DEMANDS:
Constant (over 70% of the time)
Frequent (30-70%)
Occasional (10-30%)
Seldom (1-10%)

Lifting:
Constantly lifts 1-10 Ibs. Frequently lifts 11-20 Ibs. Occasionally lifts 21-35 Ibs.
Carrying:
Frequently carries 1-10 Ibs. Occasionally carries 11-20 Ibs.
Pushing/Pulling:
Frequently pushes/pulls 1-10 Ibs. Occasionally pushes/pulls 11-20 Ibs. Seldom pushes/pulls 21-35 Ibs.
Reaching:
Constant knee to shoulder reaching. Seldom at or above shoulder level reaching and overhead reaching.
Standing:
Constant standing while on job. Sitting allowed on breaks.
Walking:
Constant walking while on job.
Climb/Balance:
Seldom. May use step stool to obtain items from higher areas.
Trunk Functions:
Frequent neck rotation and bending of head. Occasional bending/stooping, twisting, crouching, squatting, and kneeling.
Upper Extremity:
Constant handling/grasping. Frequent fine finger manipulation. Seldom repetitive motion.
Vision:
Use of peripheral vision and depth perception to move around crowded store area and push carts in aisles containing customers. Near vision used to read tags, prices, orders, displays, price sheets and other material. Use of color vision to design pleasing floral displays.
Hearing:
To converse with customers, provide service, take orders and perceive questions. Answer pages, receive instructions or information from other employees.
Speech:
To answer customer questions and confirm customer orders. To page other employees over intercom. Speak with customers on the telephone and give instructions and information to other employees.

Safeway will provide reasonable accommodation for qualified individuals with disabilities who can meet overall job requirements.

SAFEWAY, INC. IS AN EQUAL OPPORTUNITY EMPLOYER

**n0171349**

**From:** Rita Romo
**Sent:** Thursday, May 05, 2016 6:58:59 PM
**To:** Bainter, Paul
**Subject:** RE: EXTERNAL: TATIANA BUSHEE
**Attachments:** image001.png

Hi Paul,

She did have LTD coverage in January of 2015. Her benefit was 60% + Bonus.

Rita Romo

Safeway

Program Manager, Non-medical Plans

5918 Stoneridge Mall Road, Pleasanton, CA 94588

925 738-1264

***Please note new phone number.***

**From:** Bainter, Paul [mailto:PAUL.BAINTER@LibertyMutual.com]
**Sent:** Thursday, May 05, 2016 3:28 PM
**To:** Rita Romo
**Subject:** EXTERNAL: TATIANA BUSHEE

This employee has filed a late claim with us, she went out of work in Jan 2015 and has since been terminated. Can you please confirm if she had LTD coverage in Jan 2015

and if so, was it the 50% benefit or 60% benefit? Thanks!

Paul Bainter

Dis Claims Sr LTD Case Mgr I / Group Benefits Disability Claims / Phoenix, AZ
Liberty Life Assurance Company of Boston / P.O. Box 7209, London, KY 40742-7209
(P) 800-320-7585 Ext. 41590 (F) 603-334-8039 (SDN) 8-734-1590

Paul.Bainter@LibertyMutual.com

This e-mail and any attachments thereto, is intended only for the use of addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 800-838-4461 extension 41590 and permanently delete the original and any copy of any email and any printout thereof.

Warning: All e-mail sent to this address will be received by the corporate e-mail system, and is subject to archival and review by someone other than the recipient. This e-mail may contain proprietary information and is intended only for the use of the intended recipient(s). If the reader of this message is not the intended recipient(s), you are notified that you have received this message in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender immediately.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

May 5, 2016

Ms. Tatiana A. Bushee

RE: Long Term Disability (LTD) Benefits
Safeway, Inc.
Claim #: 3626132

Dear Ms. Tatiana Bushee:

We are writing in regard to your disability claim with Liberty Life Assurance Company of Boston. We will be reviewing your claim for consideration under Safeway's Long Term Disability Policy. Please note that receipt of Short Term Disability benefits does not automatically mean that your Long Term Disability benefits will be approved. The provisions and requirements in the Long Term Disability Policy differ from those in the Short Term Disability Plan and may require that we request additional information prior to making a claim determination.

In order to assist us in our review, please complete the enclosed forms, and return the forms in the envelope provided by as soon as possible:

- Activities Questionnaire
- Authorizations to Release Information
- Claimant Information Form
- Claimant Supplementary Statement
- Family Information Form
- Training Education and Experience
- **A copy of your Driver's License**

The Safeway LTD Policy requires that in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than June 18, 2016, as required under the terms of your Policy.

***Notice and Proof of Claim***

1. ***Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the*

*claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Although you have until June 18, 2016, under the terms of your Policy to submit this information, as well as any other documentation supporting your claim for disability benefits, we ask that you submit this information as soon as possible.

Please be advised that until we have proof of disability, all medical records, and all required forms, we will not be able to make a claim determination. No benefits will be issued during this investigation period.

In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Paul Bainter
Senior Case Manager
Phone No.: (800) 320-7585 Ext. 41590
Secure Fax No.: (603) 334-8039

Attachments: Authorization - Medical
Workers' Compensation Information Form

Claimant Supplementary Statement
Activities Questionnaire Form
Claimant Information Form
Family Information Questionnaire
W-4S - For use with FI and ASO with 501c9 Trust
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter



EMPLOYEE/CLAIMANT NAME: Tatiana Bushee

CLAIM NO: 3626132 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Safeway, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ______________________________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________________________________________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________________________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________________________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? _________

how many hours per week? _________

for whom? __________________________________________________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________________________________________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________________________________________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ___________________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Tatiana Bushee Claim No 3626132

Employer/Sponsor/Customer Name Safeway, Inc.

Return to: Paul Bainter

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Tatiana Bushee
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

3626132
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return To:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2015 to 05/05/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______

Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return to:** Paul Bainter

**EMPLOYEE/CLAIMANT NAME:** Tatiana Bushee **CLAIM #:** 3626132
**EMPLOYER/SPONSOR:** Safeway, Inc. **DATE OF BIRTH:**________

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability, State Disability or Veteran's Benefits | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ________________

**DATE:**__________ **EMPLOYEE'S SIGNATURE:** ________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

**Return to:** Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee
CLAIM NO: 3626132
EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name:____________________ DOB:________

Do you have children? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ______________

# Workers' Compensation
# INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

Return To: Paul Bainter

EMPLOYEE/CLAIMANT NAME: Tatiana Bushee

CLAIM NO: 3626132

EMPLOYER/SPONSOR: Safeway, Inc. DATE OF BIRTH: ______

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: ______
2. Location of Injury (please provide complete address): ______
3. Description of Injury/Sickness (please include copy of accident report): ______

4. Please provide the name of your Employer:
   Company Name: ______
   Address: ______
   Supervisor Name: ______ Telephone: (____) ______

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
   Insurance Carrier: ______
   Address: ______
   Telephone: (____) ______
   Claim Representative: ______

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
   Yes ☐ No ☐
   If "Yes": Weekly Benefit Amount $ ______
   Claim No.: ______

7. Are you using the services of an attorney?
   Yes ☐ No ☐
   If "Yes": Name: ______
   Address: ______
   Telephone: (____) ______

SIGNATURE: ______ DATE: ______

DP 539D – Rev. 12/02

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 334-8039

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Tatiana Bushee **Claim** 3626132

**EMPLOYER/SPONSOR/CUSTOMER** Safeway, Inc.

**Return** Paul Bainter

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Tatiana Bushee**
Claimant Name (Print) ______ Date of Birth ______

Claimant Signature ______ Date ______

**3626132**
Claim Number

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| Home address (number and street or rural route) | | |
| City or town, state, and ZIP code | | |

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . $

Employee's signature Date

**Separate here and give the top part of this form to the payer. Keep the lower part for your records.**

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . . . | 4 | |
| 5 | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | 6 | |
| 7 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . . | 9 | |
| 10 | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | 11 | |
| 12 | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | 12 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party and
- In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $12,600* |
| Head of household | $9,250* |
| Single or Married filing separately | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 90,750 | **5,156.25 + 25%** | **37,450** |
| 90,750 | 189,300 | **18,481.25 + 28%** | **90,750** |
| 189,300 | 411,500 | **46,075.25 + 33%** | **189,300** |
| 411,500 | 413,200 | **119,401.25 + 35%** | **411,500** |
| 413,200 | and greater | **119,996.25 + 39.6%** | **413,200** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | **$0 + 10%** | **$0** |
| 13,150 | 50,200 | **1,315 + 15%** | **13,150** |
| 50,200 | 129,600 | **6,872.50 + 25%** | **50,200** |
| 129,600 | 209,850 | **26,772.50 + 28%** | **129,600** |
| 209,850 | 411,500 | **49,192.50 + 33%** | **209,850** |
| 411,500 | 439,000 | **115,737 + 35%** | **411,500** |
| 439,000 | and greater | **125,362 + 39.6%** | **439,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | **$0 + 10%** | **$0** |
| 18,450 | 74,900 | **1,845 + 15%** | **18,450** |
| 74,900 | 151,200 | **10,312.50 + 25%** | **74,900** |
| 151,200 | 230,450 | **29,387.50 + 28%** | **151,200** |
| 230,450 | 411,500 | **51,577.50 + 33%** | **230,450** |
| 411,500 | 464,850 | **111,324 + 35%** | **411,500** |
| 464,850 | and greater | **129,996.50 + 39.6%** | **464,850** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 75,600 | **5,156.25 + 25%** | **37,450** |
| 75,600 | 115,225 | **14,693.75 + 28%** | **75,600** |
| 115,225 | 205,750 | **25,788.75 + 33%** | **115,225** |
| 205,750 | 232,425 | **55,662 + 35%** | **205,750** |
| 232,425 | and greater | **64,989.25 + 39.6%** | **232,425** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MS. TATIANA BUSHEE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

February 6, 2015

Ms. Tatiana A. Bushee

RE: Short Term Disability (STD) Benefits
Safeway, Inc.
Claim #: 3417557

Dear Ms. Tatiana Bushee:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Safeway, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Based on the information received, your claim has been denied and no benefits are payable.

The Plan under which you are covered contains the following exclusion regarding Workers' Compensation:

*SHORT TERM DISABILITY COVERAGE*

*Disability Benefit Exclusions*

*A Weekly Benefit will not be payable if a Covered Person becomes Disabled due to:*

1. *Injury that arises out of or in the course of employment; or*
2. *Sickness when a benefit is payable under a Workers' Compensation Law, or any other act or law of like intent.*

*These exceptions will not apply to partners or proprietors who elect not to be covered under such laws.*

You submitted a claim for carpal tunnel release surgery on January 29, 2015. You informed us the cause of your condition is related to work and that you currently having a pending claim with Workers Compensation to approve your claim.

Because your condition resulted out of the course of your employment, we are unable to approve your claim.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

The written request for review must be sent within 180 days from receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Proof of denial of your Workers Compensation Claim and all available medical information from January 1, 2015 to the present from all treating providers.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Marlin Phillips
Dis Claims Std Case Mgr II

Phone No.: (800) 320-7585 Ext.
Secure Fax No.: (800) 320-7583