Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Tatiana Bushee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TATIANA BUSHEE,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as Claims Administrator for the Safeway, Inc. Group Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,

Defendants.

CASE NO.: 2:18-CV-00804-GMN-VCF

**STIPULATION AND ORDER TO EXTEND DEADLINES**

**(SECOND REQUEST)**

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record that, pursuant to LR 26-4, the discovery schedule as set forth in the Minutes of Proceedings dated September 5, 2018 [docket 19], be amended as follows:

**I. Discovery Completed**

The Joint Administrative Record (AR) was filed with this Court on September 4, 2018 in conjunction with a Joint Status Report discussing additional supplemental documents for possible inclusion in the AR. Plaintiff served discovery requests on September 17, 2018. Defendant served its objections and responses thereto on October 17, 2018. Plaintiff responded to Defendant's objections and responses in a letter to Defendant's counsel dated October 23, 2018. The parties met and conferred via telephone on Friday, October 26, 2018.

**II. Discovery Remaining and Reason for Request for Extension**

A dispute still remains between the parties as to outstanding discovery responses, but Defendant is supplementing its discovery responses by November 15, 2018, which will hopefully lead to resolution of the pending dispute.

Pursuant to this Court's Minutes of Proceedings dated September 5, 2018 [docket 19], the current deadline to complete discovery is November 5, 2018. As stated, the parties are working to resolve the dispute without the need to file discovery motions, but anticipate they will need additional time beyond the November 5, 2018 deadline.

**III. Proposed Discovery Schedule**

Plaintiff BUSHEE and Defendant LIBERTY agree and stipulate to the following proposed deadline extensions:

| **Description:** | **Current Deadline:** | **Proposed:** |
|---|---|---|
| Discovery cutoff/last day to file any discovery motions | 11/05/18 | 12/05/18 |
| Dispositive Motions (if no discovery motions filed) | 12/05/18 | 01/08/19 |
| Responses to Dispositive Motions | no date set | 02/05/19 |
| Replies | no date set | 02/19/19 |

We, the undersigned, represent to the Court that this request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties jointly request that this Court adopt the proposed scheduling deadlines as indicated above.

DATED: November 1, 2018 LAW OFFICE OF JULIE A. MERSCH

By: /s/ Julie A. Mersch
Julie A. Mersch, Esq.
jam@merschlaw.com
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Bushee*

DATED: November 1, 2018

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Esq.
iwana@rademaekerslaw.com
Admitted Pro Hac Vice
14785 Preston Road, Suite 550
Dallas, Texas 75254

Georlen Spangler, Esq.
jspangler@ajkunglaw.com
Nevada Bar No. 3818
KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Defendant LIBERTY LIFE*

**IT IS SO ORDERED:**

Dated this _______ day of November, 2018.

______________________________
UNITED STATES MAGISTRATE JUDGE