# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TATIANA BUSHEE,<br><br>        Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, *et al.*,<br><br>        Defendants. | 2:18-cv-00804-GMN-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Joint Notice of Settlement (ECF NO. 24).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before February 11, 2019.

DATED this 8th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE